UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: PETITION OF :
:
DOMINIK KUFNER :
:
Plaintiff, :
Petitioner :
:
VS. : CA NO. 07 046 S
:
TINA KUFNER :
:
Defendant, :
Respondent :
:
:

**ORDER**

Following an ex parte chambers conference today, and in consideration of the information contained in the Plaintiff's pleadings, as well as the representations of counsel, it is hereby ordered:

1. Neither the Defendant, Tina Kufner, nor any person acting in concert or participating with her shall take any action to remove the children, Joseph Kufner and Matthias Kufner, from the District of Rhode Island, except by prior leave of this court, pending a determination by this court on Plaintiff's Petition for Return of Children.

2. Defendant, Tina Kufner, shall not interfere or obstruct any reasonable efforts by the Plaintiff or his designated agents to monitor Defendant's compliance with this order.

**IT IS SO ORDERED**

**DATED** this 31st day of January, 2007

William E. Smith
United States District Judge