UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINICK KUFNER,<br><br>Petitioner,<br><br>v.<br><br>TINA KUFNER,<br><br>Respondent. | Civil Action<br>No. 07-~~0138A~~ 46S |

**RESPONDENT'S EMERGENCY MOTION TO MODIFY *EX PARTE* ORDER**

Respondent Tina Kufner ("Tina") respectfully submits the following emergency motion to modify the *ex parte* order of this Court. Specifically, Tina seeks an order allowing her to travel with her children to Massachusetts and preventing Petitioner and his investigators from coming within 1000 feet of Tina, the children, and her family house, except as otherwise specifically ordered by this Court. This motion is brought on an emergency basis because one of Tina's children needs medical care in Boston, and Tina's family is experience substantial stress resulting from the intimidation of them by private investigators that Petitioner has employed. In support of this motion, Tina relies on her accompanying Certification and the exhibits thereto.

**[the rest of this page intentionally left blank]**

Respectfully submitted,

TINA KUFNER,

By her attorneys,

Neville J. Bedford (RI Bar #6817)
321 South Mail Street, 5th Floor
Providence, RI 02903-7108
(401) 709-4328 (phone)
(410) 633-6822 (fax)
nevillebedford@gmail.com

*Of Counsel*

Barry S. Pollack
Lindsay D. Barna
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
bpollack@sandw.com
lbarna@sandw.com

I certify that I have delivered a true copy of this motion to Charles A Tamulevitz this 2nd Day of Feb. 2007