IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:

DOMINIK KUFNER
Stefanieweg 11
82335 Berg-Mörlbach, Germany

Plaintiff,

vs.

TINA KUFNER
Gut Racherbach
82407 Wielenbach, Germany

Defendant

Case No. 07-46S

**MOTION FOR ADMISSION**
***PRO HAC VICE***

Plaintiff, Dominik Kufner, hereby moves that Bradford Neal Martin be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Dominik Kufner

Date: 1-31-07

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bar of the State of South Carolina and the following Federal District Court and my eligibility to practice before those courts has not been restricted in any way.

2. I reside at 205 Collins Creek Road, Greenville, South Carolina 29607. My post office address is: Post Office Box 10410, Greenville, South Carolina 29603. My South Carolina Bar number is 3658.

3. I am an attorney and member of the law firm of Bradford Neal Martin & Associates with offices at 75 Beattie Place, Suite 910, Greenville, South Carolina 29601. I have been retained by Dominik Kufner to provide legal representation in connection with the above case now pending before the United States District Court for the District of Rhode Island.

4. I am regularly admitted and am a member in good standing of the bars of the State and Federal Courts of South Carolina since 1978. I have been a member in good standing of the Bar of the Supreme Court of the United States since April 1987. There is currently a disciplinary action pending against me with the South Carolina Bar. I successfully represented a local doctor and obtained $300,000.00 judgment in her favor in a dispute with her medical partner. The partner has filed a grievance against me basically claiming that I should not have used the court system. There is no merit to this claim, but the South Carolina Bar has not yet acted upon the grievance. This is the only grievance that has ever been filed against me in 30 years of the practice of law. Please note that this was filed be the opposing party, not my client.

5. I have never been convicted of any crime other than minor traffic offenses.

6. I have never had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked.

6. I have not previously filed an application to appear *pro hac vice* in any Federal Court case.

7. I am associated Charles A. Tamuleviz, Esq as counsel of record for Plaintiff, who is personally appearing in this proceeding. He is duly and legally admitted to practice in the state

Case 1:07-cv-00046-S Document 4 Filed 02/04/2007 Page 3 of 4

of Rhode Island, upon whom legal service may be had in all matters connected with this legal proceeding, or any disciplinary matter, with the same effect as if personally made on me within this state.

8. I have read, acknowledge and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

9. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

10. For all purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

WHEREFORE, Bradford Neal Martin respectfully requests that he be permitted to appear *pro hac vice* before this Court.

Dated 31 January 2007

Bradford N. Martin, Esquire
BRADFORD NEAL MARTIN & ASSOCIATES, PA
SC Bar # 3658; Federal Bar #3310
Post Office Box 10410
Greenville, South Carolina 29603
864.552-9990
864.552.9992 (fax)

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Dated 02-04-07

Charles A. Tamuleviz Bar No. 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street
Providence, Rhode Island 02903
Tel. No.: 401.490.2939
Fax No.: 401.490.2940
E-Mail: cat@thbrilaw.com

## CERTIFICATION OF SERVICE

On this 4th day of February 2007, I caused the instant Motion For Admission Pro Hac Vice to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Neville J. Bedford, Esquire
321 South Main Street, 5th Floor
Providence, Rhode Island 02903

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com