UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Dominik Kufner, Petitioner, | : | |
| vs. | : | C.A. No. 07-046 S |
| Tina Kufner, Respondent. | : | |

SCHEDULING ORDER

After consideration of Respondent's emergency motion for continuation of trial, it is hereby ordered that:

1. Trial of this matter is continued to February 22, 2007 at 10:00 a.m.;

2. By February 12, 2007, unless otherwise agreed, video depositions shall be conducted for those witnesses who traveled abroad at petitioner's request;

3. In order to expedite consideration of this matter, to the extent feasible, evidence should be submitted by deposition; the parties are directed to submit proposed designations and cross-designations of deposition testimony by February 16, 2007;

4. The complete file from the German Court and German Child Welfare shall be filed with this court and opposing counsel as soon as available;

5. On or before February 16, 2007 the respondent shall file with the court and opposing counsel a list of all potential 13(b) witnesses that are scheduled to testify at trial, as well as a designation of experts, their field of expertise along with their reports, affidavits and exhibits (if any);

6. On or before February 21, 2007 the petitioner shall file a response to the respondent's expert designations, including expert report(s), affidavits and exhibits (if any);

7. Parties are ordered to cooperate fully as to any expedited discovery necessary to allow for the full and fair presentation of the case;

8. Parties are directed to submit all other proposed evidence, in the nature of video presentations, etc., along with a statement regarding the admissibility of that evidence for the court's consideration before the hearing on February 22, 2007.

By Order:

Deputy Clerk

Enter:

William E. Smith
U. S. District Judge
Date: 2/8/07