UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINIK KUFNER,
Plaintiff,

v. Dkt. No. CA 07 046S

TINA KUFNER,
Defendant.

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Dominik Kufner hereby moves that Attorney Gerald L. Nissenbaum be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Dominik Kufner
By: [signature]
Charles A. Tamuleviz
Bar ID No.: 6115
144 Westminister Street
Providence, RI 02903
(401) 490-2939
Dated: February 13, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the States of Massachusetts (1967) and New York (1986) and of the following Federal District Court and Court of Appeals Bars: United States Supreme Court (1975); Circuit Court of Appeals for the First Circuit (1972); United States District Court for the District of Massachusetts (1969); and the United States Tax Court (1986), and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

**Form 1 (cont'd)**

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the proceeding questions.

(6) I have read, acknowledged, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read acknowledge and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Gerald L. Nissenbaum, *Pro Hac Vice* Applicant
Massachusetts Bar ID No. 372400
Nissenbaum Law Offices
160 Federal Street – 24th Floor
Boston, MA 02110
(617) 330-9090; fax: (617) 330-6909

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirement of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

By:____________________
Charles A. Tamuleviz
Bar ID No.: 6115
144 Westminister Street
Providence, RI 02903
(401) 490-2939; fax (401) 490-2940

**ORDER**

This motion is hereby ____________________.

________

District Judge
Date: