UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dominick Kufner,
Plaintiff(s)

v. Dkt. No. 07-046S

Tina Kufner,
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant, Tina Kufner hereby moves that Barry S. Pollack be admitted PRO HAC VICE in the above case with local counsel identified below,

~~Plaintiff~~/Defendant

By: Neville Bedford
Bar ID No.: 6817
Address: 321 S. Main St., 5th Fl, Providence, RI

DATED: 2-13-07

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows;

(1) I am a member in good standing of the bar of the State(s) of Massachusetts

__________ following Federal District Court and/or Court of Appeals Bar(s) Massachusetts, First Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are not disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, Please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation).

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac* vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Barry S. Pollack 642064

Print Name State Bar ID#

Sullivan & Worcester LLP

Firm Name

One Post Office Square

Business Address

Boston, MA 02109

617-338-2800 617-338-2880

Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirement of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Neville Bedford 6817

Print Name R.I. Bar ID #

Neville Bedford Esq.

Firm and Business Address

321 South Main Street, 5th Fl.

Providence, RI 02903

Tel. # 401-709-4328 Fax # 401-633-6822

**ORDER**

This motion is hereby ________________ ______________________________

District Judge

Date: