UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Dominik Kufner,<br>Petitioner,<br><br>vs.<br><br>Tina Kufner,<br>Respondent. | C.A. No. 07-046 S |

**ORDER**

Upon the Court's Motion for Appointment of a Guardian ad litem, after a hearing thereon and with the agreement of the parties, the Court finds that the appointment of a Guardian ad litem would enhance the Court's capacity to decide the case properly and is necessary to protect the best interests of the children. Therefore, it is hereby Ordered:

1. With the agreement of the parties and the approval of the Court, Ms. Sharon O'Keefe, Esq. is appointed Guardian ad litem of Joseph Kufner and Matthias Kufner, the minor children of the parties, ages eight and seven, respectively.

2. The Guardian ad litem shall discuss this matter with counsel for both parties, as well as with the Plaintiff and Defendant, to determine those persons who should be interviewed by the Guardian ad litem.

3. The Guardian ad litem shall be entitled to notice of all Court proceedings and unless excused by the Court, should appear at Court proceedings that affect the interests of the child.

4. The Guardian ad litem shall:

A. Meet with the children and conduct an investigation and upon request of the Court, prepare an oral or written report that contains the procedural background of the case, the identity all persons interviewed and other sources of information, a statement of each child's emotional, medical and social service needs, the child's wishes and other factors relevant to the

Court's determination of the best interests of the children.

B. Upon request of the Court, make specific recommendations regarding the issues related to the children that are pending before the Court.

C. Assist the Court, the parties and their counsel in reaching a resolution of matters related to the children that are pending before the Court.

D. Perform other duties as requested by the Court for the benefit of the minor children.

5. The Guardian ad litem shall have access to:

A. All Court files, including any sealed/confidential portions thereof, concerning the child. The Clerk of the Court shall provide certified copies of this Order to the Guardian ad litem upon request and without charge.

B. The minor children at such times and places as may be reasonable and necessary to accomplish the Guardian ad litem's duties. Prior to meeting with the children, the Guardian ad litem shall provide reasonable notice to the parent in possession of the child at the time of the proposed meeting. The parties shall cooperate with the Guardian ad litem's requests for access to the children.

C. Any and all information related to the children that the Guardian ad litem deems important to competently fulfill the charge of the Court.

D. All school, medical , therapy and counseling records and information, whether written or oral, regarding the children. Upon presentation of a copy of this Order to the provider, these records shall be released to the Guardian ad litem without the need for a release executed by the parents.

E. All police reports regarding the children or parents. Provided however, the law enforcement agencies may redact the names and other information personally identifiable to such individuals who are protected by law as confidential sources.

G. The medical, therapy and counseling records of any parent where the parent's psychological status is a significant issue in the case, or where there has been

an allegation of abuse or neglect of the children. If the parent declines to sign a release permitting the Guardian ad litem to access his/her confidential health care records, the Guardian ad litem shall cause a subpoena to be issued for the records. Upon notice to the parent, in accordance with R.I.G.L. § 5-37.3-6.1, the Court shall conduct a hearing to determine if the records should be released to the Guardian ad litem.

6. The Guardian ad litem may request that the Court order expert evaluations of the children, the parents and/or other interested parties.

7. The Guardian ad litem may cause to be filed such pleadings, motions, petitions for relief and requests for discovery/information as the Guardian ad litem deems appropriate or necessary to further the best interests of the children.

8. Counsel for the parties shall provide the Guardian ad litem with copies of all pleadings, motions, orders and Answers to Interrogatories filed by the parties.

9. Counsel for the parties shall not interview nor have any contact with the children for whom the Guardian ad litem is appointed without the express consent of the Guardian ad litem. The Guardian ad litem may be present during any interview of the child by counsel for the parties.

10. Each party and their counsel shall cooperate fully with the Guardian ad litem.

11. Prior to commencing her duties, the Guardian ad litem shall advise counsel for both parties, in writing, of her hourly rate for the performance of Guardian ad litem services and shall have the right to request and receive a reasonable retainer.

12. Any and all fees of the Guardian ad litem shall be paid in accordance with the reasonable fee schedule established by the Guardian ad litem. The Guardian ad litem shall submit periodic bills to the counsel for the parties and the Court. Unless objected to within ten days, the Guardian ad litem's bills shall be paid within 30 days of receipt by counsel for the parties.

13. No copies of the Guardian Ad Litem Report shall be disseminated to the clients, unless approved and ordered by the Court. Where a written report is necessary, unless

otherwise specified by the Court, the report of the Guardian Ad Litem shall be sealed, but shall be available to counsel and the Court. It shall be available for review by the parties. Any written report submitted by the Guardian ad litem shall be marked as a full exhibit in the Court file, subject to cross-examination.

Assented to:

For the Plaintiff

For the Defendant

By Order:

Deputy Clerk

Enter:

William E. Smith
U. S. District Judge
Date:

otherwise specified by the Court, the report of the Guardian Ad Litem shall be sealed, but shall be available to counsel and the Court. It shall be available for review by the parties. Any written report submitted by the Guardian ad litem shall be marked as a full exhibit in the Court file, subject to cross-examination.

Assented to:

For the Plaintiff

For the Defendant

By Order:

Deputy Clerk

Enter:

William E. Smith
U. S. District Judge
Date:

otherwise specified by the Court, the report of the Guardian Ad Litem shall be sealed, but shall be available to counsel and the Court. It shall be available for review by the parties. Any written report submitted by the Guardian ad litem shall be marked as a full exhibit in the Court file, subject to cross-examination.

Assented to:

______________________________
For the Plaintiff

______________________________
For the Defendant

By Order:

Deputy Clerk

Enter:

William E. Smith
U. S. District Judge
Date: 2/14/07