UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Case No. CA 07 046S

DOMINIK KUFNER
Stefanieweg 11
82335 Berg-Mörlbach, Germany
Plaintiff (Petitioner),

v.

TINA KUFNER
Gut Racherbach
82407 Wielenbach, Germany
Defendant (Respondent).

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO QUASH HER DEPOSITION**
**Or alternatively:**
**PLAINTIFF'S MOTION TO COMPEL DEFENDANT'S DEPOSITON FOR NEXT TUESDAY MORNING.**

In this case, plaintiff needs to take the defendant's examination before trial in order to avoid doing discovery during the trial. This deposition will serve to avoid unnecessary testimony during the trial.

On Thursday morning Plaintiff's counsel tried to arrange defendant's deposition to be held this coming Monday, a holiday - knowing that Attorney Pollack would not have to be in court on any other case. And, we offered to do the deposition in Boston, MA or Providence, R.I., at defendant's election. A second call was made late on Thursday afternoon.

Having no reply, Plaintiff served notice this morning, Friday, of the taking of defendant's deposition on next Tuesday at 10:00 a.m. in Providence, R.I.

This afternoon, in a telephone call with Attorney Pollack, he was also offered any time on Saturday, Sunday or Monday if he wanted to be present. We also noted that Attorney Pollack had at least two co-counsel, one in his own firm, Sullivan and Worcester and one in Providence, R.I. who could cover the deposition, since, after all it was the defendant, not counsel who would be deposed.

In response, Attorney Pollack said he felt that we should have noticed defendant's deposition earlier. This ignores the fact that it was not until this past Tuesday when, at the court's inquiry, Mr. Pollack stated the general basis for the defendant's Convention 11b defense.

Attorney Pollack also said it was not his experience to take depositions on Hague cases. To the contrary, on most of the Hague cases the undersigned has been involved in, including those when the trial is held within a few weeks of filing, we have taken depositions.

Plaintiff is interested in moving this case along promptly. Defendant may have another agenda.

Plaintiff submits defendants' deposition will serve to reduce trial time and, beyond that, he should have a right

of discovery. There is nothing unusual or improper about plaintiff's request.

The court is asked to deny the motion to quash and to permit the defendant's deposition to go forward as noticed, on Tuesday morning at 10:00 a.m.

This opposition is being filed at this time, because we do not want to wait to get defendant's motion at 5 p.m. thus leaving us all up in the air over the weekend.

Indeed, if defendant has not filed her motion to quash, the court is asked to treat this as a motion to compel and order the defendant's deposition to go forward on Tuesday morning.

Respectfully submitted,

February 16, 2007

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz, Esq.
(Fed. Bar #6115)
TAMULEVIZ, HULTQUIST, & BIANCHI, LLP
144 Westminster Street
Providence, Rhode Island 02903
401.490.2939
401.490.2940 (fax)

Gerald L. Nissenbaum, MABBO 372400
160 Federal Street, 24th floor
Boston, MA 02110

Bradford Neal Martin, Esq.
(Fed. Bar #3310)
BRADFORD NEAL MARTIN & ASSOC. PA
75 Beattie Place Suite 910
Greenville, South Carolina 29601
864.552.9990
864.552.9992 (fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATION OF SERVICE

On this 16th day of February 2007, I caused the instant Plaintiff's Opposition to Defendant's Motion to Quash Her Deposition or Alternatively: Plaintiff's Motion to Compel Defendant's Deposition for Next Tuesday Morning to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Neville J. Bedford, Esquire
321 South Main Street, 5th Floor
Providence, Rhode Island 02903

/s/Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com