UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINICK KUFNER,<br>Petitioner,<br>v.<br>TINA KUFNER,<br>Respondent. | Civil Action No. 07-046S |

**RESPONDENT'S DESIGNATION OF ARTICLE 13(B) WITNESSES AND DESIGNATION OF EXPERT WITNESS**

Respondent, Tina Kufner, provides this disclosure pursuant to the Court's order of February 8, 2007. The following is a list of witnesses that Respondent may call at trial:

- Christian Wächter
- Alexandra Kain
- Alycia Setlin
- Cathy Smith
- Melinda Eng
- Scott Melo
- Sara Jane Wilson
- Astrid Zimmermann
- Kirsten Mallony
- Lorraine Mitchell
- Missy Pohl

In addition to the Article 13(b) witnesses listed above, Respondent designates Evelyn Strawn ("Ms. Strawn") as an expert witness. See Report of Evelyn Strawn, attached hereto as Exhibit A.

Respondent reserves all rights to amend or supplement these designations.

Respectfully submitted,

TINA KUFNER,

By her attorneys,

/s/ Neville J. Bedford

Neville J. Bedford (RI Bar #6817)
321 South Mail Street, 5th Floor
Providence, RI 02903-7108
(401) 709-4328 (phone)
(410) 633-6822 (fax)
nevillebedford@gmail.com

*Of Counsel*

Barry S. Pollack
Lindsay D. Barna
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
bpollack@sandw.com
lbarna@sandw.com

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2007.

/s/ Neville J. Bedford

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINICK KUFNER,<br>Petitioner,<br>v.<br>TINA KUFNER,<br>Respondent. | Civil Action<br>No. 07-046S |

**REPORT OF EVELYN STRAWN**

I, Evelyn Strawn, have been asked to submit an expert report on behalf of the Respondent, Tina Kufner, pursuant to the Court's Order dated February 8, 2007, in the above referenced litigation.

1. I have been informed by Respondent that I may be called as an expert witness at trial. I am the Regional Director of the Massachusetts Society for Prevention of Cruelty to Children ("MSPCC"). I hold a Masters of Social Work from Rutgers University. Before becoming Regional Director for the MSPCC, I was the Regional Director and Deputy Commissioner for Field Operations and Field Support for the Massachusetts Department of Social Services.

2. Attached hereto as Exhibit A is my Curriculum Vitae. During my years of social work, I have handled more than a dozen cases involving child pornography.

3. If I am called to testify at trial, I expect to testify as to how the specific facts and issues of this case raise warning signs of child exploitation. These facts and issues, which require further investigation, include but not limited to 1) the evaluation of the Kufner children; 2) the evaluation of any trauma the Kufner children may have suffered; and 3) Petitioner's

conduct in relation to his children and his interest in children, in general. I also expect to testify as to reasonable protocols used in the evaluation of the Kufner children and the conduct of Petitioner. These would include but not be limited to a trauma evaluation to assess the presence and extent of trauma reactions, symptoms and functional impairment, assessment of emotional, developmental, behavioral, psychological and biological strengths and vulnerabilities of the children, and assessment of caretakers' parenting skills, strengths, abilities and limitations.

4. In rendering these assessments, I have reviewed the following documents: 1) a letter from the petitioner, Dominik Kufner, regarding the children's bedwetting and nervous twitches; 2) a letter from the Department of Youth to the Court in Germany; 3) a letter from a German social worker to the German court; 4) a sworn statement from Alexandra Kain, a former au pair of the petitioner; and 5) photographs of the Kufner children taken by the petitioner. I expect to testify that the letters from the Department of Youth and from the German social worker do not reflect a reasonable protocol for the protection of the children in Germany.

I reserve all rights to amend or supplement this report.

Respectfully,

Evelyn D. Strawn

Evelyn D. Strawn, MSW



{B0609378; 1}

# Exhibit A

# Evelyn D. Strawn

PO Box 1199
Plymouth, MA 02362
(508) 746-3206

## Experience

### Massachusetts Society for Prevention of Cruelty to Children

*Regional Director*

2005 – Present

Responsible for oversight of Family Counseling Centers and delivery of prevention services to children and families in the Southeast region of the commonwealth as well as Kids Net which provides support and training to foster parents.. Administrative and fiscal responsibility for a budget of $2.4 million.

*Statewide Director Connecting Families Program*

2003 – 2005

Developed and implemented pilot program designed to prevent child abuse and neglect. Oversaw six sites that provided intense in home services to families who were at high risk of becoming involved with the state child welfare system.

### Artemisia

*Owner*

1999 - 2003

Provide administrative and management support to small businesses and non-profit agencies including event coordination, fund raising, fiscal tracking and program consultation.

### Design and Engineering Services, Inc.

*President*

1993 - 1999

Responsible for management of design build company which specializes in commercial construction of projects ranging from $250,000 to $1 million.

### Massachusetts Department of Social Services

*Deputy Commissioner for Field Operations and Field Support*

1991 - 1992

Responsible for the management and delivery of comprehensive and quality social services to over 24,000 families and their children in the Commonwealth of Massachusetts. Supervised 26 area directors who operate community-based area offices throughout the state. Managed the directors and activities of the Family Preservation Unit, Protective Services Unit, Placement Services Unit and Permanency Planning Unit.

Worked with contracted providers and other resources to enhance service delivery system.

*Regional Director*

1989 - 1991

Responsible for the delivery of social services to the children and families in the Southeastern quarter of Massachusetts. Administrative and fiscal responsibility for an organization of 640 employee and over $45 million, including oversight of a contracted system for day care, battered women's services, counseling services and child welfare .

*Area Director*

1980 - 1989

Planned, developed and directed social services within a ten-town area. Programmatic and fiscal responsibility for $1.5 million in contracted services and $2.5 million of direct services.

**New Jersey Division of Mental Health and Hospitals**

*Regional Director*

1977 - 1980

Planning, program development, evaluation and technical assistance to mental health and related social service agencies in a seven county region. Fiscal and programmatic responsibility for $4.8 million.

**New Jersey Division of Youth and Family Services**

*Program Development Specialist*

*Social Worker*

Developed Central Office Protective Services Unit to provide support to 21 local offices. Wrote policies, developed and implemented new programs.

As a social worker, provided intensive casework to multi-problem families.

## Education

University of Washington
B.A. Anthropology

Rutgers University
M.S.W. Social Policy

## Professional Activities

National Association of Social Workers Board of Directors, Massachusetts Chapter

Finance Committee, Town of Kingston

Trustee, Pilgrim Society

Commissioner, Town of Plymouth Conservation Commission