UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINICK KUFNER, Petitioner, v. TINA KUFNER, Respondent. | ) | Civil Action No. 07-046S |

**EMERGENCY MOTION TO QUASH DEPOSITION OF TINA KUFNER**

Respondent Tina Kufner ("Ms. Kufner") respectfully submits this emergency motion to quash the Deposition Notice dated February 16, 2007.

1. Earlier today, Petitioner's Boston counsel, Attorney Nissenbaum, noticed the deposition of Tina Kufner to take place Tuesday, February 20, 2007. Leave had not been sought to take party depositions. None of the parties suggested during any previous conference that such depositions should take place before the expedited trial. There is no particular right for such depositions in cases under the Hague Convention on the Civil Aspects of International Child Abduction.

2. In addition, Petitioner's counsel unilaterally selected the date for the deposition of Ms. Kufner. The date selected presents a scheduling conflict for Ms. Kufner's counsel and would constitute a hardship for Tina Kufner were it to go forward. As the Court has previously been informed, Ms. Kufner's lead counsel, Attorney Pollack, is scheduled to appear as lead counsel at a trial in the Northern District of New York, commencing in the morning on Tuesday, February 20, 2007. Therefore, he will be unavailable to represent his client, Tina Kufner, at a deposition

on that day. Attorney Barna will also be out-of-state on Tuesday, February 20, 2007, and therefore unavailable to represent Tina Kufner were a deposition to be held on that day.

4. Petitioner has made no particular showing or proffer as to why a deposition is necessary. No party will be prejudiced by quashing the Notice of Deposition of Tina Kufner because she will be available to testify and subject to cross-examination at the trial in this matter.

Based on the foregoing, this Court should quash Petitioner's Notice of Deposition of Tina Kufner.

Respectfully submitted,

TINA KUFNER,

By her attorneys,

February 16, 2007

/s/ Neville J. Bedford

Barry S. Pollack *(pro hac vice)*
Lindsay D. Barna *(pro hac vice)*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
bpollack@sandw.com
lbarna@sandw.com

Neville J. Bedford (RI Bar #6817)
321 South Mail Street, 5th Floor
Providence, RI 02903-7108
(401) 709-4328 (phone)
(410) 633-6822 (fax)
nevillebedford@gmail.com

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2007.

/s/ Neville J. Bedford