UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINICK KUFNER,<br><br>Petitioner,<br><br>v.<br><br>TINA KUFNER,<br><br>Respondent. | ) | Civil Action<br>No. 07-046S |

**RESPONDENT, TINA KUFNER'S, DEPOSITION DESIGNATIONS**[1]

1.) **Tanja Kufner: 2/9/07 Tr.** at 9:3-25; 10:1-10; 12:15-25; 13:1-18; 16:23-25; 17:1-25; 18:1-5; 19:3-24; 32:11-22; 33:25; 34:1-6, 11-25; 35:1-24; 36:2-11; 36:16-25; 37:1-19, 22-25; 38:1-25; 39:1-25; 40:1-19, 23-25; 41:1-25; 42:1-2, 14-25; 43:1-10.

2.) **Tapani Hanninen: 2/8/07 Tr.** at 5:16-25; 6:1-4, 25; 7:1-18; 8:7-24; 12:14-23; 27:24-25; 28:1-21; 29:11-25; 30:1-20; 31:10-25; 32:1-15; 39:7-25; 40:1-25.

3.) **Lucie Lucas: 2/8/07 Tr.** at 13: 13-21; 32:14-23; 33:1-14; 34:3-19; 35:1-11; 36:11-20.

4.) **Charles Lucci: 2/9/07 Tr.** at 10:8-14; 11:14-18; 12:6-25; 13:1-12; 16:13-25; 20:1-20; 26:13-25; 27:1-25; 28:1-5; 30:5-25; 31:1-25; 32:1-25; 33:10-25; 34:1-25; 35:1-7; 37:23-25; 38:1-5.

5.) **Andrea Walther: 2/9/07 Tr.** at 19:4-25; 20:1; 21:6-25; 22:11-16; 25:3-9; 33:9-25; 34:1-2; 36:15-25; 37:1-12; 39:10:21;41:23-25; 42:1-12; 52: 15-25; 53:1-9, 20-25; 54:1-12; 57:10-25; 58:1-18; 59:17-22; 60:7-25; 61:1-25; 88:3-15;94:10-25; 95:1-25; 96:1-25; 97:1-17; 99:13-19; 100:7-25; 101:1-14; 111:1-25; 112:1, 23-24; 113:1-15; 114:3-24; 115:1-25; 116:1-19, 24-25; 117:1-25; 118:1-25; 119:1-25; 120:1-25; 121:10-25; 122:18-22; 124:1-25; 125:1-23; 126: 10-25; 127:1-8, 19-25; 128:1; 129:1-8; 16-18; 133:25; 134:1-9; 143:17-25; 144:1-12; 145:19-25; 146:1-

[1] Respondent reserves the right to supplement these designations as necessary.

25; 147:1-25; 148:1-24; 149:11-125; 150:1-25; 151:1-25; 152:1-25; 153:1-23; 154:1-25; 155:2-25; 156:1-25; 157:1-25; 158:15-25; 161:2-22;

Respondent reserves all rights to amend or supplement this list as it deems necessary

Dated: February 16, 2007

Respectfully submitted,

TINA KUFNER,

By her attorneys,

/s/ Neville J. Bedford

Neville J. Bedford (RI Bar #6817)
321 South Mail Street, 5th Floor
Providence, RI 02903-7108
(401) 709-4328 (phone)
(410) 633-6822 (fax)
nevillebedford@gmail.com

*Of Counsel*

Barry S. Pollack
Lindsay D. Barna
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
bpollack@sandw.com
lbarna@sandw.com

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 16, 2007.

/s/ Neville J. Bedford