UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINIK KUFNER,
Plaintiff,

No. CA 07 046 S

v.

TINA KUFNER,
Defendant.

**AFFIDAVIT OF EDWARD S. GROSS, M.D.**

Now comes Edward S. Gross, M.D. who, upon his oath states:

1. I, Edward S. Gross, reside at 9 Wigwam Road, Falmouth, MA. 02540.

2. I am a medical doctor licensed to practice medicine in the Commonwealth of Massachusetts. I am Board Certified in Pediatrics.

3. Among my other credentials is my work with the Children's Hospital Medical Center, Boston, MA as a pediatrician and a clinical preceptor. I am also a long-time faculty member of Harvard Medical School. I have taught medical students since the conclusion of my training in 1974. My complete résumé is attached and incorporated.

4. During my training and practice of medicine I have seen and examined thousands of children, many of them repeatedly and on numerous occasions, because I treated them in the course of my practice of medicine.

5. Starting in the early 1980's, it became a routine practice for pediatricians to evaluate all children for signs of abuse, including sexual abuse. Since then I have performed thousands of these evaluations and related physical examinations. As well, I have taught hundreds of medical students and physicians-in-training to perform these examinations.

6. During the course of my practice, I have also been specifically asked to perform at least one hundred examinations of children because of concerns that they had been sexually abused.

7. There are well-established criteria for determining sexual abuse.

8. Among other things, those criteria include:

a. Whether the conduct is exploitive of the physical or emotional vulnerability of the child;

b. Whether the child was asked or compelled to engage in activity designed to arouse another person;

c. Whether the behavior is designed to engage the viewer and provoke sexual arousal;

d. Whether the child was engaging in activity atypical for his or her age and circumstances;

e. Whether the child was engaged with another person of sufficiently unlike age as to suggest an exploitive or coercive interaction; and

f. Whether there are physical signs from which one can reasonably conclude that the child engaged in or was forced to participate in sexual activity.

9. I have been retained by Attorney Gerald L. Nissenbaum of Boston, MA 02110 who informs me that he is one of the lawyers representing the plaintiff in this case. I have been retained at my usual $500 hourly rate, with a minimum of four hours in the event I am asked to set aside time to testify in deposition or court. The payment of my fee is not dependant upon the outcome of this case.

10. I have been provided, and I have reviewed, the following material:

a. six (6) photographs of two young boys who are eating food directly from plates on the floor;

b. thirty-nine (39) photographs of the same two young boys who are naked and appear to be engaged in exuberant play and have noted that in seven (7) of these said photographs, genitalia and/or anus(es) can be discerned;

c. seventy-three (73) photographs in what I would call an array of family photographs; and

d. affidavit of Alexandra Kain, dated October 22, 2006, which, in part, references the circumstances and date on which the said thirty-nine photographs were taken, viz., September 2005.

e. transcript of the February 6, 2007 deposition testimony of Dr. Oscar Volkl, whom I am told is the children's long-time pediatrician.

11. I am told that the parties have two children, both boys, Joseph Kufner, born on September 10, 1998 and Matthias Kufner, born on December 10, 1999, and that these two are the subjects in the photographs. Therefore, in September 2005 the two boys were then, respectively, age seven and almost age six.

12. a. I closely examined the said thirty-nine photographs in an attempt to determine if they either showed signs or reasonably raised concerns that the two boys had been sexually abused.

b. In my opinion, these said thirty-nine photographs do not depict sexual abuse, nor do they raise a concern that these boys were there and then being sexually abused.

13. In my opinion, only one of the said thirty-nine photographs shows a child engaging the person taking the pictures - that being where the child is doubled over, "mooning" the photographer while grinning impishly at the camera.

14. In my opinion, the said thirty-nine photographs do not show any sexual activity.

15. Only one photograph shows one of the children touching the other; and this contact is above the waist and is, in my opinion, lacking in sexual content.

16. In my opinion, the totality of the images in the said thirty-nine photographs depicts gleeful, age-appropriate, kinetic play.

17. In my opinion, the said thirty nine photographs show no salacious, suggestive or sexual invitation to the viewer.

18. The opinions which I express in this affidavit are based upon: (i) my education, training and experience, (ii) the above described facts and documents furnished to me, and, as well, (iii) my application of the above described reliable principles and methods. These principles and methods are consistent with recognized diagnostic standards of other professionals in my field of practice. Last, but not least, my opinions are made with a reasonable degree of medical probability.

Signed under the pains and penalties of perjury this 15th day of February 2007.

Edward S. Gross, M.D.

# CURRICULUM VITAE

EDWARD S. GROSS M.D.

9 Wigwam Road
Falmouth, Massachusetts 02540-1946
Telephone: (508) 457-9040
Fax: (508) 457-9460
email: edwgross@comcast.net

**PROFESSIONAL EXPERIENCE:**

**2002 – current: Instructor, Boston University School of Medicine, Introduction to Clinical Medicine program** (first year students)

**2000 – current: Preceptor, attending physician, Childrens Hospital Continuing Care Program** (weekly clinic, **supervising care given** by interns and residents)

**2002 – Current: INDEPENDENT CONSULTANT and MEDICAL WRITER**

**Writing** and editing of reviews, guidelines, and educational articles
**Website** content creation
**Medical and medical-legal consulting: case review and assessment**

**1998 – 2002: DIRECTOR, CLINICAL SERVICES, MCKESSON HEALTH SOLUTIONS (formerly INTERQUAL INC )**

**New Product Development:** Research and development in criteria-based decision-support software and care management systems; client network building, development of clinical partnerships, and support of business alliances. Development of vehicles and applications for delivery of criteria systems.

**Support of sales, leadership of Clinical Marketing:**
Principle speaker for Product Group at user meetings, Group-sponsored seminars, medical staff meetings, and other venues Development of pre- and post-sales presentations, training materials, scenario-based introductions, and other materials used throughout Group for sales and marketing.

**Leadership of Physician Programs:** Development of curriculum and programs for physician education in utilization management and allied topics, training in use of McKesson products, and supporting materials.

**Training and Education for Medical Managers and Practicing Physicians:**
Developed and led programs to train and orient managers in the use of medical management tools and to promote collaboration and support of practicing physicians in Utilization Management initiatives

**1994-97: ASSOCIATE MEDICAL DIRECTOR, HPR, INC.:**

**Referral system:** Enabled creation of first-of-kind Referral Practices benchmark and comparison system Defined clinical content of new software for analysis of physician referral practices in comparison to guidelines Designated, drafted and refined guidelines using expert panels. Created application-ready pharmaceutical tables for therapeutic content of guidelines; devised method for updating tables Guided software developers throughout design, development, and testing process Wrote marketing material and delivered presentations to various audiences describing product. Designed improved user interface Supported sales and marketing in the field

**Quality measurement applications:** Enabled HPR to be first to market with system for HEDIS 3.0 reporting Researched, defined, and adapted nationally accepted standards (HEDIS 3.0, U.S. Preventive Services Task Force, and others) for application knowledge base. Developed new quality measurements for application Supported software developers through upgrade and testing of new measures

**Code editing systems:** provided ongoing client support, interpretation of code interaction rules, for provider appeals Rewrote support files to ready them for direct client access through Web-site and email inquiries

**Case Management systems:** Provided application-ready pharmaceutical reference tables; helped to design clinical assessment knowledge-base and provided assessment tools.

**1974-94: Senior Consultant, Automated Medical Record; and Coding Provider, Harvard Community Health Plan:** Created and taught courses for physicians and other health professionals in use of automated system, including appropriate recording of patient data and risk-related aspects of clinical documentation Participated in workgroups to design reports for health purchasers and accreditation bodies Worked with preventive services experts to create Health Screening Report, used to remind clinicians at patient visits of currently needed health measures. Designed and gained acceptance of standardized reporting for schools and camps Responsible for designating codes to be added or modified in automated patient record.

**1990-93 Asthma Management Quality Group, Harvard Community Health Plan:** Used Quality Planning and Quality Management methods to develop Childhood Asthma Management Plan Designed and implemented provider reporting of appropriate detail for competent disease management. Developed and implemented reports to providers to guide care and improve decision-making for children with asthma. Developed Continuous Quality Improvement plan for asthma management in children for Plan-wide implementation This work received a Schering Award for Clinical Excellence

**1988-91: Director, Acute Home Care Program, Harvard Community Health Plan:** Created and gained acceptance for guidelines permitting early hospital discharge for children with major acute illnesses Implemented and supervised program at Children's Hospital and Massachusetts General Hospital

**1988-91: Lead Consultant, InterPractice Systems** collaboration with Harvard Community Health Plan in development of Computerized Patient Record. Consulted on clinical content and format of physician interfaces; workflow modeling; workstation design and training; coding systems; scenario training. Reviewed content and flow of screens before Beta implementation Consultant for training program staff; developed and presented lessons for training physicians in use of new system

**1983-87: Medical Director, The Medical-Legal Institute:** organized annual courses, 4 days per year, in medical issues with a particular focus on matters of interest to judges and attorneys I recruited faculty, developed lecture content, and presented lectures on related topics; acted as section chair, and participated in panels.

**1976-94: Medical-legal consultant** and expert witness Appeared in several jurisdictions, including Federal District Court for D C District Pediatrics and Infectious Diseases cases.

**1973-94: Pediatrician, Harvard Community Health Plan:** General pediatric practice; consultation on infectious disease issues, including antibiotic use and formulary listing; vaccine policy. Member of Medical Records Committee, Pharmacy and Therapeutics Committee, Quality Assurance Committee. Provided presentations for physicians and nurses in infectious diseases, envenomization, and developmental issues. Participated in teaching programs for students at Harvard Medical School and house staff of Children's Hospital. (Continuing practice at present, one half-day per week)

**AWARDS:**

**1992: Schering Award for Clinical Excellence:** Pediatric Asthma Project

**1992: Harvard Community Health Plan Key Contributor Award:** Quality Management and continuing work in enhancing Medical Records

**1989: Harvard Community Health Plan, Physicians Group Peer Recognition Award:** enhancements and training for Automated Medical Record

**EDUCATION:**

B.A., Harvard University, Cambridge, Massachusetts (English Literature)
M.D., Boston University, Boston, Massachusetts

**PROFESSIONAL TRAINING:**

1968-69 Intern, (Pediatrics), University of California, Los Angeles, California
1969-70 Resident in Pediatrics, Children's Hospital Medical Center, Boston, Massachusetts
1972-74 Fellow, Infectious Diseases Program, Beth Israel Hospital and Children's Hospital Medical Center, Boston, Massachusetts

**GOVERNMENT SERVICE:**

1970-72 Commissioned Officer, U.S. Public Health Service, Laboratory Program, Center for Disease Control: Virology Branch, Leprosy and Rickettsial Diseases Laboratory, Atlanta, Georgia

**PROFESSIONAL APPOINTMENTS:**

2003 Instructor, Boston University Medical School (service continues)
1999 Preceptor, Children's Hospital Continuing Care Program, Boston, Massachusetts (service continues)
1989 Attending Physician, Janeway Service, Children's Hospital, Boston, Massachusetts
1983 Medical Director, the Medical-Legal Institute, Boston, Massachusetts
1983 Clinical Associate, Massachusetts General Hospital, Boston, Massachusetts
1982 Clinical Instructor in Pediatrics, Boston University School of Medicine, Boston, Massachusetts
1977 Pediatrician, Active Staff, Brigham and Women's Hospital, Boston, Massachusetts
1974 Pediatrician, University Health Services, Harvard University, Cambridge, Massachusetts
1974 Pediatrician, Harvard Community Health Plan, Boston, Massachusetts
1974 Instructor in Pediatrics, Harvard Medical School, Boston, Massachusetts
1974 Assistant in Medicine, Children's Hospital Medical Center, Boston, Massachusetts
1971 Instructor in Pediatrics, Emory University Medical School, Atlanta, Georgia

**PUBLIC SERVICE:**

2006 Member (Bicycling), Cape Cod Joint Transportation Committee, Commonwealth of Massachusetts
2005 Vice President, Cape Cod Chapter, Massachusetts Bicycle Coalition
2005 Member, Board of Directors, Massachusetts Bicycle Coalition
2004 Secretary, Bikeways Committee, Town of Falmouth, Massachusetts
1987-91 Member (Public Advocacy), Governor's Bicycle Advisory Board, Commonwealth of Massachusetts
1984 Founding President, Bicycle Coalition of Massachusetts
1977-81 Director, First VP, League of American Bicyclists (National bicycling organization of 30,000 members)

**MEMBERSHIPS** (active and past):

Massachusetts Medical Society
American Academy of Pediatrics
New England Pediatric Society
American Medical Informatics Association

**CERTIFICATION:**

1969 National Board of Medical Examiners
1971 Georgia State Board of Medical Examiners
1974 American Board of Pediatrics, Certificate No. 16878

**CLINICAL SPECIALTY:** Pediatrics

**MEDICAL LICENSE:** Massachusetts

**PUBLICATIONS:**

BOOK:

Gross, Edward, St. Denis, M., and Macfarlane, J.A.: The Child Health Manual. Boston,, Massachusetts Blackwell Scientific Publicatons, 1985

TEXTBOOK CHAPTERS:

"Medical Records for the Pediatrician" in: Office Practice of Pediatrics R. Dershewitz, Ed., J.P Lippincott, Philadelphia, 1988

"Home Care" in: Office Practice of Pediatrics (2nd Ed.), R. Dershewitz. Ed., J.P Lippincott, Philadelphia, 1992

ARTICLES:

Cohen, A.S., Gross, E.S., and Shirahama, T.: The Light and Electron Microscopic Autoradiographic Demonstration of Local Amyloid Formation in Spleen Explants. American J. Pathology 47:1079, 1965

Starfield, B., Gross, E., Wood, M. et. al.: Psychosocial and Psychosomatic Diagnoses in: Primary Care of Children Pediatrics 66:159, 1980

Nissenbaum, G.L. and Gross, Edward: "The Client's Medical History" Trial 22:pp. 43-51 (1986)

ABSTRACTS:

Cohen, A.S., Gross, E.S., and Shirahama, T.: Production of Amyloid by Tissue Explants. Arthritis and Rheumatism 7:301, 1964
Starfield, B., Gross, E., Wood, M.: The Extent of the New Morbidity in Pediatric Practice (Presented to Ambulatory Pediatrics Association, December, 1979