UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINIK KUFNER, Petitioner | ) | |
| | ) | |
| Vs. | ) | C.A. No.: 07-046S |
| | ) | |
| TINA KUFNER, Respondent | ) | |

**PETITIONER'S WITNESS LIST**

The Petitioner, Dominik Kufner, hereby submits the following list of witnesses:

1. Dominik Kufner
2. Dorote Lucci
3. Tina Kufner
4. John T. McHale
5. Witnesses identified in Petitioner's Response to Respondent's Expert Designations.
6. Deposition Transcripts of Tepani Hanninen, Tanja Kufner, Charles Lucci, Lucie Lucas, and Andrea Walther.

Respectfully submitted,

February 22, 2007

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz, Esq. Bar No.: 6115
TAMULEVIZ, HULTQUIST, & BIANCHI, LLP
144 Westminster Street
Providence, Rhode Island 02903
401.490.2939
401.490.2940 (fax)

Gerald L. Nissenbaum, MABBO 372400
160 Federal Street, 24th floor
Boston, MA 02110

Bradford Neal Martin, Esq.
(Fed. Bar #3310)
BRADFORD NEAL MARTIN & ASSOC. PA
75 Beattie Place Suite 910
Greenville, South Carolina 29601
864.552.9990
864.552.9992 (fax)

ATTORNEYS FOR PLAINTIFF

CERTIFICATION OF SERVICE

On this 21st day of February 2007, I caused the instant Respondent's Witness List to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Neville J. Bedford, Esquire
321 South Main Street, 5th Floor
Providence, Rhode Island 02903

/s/Charles A. Tamuleviz
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com