UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: PETITION OF | : | |
| DOMINIK KUFNER | : | |
| Plaintiff, Petitioner | : | |
| VS. | : | CA NO. 07 046 S |
| TINA KUFNER | : | |
| Defendant, Respondent | : | |

**ORDER**

It is hereby ordered that Plaintiff Dominik Kufner's scheduled visits with his children, Matthias Kufner and Joseph Kufner, shall be unsupervised during the pendency of this action.

Enter:

William E. Smith
U.S. District Judge
Date: 2/27/07

By Order:

Deputy Clerk