UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINIK KUFNER | : | |
| | : | |
| v. | : | C.A. No. 07-46S |
| | : | |
| TINA KUFNER | : | |

**REPORT AND RECOMMENDATION**

Lincoln D. Almond, United States Magistrate Judge

At the request of District Judge Smith, I scheduled a settlement conference in this matter for March 1, 2007. A preliminary settlement conference was held before me on February 23, 2007. On March 1, 2007, Judge Smith held a hearing on miscellaneous issues and, in open court, requested that I also mediate a dispute between the parties regarding the materials to be submitted for review to a Court-appointed expert, Dr. Carole Jenny. If the parties did not reach an agreement, Judge Smith requested that I make a recommendation to him as to such materials. I advised both parties that they could file an objection to such recommendation with Judge Smith.

Pursuant to that request, I met with the parties on March 1, 2007. I requested that both parties submit a list to me of the items they requested be submitted to Dr. Jenny. After receiving both lists and obtaining any necessary clarification, I exchanged the lists and gave both parties an opportunity to review the other's list and to advise me as to the agreed items and, as to the disputed items, to explain their objection. The parties agreed to some items but most remained in dispute. Thus, after reviewing both lists and the parties' respective positions and objections, I make the following recommendation to Judge Smith as to the items to be submitted to Dr. Jenny:

1. Photographs. Respondent's Exs. K1 through K41; Petitioner's Ex. 45; and the CD containing photographs provided by Respondent.

2. Trial Testimony. Petitioner; Respondent; and Ms. Dorote Lucci.

3. Affidavit of Alexandrea Kain dated October 22, 2006 – Ex. 21.

4. G.W.G.'s Report (twenty-four pages) dated February 22, 2007.[1]

5. Affidavit of Petitioner regarding the night he took the photographs identified in paragraph 1 above and what he thereafter did with such photographs.

6. School Progress Report Cards of the parties' sons for the period August 21, 2006 through January 19, 2007.

7. Report of the Rhode Island Department of Children, Youth and Families dated February 22, 2007.

8. Report of Sharon O'Keefe, Esquire, Court-appointed Guardian ad Litem – Ex. 72.

9. Position Statement of each party not to exceed a total of three single-sided pages (single-spaced and typed in at least twelve-point font with at least one inch margins on all sides.)

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
March 2, 2007

[1] Both parties were agreeable to the submission of G.W.G.'s complete file to Dr. Jenny. However, neither party has the file or could provide any indication if or when the file would be obtained by them or the Court. If the G.W.G.'s complete file is promptly obtained by the Court or the parties, I recommend that it be provided to Dr. Jenny. However, I do not recommend that Dr. Jenny's review be delayed to obtain such file.