UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE: PETITION OF

DOMINIK KUFNER,
Plaintiff
Petitioner

vs. C.A. No. 07-046 S

TINA KUFNER,
Defendant
Respondent

ORDER

IT IS HEREBY ORDERED:

1. Until further order of the court, the children, Joseph and Matthias Kufner, shall have unsupervised visitation with the petitioner. During the week beginning March 12, 2007, the children shall visit with the petitioner on Monday and Wednesday from 3 p.m. to 7 p.m. and on Friday, from 3 p.m. to 8 p.m. In addition, the children shall have visitation with the petitioner on Sunday, from 10 a.m. to 6 p.m. During the week beginning March 19, 2007, the children shall visit with the petitioner on Tuesday and Thursday, from 3 p.m. to 7 p.m. In addition, the children shall have visitation with the petitioner on Saturday, from 10 a.m. to 6 p.m.

2. On weekday visitation, the petitioner shall pick the children up at the end of the school day at Mercy Mount School in Cumberland, R.I. and return them to Mrs. Kufner's parents' home at 59 Sun Valley Road, Cumberland, R.I. at the end of the visit. The petitioner shall insure that the children do their homework during the visitation period.

3. On weekend visitation days, the respondent shall bring the children to Mr. Kufner at the McDonald's, on the grounds of the Lincoln Mall at 10 a.m. Mr. Kufner shall return the children to Mrs. Kufner at the McDonald's, on the grounds of the Lincoln Mall at 6 p.m.

4. The Guardian *ad litem* is authorized to inform the principal of Mercy Mount School that this court has ordered Mr. Kufner to pick the children up at Mercy Mount School on weekdays, as described in Paragraph One above, for unsupervised visitation.

5. Overnight visitation between the children and the petitioner shall not be considered by the court until it receives the report of Dr. Carole Jenny, the independent expert appointed by the court.

6. Any supervision of visitation between the children and the petitioner shall be at the petitioner's sole option.

Enter:

WESmith

William E. Smith
U.S. District Judge
Date: 3/9/07

By Order:

Karen Baldwell

Deputy Clerk