UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re the Application of:<br><br>DOMINIK KUFNER<br>Stefanieweg 11<br>82335 Berg-Mörlbach, Germany<br><br>Plaintiff (Petitioner),<br><br>vs.<br><br>TINA KUFNER<br>Gut Racherbach<br>82407 Wielenbach, Germany | Civil Action<br>No. 07-046 S |

JOINT STATEMENT RE ARTICLE 15 QUESTIONS

The parties have been unable to agree on proposed Article 15 questions to be posed by this Court to the German Central Authority. Accordingly, the following questions are submitted by the respective parties.

PETITIONER'S PROPOSED QUESTIONS

1. In Germany, by statute or other law, do married parents exercise the Right of Custody of their children jointly?

2. If yes, does that Right of Custody continue up until such time as a court specifically removes that custody from one of the two parents?

3. Did the March 1, 2006 order, that the parents exercise custody of their children jointly, merely restate the applicable law of Germany as it applies to all children born of married parents?

4. In any event, did the March 1, 2006 order of the Weilheim court grant Father

and Mother the right to exercise the Right of Custody of their children jointly?

5. Did any part of the Weilheim court orders issued between March 2, 2006 and January 25, 2007, which orders specified Father's access to (visitation with) the Children in any way diminish the Father's Right to Custody which would in any way take away his right to determine the Children's place of residence jointly with the wife?

6. On January 25, 2007, when Mother removed the Children from Germany to the USA without the permission of either the court in Germany or the Father, did Father have a Right of Custody (as that term is defined in the Convention)?

7. If the answer to the prior question is yes, was Mother's removal of the Children without either permission of the Father or the court in Germany and / or Mother's retention of the Children in Rhode Island:

a. in violation of the Father's Right of Custody? and

b. wrongful under the Convention?

Pursuant to the Court's suggestion during the hearing on March 8, 2007, the Petitioner attaches hereto for the Court's consideration a copy of an Order from the German Court dated February 27, 2007, which is marked as Exhibit No. 1.

RESPONDENT'S PROPOSED QUESTIONS

1. Does German law honor the agreement of parents regarding custody and visitation matters?

2. Can such agreements take effect in the absence of a Court order?

3. Are there rules of interpretation under German law that apply to the construction of multiple Court orders issued on an intermediate basis? If so, what are they?

4. By implication, does an order granting visitation and access to only one parent reflect that the other parent with whom the children generally reside enjoys the custody of the children?

GERMAN CENTRAL AUTHORITY CONTACT INFORMATION

Bundesamt für Justiz
Adenauerallee 99 – 103
53113 Bonn
Tel.: 0228 99 410 5438
Fax: 0228 99 410 5401
Email: int.sorgerecht@bfj.bund.de

Respectfully submitted,

March 9, 2007

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz, Esq.
(Fed. Bar #6115)
TAMULEVIZ, HULTQUIST, & BIANCHI, LLP
144 Westminster Street
Providence, Rhode Island 02903
401.490.2939
401.490.2940 (fax)

Gerald L. Nissenbaum, MABBO 372400
160 Federal Street, 24th floor
Boston, MA 02110

Bradford Neal Martin, Esq.
(Fed. Bar #3310)
BRADFORD NEAL MARTIN & ASSOC. PA
75 Beattie Place Suite 910
Greenville, South Carolina 29601
864.552.9990
864.552.9992 (fax)

ATTORNEYS FOR PLAINTIFF

## CERTIFICATION OF SERVICE

On this 9th day of March 2007, I caused the instant Plaintiff's Opposition to Defendant's Motion to Quash Her Deposition or Alternatively: Plaintiff's Motion to Compel Defendant's Deposition for Next Tuesday Morning to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

Neville J. Bedford, Esquire
321 South Main Street, 5th Floor
Providence, Rhode Island 02903

/s/Charles A. Tamuleviz___________
Charles A. Tamuleviz, Esquire
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone: 401.490.2939
Facsimile: 401.490.2940
E-mail: cat@thbrilaw.com