Translation

Executed Copy

# WEILHEIM i. OB. MUNICIPAL COURT

82362 Weilheim i. OB., February 27, 2007

002 F 00139/06

In the matter of

**Tina Kufner**, Gut Raucherberg, 82407 Wielenbach/Rauchmoos,

*Stamp* - Petitioner -
*RECEIVED March 1, 2007*
*ULSENHEIMER & FRIEDERICH, Attorneys*

versus

**Dominik Kufner,** Stephanieweg 11, 82234 Mörlbach,

- Respondent –

Authorized trial attorneys:
Attorneys Ulsenheimer & Friederich
Maximiliansplatz 12, 80333 Munich
File number: **2301079**

for custody
here: Certificate of illegality pursuant to 15 HRiEntÜ

the undersigned judge issues the following

## Order

It is determined that the removal of the children Joseph Kufner, born on 3-9-1999,and Matthias Kufner, born on 12-9-1998, by petitioner to the United States in January/February 2007 is illegal pursuant to Art. 3 HKiEntÜ (Hague Convention regarding the Civil Aspects of International Child Abduction).

**Statements of Facts and Law:**

The parties are husband and wife living separately and apart who are entitled to the joint custody of the joint children Joseph and Matthias Kufner.
In addition to the divorce proceedings, a petition for the transfer of custody is currently pending in the Municipal Court Weilheim under the above-mentioned file number, in which both parents petition for transfer of sole custody.

002 F 00139/06

By order of 10-18-2006, the Municipal Court Weilheim decided in the custody proceedings 2 F 552/06 by way of a temporary order that respondent has custody of the children every two weeks from Thursday after school until Tuesday after school. This custody provisions was practiced until the end of January 2007 when petitioner traveled with both children to the United States without the consent of respondent. Since then petitioner has been living in the United States with the children.

By order of 2-16-2007, file number 2 F 139/06, sole custody was temporarily transferred to respondent by way of a temporary order until the final decision on the main issues.

By application of 2-23-2007 respondent requested the issue of a certificate of illegality pursuant to Art. 15 HKiEntÜ.

The admissible application is founded. Pursuant to Art. 3 HKiEntÜ the Weilheim Municipal Court - family court - has jurisdiction.

The certificate of illegality had to be issued because the removal of the children is illegal pursuant to Art. 3 HKiEntÜ.
Illegality pursuant to this provision exists if by removing the children to a different location custody in favor of one person alone or jointly is violated according to the law of the country in which the child had its regular place of residence immediately before the removal or withholding and custody was exercised at the time of the removal or withholding.

These requirements are met in this case. At the time the children were removed to the United States, petitioner had custody jointly with respondent and respondent exercised this right. The children should not have been removed from the country without the consent of respondent.

Hausladen
Municipal Court judge

The conformity of the executed copy with the original is certified.

Weilheim i. OB., February 28, 2007

Burghart, Judicial Clerk

Seal: Bavaria, Municipal Court