UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,

v.

TINA KUFNER,
Respondent.

# PETITIONER'S MOTION AND MEMORANDUM TO ESTABLISH A FORMAT FOR ARTICLE 15 QUESTIONS

1. Article 15 provides:

> The judicial … authorities of a Contracting State **may**, prior to the making of an order for the return of the child, **request that the applicant obtain** from the authorities of the State of the habitual residence of the child **a decision or other determination that the removal or retention was wrongful within the meaning of Article 3 of the Convention**, where such a decision or determination may be obtained in that State. The Central Authorities of the Contracting States shall so far as practicable **assist applicants to obtain such a decision or determination.** (Emphasis supplied).

2. There is, of course, nothing in Article 15 which requires the Applicant to use the Central Authority of Germany as a facilitator in obtaining said determination.

3. At bar, the Applicant, here the Petitioner, Dominik Kufner:

a) presented an expert witness, Attorney Wolfgang Vomberg, at trial; and, as well,

b) (i) sought the above described Article 15

"Determination that the removal or retention was wrongful within the meaning of Article 3 of the Convention;"

(ii) obtained the February 27, 2007 Determination from the Court in Weilheim, Germany that the removal was wrongful; and

(iii) as of March 9, 2007, was permitted to and did file the February 27, 2007 Determination with this Court (filed as Exhibit 1 to Joint Statement re: Article 15 Questions).

4. As of the end of the trial day on March 8, 2007, this Court reiterated its desire to file its own Article 15 Request for Information. To that end, the Court requested the parties to, and they did, provide the Court with possible questions.

5. In the event this Court, after consideration of the said February 27, 2007 Order, decides in its discretion to pose questions, respectfully, the Petitioner submits his attached Format for consideration by this Court.

6. The Petitioner hopes the attached Format will help facilitate a prompt, accurate, and relevant response to questions which this Court would insert on the form at number 10. (Exhibit A)

7. Petitioner respectfully requests a hearing on this Motion; Petitioner estimates this matter will take approximately 15 minutes.

Respectfully submitted,

March 12, 2007

Charles A. Tamuleviz, Esq. (Fed. Bar #6115)
TAMULEVIZ, HULTQUIST, & DIANCHI
144 Westminster Street
Providence, Rhode Island 02903
401.490.2939
401.490.2940 (fax)

/s/ Bradford N. Martin
Bradford N. Martin (Federal Bar #3310)
BRADFORD NEAL MARTIN & ASSOCIATES, PA
75 Beattie Place, Ste. 910
Post Office Box 10410
Greenville, South Carolina 29603
864.552.9990
864.552.9992 (fax)

Gerald Nissenbaum, Esq.
NISSENBAUM LAW OFFICES
The Landmark
160 Federal Street, 24th Floor
Boston, Massachusetts 02110
Phone: 617-330-9090
Fax: 617-330-6909

ATTORNEYS FOR PETITIONER

## Certification of Service

On this 12th day of March, 2007, I caused the within document to be filed electronically and it is available for viewing and downloading from the ECF system to the registered participants and as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Bradford N. Martin
Bradford N. Martin (Federal Bar #3310)
BRADFORD NEAL MARTIN & ASSOCIATES, PA
75 Beattie Place, Ste. 910
Post Office Box 10410
Greenville, South Carolina 29603
864.552.9990
864.552.9992 (fax)