UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINIK KUFNER,<br><br>Petitioner,<br><br>v.<br><br>TINA KUFNER,<br><br>Respondent. | Civil Action<br>No. 07-046S |

**COUNSEL FOR RESPONDENT'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Barry S. Pollack, Lindsay D. Barna, Sullivan & Worcester LLP, and Neville J. Bedford, counsel for respondent, Tina Kufner, hereby move for leave to withdraw as counsel of record, and hereby request that this Court to allow them to withdraw as counsel of record. This Motion is filed pursuant to the Rhode Island Rules of the United States District Court, L.R. Gen. 206(e). In support of their motion, counsel have attached a certificate and affidavit to this motion and state as follows:

1. Counsel and Respondent have developed an irretrievable breakdown in communications which has undermined the attorney-client relationship beyond reconciliation.

2. Counsel and Respondent have developed an irreconcilable difference in opinion based on divergent views on strategy for the current action.

3. A conflict of interest has appeared to develop between Respondent and her counsel because of statements made by, instructions received from, and certain actions by Respondent.

WHEREFORE, counsel respectfully request that the Court grant this motion to withdraw as counsel of record.

Respectfully submitted,

Neville J. Bedford (RI Bar #6817)
321 South Main Street, 5th Floor
Providence, RI 02903-7108
(401) 709-4328 (phone)
(410) 633-6822 (fax)
nevillebedford@gmail.com

Barry S. Pollack
Lindsay D. Barna
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
bpollack@sandw.com
lbarna@sandw.com

I hereby certify that a copy of the above document was served on the Respondent of Record by hand and by Certified Mail on March 12, 2007.



{B0613471; 2}

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINIK KUFNER,<br><br>Petitioner,<br><br>v.<br><br>TINA KUFNER,<br><br>Respondent. | ) | Civil Action<br>No. 07-046S |

**AFFIDAVIT OF BARRY S. POLLACK**

I, Barry S. Pollack, first being duly sworn, hereby depose and say:

1. I am a partner with the law firm of Sullivan & Worcester LLP in Boston, Massachusetts, counsel to Respondent Tina Kufner;

2. I am a member in good standing of the Massachusetts Bar;

3. Except where otherwise indicated, I make this affidavit from facts within my personal knowledge and I believe all matters set forth herein to be true, correct and complete;

4. Respondent Tina Kufner is not in the military service of the United States;

5. Tina Kufner was temporarily residing at her parents' home, located at 59 Sun Valley Drive, Cumberland, RI 02864, and has now taken temporary residence at the Holiday Inn Express located at 707 South Washington Street, North Attleboro, MA 02760;

6. Pursuant to Rhode Island Rules of the United States District Court, L.R. Gen. 206(e), Tina Kufner has been served with this Motion to Withdraw via first class mail and by hand;

7. An evidentiary hearing is currently pending in this matter. All factual evidence has been closed. The Court is awaiting testimony from Dr. Carole Jenny, an appointed expert in the field of child exploitation. The Court has indicated that, after such testimony, it would entertain further witnesses related to Dr. Jenny's report and the Article 13(b) defense.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2007.

Barry S. Pollack
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
bpollack@sandw.com



{B0613494; 2}