UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,

v.

TINA KUFNER,
Respondent.

# PETITIONER'S MOTION TO COMPEL AND MOTION FOR EXPEDITED CHANGE OF CUSTODY

## I. Relief Requested.

1.1 Based on the allegations made below, Petitioner, Dominik Kufner (Husband / Father) moves the Court to:

a. promptly issue an Order to Compel Tina Kufner (Wife/Mother) to sign documents releasing the records of the German Youth Welfare Office for use in this proceeding;

b. promptly issue an expedited Order granting a change of custody to the Petitioner; and

c. to promptly hold a hearing on said Orders.

## II. Brief Background on Motion to Compel.

2.1 This Court has ordered the parties to sign the appropriate authorization forms for the records of the German Youth Welfare Office.

2.2 Dominik Kufner has signed the requested letter of release.

2.3 A copy of the letter of release was provided to Tina Kufner through her counsel.

2.4 As of this date, Tina Kufner has failed to sign the letter of release for the requested documents and Respondent's lawyers have moved to withdraw as counsel.

**III. Brief Background on Motion for Expedited Change of Custody.**

3.1 Petitioner previously filed a motion for immediate custody of the children on March 12, 2007.

3.2 Due to Respondent recently checking into a hotel with the children under an assumed name, the pending withdrawal of her counsel, and the imminent decision of Dr. Jenny, Petitioner requests an expedited hearing on the issue of custody to avoid Respondent leaving the jurisdiction of this Court with the children.

**IV. Conclusion.**

4.1 Based on the above, Petitioner would ask the Court to Order Tina Kufner to sign the English and German versions of the attached release, forthwith, for the obvious reasons.

4.2 Based on the above, Petitioner would further ask the Court to grant an expedited hearing on the issue of custody of the children.

4.3 Petitioner would request an expedited hearing on these issues. Petitioner requests 30 minutes for this hearing.

Respectfully submitted,

March 13, 2007

Charles A. Tamuleviz, Esq. (Fed. Bar #6115)
TAMULEVIZ, HULTQUIST, & BIANCHI
144 Westminster Street
Providence, Rhode Island 02903
401.490.2939
401.490.2940 (fax)

/s/ Bradford N. Martin
Bradford N. Martin (Federal Bar #3310)
BRADFORD NEAL MARTIN & ASSOCIATES, PA
75 Beattie Place, Ste. 910
Post Office Box 10410
Greenville, South Carolina 29603
864.552.9990
864.552.9992 (fax)

Gerald Nissenbaum, Esq.
NISSENBAUM LAW OFFICES
The Landmark
160 Federal Street, 24th Floor
Boston, Massachusetts 02110
Phone: 617-330-9090
Fax: 617-330-6909

ATTORNEYS FOR PETITIONER

Certification of Service

On this 13th day of March, 2007, I caused the within document to be filed electronically and it is available for viewing and downloading from the ECF system to the registered participants and as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Bradford N. Martin

Bradford N. Martin (Federal Bar #3310)
BRADFORD NEAL MARTIN & ASSOCIATES, PA
75 Beattie Place, Ste. 910
Post Office Box 10410
Greenville, South Carolina 29603
864.552.9990
864.552.9992 (fax)