Mrs.
Tina Kufner
59 Sun Valley Drive
Cumberland, Rhode Island 02864

Landratsamt Weilheim/Schongau
Pütrichstr. 10

82362 Weilheim i. OB

**Per Telefax: 0881 / 681-297**

**Übersendung der Akte des Jugendamtes bzgl. der Kinder Joseph und Matthias Kufner an den Federal Court of Rhode Island**

Sehr geehrte Frau Höfler,

Sie haben mitteilen lassen, dass Sie den Inhalt der bei Ihnen geführten Akte bzgl. der Kinder Joseph und Matthias Kufner nur unter der Voraussetzung weitergeben können, wenn aus Datenschutzgründen beide Elternteile dem zustimmen. Hiermit ermächtige ich Sie, den gesamten Inhalt Ihrer Jugendamtsakte in Kopie Rechtsanwältin Andrea-Simone Walther zu übermitteln, damit diese die Weiterleitung an den Federal Court vornehmen kann.

Vielen Dank.

Mit freundlichen Grüßen

Tina Kufner

Translation

Tina Kufner
59 Sun Valley Drive
Cumberland, Rhode Island 02864

Landratsamt Weilheim/Schongau
Pütrichstr. 10

82362 Weilheim i. OB.

**Per Telefax: 0881 / 681-297**

**Sending Youth Welfare File regarding Children Joseph and Matthias Kufner to Federal Court in Rhode Island**

Dear Mrs. Höfler:

You have notified opposing counsel that on account of data protection rules you can only transfer your file regarding the children Joseph and Matthias Kufner if both parents consent. I herewith authorize you to provide copies of the entire content of your youth welfare file to Attorney Andrea-Simone Walther so that she can transmit it to the Federal Court.

Thank you very much.

Kind regards,

Tina Kufner

**CERTIFICATE OF ACCURACY**

**STATE OF SOUTH CAROLINA )**
**COUNTY OF GREENVILLE )**

I, Erika B. Matt, a German translator, certified by the American Translators Association for translations from German into English and English into German, declare:

1. I am familiar with the German and English language.

2. I have translated the above document from German into English and I herewith certify that the document constitutes a complete and accurate translation of the German original.

Greenville, February 21, 2007

Erika B. Matt, Esq.

**STATE OF SOUTH CAROLINA )**
**:ss.:**
**GREENVILLE COUNTY )**

I, Kayla M. Seaborn-Baldwin, a notary public for the above county and state, certify herewith that before me on this February 21, 2007, personally appeared Erika B. Matt, personally known to me to be the person described in the above document and who executed the foregoing document in my presence and duly acknowledged to me that she executed the same.

Notary Public

My commission expires on: 9-27-2016