UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Dominik Kufner, Petitioner, | : | |
| vs. | : | C.A. No. 07-046 S |
| Tina Kufner, Respondent. | : | |

EMERGENCY CUSTODY ORDER

It is hereby ordered that:

Custody of Joseph and Matthias Kufner is transferred on a temporary basis to their father, Dominik Kufner pending a scheduled hearing on March 16, 2007 at 9:00 AM. Dominik Kufner is specifically authorized to pick up Joseph and Matthias at or about 1:30 PM from Mercymount school today, March 15, 2007, and to retain custody of his children pending further order of the Court.

By Order:

Donna Baldinelli
Deputy Clerk

Enter:

WSmith
William E. Smith
U. S. District Judge
Date: 3/15/07