UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,

v.

TINA KUFNER,
Respondent.

**PETITIONER'S MOTION TO ORDER THE FOLLOWING MEDICAL PROVIDERS TO RELEASE THEIR FILES REGARDING MATTHIAS KUFNER TO PETITIONER AND THE GAL:**
**(1) Massachusetts Eye & Ear Infirmary;**
**(2) Tufts New England Medical Center; and**
**(3) Dr. Donald G. Keamy, Jr.**

**I. Relief requested.**

1.1 Petitioner, Dominik Kufner (Husband or Father) moves the court to order the Massachusetts Eye & Ear Infirmary, Tufts New England Medical Center, and Dr. Donald G. Keamy, Jr. to forthwith release Matthias Kufner's medical records to Attorney Sharon O'Keefe, the court appointed Guardian Ad Litem (GAL) and to Father.

**II. Reasoning.**

2.1 Upon the court's order, Husband and Respondent, Tina Kufner (Wife or Mother), signed medical release forms directing Matthias' healthcare providers as listed above, to provide both parents and the GAL with copies of Matthias' medical records.

2.2 Upon belief, the day after the release was provided to the healthcare providers, Mother revoked her consent to the

release so that neither Father nor the GAL have received Matthias' medical records from any of the listed providers.

2.3 It is imperative that the GAL receive copies of Matthias' medical records so she can fulfill her obligations to this court and to the parties' minor children.

2.4 It is imperative that Father receive copies of Matthias' medical records so that he can ensure his son receives ongoing necessary medical treatment.

**III. Conclusion.**

3.1 Based upon the above, the court is moved to grant the relief requested.

Dated: March 20, 2007

Respectfully submitted,
Dominik Kufner, by his attorneys

/s/ Gerald L. Nissenbaum

Gerald L. Nissenbaum, Esq.
(MA BBO# 372400)
NISSENBAUM LAW OFFICES
160 Federal St., 24th Fl.
Boston, MA 02110
617.330.9090
617.330.6909 (fax)

Charles A. Tamuleviz, Esq.
(Fed. Bar# 6115)
TAMULEVIZ, HULQUIST & BIANCHI, LLP
144 Westminster St.
Providence, RI 02903
401.490.2939
401.490.2940 (fax)

Bradford Neal Martin, Esq.
(Fed. Bar #3310)
BRADFORD NEAL MARTIN & ASSOC. PA
75 Beattie Place, Ste. 910
Greenville, SC 29601
864.552.9990
864.552.9992 (fax)

CERTIFICATION OF SERVICE

On this 20th day of March 2007, I caused the forgoing, Petitioner's Motion to Order the Following Medical Providers to Release their Files Regarding Matthias Kufner to Petitioner and the GAL: (1) Massachusetts Eye & Ear Infirmary; (2) Tufts New England Medical Center; and (3) Dr. Donald G. Keamy, Jr., to be filed electronically and it is available for viewing and downloading from the ECF system.

By Electronic Notification to:

Richard A. Boren
Visconti & Boren Limited
Providence Square Building
55 Dorrance Street
Providence, RI 02903
rab@viscontilaw.com

/s/ Gerald L. Nissenbaum

Gerald L. Nissenbaum, Esq.
(MA BBO# 372400)
NISSENBAUM LAW OFFICES
160 Federal St., 24th Fl.
Boston, MA 02110
617.330.9090
617.330.6909 (fax)
E-mail: jerry@nissenbaumlaw.com