**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMINIK KUFNER,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 07 - 046S** |
| | : | |
| **TINA KUFNER** | : | |
| **Respondent** | : | |

**RESPONDENT'S RESPONSE TO PETITIONER'S MOTION TO ORDER MEDICAL PROVIDERS TO RELEASE THEIR FILES REGARDING MATTHIAS KUFNER AND THE GAL**

Now comes the Respondent, Tina Kufner, by and through her attorney, and responds to the Petitioner as follows:

1. On March 20, 2007, approximately two (2) hours before Petitioner filed his Motion, Respondent's counsel received a telephone call from counsel for Dr. Donald G. Keamey, Jr.

2. In response to that telephone call, respondent's counsel faxed a copy of the Order appointing the Guardian ad Litem which provides in paragraph 5(D):

   > "All school, medical, therapy, and counseling records and information, whether written or oral, regarding the children. Upon presentation of a copy of this Order to the provider, these records shall be released to the Guardian ad Litem without the need for a release executed by the parents."

   Thereof, Dr. Keamey was going to immediately release records to Sharon O'Keefe, the Court appointed Guardian ad Litem.

   Immediately thereof, respondent's counsel notified Sharon O'Keefe that she could immediately obtain records from Dr. Keamey and any other medical provider via the Order appointing her as Guardian ad Litem.

3. As the father of Matthias and at least as the custodian for Matthias, Petitioner will have the absolute right to obtain the medical records required.

## Conclusion

Based upon the above, Petitioner's Motion should be denied as moot.

Dated: March 21, 2007

Respectfully submitted,
***Tina Kufner***
By her attorneys,

Richard A. Boren, Esquire
(R.I. Bar No.: 0390)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800, (401) 421-9302 fax

## CERTIFICATION

I do hereby certify that on March 21, 2007, the Respondent, Tina Kufner's Response to Petitioner's Motion to Order Medical Providers to Release Their Files Regarding Matthias Kufner and the GAL, was filed through the ECF system and was sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.