IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re the Application of: | : | |
| DOMINIK KUFNER<br>Stefanieweg 11<br>82335 Berg-Mörlbach, Germany | : | |
| Plaintiff, | : | Case No. 07-046-S |
| vs. | : | |
| TINA KUFNER<br>Gut Racherbach<br>82407 Wielenbach, Germany | : | DESIGNATION OF DEPOSITION EXCERPTS |
| Defendant | : | |

Plaintiff, through his undersigned counsel, designates the following deposition excerpts:

**Alex Weintrob, M.D.**

- p. 5, l. 7 - p. 12, l. 15
- p. 12, l. 20 – p. 13, l. 3
- p. 14, l. 16 – p. 22, l. 24
- p. 23, l. 24 – p. 26, l. 15
- p. 26, l. 24 (By Martin, not Boren) – p. 28, l. 19
- p. 29, l. 4 – p. 31, l. 21
- p. 32, l. 7 – p. 33, l. 15
- p. 33, l. 20 – p. 35, l 22
- p. 36, l. 4 – p. 37, l. 5
- p. 37, ll. 6-10; p. 37, l. 21 – p. 47, l. 2
- p. 47, l. 15 (Typo p. 43, l. 17 “stayed” for “stated”; Typo p. 44, l. 6 “Has bro” for “Has borough”) - p. 48, l. 13
- p. 48, l. 25 (Typo p. 52, l. 4 “setting” for “subsetting”) - p. 59, l. 4
- p. 59, l. 15 (Typo p. 60, l. 17 “Has bro” for “Has borough”) - p. 62, l. 16
- p. 63, l. 2 (Typo p. 67, l. 11 “Stewart” for “Steward”) - p. 68, l. 12
- p. 83, ll. 7-24
- p. 86, l. 25 – p. 88, l. 11

- p. 93, l. 13 – p. 94, l. 6
- p. 97, ll. 3-25
- p. 98, l. 15 – p. 99, l. 8
- p. 104, l. 24 – p. 106, l. 6
- p. 108, l. 7 – p. 110, l. 5

Respectfully submitted,

March 21, 2007

Charles A. Tamuleviz, Esq. (Fed. Bar #6115)
TAMULEVIZ, HULTQUIST, & DIANCHI
144 Westminster Street
Providence, Rhode Island 02903
401.490.2939
401.490.2940 (fax)

/s/ Bradford N. Martin
Bradford N. Martin (Federal Bar #3310)
BRADFORD NEAL MARTIN & ASSOCIATES, PA
75 Beattie Place, Ste. 910
Post Office Box 10410
Greenville, South Carolina 29603
864.552.9990
864.552.9992 (fax)

Gerald Nissenbaum, Esq.
NISSENBAUM LAW OFFICES
The Landmark
160 Federal Street, 24th Floor
Boston, Massachusetts 02110
Phone: 617-330-9090
Fax: 617-330-6909

ATTORNEYS FOR PETITIONER

Certification of Service

On this 21st day of March, 2007, I caused the within document to be filed electronically and it is available for viewing and downloading from the ECF system to the registered participants and as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Bradford N. Martin

Bradford N. Martin (Federal Bar #3310)
BRADFORD NEAL MARTIN & ASSOCIATES, PA
75 Beattie Place, Ste. 910
Post Office Box 10410
Greenville, South Carolina 29603
864.552.9990
864.552.9992 (fax)