UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:
Case No. CA 07 046S
DOMINIK KUFNER,
Petitioner,
v.
TINA KUFNER,
Respondent.

CA 07-046S

# Respondent'S MOTION FOR A STAY & IMMEDIATE CHANGE OF CUSTODY

## PRO Sie

**I. Relief Requested.**

Based on the false allegations made below,

Respondent Tina Kufner did not deny signing documents to release the records of the German Youth and Welfare Office. The respondent was never presented with these documents.

Respondent Tina Kufner had contacted her German Attorney and her German Attorney sent an e.mail and fax to the Federal Court requesting an order to be given. An order to release the GWG files before October 18, 2006.(German order was made)

Respondent Tina Kufner has contacted Dr Strief from the GWG yesterday. She has made arrangements to finish the MMPI 11 test in RI. The Respondent Tina Kufner (mother) has arranged for 3 appointments to have this Psychological Evolution done. The first appointment is set for Wednesday March 28, 2007, the second is set for April 11, 2007and the final is set for around April 20, 2007, as the Court order has requested in the order from 3/19/07.

Respondent Tina Kufner has not gone against any court orders and requests an immediate STAY , should there be an order for return.

Respondent Tina Kufner needs to put certain undertaking into place to protect her children.

Respondent Tina Kufner would like to address that the court order German from December 20, 2006 did not prevent her leaving Germany with the Children.

Respondent Tina Kufner came to America with her children to get proper medical Treatment which this Friday may be prevented again by the Father. The Mother has Medical documents officially translated to English to prove her claims.

Respondent Tina Kufner did not relocate her children to a hotel under an assumed name.

I am certifing that I have mailed a copy of this motion To the Following attorney Brad Marton on March 22, 2007
Charles A. Tamulevicz
Gerald L. Nissenbaum
Sharon O'Keefe By regular mail
Richard A. Boren

Tina Kufner