**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMINIK KUFNER,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 07 - 046S** |
| | : | |
| **TINA KUFNER** | : | |
| **Respondent** | : | |

**RICHARD A. BOREN'S MOTION TO WITHDRAW AS COUNSEL FOR RESPONDENT, TINA KUFNER**

Now comes Richard A. Boren, and hereby moves to withdraw as counsel for Tina Kufner and for grounds therefore, Attorney Boren states as follows:

1. Attorney Boren entered his appearance on behalf of Respondent, Tina Kufner on March 16, 2007.

2. Between March 16, 2007 and March 22, 2007, counsel expended approximately 30 hours on this matter, including both Saturday, March 17, 2007 and Sunday, March 18, 2007.

3. By March 22, 2007, it was apparent to both counsel and Respondent that there was a breakdown in the attorney-client relationship with respect to strategy, approach and all other matters pertaining to this matter.

4. On March 22, 2007, at approximately 4:00 p.m., Attorney Boren received Tina Kufner's Pro-se Motion for Stay and Immediate Change of Custody.

5. Said Motion was filed by Respondent without Attorney Boren's knowledge or any prior discussion.

6. Respondent is acting outside of advice of counsel and has elected to represent herself, Pro-se in this matter and has filed such an appearance by filing a Motion to Stay on March 22, 2007.

7. It is apparent from Respondent, Tina Kufner's Motion that the attorney-client relationship has completely deteriorated.

8. This Motion is being sent by regular mail and certified mail, RRR # 7002 2030 0002 9076 7371 to Tina Kufner at her current address of 58 Sun Valley Drive, Cumberland, RI 02864.

WHEREFORE, Attorney Boren respectfully prays that he be allowed to withdraw as counsel for Tina Kufner since she has entered her appearance Pro-se.

Respectfully submitted,

/s/ Richard A. Boren

Richard A. Boren, Esquire
(R.I. Bar No.: 0390)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800, (401) 421-9302 fax

**CERTIFICATION**

I do hereby certify that on March 26, 2007, Richard A. Boren's Motion to Withdraw was filed through the ECF system and was sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Richard A. Boren