**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMINIK KUFNER,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 07 - 046S** |
| | : | |
| **TINA KUFNER** | : | |
| **Respondent** | : | |

**RICHARD A. BOREN'S RESPONSE AND OBJECTION TO PETITIONER'S MOTION TO REDIRECT ALIMONY PAYMENTS**

Although counsel for Respondent has filed a Motion to Withdraw and is not waiving that Motion, counsel sets for the following:

1. In June 2006, an Order was entered in the German Courts awarding Respondent temporary alimony in the amount of 4000 euros per month.

2. There are ten (10) months between June 2006 and March 2007.

3. Upon information and belief, Petitioner has paid Respondent eight (8) months and is arrears for two (2) months.

4. On March 20, 2007, Respondent, through counsel, requested an accounting from Petitioner.

5. On March 22, 2007, Petitioner filed the within Motion.

6. The payment of alimony is sacrosanct and should not be utilized as a setoff for any present debts, future debts, or potential debts.

7. On or about March 21, 2007 or March 22, 2007, the Guardian ad Litem advised both Respondent and Lori Giarrusso, the present Rhode Island Family Court employee who is supervising Respondent's visitation, that Respondent must pay for Lori Giarrusso's time in advance of any visit.

8. Lori Giarrusso is charging Respondent the sum of $60 per hour.

9. Just the cost alone for a Saturday or Sunday visitation is $480.

10. Without the direct payment of alimony, Respondent does not have sufficient funds to pay for supervised visitation.

11. In addition, and just as important and meaningful, without the direct payment of alimony to Respondent, Respondent cannot continue to retain counsel.

WHEREFORE, Respondent prays as follows:

1. Petitioner's Motion be denied and dismissed.

2. Petitioner be ordered to immediately provide to Respondent a complete accounting of alimony payments allegedly made.

3. Petitioner be ordered to pay any alimony arrearage within 24 hours.

4. That Petitioner be ordered to pay the April 2007 alimony payment by April 1, 2007.

Respectfully submitted,

_/s/ Richard A. Boren______

Richard A. Boren, Esquire
(R.I. Bar No.: 0390)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800, (401) 421-9302 fax

**CERTIFICATION**

I do hereby certify that on March 26, 2007, Richard A. Boren's Response and Objection was filed through the ECF system and was sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Richard A. Boren______