Exhibit 1

THE INTERLINING SPECIALIST
KUFNER

Kufner Textil GmbH Postfach 70 11 49 81311 München

Mr. Dominik Kufner
Stefanieweg 11

82335 Berg-Mörlbach
Germany

Munich, February 28th 2007 Wk/ub

Dear Mr. Kufner,

We would like to confirm that we will transfer the following amounts on your behalf on March 1st:

| Remittee | Amount | Recipient Account | A.B.A. Number |
|---|---|---|---|
| Tina Kufner | 4.000 € | 839901853 | 76010085 |
| Tina Kufner | 836 € | 839901853 | 76010085 |
| | 4.836 € | | |

We will deduct this amount from your salary payment of February 2007.

With kind regards

**Kufner Textil GmbH**

Walter Kraus
General Manager

THE
INTERLINING
SPECIALIST

KUFNER

Kufner Textil GmbH · Postfach 70 11 49 · 81311 München

Mr. Dominik Kufner
Stefanieweg 11

82335 Berg-Mörlbach
Germany

Munich, March 20th 2007 Wk/ub

Dear Mr. Kufner,

We would like to confirm that we transferred the following amounts on your behalf today:

| Remittee | Amount | Recipient Account | A.B.A. Number |
|---|---|---|---|
| Tina Kufner | 4.000 € | 839901853 | 76010085 |
| Tina Kufner | 836 € | 839901853 | 76010085 |
| | 4.836 € | | |

We will deduct this amount from your salary payment of March 2007.

With kind regards

**Kufner Textil GmbH**

Walter Kraus
General Manager

Kufner Textil GmbH
Irschenhauser Straße 10
81379 München

Tel.: +49 (0) 89 72496-0
Fax: +49 (0) 89 7236629
E-Mail: info@kufner-textil.com
www.kufner-textil.com

Sitz der Gesellschaft:
München
Amtsgericht:
München
HRB 160003

Produktion:
Eduard-Buchner-Str. 40
85662 Hohenbrunn
Tel.: +49 (0) 89 72496-511
Fax.:+49 (0) 89 72496-517

Geschäftsführer:
Dominik Kufner
Walter Kraus
Ulrich Scherbel