Exhibit 1

**Translation from German**

Munich University Hospital
Otolaryngology Department
Prof. Dr. med. Alexander Berghaus

To the
Kufner Family
Stephanieweg 11
**82335 MÖRLBACH / BERG**

Munich University Hospital • Otolaryngology Department,
Machioninistr. 15, 81377 Munich

Munich, January 22, 2007

| Your ref. | Our ref. | Telephone | Telefax | E-Mail |
|---|---|---|---|---|
| | M. Havel / nu | 70 95 – 29 90 | 70 95 – 88 91 | hnodir@med.uni-muenchen.de |

Dear Colleague,

we refer to our shared patient **Matthias Kufner, DOB December 9, 1999,** who we saw in out-patients on January 15, 2007.

Diagnoses: Status post recurrent acute otitis media

Mr Kufner and his son Matthias visited our office to check his son's status post recurrent acute otitis media which last recurred 6 months ago. Recent otitis or snoring was denied.

Otoscopy revealed non-irritated and intact tympanic membranes in both ears. Audiometric examination revealed normacusis in both ears. Tympanograms revealed mean peak compliance of the tympanic membranes.

Following a synopsis of the findings and due to current freedom of symptoms, we do not see any indication at present to perform surgery. We recommend ENT follow-ups every year and ask to bring in the little patient any time in case of complaints.

Best regards from a colleague
and thank you for referring this patient

Prof. Dr. med. Ch. Matthias
Senior Physician

[signature]
M. Havel
Department Assistent

Prof. Dr. med. A. Berghaus
Head of Department