UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:

Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
vs.
TINA KUFNER,
Respondent.

**Urgent MOTION FOR A STAY**

**Dear Judge Smith,**

I, Tina Kufner mother of Joseph (age 7) and Matthias age (6) pray that you order an immediate "Stay, in case of a sudden request by the opposing side demands an immediate return of the boys back to Germany, so certain undertakings are put into effect to protect my children.

The Children (still babies) and myself are the victims in all of this. I married a man Dominik Kufner (petitioner) who comes from money, brought up with a silver-spoon, raised by hired help, and without a doubt suffers from traumatic psychological problems from his own parents divorce, which I was never aware of prior to marring him in 1996.

The boys and I were thrown into cold water back in September 2005, my husband moved us all out of the city of Munich into a House in the middle of the forest. The local people do not speak English and neither does the local courthouse, police, or the Welfare office.

The boys Matthias and Joseph are Americanized and not at all German or German speaking; they were raised by me with all the American Holidays, thanksgiving, Halloween, Easter, Christmas, and Presidents day. Their best friend have all left Munich and moved back to the States, as well as their teachers. The boys only know their American Grandparents and do not know their German grandparents' at all. Their German grandparents only saw the boys on Christmas Eve and maybe one time during the year.

The Father (Dominik Kufner) has psychological abused the children and myself, in the past years, leaving us traumatized and paralyzed. The father had lied to the local police department prior to my calling them back in February 20, 2007, so they did not take my report about the father (german) kidnapping the children, or about him entering my house since I have been in the States.

The MMPI 11 test which my husband took in Germany is not enough to prove if a person suffers from psychological problems. An expert dealing with evaluating **Narcissistic and Borderline Personality would be is urgent now,** especially when it comes to children born into such a marriage. I believe my husband suffers from this, especially due to his prior history, I was naïve and unaware of the sign and I do believe this to be the only way to protect my children. The test would be given to both parents according to the DCM BOOK, here in the US.

I have been told by the Social Services that a test for hair samples could be given to prove any past and present alcohol or drug abuse, which I would ask the court to have both parents undergo.

My son Joseph, just yesterday told my parents and Lori De Rosso (supervisor) that he can't smile anymore because his jaw hurts, due to the massive amounts of photos his father has taken in the past year. Both of the boys have continued to complain that their father refuses to stop taking photos of them, naked and with cloths on. This is not normal behavior by all means, in any country. Matthias has clearly non-stop complained that his father refuses to stop taking photos of him and especially at night. The Flash wakes him up and he can't sleep. This again is not normal behavior.

All allegations concerning myself and the children have come from my husband's imagination and twisting the truth around, in Germany and now in the US.

I love my children more than life itself, everything I have done so far has been in the best interest of my children; I have been the key person in their lives contrary to what has been presented by the opposing side. I am asking you to please give me the chance to prove this. I am neither a lawyer nor a judge, but I am the mother and I have been in our community of foreign parents in Germany, known to be an outstanding and extremely involved mother, who has been made to look so bad on paper.

I tried for 3 weeks to find replacement council, but in the end it was mostly due to lack of money. I will submit the names of all the attorneys I spoke to, if you need proof of this. **Please do not accept the last motion to deduct my alimony to pay Dr. Jenney's or Sharon 0" Keefe's Bill.** I have been left with so many unpaid Children medical & School bills, unpaid past alimony and child support in Germany, since this separation began. I was reduced to poverty levels and denied access to funds which my husband blocked back in July 2005, I became aware of this right before I left Germany.

The Mercy Mount Bill is due only on April 15, 2007, which is why it has not been paid yet, also due to lack of money. I have not worked in 9 years, but stayed home and took care of my boys full-time. I have been left up to the mercy of my husband, who claims he has given me all this money but it is not true. I had to sell my car in Germany which went to paying legal fees and then forced to use funds, which by law in Germany if in a child's name can be used if it is used to support the children, due to an emergency. Which was in the case of Landsamt Munich 11, 2007, I was unable to prove this at the time, since documentation was not available in time from Dreshner bank, before the court hearing.

My parents (a retired middle class family) paid Sharon' O Keefe's bill, some of Matthias's medical, and legal, bills so far. My parents do not have the money, nor do I until someone orders my husband to pay for all past missing alimony and child support from (September 2005-June2006) and the most resent February 2007 and March 2007.

Last week, my husband canceled the Appointment set for Monday with Dr. Keamy at Mass, Eye and Hear on Monday and then he rescheduled it for last Friday. The Father was told to bring Matthias to the appointment on Friday, which he did not. Dr Keamy was unable to make his final diagnoses about the operation for Matthias unless both parents and patient (Matthias) was present. Please help me establish this order that I, the father and Matthias are able to make another appointment with Dr Keamy. Please allow this that I do not need to be supervised for this visit at Mass, eye, and ear. Since Lori de Rosso from the family court can not supervise any visits before 4:30pm. My main concern is that Matthias no longer goes untreated for his Serious Otitus Media and Tromfell. Matthias was already diagnosed in Germany by several Doctors that he needs an operation urgently. His father has blocked this operation several times in Germany. Matthias has already begun having facial deformity as well as lose of hearing. He has been diagnosed as having apnea from the Sleep test done two weeks ago.

**This above evidence as been clearly proven and has been blocked from reaching your attention.**

This has been a "nightmare" for the children and me in Germany; please order this stay, so I can protect my children from further abuse by their father.

**My eye-witnesses are all moms and teachers all residing in different parts of the world. They were unable to come to the States in time to testify. They were all on vacation during the time of the depositions, and by all means do not have the funds to leave their children behind and fly to America on such short notice. They have been waiting for weeks to be heard by telephone and I only had under oath statements.**

**I kindly ask you to give me a chance as a mother of two beautiful boys, who do not want to loose their mother and are counting on me to protect them and hope that someone is finally willing to hear them. There have been too many people putting words into their mouths and speaking on their behalf. They were not asked the right questions nor asked about the pornographic photos by anyone. They want to be heard by the American Judge Smith and asked questions in their own mother-tongue English. They do not want to be separated from their mother. They do not want to have anymore photos taken of them by their father. They do not have any bond to the Munich International School, not to the Kufner Family.**

**Joseph told David Ventura that his father does not keep his promises, which was true. Joseph told Sharon O' Keefe 18 times that he wants to stay with his mother and she in turn did not hear him. The boy's wishes are being ignored, which is not in their best interest. Paul Ventura was prevented from taking the stand; he also was prevented from questioning the father about the photos. Paul Ventura had no knowledge that a report was submitted into evidence on his behalf, prior to him closing the case just recently by his superior officer.**

**My last minute attorney Richard Boren declined yesterday to act any further on my behalf, which is why I filed the Stay, myself. I did ask him prior to file for the Stay, and he refused.**

**Please reconsider this motion. If I can not find a lawyer willing to represent me now, I have no other choice, but to do file for an emergency "Stay" myself, until I can find local legal aid counsel, and that understands International Law and knows the difficulties I have been faced with in Bavaria.**

**I did not have any criminal charges in Germany prior to arriving in the states, only the one which my husband himself filed in February 2007. He did this clearly of his own free will. His sole purpose and goal is to rid the boys of their mother, as his own father had done to him and his sister as a child. History is repeating itself.**

**If my children are returned now I may never see them again, I received an email from Richard Baron that my husband will not agree to joint custody or visitation. To deny the children access to their mother will be traumatizing, especially if all their claims about what their father has been doing to them is true.**

**Last week's visitation, I was denied access to my children on Sunday and Friday. I have not been able to see my children as the order of visitation states. The boys are confused as to why they are now sleeping in a hotel with their father. I have been told that I have to pay 60.00 and hour to see my own children. I do not have this money.**

**Last Monday night I saw the boys from 5:00pm to 7:00pm Matthias was clearly sick, runny nose and with a slight fever. Joseph was super-hyper (not normal behavior). On Wednesday night the visitation started at 5:00pm and ended at 7:00pm, Joseph had arrived alone and was even more hyper-active and was hitting his head with his fists. This is not normal behavior for my sons and Matthias came in tears, no one knows my children like I do. Matthias was already in tears and upset. The boys do not want to say anything that may make their father angry with them. They have stated to my parents, to my attorney in Germany and to their teachers in Germany that they are scared to sleep at their father's house.**

**I have been advised by outside counsel experts in the Haage (over 20 years of experience) to file for this "Stay" motion. This law firm is standing by to assist me once the order has been passed.**

**I pray that you grant me this Stay motion, should there be an immediate request by the opposing side to order the children back to Germany, certain undertaking must be put into effect.**

**In the meantime I pray that the children be put back into my custody, until evidence can be proven that my husband is not psychologically capable of taking care of the boys.**

**With best regards,**

**Mrs. Tina Kufner**

**Mother of Matthias and Joseph Kufner** have social security numbers
Father Dominik Kufner holds a US social security number.

**March 26, 2007**

**I have attached 3 translated medical documents concerning Matthias's age 6**
**6 translated letters for an order by the Local Family Weilheim Court for the photos to be evaluated by the " Expert Association for Forensic Psychology in Munich**

**"SFP" not the GWG. Forensic in German means "criminal" the GWG does not do forensic evaluations only Legal psychology and not forensic as per the original "Order " by Judge Gehri.**

**1 document to Wilhelm local Court requesting an English-speaking expert evaluation due to mother-tongue of mother and of the children is English.**

**The request letter to my German attorney Gabriela Westhaus from the Local Court Weilheim 03/05/07 , concerning the releasing the files surrounding the pornographic photos.**

**Letter 03/06/07 to the Local Court of Wielehim 2 pages**

**Letters 03/10/07 from German attorney Gabreila Westhaus requesting an order from the Federal District Court -Judge Smith to be ordered for her to acquire files prior to October 18, 2007 .**

**Letter 03/11/07 from Gabriela Westhaus concerning the LandsAmt 11 case to attention Judge Smith, Federal District Court**

**March 21, 2007 2 letters to Richard Boren**

**Total Pages 19 pages not including cover letter** 6 pages

Total 25 pages

**The earliest I could make this appointment is**
**Wednesday March 28, 2007 at 1:00pm**
**(MMPI 11 test – 570 questions)**

**The second appointment is April 11, 2007 at 1:00pm (test is back and evaluation)**

**The third appointment is around April 20, 2007 at the earliest and not guaranteed it could take longer (for final test results)**

**Please cc me this letter once filed to the court.**

**Thank you,**

**Mrs. Tina Kufner**
59 Sun Valley Drive
Cumberland RI 02864 333-5209

I certify that the following have been send copies by mail.

Brad Martin
Post office Box 10410
Greenville, SC 29603

Charles A. Tamulevitz
144 Westminister Street
Suite 302
Providence, R.I 02903

Gerald L. Nissenbaum
160 Federal Street
24th Flr
Boston MA 02110



Sharon O'Keefe
PO Box 214
Barrington R.I 02806

Tina Kufner