American Translation Partners℠

200 lincoln street, boston, ma 02111 | phone 617.350.9988 | fax 617.350.6988 | www.americantranslationpartners.com

**COMMONWEALTH OF MASSACHUSETTS**
**COUNTY OF BRISTOL**
**CITY OF RAYNHAM**

## CERTIFICATION

This is to certify that the attached is to the best of our knowledge, skills and belief, a true, impartial and accurate translation from German into English of a medical document for Tina Kufner, in accordance with the standards prescribed by law and the ethics of the translator's profession.

Polly Crystal, CEO / Director of Business
American Translation Partners, Inc.

**COMMONWEALTH OF MASSACHUSETTS**
**COUNTY OF BRISTOL**

## NOTARIZATION

On this 15th day of March of 2007, before me, the undersigned notary public, personally appeared Polly Crystal, proved to me through satisfactory evidence, which was a State ID, to be the person whose named was signed on the preceding or attached document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Scott M. Crystal
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 24, 2013

**Copy**
**LOCAL COURT WEILHEIM in Upper Bavaria**
82362 Weilheim in Upper Bavaria, August 02, 2006

002 F 00139/06

Re:
Tina Kufner, Gut Raucherberg, 82407 Wielenbach/Rauchmoos
-Petitioner-

Legal representation:
Christoph Meyer, Attorney at Law
Steinerstr. 15 c, 81369 Munich
File number: 00125/06

[Stamp: RECEIVED
August 04, 2006]

Processed on......

versus

Dominik Kufner, Stephanieweg 11, 82234 Mörlbach
-Opponent -

Legal representation:
Ulsenheimer und Friederich, Attorneys at Law
Maximiliansplatz 12, 80333 Munich
File number: 2301079

Re: Child Custody

**Ruling**

In order to arrange child custody, a psychological expert opinion must be obtained. The Expert Association for Forensic Psychology in Munich has been ordered to provide the assessment.

Gehri
Judge at the Local Court

[circular stamp with coat of arms of the: Local Court in Bavaria]

This is to certify that this is a true copy in conformance with the original with signature
Weilheim in Upper Bavaria, August 03, 2006

[illegible signature]

Himml
Clerk at the court

2 F 139/06

08/02/2006

I. Ruling

In order to arrange child custody, a psychological expert opinion must be obtained. The Expert Association for Forensic Psychology in Munich has been ordered to provide the assessment.

[illegible signature in left margin]

II. Deliver to both parties send files to sfp

III. Follow-up in approximately 1 month

[illegible signature]
Gehri
Judge at the Local Court

***Association for Scientific Court and Legal Psychology***

**GWG**

***Arbeitsgemeinschaft Familienrecht***

*Rablstraße 45*
*81669 München*
*Telefon 089 / 4 49 12 82*

*Dr. Dr. (Univ. Prag) Joseph Salzgeber*
*Dipl.-Psych.; öffentl. best. und beeid. Sachverst. für "Forensische Psychologie"*

*Dr. Monika Aymans*
*Dipl.-Psych.; öffentl. best. und beeid. Sachverst. für "Forensische Psychologie"*

*Dr. Johannes Bach*
*Dipl.-Psych.*

*Dr. Dagmar Berwanger*
*Dipl.-Psych.*

*Dr. Helen A. Castellanos*
*Dipl.-Psych.*

*Christa Emmert-Stickenberger*
*Dipl.-Psych.; öffentl. best. und beeid. Sachverst. für "Forensische Psychologie"*

*Dr. Jörg Fichtner*
*Dipl.-Psych.*

*Christiane Hertkorn*
*Dipl.-Psych.; öffentl. best. und beeid. Sachverst. für "Forensische Psychologie"*

*Dr. Peter A. Menzel*
*[illegible]*

*Dr. Anita Plattner*
*Dipl.-Psych.*

*Carola Partale*
*Dipl.-Psych.; öffentl. best. und beeid. Sachverst. für "Forensische Psychologie"*

*Sabine Maria Schmidt*
*Dipl.-Psych.; öffentl. best. und beeid. Sachverst. für "Forensische Psychologie"*

*Dr. Johannes Streif*
*Dipl.-Psych.*

*Karin Wolf*
*Dipl.-Psych.; öffentl. best. und beeid. Sachverst. für "Forensische Psychologie"*

*Dr. med. Manuela Haag*
*Ärztin für Psychiatrie, Dipl.-Psychologin*

*Dr. med. Ursula Münch*
*Ärztin für Psychiatrie, Psychotherapie, Sozialmedizin*

*Dr. med. P. Christian Vogel*
*[illegible]*

*Dr. med. Adam Alfred*
*Arzt für Kinder- und Jugendpsychiatrie, Psychotherapie*

*und weitere Sachverständige*

Local Court Weilheim in Upper Bavaria

- Family Court-

Alpenstr. 16

82362 Weilheim

August 9,2006

Local Court
Aug. 10, 2006
Weiheim in Upper Bavaria

Tina Kufner./. Dominik KufnerFile number: 002 F 00139/06
Here: Conceming Child Custody

Dear Mrs. Gehri,

We confirm the receipt of the file in above referred case on 08/04/06, and thank you for the assignment. We assigned Mrs. Christiane Hertkorn (Psychologist) with the issue of the expert opinion. With this letter we also address the parents of the child, in order to get started with the execution of the assignment, in accordance with the ruling of 08/02/06. We request you to amend the ruling with the addition of the appointment of the psychologist.
We take the liberty to send you four copies of this letter in case you might need copies for the respective parties or the office of social services. In case you do not require additional copies in the future, please let us know.
Mrs. Hertkorn will inform you about the progress of the assessment.

With kind regards
[illegible signature]
By order of: KôgV

Dr. Joseph Salzgeber
Graduate-Psychologist, Specialist in Legal Psychology

*Zentrales Institut:*
*GWG · Gesellschaft für wissenschaftliche Gerichts- und Rechtspsychologie, Dr. Dr. (Univ. Prag) J. Salzgeber und Koll. ·*
*Tel. 089 / 4 49 12 82 · Fax 089 / 44 71 96 13 · www.gwg.info · e-mail: [illegible]*
*Rablstraße 45 · 81669 München*

***Association for***
***Scientific***
***Court and***
***Legal Psychology***

# GWG

***Arbeitsgemeinschaft***
***Familienrecht***

*[illegible] 45*
*81669 München*
*Telefon 089 / 4 48 12 82*

*Dr. Dr. (Univ. Prag)*
*Joseph [illegible]*
*[illegible]*

*Dr. Monika Aymans*
*[illegible]*

*Dr. Johannes Bach*
*Dipl.-Psych.*

*Dr. Dagmar [illegible]*
*Dipl.-Psych.*

*Dr. Helen A. Castellanos*
*Dipl.-Psych.*

*Christa [illegible]*
*[illegible]*

*Dr. Jörg Fichtner*
*Dipl.-Psych.*

*Christiane Hertkorn*
*[illegible]*

*Dr. Peter A. Menzel*
*[illegible]*

*Dr. Anita Plattner*
*Dipl.-Psych.*

*Carola Pertsch*
*[illegible]*

*Sabine Maria Schmidt*
*[illegible]*

*Dr. Johannes Streif*
*Dipl.-Psych.*

*Karin Wolf*
*[illegible]*

*Dr. med. Manuela Haag*
*[illegible]*

*Dr. med. Ursula Münch*
*[illegible]*

*Dr. med. P. Christian Vogel*
*[illegible]*

*Dr. med. Adam Alfred*
*[illegible]*

*und weitere Sachverständige*

Mrs.
Tina Kufner
Gut Raucherberg
82407 Wielenbach/Rauchmoos

August 9,2006

Dear Mrs. Kufner,

I have been ordered by Mrs. Gehri, judge at the Local Court of Weilheim, to provide a psychological assessment.

The court order says:

**„ A psychological assessment of the family, in order to arrange child custody has to be furnished".**

I request you to call me at 089-4481282 in order to set up an earliest possible date for a meeting.

With kind regards

[Illegible signature]
By order of : KögV
Christiane Hertkorn
Graduate-Psychologist

Attorneys at Law
Schwarz Kelwing Widke Westphal

Schwarz Kelwing Widke Westphal

Local Court Weltheim in Upper Bavaria
- Family Court -
P.O. Box 11 17

82360 Weilheim in Upper Bavaria

Munich, 10th of August 2006
Christoph Meyer, Attorney at Law
Secretariat Petra Schrott-Köhler
Tel ( 089) 28640-0 Fax: (089) 28 09 32
e-Mail: christoph.meyer@skwlaw.de

Our reference: 174/CM- 02388-06-pes

File number: 002 F 00139/06

Re:
Tina Kufner

versus

Dominik Kufner

Concerning: Child Custody

We file a

## Petition

02388-06 00006

**Copy**
**LOCAL COURT WEILHEIM in Upper Bavaria**
82362 Weilheim in Upper Bavaria, August 10, 2006

002 F 00139/06

re:
Tina Kufner, Gut Rauchenberg, 82407 Wielenbach/Rauchmoos
- Petitioner –

Legal representation:
Christoph Meyer, Attorney at Law
Steinerstr. 15 c, 81369 Munich
File number: 00125/06

[stamp: RECEIVED
August 16, 2006
Processed on......]

versus
Dominik Kufner, Stephanienweg 11, 82234 Mörlbach
- Opponent –

Legal representation:
Ulsenheimer und Friedrich, Attorneys at Law
Maximilianplatz 12, 80333 Munich
Reference number: 2301079

Re: Child Custody

**Ruling**

The ruling to obtain a psychological expert opinion in order to arrange child custody has been amended with the appointment of Mrs. Christiane Hertkorn
( Expert-Psychologist) as the authorized expert.

Gehri
Judge at the Local Court

[circular stamp with coat of arms of the: Local Court in Bavaria]

BAYERN
AMTSGERICHT

This is to certify that this is a true copy in conformance with the original with signature
Weilheim in Upper Bavaria, August 11, 2006

[illegible signature]

Himml
Clerk at the court

Attorneys at Law
Schwarz Kelwing Widke Westphal

Schwarz Kelwing Widke Westphal

Local Court Weltheim in Upper Bavaria
- Family Court -
P.O. Box 11 17

82360 Weilheim in Upper Bavaria

Munich, August 9, 2006

Attorney at Law Christoph MeyerSecretariat Petra Schrott-Köhler
Tel ( 089) 28640-0 Fax: (089) 28 09 32
e-Mail: christoph.meyer@skwlaw.de

Our reference number: 174/CM-02388-06-pes

File number: 002 F 00139/06

Re:

Tina Kufner

versus

Dominik Kufner

Concerning Child Custody

In reference to the ruling of August 2, 2006, it is requested that the psychological assessment will be done by an expert who speaks fluently English, since the German language skills of the petitioner are limited. Also, the native language of the child is English.

Christoph Meyer
Attorney at Law

Gemeinschaftspraxis
Prof. Dr. med. Frank Martin
Dr. med. Barbara Arnold
Fachärzte für Hals-, Nasen-, Ohrenheilkunde
Fachärzte für Phoniatrie und Pädaudiologie
Plastische Operationen, Allergologie
Altheimer Eck 2, 80331 München
Tel: (089) 260 229 88 Fax: (089) 260 229 89

To successive Physicians

Munich, 03.02.2007/man

To whom it may concern,

This is a diagnosis of the common patient **Matthias Kufner, born 12.09.1999,** who I have met both on 10.17.2005 and 05.15.2006.

**DIAGNOSIS: Recurring Otitis media acuta**
**Adenoid**

Mrs. Kufner brought her son to an ears-nose-throat doctor to undergo a checkup because he was suffering from a recurring inflammation of the middle ear. Apparently he had suffered from Otitis media three times in the past year. When flying, the child would have earaches because of his tubeventilationdisfunction (original: Tubenventilationsstörung). Mrs. Kufner is American and regularly flies to the states with her children.

The ears-nose-throat endoscopy diagnosis defined his ears as not having been infected in December, however, in May 2006 an eardrum redness as well as a hydromyrinx (fluid in the ear) was identified. At both times the palatine tonsils and adenoide were hyperplastic (original: hyperplastisch).

Seeing as the child suffered from a typical adenoid pathology with recurring tubeventilationdisfunction (original: Tubenventilationsstörung) and an inflammation of the middle ear, I suggested that he undergo a surgical removal of the adenoids as well as a cut into the eardrum. This procedure enables an effective betterment of breathing through the nose as well as the ventilation of the ear so that 90% of the children who undergo this surgical procedure are guaranteed to have no ailing symptoms.

On the 06.14.2006 a discussion with the parents about the surgical procedure took place. An appointment for the surgery was made for the 08.04.2006, however, was later accelerated by the mother so that their son would undergo surgery on the 06.23.2006. Because the father would not give permission for the operation, the child has not undergone this surgery as of yet.

Sincerely,

Dr. med. B. Arnold

ENT
**Joint Practice**
**M. Knöll, MD & W. Benzel, MD**
Ear, nose, throat physicians
Allergology • Vocal and Speech Impediments • Occupational Therapy • Chirotherapy • Outpatient Surgeries
Dr. Knöll & Dr. Benzel • Herzog-Albrecht-Platz 12 – 82362 Weilheim – Telephone: +49 881/8890 – Fax: +49 881/8870

To the physician
providing further care

Weilheim, on 09/27/06
Consultation hours:
Mon-Thurs 8:30am-12:00pm
2:30pm-6:00pm
Friday 9:00am-3:00pm
and by appointment

Dear colleague,

**Kufner Matthias, born on 09/12/99**
residing at: 82407 Wielenbach, Gut Raucherberg
health insurance: private/DKV

Anamnesis:
09/27/06 At present acute earaches, underlying problem with adenoids already known.

Findings:
09/27/06 Ear drums without irritation on both sides; dull; retracted. Endo: large adenoids! Audiogram: minor hearing difficulties on both sides with hearing loss of 16% on the right and 18% on the left. Tympanogram: mild retraction. Transient evoked otoacustic emissions can be evoked to a reduced extent on both sides.

Diagnosis:
**09/27/06 Large adenoids; tube ventilation disturbances that extend all the way to the tube openings; pain; hearing difficulties.**

Therapy/procedure:
09/27/06 Urgent indication for surgical treatment!

09/27/06 Ellatun ½; 10ml pipet bottle.

Kind regards,

**Practice for**
**Otorhinolaryngology**
**Allergology**
**Plastic Surgeries**
**Prof. Andreas Riederer,**
**MD, MD, habil.**
Sollner Straße 65b/II
81479 Munich
Tel.: +49 89-74443578 or
Tel.: +49 89-72779491

Fax: +49 89-74948917

A.Riederer@telemed.de
hno-riederer.de
Contract Physician at the
Martha-Maria Hospital
Outpatient Surgeries

Prof. A. Riederer, MD • Sollner Straße 65b • 81479 Munich
**Mrs. Kufner**
**Gut Raucherberg**

**82407 Wielenbach**

Munich, on 03/05/2007

**<u>Re:</u> Matthias K u f n e r, born on 12/09/1999, residing at Gut Raucherberg, 82407 Wielenbach.**

Matthias has been in my ambulatory ENT care since 10/29/2002. During the initial examination, his mother reported that the boy suffers from chronic bronchitis and chronic rhinitis, and that he snores at night. At the occasion of the next examination on 09/14/2004, Matthias reported experiencing a sore throat. I noticed enlarged tonsils. The swabs revealed beta-hemolyzing streptococci (frequent). During the examination on 08/24/2005, I noticed reddened eardrums on both sides; the nose was congested; the tonsils were significantly enlarged. During the examination on 05/09/2006, earaches were reported as well as the frequent occurrence of tonsillitis. The microscopic ear examination again revealed reddened eardrums on both sides; the tympanometry was displaced and flattened on both sides. The tonsils were significantly enlarged and reddened, and they displayed small purulent spots. Therefore, penicillin was prescribed. During the most recent examination on 12/06/2006, earaches were reported. The child also suffered from strong rhinitis. While examining him, I noticed significantly enlarged tonsils, so-called "kissing tonsils". The eardrums were reddened. The tympanometry was displaced. An endoscopic examination of the nose revealed an inflammation in the area of the nose and distinct hyperplastic pharyngeal tonsils. Because of the acute infection, an antibiotic was again prescribed. Based on the anamnesis, the examination findings, and the recurrent inflammations in the area of the pharynx and the tonsils as well as the corresponding ear infections, we recommended unconditionally to Matthias' mother to haveMatthias' pharyngeal tonsils (adenoids, polyps) removed . We furthermore recommended to reduce his tonsils in size by means of a $CO_2$ laser, because snoring and breathing problems at night have also been reported. Additionally, we explained to the mother that this procedure is associated with very low risks (1 night of monitoring at the hospital; risk of secondary hemorrhage less than 1%), and that the relapse rate is also very low with this combination surgery. These surgical procedures have, according to Mrs. Kufner, been urgently recommended by Prof. Berghaus, MD, Director of the Clinic and Polyclinic for ENT diseases at the Ludwig-Maximilians University in Munich as well as by Prof. Arnold, Director of the ENT University Clinic *rechts der Isar* (on the right hand side of the river Isar) of the Technical University.
Therefore, I find it entirely incomprehensible that Matthias, whose health is according to his mother and her legal counsel continually deteriorating, is ultimately not being helped!

Kind regards,
Prof. Andreas Riederer, MD, MD, habil.
[illegible sgnature]

**LOCAL COURT WEILHEIM in Upper Bavaria**
**Alpenstraße 16**
**82362 Weilheim**

Telephone: see below Fax: +49 881/998-100
Closest public transportation stop: bus stop "Gymnasium"
P.O. Box address: P.O. Box, 82360 Weilheim

LOCAL COURT WEILHEIM in Upper Bavaria, 82360 Weilheim

Ms.
Gabriele Westhaus
Attorney at Law
Jahnstr. 29

82319 Starnberg

**Received on**
**March 06, 2007**

**Westhaus, Attorney at**

| Case number | | Room | Telephone | Date |
|---|---|---|---|---|
| 002 F 00139/06 | 123 | | +49 881/998-146 | 03/05/2007 |

Tina Kufner, Wielenbach/Rauchmoos, versus Dominik Kufner, Mörlbach, regarding child custody

Dear Ms. Westhaus (Attorney at Law):

This is to notify you that the official expert received upon request by phone – in regard to the ongoing legal proceedings in the USA – has been allowed to comply with the request of the petitioner's opponent, to pick up a copy of the statement of expert opinion directly from the official expert.

Copies of the photographs are not available. However, these can be viewed at the occasion of the inspection of records.

By order of the judge
Kind regards,

[illegible signature]
Burghart, Clerk of the Court
Registrar

*Gabriele Westhaus*

**Attorney at Law**

Attorney at Law G. Westhaus, Jahnstr. 29, 82319 Starnberg

Local Court Weilheim
Alpenstr.16

82362 Weilheim

By fax in advance: +49 881/998 100

Jahnstr. 29, 82319 Starnberg
Telephone: +49 8151/21178
Fax: +498151/14452

Postal Bank Munich
Account no. 515602-806
Routing no. 700 100 80
Tax ID no. 146/14467

Starnberg,
on 03/06/2007
45/06 W

Kufner / Kufner

Case no. 2 F 139/06

Re: child custody

The petition's opponent does not agree with the provision of an abbreviated statement of expert opinion, since this would be particularly unsuitable for the purpose of sufficiently clarifying the court's inquiry into potentially inappropriate conduct of the father.

In the expert opinion it is for example, merely explained that the photographs with the father were "made the subject of discussion". Further elaborations pertaining to this issue are not provided. It is therefore not clear how this was made the subject of discussion, what was discussed in the first place, and how the father explains the photographs. Particularly one photograph which clearly shows the father leaning over the naked bottom of one of the boys from above in order to photograph it, whereby one of the father's feet and a strap (possibly of the camera) are also shown in the picture, cannot be dismissed as having been "made the subject of discussion".

Also with the children, the pictures have merely been "addressed". The expert opinion does not reveal the exact content and extent of the conversation, what questions were asked, or whether the children were shown individual photographs.

Since this issue is of vital importance, more detailed explanations are essential. On the basis of questions pertaining to this issue alone, an abbreviated statement of expert opinion is not sufficient.

The abbreviated expert opinion is also not adequate for the evaluation of the findings of the other explorations and observations of interactions, since the respectively employed methods are only briefly outlined. This makes it impossible to comprehend the examinations as well as the results.

It is therefore necessary to produce an extensive statement of expert opinion, which particularly addresses the questions raised afore.

Furthermore, the brief of the undersigned of 02/16/2007 has not yet been taken into consideration.

Additionally, I would like to request a hearing upon the provision of an extensive statement of expert opinion including amendment.

[illegible signature]
Gabriele Westhaus
Attorney at Law

**Gabriele Westhaus**

**Von:** "Gabriele Westhaus" <g.westhaus@gmx.de>
**An:** <matthew-wessler@rid.uscourts.gov>
**Cc:** <bpollack@sandw.com>
**Gesendet:** Samstag, 10. März 2007 18:32
**Betreff:** D. Kufner vs T. Kufner 07-046S

United States District Court
District of Rhode Island

Starnberg, 10.03.2007

Case Number: 07-046S Dominik Kufner (petitioner) vs Tina Kufner (respondent)

Honorary Judge Smith,

I am Gabriele Westhaus, attorney at law in Germany, and representing the respondent Tina Kufner here in Germany.

I am requesting an official court order from you Judge Smith, requiring the complete files dated before the 18th of October 2006 from the Jugendamt Weilheim and the GWG, regarding the evaluation of Dominik Kufner, in regard to the naked photographs of his young children Joseph and Matthias, submitted by their mother Tina Kufner.
Please fax or send your official request as soon as possible to the following fax numbers or e-mail adresses by naming the case number (AZ):

Landratsamt Weilheim-Schongau -Jugendamt - (AZ: 436-2-2/184-185/06 Sg 21 W Hö): Fax: 011 881 681 297
e-mail: hoefler@lra-wm.de

GWG ( 002 F 00139/06 beim AG Weilheim): Fax: 011 89 44 71 80 18
e-mail: mail@gwg.info

The above agencies need the official request.
If you have any further questions please contact me at the following numbers:
Tel: 011 8151 21178
Fax: 011 8151 14452
e-mail: g.westhaus@gmx.de

Thank you for your immediate response concerning this matter

Rechtsanwältin Gabriele Westhaus
Jahnstr. 29
82319 Starnberg
Germany

**Gabriele Westhaus**

**Von:** "Gabriele Westhaus" <g.westhaus@gmx.de>
**An:** <matthew_wessler@rid.uscourts.gov>
**Cc:** <bpollack@sandw.com>
**Gesendet:** Sonntag, 11. März 2007 21:54
**Betreff:** D. Kufner vs T. Kufner 07-046S

United States District Court
District of Rhode Island

Starnberg, 11.03.2007

Case Number: 07-046S Dominik Kufner (petitioner) vs Tina Kufner (respondent)

Honorary Judge Smith,

I am Gabriele Westhaus, attorney at law in Germany and representing the respondent Tina Kufner at the Amtsgericht Weilheim and the Landgericht München II. The case at the Landgericht München II concerned the fact, that Tina Kufner changed the name on the account that was in the name of her son to her own name. A great part of the money Tina Kufner earned by selling her company when she gave birth to her first son. She changed the account according to the proposel of Dominik Kufner without the knowledge of German law, trusting her husband, that it was according to German law. Even the bank told her that she acted according to German law.
During the court case it was cleared up and therefore at no time was there a criminal case against Tina Kufner due to that matter.
The essential papers will be translated and will be sent to you as soon as the translation is finished.

Respectfully

Rechtsanwältin Gabriele Westhaus

Jahnstr. 29
82319 Starnberg
Germany
Phone: 011 8151 21178
Fax: 011 8151 14452

**March 21, 2007**

**URGENT**
**sent via E. mail**

**Richard Boren**
**Visconti and Boren LTD**
**35 Dorrance Street**
**Providence Rhode Island**
**02903-2219**

**RE: Kufner V. Kufner**

**Dear Mr. Boren,**

**As per the "ORDER" dated 3/19/07, in article 8**

**A motion for Reconsideration of this order regarding custody and visitation shall not be considered until the Respondent provides evidence that she has undergone A PSYCHOLOGICAL EVALUATION.**

**Please inform the court immediately that today March 21, 2007 after receiving the order, thanks to you.**

**I began immediately to takethe necessary steps as per Judges Smith's order to get a Psychological evaluation done. I began 9:00 am till 4 :30 pm calling many hospitals including Butler, Agencies on Evaluation Services, Psychologists and psychiatrists' , including Dr Strief in Munich from the GWG.**

**Dr Strief and I spoke a long time about what was missing from my evaluation, as I had already finished part 1 test "Familian" the only thing which was missing was the Minnesota Multiphasic Personality Inventory 11 (MMPI 11) , which my husband took in German.**

**The GWG faxed me the first page of this test and it only had 567 Questions. Dr. Strief said that since this test comes from America it would be easy to find, but it was not so. The GWG clearly indicated that the German and English version are identical. Faxed March 21, 2007 at 16:40.**

**I called half of RI until I finally found someone, who is not only court approved, but does nothing else but uses this test. This test does take at least 3 or more weeks to get the final results.**