**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMINIK KUFNER,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 07 - 046S** |
| | : | |
| **TINA KUFNER** | : | |
| **Respondent** | : | |

**RICHARD A. BOREN'S ADDENDUM TO WITHDRAW AS COUNSEL FOR RESPONDENT, TINA KUFNER**

1. On March 27, 2007, Respondent, Tina Kufner, called my office and left a voice mail message on my telephone.

2. In essence, Mrs. Kufner terminated my representation of her.

Based on the above, counsel respectfully requests that he be allowed to withdraw as counsel.

Respectfully submitted,

__/s/ Richard A. Boren_______

Richard A. Boren, Esquire
(R.I. Bar No.: 0390)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800, (401) 421-9302 fax

**CERTIFICATION**

I do hereby certify that on March 27, 2007, Richard A. Boren's Addendum to Motion to Withdraw was filed through the ECF system and was sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

___/s/ Richard A. Boren______