Original
JL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
V

TINA KUFNER,
Respondent.

**Respondent's Motion to not redirect Alimony payments due to Respondent's various creditors or pay for further legal fees Reversing the temporary custody order**

## I, Relief requested.

1.1 Respondent , Tina Kufner (wife and mother) moves the court to NOT Permit Petitioner (Dominik Kufner) to redirect alimony payments due to Respondent, Tina Kufner. (a) first Sharon O'Keefe's first bill was paid by the respondents mother (proof attached) because the Respondent has not yet received the alimony owed to her by the Petitioner, Dominik Kufner prior to the quick "Order" made in June 2006 by the local Wielehim Court. The Petitioner claims separation began in June 2005 and in other documents claims it began in September 2005, but in fact has left the Respondent Tina Kufner with left over bills for covering the rents for 5 residences in Germany, Gut Raucherberg (rental agreement signed by the Petitioner began in July 2005), Taufkirchen(prior rental before Gut Raucherberg lease expired in April 2006), Morlbach (rental began in September 2005), and St. Anton (ski apartment) and Buch am Ammersee (lake house) and all other living expense incurred by both Dominik Kufner and Tina Kufner. B) The Respondent Tina Kufner has submitted evidence of a bank statement which clearly indicated a wire transfer for **"Ehegattenunterhalt"** Alimony 4,000.00 and **Kindergeld** 834,00. A letter is no proof that the alimony has been paid to Respondent Tina Kufner. A statement from the bank for the a wire transfer should be submitted by the Petitioner as proof of alimony into account number 839901 853. Post Bank. C) the "Order" in Germany also stated that the Alimony should be paid at the 1st of the month, since that time it was never paid on time and as in the attached Post bank statement Petitioner paid once again late on 1/11/07 and not as order by the Wielehim Family Court.

1.2 The Respondent Tina Kufner, has attached the medical bills since she has arrived in the USA for both children, which are a priority. These do not even include those left behind in Germany which still need to be paid prior to be reimbursed and the alimony alone does not cover these costs. Total amount is over 9,000.00 US Dollars. (not all have been indicated )

**REASONING .**
IF there is no money in the account in Germany, the Respondent Tina Kufner can not pay the medical bills for her children, which are already over due. These payments will soon go to a collection agency, which further brings the Respondent, mother further into debt.

1.3 Furthermore, the bank in Germany indicates that it is in the minus of 800.00 Euros. If the Petitioner does not pay the alimony soon, even the Respondent Tina Kufner's Health Insurance of 511.00 euros a month will cancel her policy, leaving her without medical coverage.

1.4 The order for the Respondent, Tina Kufner to pay Sharon O'Keefe, her own legal fees, Dr Jenney, Mercy Mount should have been addressed long ago by her former council **Barry Pollack and Neville Bedford, which is why she fired them, as well as Richard Boren, for not addressing her financial crises. The court should order that the Petitioner Dominik Kufner prove that since the separation he has in fact not given her alimony since the time he claims separation began. With clear evidence of wire transfer bank statements (not letters written by the Petitioner) Proof of bank statements with the words " Ehegattenunterhalt" and "Kindergeld" are proof of alimony and child support.**

1.5 The Respondent, Tina Kufner's Mother paid Sharon O Keefe's Bill of $1,900.00. The grandparents no longer have the money to cover any further fees. (Attached is a copy of the check to Sharon O Keefe. The Respondent, Tina Kufner can not see how Sharon O Keefe's bill could be so high, since she has not only refused to return any of the Respondent's Calls concerning the children's welfare, refused to give her another appointment as she had done with the Petitioner, Dominik Kufner. It has also come to my attention that the (GAL) was appointment and contacted by the Petitioners' attorneys and unfortunately has become bias.

1.6 Concerning Point 2.6 the Petitioner does not have any school tuition fee costs in Germany. The Petitioner, father has lied concerning school costs

for the children in Germany. It has been the Respondent, Tina Kufner, which has been left with an enormous amount of school costs. The Petitioner, Dominik Kufner knows very well that MIS is an extremely expensive school, meant for only the wealthiest of Germans (with Mr Kufner is trying to deny) and only ex-patriots attend the Munich International School. Whereas the companies which have transferred these International families to the Munich area pay for the school costs. International families relocating to Munich for 1 or 2 years, which makes way to the children's school loosing every year around 200 students, which bring about instability and makes it impossible for them to make friends, due to this ever changing school environment.

1.7 The Mercy Mount school costs are 5,475 for both children for a whole school year 2006-2007. This is much cheaper then the Munich International School and the children have made more friends than they have in Germany just in one week time. Matthias came home and said that he now has 11 friends and Joseph told me that he made many friends. It is clear that the children are making friends faster in their new school, since they all speak the same language= **English.** (Evidence) submitted.

**Argument**

**The father has lied to the court in Germany about his poverty and is clearly lying about his poverty to the US District court. It shows the character of a man who runs away from his family obligations to his wife and her needs to support the children. (Attached are all the medical bills) The father has clearly lied and so has his attorneys.**

2.13 Given the history of the husband which the mother has had no chance of defending herself in Germany and so far in the US, the father has manipulated the court into thinking that the Respondent, Tina Kufner has a history of failing to comply with court orders. It is the father which has for over 1 year lied about the money and the condition of the children to both courts in Germany and now in the USA.

2.14 The Respondent, Tina Kufner, has no idea how she can pay any of these bills legal, experts, medical, transcripts and translations. The mother clearly without an income of her own is the parent left with an enormous debt in Germany and now in the US , due to the father reducing his salary by 40% in

April 2005 with the help of his own father. His family has clearly helped the Petitioner, Father look like a poor man.

**REASON.**
**To make the pre-nup valid in the US and in Germany, since the father clearly was making more than the normal average income in all of Germany. The only way for the pre-nup to be valid was to reduce his salary to such an extreme low -level to make the pre-nup concerning alimony valid during separation and after a divorce, the father has presented incorrect and forged income and loans from his own father. The Father Dominik Kufner trys to show the court of his generosity and offer more than the pre-nup, but in fact the father knows very well that Munich area is one of the most expensive places in all of Germany to live in. The rental homes or apartments' in which the mother and children were relocated was 2, 400.00 euros a month, half of their previous rental home in Taufkirchen.**

If this was the case then how can he continue to spend enormous amounts of money on expensive trips, a cleaning lady Iwona Kolleta costing 2,000.00 euros a month, expensive toys for children and trips to Disney Paris, expensive dinners and 5 star hotels, just a few of the many examples.

2.15 I faxed a copy of my husbands tax returns to Barry Pollack, which clearly states the amount of money my husband earns in a year. I fired them due to them not submitting any of this evidence, along with preventing other evidence into the court.

2.16 **I pray that the US District** court sees through all these lies which the father, Dominik Kufner and all of his expensive German and American Company lawyers have brought forth.

**I beg the Court to reverse this order that the Respondent has to pay for her own legal fees, experts, witness, translations, and supervised visitations of such a high fee of 60,00 us dollars and hour. This is not possible and it will deny access of the children to their mother. The children are already confused by this sudden change in the sudden temporary custody order and they wish to be returned to their mother and their grandparents home.**

**I do not have LEGAL COUNEL, Richard Boren has been advised by the Respondent that he no longer acts as her legal council. He has been paid by**

**the respondent's parents for his legal fees and this amount has drained her parents of any additional financial help until the Petitioner, father is ordered to pays for all of the Respondent's past and present alimony payments. (Payments and dates of alimony and child support enclosed)**

**I ask the court to request that the Petitioner pay the last two month of alimony and child support which she is entitled to.**

**I ask the court to request that the Petitioner pays for the Mercy Mount tuition fee, it would be not be in the children's best interest to be uprooted and brought back to Germany after they are so happy now in their new school. They have made so many new friends.**

**I ask the court to request that the father pays all the past medical bills for the children, since they are covered under the Father's DKV medical health policy insurance in Germany. Payments must be made before the health Insurance can be reimbursed.**

**I ask the court to request that the father pays all the children's school cloths and school shoes which their mother will have to cover these high costs, including school supplies books and after care, due to failure of past and present alimony payments to the Respondent, Tina Kufner (Mother) total in US since arriving totals 1,708.00 and since 11-23-06 in Germany was euros 1,813.75. This is not even a total amount. (payments and dates enclosed)**

**A photo tells a thousand words. The children Matthias and Joseph Kufner are American Citizens born abroad, issued by the American Consulate in Munich, the children were registered in school as American Citizens and as Mother-tongue English speaking children. Attached is a Photo of Matthias on Nationality Day, please see how proud he is to be an American. The children have been brought up by both mother and father speaking English in the home, their friends are all English speaking children from International countries.**

**The Father since 18 years only spoke English with the Respondent and with his own children. They were learning German in school as a second language. It is a lie that the children have been questioned by too many people in Germany. They were questioned a total of 3 times before October 18, 2006. All three times they were asked questions in german and once in both German and in English. They were clearly mis-understood**

**since all three times , both children had just been with the father for a long period of time and were told by the father what to say. They were so upset after realizing that their answers were mis-understood and the results of their answers were not at all what they wanted. " Joseph came to me and told him he will help his father stop lying" , to have a 6 year old boy tell his mother this, was not only shocking, but to hear a comment from her son was clearly apparent that the pressure to protect his own mother from his father is to much to bear on such a young child. This is why the children need to be heard in America by the judge and no other court appointed person or be evaluated by files written only by the fathers lawyer.**

**I ask the court to please reverse the custody order and return the boys to their mother, they are more traumatized and confused by this last minute "order", it has only caused them additional damage to be ripped away from their mother and live in some hotel room with their father, who clearly has no idea on how to take care of them, especially without help around. Matthias was clearly sick last week and all the more reason for the father to have canceled the Mass Eye and Hear Appointment. Dr Keamy would have clearly seen that Matthias needs to be operated as soon as possible.**

**To separate children of this age from their mother is harmful and traumatizing and I pray that the court will see through this and return the children to their primary-care taker, their mother, Tina Kufner.**

**Executed on March 27, 2007**
**Respectfully submitted, by Tina Kufner**

**Tina Kufner**
**59 Sun Valley Drive**
**Cumberland RI 02864**
**Tel 333 5209**
**Fax 333 5209**
**Moty2007@googlemail.com**

**The Following have been served by mail**

**Gerald L. Nissenbaum, esq.**
**Nissenbaum Law Offices**
**160 Federal St. 24th Flr.**
**Boston, MA 02110**
**617 330 9090**

**Charles A Tamuleviz, Esq.**
**Tamuleviz, Hulquist & Bianchi, LLP**
**144 Westminster St.**
**Providence, RI. 02903**
**401 490 2939**

**Bardford Neal Martin, esq**
**Bardford Neal Martin & Assoc. PA**
**75 Beattie Place, Ste. 910**
**Greenville, SC 29601**