Respondent Tina Kufner has received in the past year from Petitioner Dominik Kufner

| | Alimony | Kinderunterhalt (child support) | DK deducted alimony |
|---|---|---|---|
| 01.04.05 | | | |
| 01.05.05 | | | |
| 01.06.05 | | | |
| 01.07.05 | | | |
| 01.08.05 | | | |
| 01.09.05 | | | |
| 01.10.05 | | | |
| 01.11.05 | | | |
| 01.12.05 | | | |
| 01.01.06 | | | |
| 01.02.06 | | | |
| 01.03.06 | | | |
| 01 04.06 | | | |
| 01.05.06 | 2.175,05 | | |
| 01.06.06 | | | 3.625.00 |
| | 375,00 | | |
| 01.07.06 | | | |
| 10.07.06 | | 843,00 | |
| 10.07.06 | | 843,00 | |
| 07.08.06 | | 843,00 | |
| 07.08.06 | 4.000,00 | | |
| 07.08.06 | 4.000,00 | | |
| 05.09.06 | | 834,00 | |
| 05.09.06 | 4,000.00 | | |
| 13.09.06 | 4,000.00 | | |
| 10.10.06 | 4,000.00 | | |
| 10.10.06 | | 834,00 | |
| 03.11.06 | 4,000.00 | | |
| 03.11.06 | | 834,00 | |
| 00.12.06 | 4,000.00 | | |
| 00.12.06 | | 834,00 | |
| 11.01.07 | 4,000.00 | | |
| 11.01.07 | | 834,00 | |
| 00.02.07 | | | |
| 00.02.07 | | | |
| 00.03.07 | | | |
| 00.03.07 | | | |
| 00.04.07 | | | |

| | SCHOOL COSTS PAID BY PETITIONER TINA KUFNER (not complete) | | |
|---|---|---|---|
| Date | Exp | Euros | USA $ |
| 23-11-06 | MIS | 0.50 | |
| 13-09-06 | MIS | 1.30 | |
| 16-10-06 | MIS | 1.30 | |
| 09-11-06 | MIS | 1.70 | |
| 13-11-06 | MIS | 1.90 | |
| 07-11-06 | MIS | 2.00 | |
| 10-11-06 | MIS | 2.00 | |
| 16-11-06 | MIS | 2.10 | |
| 08-11-06 | MIS | 2.50 | |
| 15-11-06 | Eiscafe | 2.70 | |
| 10-10-06 | MIS | 3.10 | |
| 30-08-06 | MIS | 3.95 | |
| 17-11-06 | Intramural Soccer | 5.00 | |
| 06-10-06 | Paletti | 6.10 | |
| 29-05-06 | MIS | 8.00 | |
| 23-05-06 | MIS | 8.00 | |
| 02-06-06 | MIS | 8.00 | |
| 17-05-06 | MIS | 9.20 | |
| 02-05-06 | MIS | 9.30 | |
| 04-04-06 | MIS | 9.30 | |
| 18-05-06 | Hapfelmeier | 9.90 | |
| 31-08-06 | Childcare | 10.00 | |
| 10-11-06 | MIS | 10.00 | |
| 06-11-06 | MIS | 10.00 | |
| | Parent Teacher Org | 10.00 | |
| 14-09-06 | MIS | 10.60 | |
| 12-11-06 | Lollihop Kindererlebniswelt | 11.00 | |
| 21-12-06 | MIS | 11.70 | |
| 26-07-06 | T.J. Maxx | 12.49 | |
| 22-08-06 | Bando School Sport | 13.00 | |
| 20-07-06 | KB Toy Outlet | 13.93 | |
| 14-07-06 | game stop-gift b day | 14.99 | |
| 26-06-06 | MIS Sportverein | 15.00 | |
| 22-12-06 | Café Conditorei Herrmann | 16.20 | |
| 18-08-06 | Foto Shop | 16.58 | |
| 14-08-06 | Papier Batheit | 20.16 | |
| | Musikzentrum Heiser | 22.54 | |
| 15-02-06 | MIS | 23.00 | |
| | Sportverien | 30.00 | |
| 07-07-06 | Factory Brand Shoes | 30.09 | |
| 19-08-06 | Buchhandlung Stoppel KG | 32.67 | |
| 12-12-06 | Buchhandlung Stoppel KG | 35.20 | |
| 23-12-06 | Kircher | 36.00 | |
| 26-07-06 | T.J. Maxx | 43.65 | |
| 25-09-06 | MIS VER | 45.00 | |
| 18-08-06 | Spielwaren Schmidt | 45.79 | |
| 07-07-06 | Stride Rite Outlet | 50.37 | |
| 28-08-06 | MIS Food card 4756 | 60.00 | |
| 20-07-06 | Stride Rite Outlet | 66.44 | |
| 25-09-06 | MIS VER | 69.00 | |
| 28-08-06 | MIS Food card 4564 | 75.00 | |
| 09-11-06 | Ernst Schter GmbH & Co | 83.80 | |
| 18-08-06 | Papier Glashauser | 85.93 | |
| 10-11-06 | Spielwaren Schmidt | 91.97 | |
| 18-09-06 | MIS | 112.00 | |
| 26-01-06 | Sport Hapfelmeier | 133.00 | |
| 25-06-06 | cloths | 141.00 | |
| 09-11-06 | Schuhhaus | 207.80 | |

| Date | Exp | Euros | USA $ |
|---|---|---|---|
| | Paid Expenses | € 1,813.76 | |
| 25-07-06 | cloths | | $ 162, 71 |
| 24-07-06 | books | | $32, 24 |
| 07-07-06 | snickers | | $42,00 |
| 26-06-06 | PANTS | | $62,00 |
| 16-07-06 | ymca | | $24,00 |
| 18-06-06 | mis school trip | | $8,00 |
| 02-06-07 | Mercy Mount entrance fee | | $150,00 |
| 2-24-07 | Marshalls kids cloths | | $300.84 |
| 02-01-07 | Phils shoes | | 158.22 |
| 02-05-07 | Staples | | $81.76 |
| 2-17-07 | Borders | | $277.03 |
| 02-05-07 | Walmart-schools | | $65.15 |
| 03-12-07 | Emarld Square | | $101.99 |
| 02-03-07 | Macy's-school cloths | | $70.00 |
| 1-27-07 | Burlington-kids cloths | | $28.13 |
| 01-07-07 | Marshalls kids cloths | | $11.50 |
| 1-27-07 | Old Navy-kids cloths | | $101.55 |
| 1-27-07 | payless | | $19.99 |
| 1-27-07 | T.J. Maxx | | $67.99 |
| 1-27-07 | Marshalls kids cloths | | $48.99 |
| 01-12-07 | Chinese Class after school-Matt | | $125.00 |
| 01-12-07 | Chinese Class after school-Joe | | $125.00 |
| | Chinese Class after school-mom | | $125.00 |
| | Paid Expenses in USA | | $1,708.14 |
| Page 2 -Mercy Mount School paid by Mother | | | |

**Health Children Joseph and Matthias Kufner- Mother Tina Kufner must cover**

| Date | Doctor | Amount(€) | Amount($) | NONE PAID BY FATHER |
|---|---|---|---|---|
| | | | | |
| 15-02-06 | Apoteke Luda | 10.80 € | $15.43 | |
| 23-05-06 | Dr. Iraki | 41.66 € | $59.51 | |
| 22-06-06 | RosenGarten-Matthias | 7.70 € | $11.00 | |
| 23-06-06 | RosenGarten-Matthias | 24.50 € | $35.00 | |
| 27-09-06 | Stadtapotheke Weilheim | 37.24 € | $48.41 | |
| 14-11-06 | Valentin Apotheke | 16.00 € | $20.80 | |
| 06-12-06 | Dr. Andreas Riederer | 40.36 € | $52.47 | |
| 29-11-06 | Dr. Erich Koller | 6.51 € | $8.46 | |
| 09-05-06 | Dr. Andreas Riederer | 27.79 € | $36.13 | |
| 02-02-06 | Aesculap Apotheke | 11.43 € | $14.86 | |
| 12-07-06 | Dr. Robert Risica | 70.00 € | $91.00 | |
| 12-07-06 | DR. Kristin Eidam | 10.50 € | $13.65 | |
| 09-05-06 | Apotheke Forellen | 31.39 € | $40.81 | |
| 26-07-06 | Brooks Pharmacy | 10.47 € | $13.61 | |
| 13-07-06 | CVS Pharmcy US | 50.81 € | $66.05 | |
| 19-02-07 | Yen Longobardi | 84.00 € | $120.00 | |
| 13-03-07 | Pearle Vision | 186.16 € | $265.94 | |
| 30-11-06 | Dr. Koller Erich | 24.80 € | $32.24 | |
| 12-12-06 | Dr. Mira Dorcsi-Ulrich | 127.52 € | $165.78 | |
| 27-11-06 | Dr. Angelica Torster | 192.38 € | $250.09 | |
| 12-12-06 | Dr. Mira Dorcsi-Ulrich | 126.97 € | $165.06 | |
| 18-12-06 | ABZ ZR (Dentist) | 184.32 € | $239.62 | |
| 14-12-06 | Erich Koller | 53.96 € | $70.15 | |
| 19-6-06 | Dr. Andreas Riederer | 120.66 € | $156.86 | |
| 13-11-06 | Inge Olivia Wacker | 201.10 € | $261.43 | |
| 03-13-07 | Lifespan-Matthias | 270.90 € | $387.00 | |
| 03-13-07 | Lifespan-Joseph | 270.90 € | $387.00 | |
| 10-03-07 | Massachusetts Eye & Ear Infirmary | 296.45 € | $423.50 | |
| 15-03-07 | University Emergency Med-Joseph | 154.00 € | $220.00 | |
| 02-08-07 | University Emergency Med-Matthias | 154.00 € | $220.00 | |
| 06-02-07 | Lifespan-Matthias | 169.26 € | $241.80 | |
| 08-03-07 | New England Medical Center | 2,100.00 € | $3,000.00 | |
| 03-22-07 | University Emergency Med-Matthias | 154.00 € | $220.00 | |
| 3-19-07 | Pratt Associates, Inc-Matthias | 340.90 € | $487.00 | |
| 22-11-06 | Angelica Torster-Eye Doctor | 0.00 € | $0.00 | |
| 18-12-06 | ABZ ZR (Dentist) | 147.61 € | $191.89 | |
| 01-03-07 | DKV- | 511.00 € | $664.30 | |
| | **TOTAL BILLS** | **6,268.06 €** | **$8,696.85** | |

*Mercymount Country Day School*
*Sponsored by the Sisters of Mercy of Providence*
*Wrentham Road • Cumberland, RI 02864*
Phone: 401-333-5919 • Fax: 401-333-5150

March 13, 2007

Ms. Tina Kufner
59 Sun Valley Drive
Cumberland, RI 02864

Dear Ms. Kufner,

Please be advised that the tuition balance owed to Mercymount Country Day School for the 2006-2007 school year is $5475. This represents the tuition owed to us for your children Matthias and Joseph.

The deadline for all tuition payments is April 20, 2007. Please forward this payment to my attention by this date.

I appreciate your attention to this matter.

Sincerely,

Cynthia Pennoyer
Finance Director

cc: Sister Martha Mulligan, Principal

2/20/07

I have recieved $2500.00 from Tina Kuefner on this 20th day of February, 2007. Check from M/M Melo $1900.00 and $600 Cash.

Shawn O'Keefe