UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
V

TINA KUFNER,
Respondent.

**Respondent's Motion for a "Stay"**
**Reversing the temporary custody order**

## I, Relief requested.

1.1 Respondent , Tina Kufner (wife and mother) moves the court to NOT Permit Petitioner (Dominik Kufner) to return to Germany without the operation for her son Matthias Kufner in the USA.

1.2 Respondent, Tina Kufner does not understand how the (GAL) could permit the court to not relay the correct information concerning last weeks's attempt for the Petitioner to bring Matthias to the Friday appointment. Tina Kufner did not arrive at 1:35. There was a witness there Yovenne de Rocco waiting to make sure that the father brought her son Matthias Kufner to the appointment. Mrs Sharon O Keefe confirmed on the phone to the mother that the father would bring Matthias to this appointment. The mother made it very clear that Matthias must be seen with both parents.

1.3 The Grandfather of Matthias, Mr Melo was at the first Doctors appointment and can testify that there were no arguments made in front of the child during this appointment.

1.4 Mrs. Kufner tried to contact her husband and Dr. Keamy, to make sure that her son was there. The father left the appointment at 1:20pm and not at 1:30pm. She tried to make another appointment, since the father had already canceled the Monday appointment. The Melo family offered to pick up Joseph at school, but the father refused.

1.5 It is clear that medical neglect by the father is being covered up. Mr. Boren was unable to be reached and Mrs. O Keefe is very well aware of the 2 operations in Germany which were canceled by the father. Her Attorney

Gabrila Westhaus faxed her a letter concerning all the mothers attempts to get medical treatment for her son.

1.6 The Respond, Mrs. Kufner also faxed all the missing history of her son directly to Dr. Keamy after receiving the letter to Dr Longobardi.

1.7 My children's behavior changes have also been kept from the courts attention. The children in the past week have become unstable, they missed school, Joseph began hitting his head, Matthias was emotionally in tears and breaking down. The children since October 18, 2007, do not know where they belong, they say "mommy dadday, Daddy Mommy,

1.8 This has all been an attempt to cover up the fathers neglect. The father never even knew his own's son's Matthias's Birthday.

1.9 The report to Dr Jenny is also wrong, the children missed only 21 days and not 28 days.

1.10 The reports which Dr. Jenny needed to review were 43 photos not 41 photos.

1.11 Under oath statements made by the father in court and of his witness are false, the mother had the mother in Germany ready to do a tel. conference to identify that the photo submitted by Dorote Lucci was not taken by the mother, Tina Kufner. The photo was taken back in 2001, and her two sons were in the photo and they were at the Lake house Buch am Ammersee and her oldest son was only 5 years old. This is the cut of age of photographing children in the nude even in Germany. She is German and the photos taken by the father is not at all acceptable in Germany.

**The witness is Sabina Osterchrist 011 49 8151 21178 until 11:15 USA time**

**Executed on March 28, 2007**
**Respectfully submitted, by Tina Kufner**

**Tina Kufner**
**59 Sun Valley Drive**

**Cumberland RI 02864**
**Tel 333 5209**
**Fax 333 5209**
Moty2007@googlemail.com

**The Following have been served by mail**

**Gerald L. Nissenbaum, esq.**
**Nissenbaum Law Offices**
**160 Federal St. 24th Flr.**
**Boston, MA 02110**
**617 330 9090**

**Charles A Tamuleviz, Esq.**
**Tamuleviz, Hulquist & Bianchi, LLP**
**144 Westminster St.**
**Providence, RI. 02903**
**401 490 2939**

**Bardford Neal Martin, esq**
**Bardford Neal Martin & Assoc. PA**
**75 Beattie Place, Ste. 910**
**Greenville, SC 29601**