UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Dominik Kufner,
Petitioner,

vs. C.A. No. 07-046 S

Tina Kufner,
Respondent.

**ORDER**

Before the Court is a Motion by the Petitioner, Mr. Kufner, to redirect alimony payments due Respondent to Respondent's various creditors (specifically the Guardian ad litem, Attorney Sharon O'Keefe, and Dr. Carol Jenny).

Payment of the fees of the Guardian ad litem and Dr. Jenny is a matter of utmost importance. This Court could not have performed the thorough and complete review of this case in such a short time without their invaluable assistance. Moreover, the real benefit they provided was to the children, for which both parents should be enormously grateful and both parents should bear the expenses. Therefore, the Court Orders as follows:

1. Petitioner shall place an amount equal to three months of alimony payments in an interest bearing client trust account of Attorney Charles Tamuleviz.

2. The Court shall order further disbursements as appropriate upon application of the Guardian ad litem or the parties.

3. Attorney Tamuleviz shall make payments to Attorney O'Keefe and Dr. Jenny on behalf of the Respondent. Any amount remaining after the Guardian and Dr. Jenny are fully paid may be returned to the Petitioner.

4. Attorney Tamuleviz shall provide an accounting of said funds to the Court, the Petitioner, and the Respondent once all payments are made.

5. With regard to what effect, if any, these escrowed funds paid to the Guardian and Dr. Jenny shall have regarding Petitioner's ongoing and continuing obligation, if any, to pay alimony pursuant to German Court orders, (credits, claims for reimbursements, setoffs, etc.) these matters will be left to the German Courts. Nothing in this Court's Order shall be regarded as indicating what, if any, effect this Order shall have on Petitioner's ongoing or future obligations.

It is so ordered.

WESmith

William E. Smith
United States District Judge
Date: 3/28/07