AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

Dominik Kufner v. Tina Kufner

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA07-46S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Bradford Martin / Gerald Nissenbaum | Barry Pollack |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 22 & 23, 2007 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 2/22/07 | | | W-1 Wolfgang Vomuberg |
| 3A | | 2/22/07 | ID | Full | Order dated 3/3/06 (English) |
| 3b | | 2/22/07 | | Full | Order dated 3/3/04 (German) |
| 19A | | | ID | Full | Order dated 10/18/06 re: access and contact (English) |
| 19b | | | | Full | Order dated 10/18/06 re: access and contact (German) |
| 25 | | | | Full | Order dated 12/20/06 re: access and contact / temp injuction |
| 73 | | | ID | | German Order dated February 16, 2007 (German) |
| 73A | | | ID | Full | German Order dated February 16, 2007 (English) |
| | J | | ID | Full | Letter date Feb. 19, 2007 |
| | | | | | W-2 Dominik Kufner |
| | H | | ID | | Record of Movie Rentals by Dominik Kufner |
| | F | | ID | | E-mail dated 5/7/06 from Dominik Kufner to Tina Kufner |
| | K1 | 2/23/07 | ID | Full | Photos (under Seal) |
| | K2 | " | ID | Full | |
| | K3 | " | ID | Full | |
| | K4 | " | ID | Full | |
| | K5 | " | ID | Full | |
| | K6 | " | ID | Full | |
| | K7 | | ID | Full | |
| | K8 | | ID | Full | |
| | K9 | | ID | Full | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

~~Dominick~~ Dominik Kufner V. Tina Kufner

CASE NUMBER: CA07-46S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | K10 | 2/23/07 | ID | Full | Photograph |
| | K11 | 2/23/07 | ID | Full | |
| | K12 | | ID | Full | |
| | K13 | | ID | Full | |
| | K14 | | ID | Full | |
| | K15 | | ID | Full | |
| | K16 | | ID | Full | |
| | K17 | | ID | Full | |
| | K18 | | ID | Full | |
| | K19 | | ID | Full | |
| | K20 | | ID | Full | |
| | K21 | | ID | Full | |
| | K22 | | ID | Full | |
| | K23 | | ID | Full | |
| | K24 | | ID | Full | |
| | K25 | | ID | Full | |
| | K26 | | ID | Full | |
| | K27 | | ID | Full | |
| | K28 | | ID | Full | |
| | K29 | | ID | Full | |
| | K30 | | ID | Full | |
| | K31 | | ID | Full | |
| | K32 | | ID | Full | |
| | K33 | | ID | Full | |
| | K34 | | ID | Full | |
| | K35 | | ID | Full | |
| | K36 | 2/23/07 | ID | Full | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Dominik Kufner v. Tina Kufner

CASE NUMBER: CA07-46

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | K37 | 2/23/07 | ID | Full | Photograph |
| | K38 | | ID | Full | |
| | K39 | | ID | Full | |
| | K40 | | ID | Full | |
| | K41 | 2/23/07 | ID | Full | |
| | L | 2/22/07 | | Full | Note dated February 14, 2007 |
| | | | | | W-3 Sharon O'Keefe |
| | DAY 2 | | | | 2/23/07 |
| | | | | | |
| | | 2/23/07 | | | W-4 Dorote Lucci |
| 4 | | | ID | Full | Photographs - Place under Seal |
| 4A | | | ID | Full | Photo in Frame |
| | | | | | W-5 Tina Kufner |
| 1, 1A + 1B. | | | | Full | Letter dated 2/21/06 |
| | M | | ID | | German Letter dated December 20, 2006 |
| | N | | ID | Full | Photos |
| 74 | | | ID | Full | DCYF report by Guardiad Ad Litem |
| 75A | | | ID | | Last page of Letter dated 12/20/06 |
| 75b | | | ID | | German version of Letter dated 12/20/06 |
| | | DAY 3 | | | 2/26/07 |
| 67 | | 2/26/07 | ID | Full | Tina Kufner's Opposition to Dominik Kufners Motion for temporary Order dated 2/8/07 (English Version) |
| 67A | | | ID | Full | " " (German Version) |
| 67b | | | ID | Full | Translation of Letter dated 12/15/06 |
| 63 | | | ID | | Affidavit in Opposition to Dominik Kufner's Motion for Custody dated 12/20/06 |
| | | DAY 4 | | | |

3/1/07

- nothing entered

AO I 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Kufner v. Kufner

CASE NUMBER: 07-46

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| # | | DAY 5 | | | |
| 76 | | 3/6/07 | ~~ID~~ | Full | Family Court Temporary Order 1/31/07 |
| 77 | | | ~~ID~~ | Full | Family Court Temporary Order 2/28/07 |
| 78 | | | ~~ID~~ | Full | Marriage Settlement + German Letter/English. |
| 9B | | | | Full | Tina Kufner RE: Petition RE: Custody dated 8/10/06 (German) |
| 9A | | 3/7/07 | ~~ID~~ | Full | Tina Kufner RE: Petition RE: Custody dated 8/10/06 (English) |
| 79 | | | ID | | To Do List |
| 80 | | | ID | | Letter dated April 20, 2006 (Dear Norelys) |
| 81 | | | ~~ID~~ | Full | Letter dated April 20, 2006 to Jackie DeCosta |
| 18 B + A | | | | Full | Order dated 10/12/06 re: custody (A - English B - German) |
| | O | | ~~ID~~ | Full | Medical Report (HNO) |
| 36 | | | | Full | Memo in Opposition dated 2/7/06 |
| | DAY 6 | 3/7/07 | | | |
| | | 3/7/07 | | | W-6 Scott Melo |
| | | | | | W-7 Astrid Zimmermann (telephone) |
| | | | | | W-8 Annette Austin (telephone) |
| | | | | | W-9 Iwona Koletta (telephone) |
| | P | 3/7/07 | | Full | Letter dated 12/20/2006 |
| | | | | | |
| 2A | | | | Full | English Version (Decision) |
| 2B | | | | Full | German Version (Decision) |
| | | | | | |
| 65A | | | | F | Transcript (English) |
| 65B | | | | F | Protokoll (German) |
| 7A | | | | F | English (Letter dated 7/10/2006) |
| 7B | | | | F | German (Letter dated 7/10/2006) |
| 59 | | | | F. | Overview of our Infor Server (Internet) |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Kufner v. Kufner, CASE NUMBER: CA07-46

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 61 | | 3/7/07 | | F | Letter dated 8/18/06 English/German |
| 10 | | 3/7/07 | | Full | Letter dated 8/23/06 (under seal) |
| 62A | | | | Full | English - Letter dated 8/29/06 |
| 62B | | | | Full | German - Letter dated 8/29/06 |
| | | DAY 7 | | | 3/8/07 |
| 13A | | 3/8/07 | | Full | Response to Charge (English Version) |
| 13b | | | | Full | Response to Charge (German Version) |
| 15A | | | | Full | Hofler Report (English Version) |
| 15b | | | | Full | Hofler Report (German Version) |
| 17A | | | | Full | Hertorn Report dated 9/28/06 (English Version) |
| 17b | | | | Full | Hertorn Report dated 9/28/06 (German Version) |
| 23A | | 3/8/07 | ~~ID~~ | Full | Ruling/Order dated 12/11/06 (English Version) |
| 24A | | | | Full | Order dated 12/13/06 (English Version) |
| 24B | | | | Full | Order dated 12/13/06 (German Version) |
| 63A | | | | Full | Affidavit in Opposition (English Version) |
| 63b | | | | Full | Affidavit in Opposition (German Version) |
| 64A | | | | Full | Letter dated 12/21/06 (English Version) |
| 64B | | | | Full | Letter dated 12/21/06 (German Version) |
| 32A | | | | Full | Petition to Award Custody dated 1/26/07 (English Version) |
| 32b | | | | Full | Petition to Award Custody dated 1/26/07 (German Version) |
| 34A | | | | Full | HertKorn Report dated 2/1/07 (English Version) |
| 34b | | | | Full | HertKorn Report dated 2/1/07 (German Version) |
| 57 | | | | Full | Statement of Ear, Nose and Throat specialist (English) |
| 37A | | | | Full | HertKorn Final Report of GWA dated 2/22/07 (Eng |
| 37b | | | | Full | HertKorn Final Report of GWA dated 2/22/07 (Germ |
| 23b | | | | Full | Ruling Order dated 12/11/06 (German Version) |
| 48 | | | | Full | Deposition of Tappani Hanninen pgs. 20-24 |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

Kufner v. Kufner

CASE NUMBER: CA07-46

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 48A | | 3/8/07 | | FULL | Disk recording |
| | | DAY 8<br>3/16/07 | | | W-10 - Carole Jenny |
| P2 | | 3/16/07 | ID | | Order date 2/27/07 German + English Version |
| | | DAY 9 | | | |
| | | 3/28/07 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |