UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Dominik Kufner
Petitioner

V.

Case Number: C.A. NO. 07-46S

Tina Kufner
Respondent

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Petitioner, Dominik Kufner against the Respondent, Tina Kufner in accordance to this Court's Opinion and Order dated March 28, 2007.**

**March 28, 2007**
**Date**

Wendy L Seile
**Deputy Clerk**