UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINIK KUFNER
PETITIONER,

Civil Action
No. 07-046 S

VS .

TINA KUFNER

RESPONDENT.

**ENTRY OF APPEARANCE**

I, Tina Kufner hereby enter my appearance PRO SE as RESPONDENT

Respondent .

Tina Kufner
59 Sun Valley Drive
Cumberland, R.I. 02864
1 401 651-1044

March 30, 2007

Charles A. Tamuleviz, ESQ (Fed. Bar # 6817)
TAMULEVIZ, HULTQUIST, & BIANCHI, LLP
144 Westminister Street
Providence, Rhode Island 02903
401 490 2939
401.490.2940 (fax)

Bradford Neal Martin, Esq. (Fed Bar # 3310)
BRADFORD NEAL MARTIN & ASSOC. PA
75 Beattie Place Suite 910
Greenville, South Carolina 29601
864.552 9990
864. 552 9992 (fax)

Gerald Nissenbaum, Esq.
Nissenbaum Law Offices
160 Federal Street, 24th Floor
Boston, Massachusetts 02110
617-330-9090
617-330-6909

Certification

I hereby certify that a true copy of the within document was sent by regular mail, postage paid, by Tina Kufner, 59 Sun Valley Drive, Cumberland, R.I. 02864 to the above attorneys.