UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINIK KUFNER
PETITIONER,

Civil Action
No. 07-046 S

VS .

TINA KUFNER

RESPONDENT.

**IMMERGENCY NOTICE OF APPEAL**
**To a Court of Appeals**

Notice is hereby given that Respondent, Tina Kufner, in the above named case, hereby appeal to the United States Court of Appeals for the first Circuit from the opinion and order for the return by the Petitioner, Dominik Kufner with the children Matthias and Joseph Kufner back to Germany on Wednesday April 4, 2007, this opinion and order was entered by Judge Smith on the 28th day of March, 2007.

Respondent .

Tina Kufner
59 Sun Valley Drive
Cumberland, R.I. 02864
1 401 651-1044

March 30, 2007

Charles A. Tamuleviz, ESQ (Fed. Bar # 6817)
TAMULEVIZ, HULTQUIST, & BIANCHI, LLP
144 Westminister Street
Providence, Rhode Island 02903
401 490 2939
401.490.2940 (fax)

Bradford Neal Martin, Esq. (Fed Bar # 3310)
BRADFORD NEAL MARTIN & ASSOC. PA
75 Beattie Place Suite 910
Greenville, South Carolina 29601
864.552 9990
864. 552 9992 (fax)

Gerald Nissenbaum, Esq.
Nissenbaum Law Offices
160 Federal Street, 24th Floor
Boston, Massachusetts 02110
617-330-9090
617-330-6909

<u>Certification</u>

I hereby certify that a true copy of the within document was sent by regular mail, postage paid, by Tina Kufner, 59 Sun Valley Drive, Cumberland, R.I. 02864 to the above attorneys.