UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:

Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
**TINA KUFNER,**
Respondent.

# EXPIDITED

## MOTION FOR PRODUCTION OF TRANSCRPTS AT GOVERNMENT COSTS

1. Respondent, Tina Kufner, has entered her appearance ***as pro se***, in the Court of Appeals in the First Circuit of Boston. The mother is now 42, has 2 minor children ages 7 and 8, has not worked in the last 8 years to stay home and raise her children Matthias and Joseph Kufner. She has no property, alimony payments and child support have been denied, refused, blocked, and continually has the father lied to the German Local Family Court of upper Bavaria and to R.I District Court about his actual financial Status.

2. The Respondent, mother Tina Kufner requests that the Motion for Production of Transcripts procedure be granted by the R.I District Court of R. I as the expedited emergency order must be placed as it has been requested by the Court of Appeals in the First Circuit by 12:00 noon on April 6, 2007.

3. The Respondent, mother has submitted an Affidavit on April 5, 2007 to support her motion. The Respondent has filed for an **EXPIDITED MOTION SEEKING FORMA PAUPERIS along with this motion.**

**4.** The Respondent, mother Tina Kufner moves the court to grant this order so the respondent can immediately submit the CJA 24 Form.

5. The Respondent, Tina Kufner has been given the name of the court reporter by the clerk's office as being Ms. Ann Clayton.

Executed on April 5, 2007
Respectfully submitted, Tina Kufner
Pro se

Tina Kufner
59 Sun Valley Drive
Cumberland, R.I. 02864
Tel 1 401 333 5209
Fax 1 401 333-5209
Moty2007@googlemail.com

**Certification**

I hereby certify that a true copy of the within documents were sent by regular mail, postage paid by Tina Kufner, 59 Sun Valley Drive, Cumberland R.I, 02864, tel: 401 651 1044 to the below attorneys, on April 5, 2007.

**Tina Kufner**
**Respondent**

Gerald Nissenbaum, Esq.
Nissenbaum Law Offices
160 Federal St. 24th Flr.
Boston, MA 02110
617 330 9090