Rev. 6/06

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Dominik Kufner
Plaintiff

v.

Tina Kufner
Defendant

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 07-0465

I, Tina Kufner, declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐ Yes ☑ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration.

   Are you employed at the institution? ☐ Yes ☑ No

   Do you receive any payment from the institution? ☐ Yes ☑ No

   If the answer is "Yes,", attach a certified ledger sheet from the institution(s) of your incarceration showing at least the past (6) **six** months' transactions.

2. Are you currently employed? ☐ Yes ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer. Also, please explain how you have been supporting yourself. Self Employed in 1998. I had owned my own business called "Melo Reports" based in Munich Germany. Income was over 100,000 dollars

3. Have you received in the past (12) twelve months, or do you anticipate receiving in the future, any money from any of the following sources?

| | | | | |
|---|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☐ No | |
| b. | Rent payments, interest or dividends | ☐ Yes | ☐ No | |
| c. | Pensions, annuities or life insurance payments | ☑ Yes | ☐ No | still unknown |
| d. | Disability or workers compensation payments | ☐ Yes | ☐ No | |
| e. | Gifts or inheritances | ☐ Yes | ☐ No | |
| f. | Any other persons or sources | ☐ Yes | ☐ No | |

If the answer to any of the above is "Yes," describe each source of money and state the amount received and what you expect you will continue to receive. pension plan opened in

October 2005 by my husband Dominik Kufner. Payment have stopped in Sept. 2006. I do not have the money to continue to pay into this pension plan, so it has been put on hold until I have an income or further alimony is reinstated.

4. List anyone who helps support you or shares support in any way and describe the type and amount of such support for the last twelve months. If no one, write "NO ONE."

Several payments of Alimony and child support have been made since May 2006 and have stopped in January 2007 of 4000 Euros plus 838.00 child support.

5. Do you have any cash or checking or savings accounts? ☑ Yes ☐ No

If "Yes," state the total amount. This account is now in the minus of over 800.00 Euros.

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☑ Yes ☐ No

If "Yes," describe the property and state its value. car value of 1,300.00 Euros. Left in Germany. Resale value 800.00 Euros around.

7. Have you transferred any assets within the last 12 months prior to filing the application? ☑ Yes ☐ No prior to 12 months

If "Yes," describe the asset and state its value. In April 2005 at the request of my husband an account of my son JK to my name.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you actually contribute to their support. Please list minor children by initials only. MK age 7 and JK age 8. we rely soley on the alimony and child support by the father DK.

I declare under penalty of perjury that the above information is true and correct.

April 5, 2007
Date

[signature]
Signature of Applicant

**NOTICE TO PRISONER**: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

FOR COURT PURPOSES ONLY:

☐ APPROVED ☐ DENIED

U.S. MAGISTRATE JUDGE

DATE