UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER
Petitioner,

v.

TINA KUFNER,
Respondent.

**PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION THAT THE COURT PAY FOR A TRANSCRIPT OF THE TRIAL.**

1. In her effort to have this court use government funds in this civil case to provide her with a transcript of the trial, the Respondent, Tina Kufner (Wife) has employed intentionally false claims.

2. By way of example, as Wife signed her motion and affidavit, Wife had only to look at her wrist to see her Cartier wrist watch which has a present sale value of some $25,000. Wife could easily and quickly sell that watch and have more than enough money to pay for, among other things, the transcript.

3. Also, as the clear trial evidence disclosed, in March 2006, by agreement, the parties entered into an order for Petitioner, Dominik Kufner (Husband) to pay Wife €4000 alimony and €836 child support, which is a total of about $6,300 in U.S. dollars, every month.

The evidence is that Wife got that money each and every month up through January 2007, which is the month in which she kidnapped the children from Germany. Further, Husband has also paid both the February and March 2007 payments. And, Father is now, per court order paying some €12000 to one of his attorneys to be held in escrow, per a court order.

4. In addition to the monthly alimony and child support, Wife also receives the equivalent of about US$400 a month for each child, for a total of US$800 a month, which is paid by the German government.[1]

5. In addition, before March 2006, Wife took €40000 from a trust account set up for the benefit of their children.

6. In addition, in the several months leading up to March 2006 Wife got another €70000 representing most of what the parties had saved during their marriage.

7. Beyond this, Wife's home in Germany is filled with countless valuables which are at her disposal,

---

[1] The German government, in order to encourage citizens to have children and in its effort to keep the population of Germany from shrinking, pays about $400 per month per child to the parent who has primary physical custody. While the parties lived together, the parties put that money into an account in trust for the children. As things now stand Germany, a country of about 80 million people, will have only about 65 million people some 25 years hence.

ranging from sterling silver serving utensils, sterling silver candleholders, and numerous other items, all of which has a current used value of no less than US$30,000 to US$40,000.

8. In sum, the Wife again tendered intentionally false and perjured evidence to the court.

9. Beyond that, since this is not a criminal case, it would seem that the Wife is neither entitled to either a free lawyer, nor to a free transcript of the trial. That she managed to get a large law firm to represent her during most of the trial at no charge to her, while Husband had to go deeply in debt to obtain funds to pay expenses and counsel, has, seemingly, only enlarged her seeming voracious appetite for free legal services - to the very real detriment of the real victims of her conduct - the very children she claim to love.

10. Last, but not least, this court may find it no longer has power to consider Wife's motion as the case is no longer pending before this court. Accordingly, the court may only hear Petitioner's forthcoming request for an award of costs pursuant to ICARA and orders to show cause why a party ought not be held in contempt.

## Conclusion

Wife's motions should be denied, with prejudice.

Respectfully submitted,

April 5, 2007

/s/ Gerald L. Nissenbaum
Gerald Nissenbaum, Esq.
Nissenbaum Law Offices
The Landmark
160 Federal Street, 24th Floor
Boston, Massachusetts 02110
Phone: 617-330-9090
Fax: 617-330-6909
ATTORNEYS FOR PLAINTIFF