UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER
Petitioner,

v.

TINA KUFNER,
Respondent.

CERTIFICATE OF SERVICE

On this 5th day of April 2007, I caused the forgoing, PETITIONER'S OPPOSITION TO RESPONDENT'S MOTION THAT THE COURT PAY FOR A TRANSCRIPT OF THE TRIAL to be filed electronically and it is available for viewing and downloading from the ECF system. Also, this 5th day of April, 2007 a copy was sent to Respondent by U.S. First Class Prepaid Mail to her address of record.

Respectfully submitted,

April 5, 2007

/s/ Gerald L. Nissenbaum
Gerald Nissenbaum, Esq.
Nissenbaum Law Offices
The Landmark
160 Federal Street, 24th Floor
Boston, Massachusetts 02110
Phone: 617-330-9090
Fax: 617-330-6909
ATTORNEYS FOR PLAINTIFF