# United States Court of Appeals
## For the First Circuit

---

No. 07-1523

DOMINIK KUFNER,

Petitioner, Appellee,

v.

TINA KUFNER,

Respondent, Appellant.

---

ORDER OF COURT

Entered: April 3, 2007

Appellant-Respondent Tina Kufner seeks a stay of the district court's March 28, 2007 order granting the petition by her husband Dominik Kufner for return of the children to Germany pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, opened for signature Oct. 25, 1980, T.I.A.S. No. 11,670, 1343 U.N.T.S. 89("the Hague Convention"), which was codified by Congress in the International Child Abduction Remedies Act, 42 U.S.C. § 11601 et seq. (ICARA). Under the terms of the district court's order, the children's passports are to be released to petitioner on April 4, 2007, and the children "forthwith returned to their country of habitual residence, Germany." The appeal was filed on March 30, 2007, and the present motion was filed on April 2, 2007. This court has not yet received the district court record and the transcripts have not yet been prepared. Although mindful of the need for expeditious resolution of petitions under the Hague Convention, the present time constraints prevent us from engaging in meaningful review of the appellant's motion.

Therefore, we grant a temporary stay of the district court order until further notice, to allow this court time to evaluate the arguments for and against the stay pending appeal. And we order the appeal to proceed on an expedited basis. Appellant shall file a compliant transcript order form by noon on April 6, 2007, indicating that satisfactory financial arrangements have been made

with the court reporter. See Fed. R. App. P. 10 and 1st Cir. R. 10.0. Failure to do so shall indicate that appellant wishes to proceed on the record as it is. If appellant files the compliant transcript request within the allotted time, the court reporter shall prepare the transcripts within two weeks of the date the request is filed. At the appropriate time, the clerk will set an expedited briefing schedule.

So ordered.

By the Court:

Richard Cushing Donovan, Clerk.

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Bradford N. Martin, Esq., Charles A. Tamuleviz, Esq., Gerald L. Nissenbaum, Esq., Sharon O'Keefe, Esq., Wendy O. Hickey, Esq., Tina Kufner]