UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 5, 2007

Richard Donovan
Clerk of Court
United States Court of Appeals
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

RE: Dominik Kufner v. Tina Kufner
CA07-46S

Dear Mr. Donovan:

Enclosed herewith you will find the Supplemental Record together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Wendy Geile
DEPUTY CLERK

ENC: Certified Docket, Docket #78 -Motion Oppose Respondent's Motion for Court to Pay for Transcripts , Docket #79 - Motion for Service Certificate of Service, Docket #42 - Transcript dated February 23 and 26, 2007