**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DOMINIK KUFNER,** | : | |
| **Petitioner** | : | |
| | : | |
| **v.** | : | **C.A. 07 - 046S** |
| | : | |
| **TINA KUFNER** | : | |
| **Respondent** | : | |

**RICHARD A. BOREN'S FINAL MOTION TO WITHDRAW AS COUNSEL FOR RESPONDENT, TINA KUFNER**

Now comes Richard A. Boren, and hereby moves for a final order to withdraw as counsel for Tina Kufner and for grounds therefore, Attorney Boren states as follows:

1. On March 28, 2007, this Honorable Court ordered that Attorney Boren will remain as counsel until April 4, 2007 in order to serve as "standby" attorney for Respondent to aid her in filing a Motion for Stay in the First Circuit Court of Appeals and to marshall any photographs, computer discs pertaining to photographs of the children, and her computer to determine if any photographs were still present on its hard drive.

2. On March 30, 2007, Respondent turned over photographs of the children and a computer disc to Attorney Boren and met with him to discuss the appeal process and the necessary requirements for a Motion to Stay.

3. Attorney Boren expects that momentarily Respondent will be turning over her computer to Attorney Boren.

WHEREFORE, Attorney Boren respectfully prays that he be allowed to withdraw as counsel for Respondent, Tina Kufner.

Respectfully submitted,

_/s/ Richard A. Boren_______

Richard A. Boren, Esquire
(R.I. Bar No.: 0390)
VISCONTI & BOREN LTD.
55 Dorrance Street
Providence, Rhode Island 02903
(401) 331-3800, (401) 421-9302 fax

## CERTIFICATION

I do hereby certify that on April 5, 2007, Richard A. Boren's Final Motion to Withdraw was filed through the ECF system and was sent electronically to registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Richard A. Boren