UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED APR 6 2007 U.S. DISTRICT COURT DISTRICT OF RHODE ISL.

In re the Application of:

Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
**TINA KUFNER,**
Respondent.

# EXPIDITED

## MOTION SEEKING FORMA PAUPERIS

**Relief.**

1.The Respondent, Tina Kufner seeks EXPIDITED MOTION SEEKING Forma pauperis. She did not receive any notice that the opposing counsel has sent against this motion, that in itself is unprofessional and deviant, showing his true motivation on preventing the Respondent from protecting her children and proving her case.

2. The Respondent, Tina Kufner seek to find relief in the Appeals Court of the First Circuit, she was unable to present her witness, evidence, and was under an enormous amount of stress to her children's medical and Psychological abuse, as well as herself.

3. The Respondent, Tina Kufner had no chance to herself in Germany, and did not receive the same treatment as if she was a German mother, her nationality and the language of herself and the children being English was questioned by German Officials sent only by the father and caused undue emotional stress and was after years of not being part of their everyday lives reduced them to a level of poverty and unable to pay for living, or legal help after claiming he wanted a divorce. She was unaware that after years, he had already planned to not only rid himself of his the Respondent, wife and unknown to her he does suffer from psychological problems which has been afflicted on herself and on the children.

4. The Respondent, Tina Kufner needs to protect her children and needs this granted, the Respondent loves her children and can no longer bear to live in the situation in which the father refused to allow her to care for her children and continue to see her children being abused by their father's manipulation, psychological abuse with his camera and confuse them about time, dates, and everyday life.

5. The respondent must do this pro se, since she has tried to find legal counsel which would do this pro bono, and not put her case in the hands of an attorney with one or 3 years experience. She has tried to find legal counsel but has no money to pay them, or find someone with experience enough to take her case.

6. The Respondent, an American mother must prove that she and her children have been victimized and that her husband has lied to the courts in Germany and in the US Courts concerning the children.

Executed on April 6, 2007
Respectfully submitted by Tina Kufner
Pro Se

Tina Kufner
59 Sun Valley Drive
Cumberland R,I. 02864
Moty2007 @googlemail.com

Certification sent by post to the following attorneys on April 6, 2007

Gerald Nissenbaum, Esq.
Nissenbaum Law Offices
160 Federal str. 24th Flr
Boston, Mass 02110

Charles A. Tamuleviz, Esq.
Tamuleviz, Hulquist & Bianchi, LLP
144 Westminister St.
Providence, RI 02903

Bradford Neal Martin, Esq
Bardford Neal Martin & Assoc. PA
75 Beattie Place, Ste. 910
Greenville, SC 29601

Sharon O Keefe
P O Box 214
Barrington, R.I. 02806