UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:

Case No. CA 07 046S

APR 06 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISL

DOMINIK KUFNER,
Petitioner,
V

TINA KUFNER,
Respondent.

# Expedited
# Motion granting her sole custody and the return of her children

## I, Relief requested.

1.1 Respondent, Tina Kufner (wife and mother) moves the court to that the children have been denied access to her children on the days in which the court had ordered.

1.2 The Children have been showing signs of neglect and also an enormous amount of behavior changes. JK has begun his nervous blinking and has become hyper-active. His father has prevented him from wearing his prescription glasses. JK has begun hitting his head. He has indicated during the visits why he is now sleeping with their father.

1.3 MK age 7 has not gone back to the MASS eye and Ear appointment as was informed to the father last week. The father purpose did not bring Matthias to this appointment so we could not get his final diagnoses. I had faxed all of Matthias medical records to Dr Keamy immediately after receiving his letter.

1.4 The children have not been fed well, washed and look unkempt, exhausted, eating gas station micro-wave food. JK is wearing ripped pants and they are showing signs of confusion and frustration. The supervised visitations have been limited to such an extreme which are far worse than in Germany. The children are being neglected by their father.

1.5 He is spending money on expensive games, but not on their health or food. I have not been told where they are living and do not know the conditions on which is extremely new to them, this in itself is a drastic environmental change. They need to return to the environment and home of their grandparents and mother. They know this home since they were 8 months old. Their school work has not been done while they have been with their father.

1.6 Their father has not taken care of any of the children's needs. The Father has canceled Matthias as A patient of Dr. Keany's.

1.7 The mother also requests the court orders that both parents take a psychological evolution in the States and do an adult evolution. The family court does these requests for evolution and DCYF can offer providers in this area. I would be willing to undergo further psychological testing in addition to the MMPI 11, test which the mother has this test and it will take 3 -4 weeks to get the results back. In the meantime this test will be sent to the GWG in Germany.

**Executed on April 6, 2007**
**Respectfully submitted, by Tina Kufner**

**Tina Kufner**
**59 Sun Valley Drive**
**Cumberland RI 02864**
**Tel 333 5209**
**Fax 333 5209**
**Moty2007@googlemail.com**

**The Following have been served by mail on April 6, 2007**

**Gerald L. Nissenbaum, esq.**
**Nissenbaum Law Offices**
**160 Federal St. 24th Flr.**
**Boston, MA 02110**
**617 330 9090**

**Charles A Tamuleviz, Esq.**
**Tamuleviz, Hulquist & Bianchi, LLP**
**144 Westminster St.**
**Providence, RI. 02903**
**401 490 2939**

**Bardford Neal Martin, esq**
**Bardford Neal Martin & Assoc. PA**
**75 Beattie Place, Ste. 910**
**Greenville, SC 29601**