# United States Court of Appeals
## For the First Circuit

---

No. 07-1523

DOMINIK KUFNER,

Petitioner, Appellee,

v.

TINA KUFNER,

Respondent, Appellant.

---

ORDER OF COURT

Entered: April 9, 2007

Pending before this court is an appeal by Respondent Tina Kufner from the district court's judgment granting her husband Dominik Kufner's petition for return of their children to Germany pursuant to the Hague Convention on the Civil Aspects of International Child Abduction ("the Hague Convention"), and the implementing legislation. See 42 U.S.C. § 11601 et seq. Appellant moved for a stay of the children's return to Germany with their father pending this appeal. In an order dated April 3, 2007, we granted "a temporary stay . . . until further notice" to allow more time for meaningful review of appellant's arguments raised in her stay motion and of the district court record.

Based upon that further review, we now conclude that continuing the stay in this case would be improvident. Although appellant has filed multiple motions in support of a stay, she has failed to identify issues that she would raise on appeal which demonstrate a likelihood that she would prevail. Although the transcript of the seven-day evidentiary hearing has not yet been prepared, nothing in appellant's motions or in the district court record suggests that review of the transcript is necessary to rule on the stay motion. In addition to finding that appellant has failed to make the requisite showing of a likelihood of success on the merits, we also find that the other factors to be considered in evaluating a stay request weigh in favor of lifting the stay. Although lifting the stay will presumably result in the children

returning forthwith to Germany with their father, there does not appear to be any insurmountable obstacle to appellant returning there as well. Any legal disincentives to do so have been substantially ameliorated by the terms of the district court's order, imposing "undertakings" upon Mr. Kufner. We also find that Mr. Kufner, who presently has sole physical custody of the children, would be better able to care for them in Germany, where his home is.

The temporary stay granted by this court's order dated April 3, 2007 is hereby lifted and no longer in effect. The remainder of this court's order, directing that the appeal proceed on an expedited basis and relating to arrangements for obtaining transcripts, remains in effect.

Appellant's motions for a stay pending appeal of this case are denied.

Appellant's motions seeking modification of the terms of the custody order in effect pending the appellee's return to Germany with the children are denied as moot.

Appellant's motions to supplement the record on appeal with documents and other evidence not filed in the district court are denied. See Fed. R. App. P. 10.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By: [signature] Date: 4/9/07

[certified copies: Honorable William E. Smith, David DiMarzio, Clerk]

[cc: Bradford N. Martin, Esq., Charles A. Tamuleviz, Esq., Gerald L. Nissenbaum, Esq., Sharon O'Keefe, Esq., Wendy O. Hickey, Esq., Tina Kufner]