# BRADFORD NEAL MARTIN & ASSOCIATES, PA

ATTORNEYS AT LAW

75 Beattie Place, Suite 910
Post Office Box 10410 (29603)
Greenville South Carolina 29601

Phone: (864) 552-9990
FAX: (864) 552-9992

## FIRM PROFILE

***Overview:*** Bradford Neal Martin & Associates, P.A. is primarily a civil litigation and appellate practice firm with extensive experience in a wide range of legal matters. General corporate, products liability, employment law, insurance (SIU, subrogation recovery, and coverage work) and defense of automobile dealers has been the central emphasis of the firm.

The firm currently has a central office in Greenville, South Carolina with a satellite office in Asheville, North Carolina. The firm has no subsidiaries or affiliates at present. Bradford N. Martin is the sole director on the board of directors.

***Personnel*** The attorneys are:

**GREENVILLE OFFICE**

**Bradford Neal Martin**. Mr. Martin was born on September 12, 1952 in Mineola, New York. He received a B.A. degree from Washington & Lee University, graduating from the Honors Program *cum laude* in 1974. He graduated from Washington & Lee School of Law in 1977, where he was chosen as a writer for the Law Review.

Mr. Martin joined a major defense firm in Greenville in 1978 where he became a senior partner. He has concentrated his practice in products liability, commercial, insurance, malpractice and other civil litigation.

Mr. Martin is South Carolina state-wide counsel for the Special Investigative Services Unit of State Farm Fire & Casualty. He is also state-wide counsel for complex litigation for Universal Underwriters, which insures primarily car dealerships, and handles their employment related litigation in South Carolina. Mr. Martin is state-wide counsel for Tokio Marine Fire & Casualty, which insures most Japanese manufacturers doing business in the United States. He has participated in several national class action cases, including Prudential Insurance Company (life insurance "churning" litigation), breast implant litigation (South Carolina state-wide counsel for Wilshire Foam Products, Inc.) and latex glove litigation (South Carolina state-wide counsel for London International/Regent).

Mr. Martin is active in the products liability area, defending cases in New York and Pennsylvania for a German textile manufacturer. He has handled appellate

cases in the United States Supreme Court, the 4th Circuit Court of Appeals, the South Carolina Supreme Court and Court of Appeals. He is licensed to practice before all federal and state courts in South Carolina, the United Stated Fourth Circuit Court of Appeals, and the United State Supreme Court. Mr. Martin is "AV" rated in Martindale-Hubbell.

**Laura W. H. Teer.**

o o e oa ,

Mrs. Teer was born September 14, 1974 in Sumter, South Carolina. She graduated *summa cum laude* from Wofford College in 1996 with a B.A. in English; thereafter she attended the University of South Carolina School of Law, graduating in 1999. While in law school, she was a member of the South Carolina Law Review and was inducted into Wig and Robe and the Order of the Coif.

Following graduation, Mrs. Teer worked in a civil litigation firm in Greenville, South Carolina where she was involved in both plaintiff and defense work in the areas of worker's compensation, personal injury, zoning and municipal work, appellate work, and constitutional issues. Mrs. Teer has appeared before both the South Carolina Supreme Court and South Carolina Court of Appeals to argue a variety of issues and has reported opinions before both of these Courts. In 2003, she joined Mr. Martin where her practice areas include subrogation actions, personal injury and commercial litigation.

**ASHEVILLE, NC**

**Johanna Fowler**

Mrs. Fowler was born on January 25, 1965, in Asheville, North Carolina. She graduated *summa cum laude* from the University of Georgia Honors Program in 1987 with a B. A. degree in English. She graduated *cum laude* from the University of South