# CURRICULUM VITAE

# GERALD L. NISSENBAUM

Born Cambridge, Massachusetts, April 30, 1940.

Nissenbaum Law Offices, 160 Federal Street, 24th Floor, Boston, Massachusetts 02110; telephone 617.330.9090; fax at: 6909; e-mail: jerry@nissenbaumlaw.com ; web site: www.nissenbaumlaw.com .

## ADMITTED TO THE BAR

1967, Massachusetts; 1969, U.S. District Court (Massachusetts); 1972, U.S. Court of Appeals, (First Circuit); 1975, U.S. Supreme Court; 1984, New York; 1986, U.S. Tax Court. (Admitted pro hac vice to various other courts.)

## FELLOW / DIPLOMAT

**DIPLOMAT, The American College of Family Trial Lawyers** (1993 - ): Executive and Admissions Committees (1993 - ).

**FELLOW, American Academy of Matrimonial Lawyers** (1975- ): ***National President*** (1994-1995), President-Elect (1993-1994); Vice President (1987-1993); Member, National Board of Admissions (1987-1995 ); Member, National Board of Review (1991-1994, 1995); Governor (1985-1987); National Nominating Committee (1991-1992); Bylaws Committee (1985-1990, 1991-1993, 1995-1996); Chair 1987-1988, 1989-1990; Special Counsel 1990-1991); Marketing and Public Relations (1995-1996); Budget and Finance Committee (1992-1993); Long Range Planning Committee (1992-1993); Admissions Procedures Committee (1992-1993); Membership Committee (1988-1990) (Chair, 1988-1989); Task Force on National Examination (Chair, 1989-1990); Interdisciplinary Committee (Chair 1989-1990); Interdisciplinary Committee - Finance (1991-1992); Arbitration Committee (1989-1990; 1991-1992); Site Selection (1991-1992); Attorney's Fees Study Committee (1991-1992); Advertising

Committee (Chair, 1996 -1997); **Re-certified 1991, 1995, 2000, 2005 (through 2010).**

Massachusetts Chapter, AAML, CLE Committee (2001- ).

**FELLOW, International Academy of Matrimonial Lawyers**: ***International President*** (1986-1990); Executive Committee (1986-1994); Member, Board of Admissions (1986-1994); Annual Meeting Committee (Chair, 1990); Nominating Committee (1990-1992).

**FELLOW, American Academy of Matrimonial Lawyers Foundation** (1989- ), Director (1990-1994, 1995-1998; Ex Officio 1994-1995).

**FELLOW, International Society of Barristers** (2002 - ).

**LIFE FELLOW, Massachusetts Bar Foundation.**

**Life FELLOW, Roscoe Pound-American Trial Lawyers Foundation.**

## EDUCATION

**Preparatory Education:** Boston University (B.S. in B.A., 1963).

**Legal Education:** Boston University (J.D., 1967; Master of Laws (Taxation), 1985).

## CERTIFICATIONS

**CERTIFIED CIVIL TRIAL ADVOCATE,** National Board of Trial Advocacy (1981-2002).

**CERTIFIED MARITAL ARBITRATOR,** American Arbitration Association, Stanford Center on Conflict and Negotiation and the American Academy of Matrimonial Lawyers (1989).

**CERTIFIED MEDIATOR,** American Academy of Matrimonial Lawyers.

# 18 REPORTED CASES

**UNITED STATES CIRCUIT COURT OF APPEALS (1ST CIR.):**
*Knight v. Auciello*, 453 F.2d 852 (1st Cir. Mass. Jan 17, 1972) (No. 71-1108).
*Toren v. Toren*, 191 F.3d 23 (1st Cir. Mass. Sept. 08, 1999); No. 98-2332).

**Massachusetts Supreme Judicial Court:**
*Wiswall v. Wiswall*, 361 Mass. 867, 281 N.E.2d 238 (1972).
*Ryan v. Ryan*, 371 Mass. 430, 358 N.E.2d 431 (1976).
Lockwood v. Setounis, 381 Mass. 408, 408 N.E.2d 1380 (1980).
*Mailer v. Mailer*, 387, Mass. 401, 439 N.E.2d 811 (1982).
*Mailer v. Mailer*, 390 Mass. 371, 455 N.E.2d 1211 (1983).
*Viragh v. Foldes*, 415 Mass. 96, N.E.2d 241, 61 USLW 2732 (1993).
*Belfar v. Lipsett*, 439 Mass. 1016, 792 N.E.2d 985 (2003).

**MASSACHUSETTS APPEALS COURT:**
*Horne v. Vanni*, 1 Mass.App.Ct. 841, 300 N.E.2d 924 (1973).
*Litin v. J.G. Duran International., Inc.*, 3 Mass.App.Ct. 112, 323 N.E.2d 920 (1975).
*Mari & Sons Flooring Co., Inc. v. Southeastern Massachusetts University Bldg. Authority*, 3 Mass.App.Ct. 580, 337 N.E.2d 921 (1975).
*Moran v. Moran*, 5 Mass.App.Ct. 787, 360 N.E.2d 665 (1977).
*Teuscher v. Teuscher*, 9 Mass.App.Ct. 914, 403 N.E.2d 1199 (1980).
*Grindlinger v. Grindlinger*, 10 Mass.App.Ct. 823, 406 N.E.2d 424 (1980).
Bullock v. Zeiders, 12 Mass.App.Ct. 643 (1981).
*Reynolds v. Whitman*, 40 Mass.App.Ct. 315, 663 N.E.2d 867 (1996).

# MEMBERSHIP ON BOARDS, SPECIAL COMMISSIONS AND COMMITTEES

**Member, Board of Editors,** Massachusetts Lawyers Weekly (1985 - 2005).

**Member, Special Commission on the Ratification and Implementation of the Convention on the Civil Aspects of International Child Abduction**, Hague Conference on Private International Law, Hague, Netherlands (1989-1994).

**Member, U.S.A. Department of State, Working Committee on Implementation of The Hague Convention on the Civil Aspects of International Child Abduction** (1989-1994).

**Member, Special Commission to Draft Convention on Intercountry Adoption**, Hague Conference on Private International Law, Hague, Netherlands (1990-1993).

**Member, Board of Directors,** National Board of Trial Advocacy (1995-98).

**Association of Family and Conciliation Courts** (Life Member, 1980- ),

**Advisory Council, The National Judicial College**, Reno, NV (2001 - 2002 ).

**American Bar Association, Section of Taxation, Committee on Domestic Relations Tax Problems: Member** (1978-1991); **Program Director** (1981); **Subcommittee on Continuing Legal Education (Vice Chair**, 1981); **Co-Chair**,1982), **Chair,** 1983); **Subcommittee on Legislation and Rulings: Property Issues (Chair**,1984-1986).

**American Bar Association, Section Family Law** (1975 - 2002):
Economics Committee (1978-1979), Committee on Taxation (1980-1987 (Vice Chair 1985-1986, Co-Chair 1986-1987)), Committee on Legal Education Resource (1981-1982); Committee on Domestic Violence (Chair, 1984-1985; Executive Member, 1985-1986), Committee on Bylaws (Executive Member 1985-1987).

**American Institute of Certified Public Accountants, Annual National Conference on Divorce** (Steering Committee, 1984-1989).

**American Judicature Society** (1972 - 1986).

**Association of Trial Lawyers of America** (1977 - 1987).

**Association of Trial Lawyers of America Medical-Legal Institute (Director,** 1983 - 1987).

**Boston Psychoanalytic Society and Institute, Faculty**, Evening Division, Boston, MA (1988).

**Boston Symphony Orchestra,** "A Company Christmas" committee (Vice Chair, 1985); Business Annual Fund Committee (1986-1989).

**Cambridge Montessori School, Inc., Cambridge, MA, Trustee** (1964-1968), and **Treasurer (1966-1967).**

**Defense Research and Trial Lawyers Association.**

**International Bar Association** (1987-1992): **Section of Legal Practice: Committee #13, Negligence and Liability** (Chair, 1999 - 2000), Program Co-Chair for June 1999 Annual Meeting, Boston, MA; Program Chair for September 2000 Meeting, Amsterdam, Holland).

**Massachusetts Association of Criminal Defense Attorneys** (1975-1987)

**Massachusetts Bar Association** (1975 -1992): Chair, Speakers Bureau (1980-1981); Section of Family Law (1970-1992): Chair, Subcommittee Rights of Unmarried Cohabitor (1978-1979).

**Massachusetts Trial Lawyers Association** (1974-1985)

**National Association of Women Lawyers**

**New York State Bar Association,** Sections of Family Law (1987-1998) and International Law (1987-1998).

**World Association of Lawyers of the World Through Peace Law Center** (1981-1990).

## PUBLICATIONS

AUTHOR:

1. *Views on Child Custody*, The Association of Trial Lawyers of America, Annual Meeting, San Francisco, CA (July, 1981).

2. *Appraisal and Evaluation Techniques*, American Bar Association (Sections of Family Law, General Practice and Taxation), New Orleans, LA (August, 1981).

3. *Nissenbaum's Guide to Damages under Federal Fair Housing Laws*, (42 USC, Sections 1982 and 3601, et seq.), United States Department of Housing and Urban Development Fair Housing Assistance Training Program, Boston, MA (September, 1981).

4. *Probate Court and the Unwritten Rule*, 11 **Massachusetts Lawyers Weekly** 103, p. 19 (October, 1982).

5. *Equitable Distribution - The Massachusetts Experience*, **New Jersey Family Lawyer**, Vol. II, No. 7 (March, 1983).

6. *Divorce Planning and the Divorce Process*, American Institute of Certified Public Accountants, Las Vegas, NE (June, 1985).

7. *Divorce Tax Considerations of Property Transfers*, American Institute of Certified

Public Accountants, Las Vegas, NE (June, 1985).

8. *How to be a Witness*, Medical-Legal Institute, Boston, MA (June, 1985).

9. *Insurers Should Pay Pre - Judgment Interest*, 14 **Massachusetts Lawyers Weekly** 169 (October, 1985).

10. *How To Be An Expert Witness*, American Institute of Certified Public Accountants, Atlantic City, N.J. (June, 1986).

11. *How to Prepare Your Expert to be a Witness*, **Focus On Family Law**, Law Education Institute, Milwaukee, WI (June, 1986).

12. *The [Psychological] Expert at Trial: Tests Tell All*, **Family Advocate**, American Bar Association, Section of Family Law, Vol. 9, No. 1 (Summer, 1986).

13. *Is it Error To Require Written Fee Agreements? A Look at Proposed S.J.C. Rule 3:10*, **Boston Bar Association Journal**, Boston, MA, Vol. 30, No. 5 (September, 1986).

14. *Discovery*, Chapter 11 in **Child Custody and Visitation Law and Practice**, Matthew Bender, N.Y., N.Y. (1986 - 2004).

15. *How to Be a Witness*, American Institute of Certified Public Accountants, New Orleans, LA, May, 1988 and Las Vegas, NE (June, 1987).

16. *Alleging Adultery With a Known Person*, 16 **Massachusetts Lawyers Weekly** 2217, 2221 (August 29, 1988).

17. *Preparation of an Expert as a Witness*, American Institute of Certified Public Accountants, Las Vegas, NE (June 1989).

18. *Court Reform through the Looking Glass*, 20 **Massachusetts Lawyers Weekly** 345,349 (November 11, 1991).

19. *Libido or Logic: Don't Do 'IT' with a Client*, 21 **Massachusetts Lawyers Weekly** 843 (January 25, 1993).

20. *What to do if You are Concerned that Your Child Might be Kidnaped*, North American Symposium on International Child Abduction, ABA Center on Children and the Law, Washington, DC (October 1, 1993).

21. *Interpreting the Tests of Mental Health Professionals*, American Bar Association,

Section of Family Law, Palm Springs, CA (November 19, 1993).

22. *How to be an Expert Witness*, American Institute of Certified Public Accountants, New Orleans, LA (June, 1994).

23. *How to be an Expert Witness,* American Academy of Matrimonial Lawyers, Key West, FL (March 1995).

24. *What to do if You are Concerned that Your Child Might be Kidnaped*, Missing and Exploited Children Comprehensive Action Program, United States Department of Justice, Public Administration Service, Special Projects Office, McLean, VA 22102 (June 1995; second printing 1995). **Available on line: www.nissenbaumlaw.com** (click on "Kidnaping.") Also available, among numerous other places, at: Massachusetts Lawyers Weekly: www.lawyersweekly.com/matrea/kidnap.html ; The Committee for Missing Children, Inc., Missing and Exploited Children Action Program: www.findthekids.com/reportsetc.html ; Underwatch; Family Abduction Research www.members.aol.com/underwatchug_research.html

25. *How to Establish and Maintain Role, Task and Authority*, Minnesota Chapter, AAML, Brainard Lakes, MN (October 1995).

26. *How to Make the Deposition Worth Taking*, American Academy of Matrimonial Lawyers, Chicago, IL (November 1995).

27. *Domestic Relations on the Run (International Kidnaping)*, Massachusetts Continuing Legal Education, Boston, MA (August 1996).

28. *Business Valuation IV: Role of the Accountant [as Expert Witness] in Litigation Services*, Boston Tax Institute, Ltd., Newton, MA (June, 1997).

29. *SJC Ruling in Divorce Case [Kendall v. Kendall]: Relief or Fright?* **Jewish Advocate** - Op Ed page, Boston, MA (December 29, 1997).

30. *How to Establish and Maintain Role, Task and Authority*, Massachusetts Bar Association, Section of Family Law, Boston, MA (May 7, 1998).

31. *What Me Malpractice? What Every Expert Should Know About Discovery*, Advanced Symposium for Family Law Practitioners, Mass. AAML (April 1999).

32. *"Knock out Punch" Questions to ask the Mental Health Professional,* State of Florida Bar Association, Section of Family Law, Boston, MA (October 21, 1999).

33. *How to Establish and Maintain Role, Task and Authority*, State of Florida Bar Association, Section of Family Law, Boston, MA (October 21, 1999).

34. *Seven "Knock Out Punch" Questions*, 1999 American Institute of Certified Public Accountants, National Business Valuation Conference, Las Vegas, NV (December 5, 1999).

35. *The Expert Who Should Have Stayed Home in Bed Under the Covers*, 1999 American Institute of Certified Public Accountants, National Business Valuation Conference, Las Vegas, NV (December 5, 1999).

36. *Seven "knockout punch" questions for examining appraisal experts*, **Judges & Lawyers Business Valuation**, Editor, Shannon Pratt, Ph.D., Vol. 2, Issue 2, pp. 1-3 (February 2000), www.bvlibrary.com/JandL/GuestArticle.cfm .

37. *Law is clear on Elian's fate*, **Boston Herald**, Op-Ed Page (April 4, 2000).

38. *Rorschach Faux or Science?*, Pennsylvania Bar Institute, Continuing Legal Education, Family Law Section Summer Meeting, Boston, MA (July 15, 2000).

39. *How to Be an Expert Witness*, Colorado Bar Association, Family Law Section Annual Meeting, Keyston, CO (September 9, 2000).

40. *How to Be an Expert Witness* and *The Expert Who Should Have Stayed Home in Bed Under the Covers*, Rhode Island Society of CPAs, Providence, R.I. (November 3, 2000).

41. *Essex Probate Judge Has Proven Track Record,* 29 **Massachusetts Lawyers Weekly** No. 25, p. 11 (29 M.L.W. 1359) (February 19, 2001).

42. *What Psychologists Don't Want You to Know About the Rorschach Ink Blot Test*, Massachusetts Chapter, AAML, Boston, MA (April 21, 2001).

43. *Custody Testing With Interactive Discussion on Rorschach*, Kentucky Chapter, AAML, Louisville, KY (May 19, 2001).

44. *Seven "Knock-Out Punch" Questions for Examination of a Business Valuation Expert,* **Divorce Litigation**, Volume 13, Number 6, June 2001, pp. 101 - 108.

45. *Use and Abuse of Psychological Testing*, AAML Mid-Year Meeting, Sanibel, FL (March 4, 2002).

46. *Abstract of and comments on 2001-2002 Important Family Law Cases,* Massachusetts

Chapter, AAML, Boston, MA (June 19, 2002).

47. *Choosing The Probate Chief [Justice]: Time for a Change,* 31 **Massachusetts Lawyers Weekly**, No. 4, p. 11 (31 MLW 99) (September 23, 2002).

48. *Abstract of and comments on 2002-2003 Important Family Law Cases,* Massachusetts Chapter, AAML, Boston, MA (June 13, 2003).

49. *2003-2004 Review of Selected New Cases, Conundrums and "What the Heck Do We Do Nows?",* Massachusetts Chapter, AAML, Boston, MA (June 16, 2004).

50. *No Scientific Basis To "I - Team" Report on Middlesex Judges,* 33 **Massachusetts Lawyers Weekly**, No. 13, p. 11 (33 MLW 695) (November 22, 2004).

51. *With court help, support payments can be reduced*, **Boston Sunday Herald**, Divorce 411, p. 38 (April 16, 2006).

52. *Paternity, finance records are key to securing support*, **Boston Sunday Herald**, Divorce 411, p. 42 (April 23, 2006).

53. *Hubby has solid claim on house,* **Boston Sunday Herald**, Divorce 411, p. 44 (April 30, 2006).

54. *Be certain you're the father before paying child support,* **Boston Sunday Herald**, Divorce 411, p. 39 (May 7, 2006).

55. *Not good judgment*, **Boston Sunday Herald**, Divorce 411, p. 39 (May 7, 2006).

56. *Ex-wife should pay <u>you</u> child support*, **Boston Sunday Herald**, Divorce 411, p. 37 (May 14, 2006).

57. *Give it another shot - with conditions* , **Boston Sunday Herald**, Divorce 411, p. 37 (May 14, 2006).

58. *Old flame, new child*, **Boston Sunday Herald**, Divorce 411, p. 36 (May 21, 2006).

59. *Demand kids' college records before continuing support*, **Boston Sunday Herald**, Divorce 411, p. 47 (May 28, 2006).

60. *Father out of the picture!* **Boston Sunday Herald**, Divorce 411, p. 47 (May 28, 2006).

61. *No getting out of tough bill*, **Boston Sunday Herald**, Divorce 411, p. 47 (June 4,

2006).

62. *Lesson learned*, **Boston Sunday Herald**, Divorce 411, p. 47 (June 4, 2006).

63. *Green card doesn't give him green light to deceive*, **Boston Sunday Herald**, Divorce 411, p. 36 (June 11, 2006).

64. *Missing husband*, **Boston Sunday Herald**, Divorce 411, p. 36 (June 11, 2006).

65. *Promise to love, honor - but first, get a prenup,* **Boston Sunday Herald**, Divorce 411, on line edition (June 18, 2006); print edition, p. 37 (June 25, 2006).

66. *Divorcing Wife's kids,* **Boston Sunday Herald**, Divorce 411, on line edition (June 18, 2006); print edition, p. 37 (June 25, 2006).

67. *For kids' sake, quietly take a stand against cheating husband*, **Boston Sunday Herald**, Divorce 411, p. 35 (July 2, 2006).

68. *Fair is Fair*, **Boston Sunday Herald**, Divorce 411, p. 35 (July 2, 2006).

69. *Don't let illness threaten financial health,* **Boston Sunday Herald**, Divorce 411, p. 35 (July 9, 2006).

70. *Lawyer's claim too late,* **Boston Sunday Herald**, Divorce 411, p. 35 (July 9, 2006).

71. *Don't let visitation issues ruin weekend*; and *Securing nephew's visa,* **Boston Sunday Herald**, Divorce 411, p. 37 (July 16, 2006).

72. *Turn to police and courts for protection from abuser,* **Boston Sunday Herald**, Divorce 411, p. 38 (July 23, 2006).

73. *Father faces legal battle over keeping kids in U.S.*, **Boston Sunday Herald**, Divorce 411, p. 39 (July 30, 2006).

74. *Anonymity honored*, **Boston Sunday Herald**, Divorce 411, p. 39 (July 30, 2006).

75. *Law will help mom reclaim kids,* **Boston Sunday Herald**, Divorce 411, p. 51 (August 6, 2006).

76. *'Deja' Sue,* **Boston Sunday Herald**, Divorce 411, p. 51 (August 6, 2006).

77. *Put wife's claim to drug test,* **Boston Sunday Herald**, Divorce 411, p. 38 (August

13, 2006).

78. *A second opinion*, **Boston Sunday Herald**, Divorce 411, p. 38 (August 13, 2006).

79. *Rehab mom must put son's interests first,* **Boston Sunday Herald**, Divorce 411, p. 41 (August 20, 2006).

80. *Child support woes,* **Boston Sunday Herald**, Divorce 411, p. 41 (August 20, 2006).

81. *Revising child support not that big a gamble,* **Boston Sunday Herald**, Divorce 411, p. 45 (August 27, 2006).

82. *Do the math,* **Boston Sunday Herald**, Divorce 411, p. 45 (August 27, 2006).

83. *Seek help to recover from hubby's actions,* **Boston Sunday Herald**, Divorce 411, p. 46 (September 3, 2006).

84. *Paternity mess,* **Boston Sunday Herald**, Divorce 411, p. 48 (September 10, 2006).

85. *Seek help to recover from hubby's actions,* **Boston Sunday Herald**, Divorce 411, p. 48 (September 10, 2006).

86. *Paternity mess,* **Boston Sunday Herald**, Divorce 411, p. 48 (September 10, 2006).

87. *Judge should know of income disparity,* **Boston Sunday Herald**, Divorce 411, p. 31 (September 17, 2006).

88. *Cost of divorce,* **Boston Sunday Herald**, Divorce 411, p. 31 (September 17, 2006).

89. *Higher ed means higher costs;* and *Ex-con gets no break,* **Boston Sunday Herald**, Divorce 411, p. 41 (September 24, 2006).

90. *Ex-con gets no break,* **Boston Sunday Herald**, Divorce 411, p. 41 (September 24, 2006).

91. *Child-support payments add up,* **Boston Sunday Herald**, Divorce 411, p. 36 (October 1, 2006).

92. *No extra visitation without substantial change,* **Boston Sunday Herald**, Divorce 411,

p. 36 (October 1, 2006).

93. *Take kidnap threat seriously,* **Boston Sunday Herald**, Divorce 411, p. 42 (October 8, 2006).

94. *New wife's income impacts child support,* **Boston Sunday Herald**, Divorce 411, p. 42 (October 8, 2006).

95. *Check into court orders for collecting child support,* **Boston Sunday Herald**, Divorce 411, p. 46 (October 15, 2006).

96. *Critical of "slim to none,"* **Boston Sunday Herald**, Divorce 411, p. 46 (October 15, 2006).

97. *Do the math before inking deal,* **Boston Sunday Herald**, Divorce 411, p. 32 (October 22, 2006).

98. *No personal replies,* **Boston Sunday Herald**, Divorce 411, p. 32 (October 22, 2006).

99. *Threat of jail might loosen scofflaw husband's wallet,* **Boston Sunday Herald**, Divorce 411, p. 31 (October 29, 2006).

100. *You have to keep paying alimony,* **Boston Sunday Herald**, Divorce 411, p. 31 (October 29, 2006).

101. *Check in with DOR for verification,* **Boston Sunday Herald**, Divorce 411, p. 44 (November 5, 2006).

102. *Judge was wrong,* **Boston Sunday Herald**, Divorce 411, p. 44 (November 5, 2006).

103. *Roomie may curtail visitation,* **Boston Sunday Herald**, Divorce 411, p. 49 (November 12, 2006).

104. *Moving back in isn't remarriage,* **Boston Sunday Herald**, Divorce 411, p. 49 (November 12, 2006).

105. *Courts back you up on arrears,* **Boston Sunday Herald**, Divorce 411, p. 46 (November 19, 2006).

106. *Dad doesn't have to pay for private high school,* **Boston Sunday Herald**, Divorce 411, p. 46 (November 19, 2006).

107. *Sex not primary issue in custody*, **Boston Sunday Herald**, Divorce 411, p. 38 (November 26, 2006).

108. *Keep your present lawyer*, **Boston Sunday Herald**, Divorce 411, p. 38 (November 26, 2006).

109. *Don't raise alarm on taxes*, **Boston Sunday Herald**, Divorce 411, p. 46 (December 3, 2006).

110. *Call DOR to stop deductions*, **Boston Sunday Herald**, Divorce 411, p. 46 (December 3, 2006).

111. *Treaty will end wife's flouting visitation*, **Boston Sunday Herald**, Divorce 411, p. 42 (December 10, 2006).

112. *Spend money on kids, not court*, **Boston Sunday Herald**, Divorce 411, p. 46 (December 17, 2006).

113. *Don't change Superior Rule 9C*, 35 **Massachusetts Lawyers Weekly**, No. 17, p. 47 (35 MLW 943) (December 18, 2006).

114. *Haste makes case for custody*, **Boston Sunday Herald**, Divorce 411, p. 39 (December 24, 2006).

115. *Can I keep the engagement ring?*, **Boston Sunday Herald**, Divorce 411, p. 39 (December 24, 2006).

116. *Stay aware for child's safety*, **Boston Sunday Herald**, Divorce 411, p. 42 (December 31, 2006).

117. *Dad can't treat son like old baggage*, **Boston Sunday Herald**, Divorce 411, p. 42 (December 31, 2006).

118. *Twins double need for help*, **Boston Sunday Herald**, Divorce 411, p. (January 7, 2007).

119. *Hubby won't get part of post-separation inheritance*, **Boston Sunday Herald**, Divorce 411, p. (January 7, 2007).

120. *When a home becomes just a house*, **Boston Sunday Herald**, Divorce 411, p.43 (January 14, 2007).

121. *Original court keeps jurisdiction*, **Boston Sunday Herald**, Divorce 411, p. 43

(January 14, 2007).

122. *Wise to settle if figures are close*, **Boston Sunday Herald**, Divorce 411, p. 41 (January 21, 2007).

123. *Take test to see if you're off the child support hook*, **Boston Sunday Herald**, Divorce 411, p. 43 (January 21, 2007).

124. *First wife must be told of divorce*, **Boston Sunday Herald**, Divorce 411, p. 43 (January 28, 2007).

125. *Court will let 14-year-old move in with Mom*, **Boston Sunday Herald**, Divorce 411, p. 43 (January 28, 2007).

126. *Wannabe parents mull birth rights*, **Boston Sunday Herald**, Divorce 411, p. 43 (February 4, 2007).

127. *Ex-wife can get big increase in child support*, **Boston Sunday Herald**, Divorce 411, p. 43 (February 4, 2007).

128. *Give wife house, bank on future*, **Boston Sunday Herald**, Divorce 411, p. 43 (February 11, 2007).

129. *Not a good case for alimony*, **Boston Sunday Herald**, Divorce 411, p. 43 (February 11, 2007).

130. *House cleaning should involve hubby*, **Boston Sunday Herald**, Divorce 411, p. 46 (February 18, 2007).

131. *What can I do to force my daughter to take medication?*, **Boston Sunday Herald**, Divorce 411, p. 46 (February 18, 2007).

132. *One man, one judge, two ex-wives*, **Boston Sunday Herald**, Divorce 411, p. 37 (February 25, 2007).

133. *File for divorce in Mass if grounds occurred here*, **Boston Sunday Herald**, Divorce 411, p. 37 (February 25, 2007).

134. *Husband on Wife's case in divorce*, **Boston Sunday Herald**, Divorce 411, p. 37 (March 4, 2007).

135. *Husband should be accountable for bankruptcy*, **Boston Sunday Herald**, Divorce 411, p. 41 (March 11, 2007).

136. *Get a grip on physical custody*, **Boston Sunday Herald**, Divorce 411, p. 45 (March 18, 2007).

137. *Taxing decision: Alimony or child support?*, **Boston Sunday Herald**, Divorce 411, p.45 (March 25, 2007).

138. *Let's get physical*, **Boston Sunday Herald**, Divorce 411, p.45 (March 25, 2007).

## CO-AUTHOR - BOOK

*CPA's "Guide to Divorce Engagements"*, Volume 2, Practitioners Publishing Company (1994, 1996, 1999, 2001, 2002 - ), Fort Worth, Texas).

## CO-AUTHOR - ARTICLES

1. *The Paths of Discovery*, **Family Advocate**, American Bar Association, Section of Family Law, Vol. 3, No. 1 (Summer, 1980).

2. *Interspousal Tort Immunity (Acrimony + Criminal Complaint = Civil Action)*, **National Association of Women Lawyers Journal**, Vol. 72, No. 1, Fall, 1985.

3. *The Client's Medical History*, **TRIAL**, Association of Trial Lawyers of America, Vol. 22, No. 6 (June, 1986).

4. *International Kidnaping: Practical Problems, Practical Solutions*, International Academy of Matrimonial Lawyers, U.S.A. Chapter (April, 1990).

5. *Grandparents' Visitation Rights Are Not Ironclad*, **National Law Journal**, June 3, 1996. Available on line at, e.g.: www.parentsrights.org/legopin.html ; www.parentsrights.org/legopin/gpvisit.html .

6. *A Mere Slap Won't Deter Kidnappers*, **Boston Herald**, Thursday, Op-Ed page, commenting on father's kidnaping of Patrick Ryan Greene from New York, January 25, 2001;

7. *Goodridge or Good-Gone-Wrong: Can Same Sex Couples Legally Marry?*, American College of Family Trial Lawyers, Santa Barbara, CA, April 2004.

8. *What you need to know about Vaughan affidavits,* 35 Massachusetts Lawyers Weekly 575 (October 30, 2006).

## Co-Author - Book Review

"*'Same Sex Marriage' doesn't do the subject justice*," review of book authored by Donald J. Cantor, et al, 34 **Massachusetts Lawyers Weekly**, No. 45, p. 10 (34 MLW 2435) (July 3, 2006) (While we do not recommend this book for lawyers, the lay reader may stop to see the scenic vista.)

## LECTURER

1. *Legal Consequences of Non-Marital Living Arrangements*, Massachusetts Bar Association, Boston, MA (May, 1978).

2. *Legal Effects and Affects of Non-Marital Living Arrangements*, Marvin v. Marvin, Bunker Hill Community College, Charlestown, MA (November, 1978).

3. *Tax Implications of Non-Marital Living Arrangements*, Massachusetts Bar Association, Boston, MA (June, 1979).

4. *Interstate Problems and the Uniform Child Custody Jurisdiction Act," and "Use of Demonstrative Evidence*, Family Law Seminar, Maine State Bar Association, Augusta, ME (November, 1979).

5. *Videotapes in the Practice of Law, 1980's*, Civil Litigation Section, Massachusetts Bar Association, Framingham, MA (October, 1980).

6. *New Developments in Demonstrative Evidence*, Massachusetts Bar Association Annual Meeting, Newcastle, NH (June, 1981).

7. *Appraisal and Evaluation Techniques by Accountants and Actuaries in Domestic Relations Trials*, American Bar Association Annual Meeting, Sections of Family Law, Taxation and General Practice, New Orleans, LA (August, 1981).

8. *Damages Under Federal Fair Housing Laws*, and *Recent Developments in Fair Housing Case Law: Standing, Damages and Theory of Discrimination Testing*, United States Department of Housing and Urban Development, Fair Housing Training Program, Boston, MA (September, 1981).

9. *Use of Demonstrative Evidence*, Annual Meeting Massachusetts Bar Association, Chatham, MA (May, 1982).

10. *Update on Recent HLA Blood Testing*, Annual Meeting American Bar Association, Section of Family Law, Atlanta, GA (August, 1983).

11. *Objectives of Proposed Domestic Relations Tax Reform Act - Property Transfers*, Mid-Year Meeting Section of Taxation, American Bar Association, Las Vegas, NE (February, 1984).

12. *The New Domestic Relations Tax System - Property Issues*, American Bar Association, Sections of Family Law and Taxation, New York, NY and Miami, FL (October 13 and 27, 1984).

13. *Divorce Planning and the Divorce Process*, 1985 AICPA National Conference on the CPA's Role in Divorce, Las Vegas, NE (June, 1985).

14. *Divorce Tax Considerations of Property Transfers*, 1985 AICPA National Conference on the CPA's Role in Divorce, Las Vegas, NE (June, 1985).

15. *Preparation of a Physician as an Expert Witness*, Medical-Legal Institute, Boston, MA (June, 1985).

16. *Marital Property - What Is It?* 1986 AICPA National Conference on the CPA's Role in Divorce, Atlantic City, N.J. (June, 1986).

17. *How to Be An Expert Witness*, 1986 AICPA National Conference on the CPA'S Role in Divorce, Atlantic City, N.J. (June, 1986).

18. *Examination of Pediatric Immunologist*, ATLA Medical-Legal Institute, Boston, MA (June, 1986).

19. *How to Prepare Your Expert to be a Witness*, Law Education Institute, Toronto, Canada (June, 1986).

20. *Sexes and Power: How Varying Mental Health Problems Effect Manipulations and Negotiations During Divorce*, American Bar Association Annual Meeting, N.Y., N.Y. (August, 1986).

21. *Motor Vehicle Accident Reconstruction*, MCLE, Boston College School of Law (September, 1986).

22. *Do's and Don'ts of Medical Records*, Philippine Medical Association of New England, Braintree, MA (February, 1987).

23. *Examination and Cross-Examination of the CPA-Appraiser*, AICPA National Conference on the CPA's Role in Divorce, Las Vegas, NE (June 5, 1987).

24. *Preparation of the Expert Witness*, Medical-Legal Institute, Boston, MA (June 13,

1987).

25. *Practical Problems in International Matrimonial Law*, International Academy of Matrimonial Lawyers Mid-Year Meeting, Bern, Switzerland (June 27, 1987).

26. *When Foreign Problems Come Knocking at Your Door*, American Academy of Matrimonial Lawyers, Massachusetts Chapter, Newton, MA (March 8, 1988).

27. *After Baby M - What Kind of Legislation?* Key Note Address, American Academy of Matrimonial Lawyers, Mid-Year Meeting, Maui, HI (March 14, 1988).

28. *Legal Aspects of Divorce and Custody*, Boston Psychoanalytic Society and Institute, Boston, MA (September 15, 22 and 29, 1988).

29. *How to be a Credible Expert Witness*, American Institute of Certified Public Accountants, Las Vegas, NE (June 1, 1989).

30. *Finding the Hidden Asset of Cash*, Mock Trial, American Institute of Certified Public Accountants, Las Vegas, NE (June 2, 1989).

31. *International Kidnaping: Practical Problems, Practical Solutions*, International Academy of Matrimonial Lawyers, U.S.A. Chapter, San Francisco, CA (April 20, 1990).

32. *Benefits and Detriments of Arbitration of Family Law Cases*, American Academy of Matrimonial Lawyers Matrimonial Arbitration Training Program, Chicago, IL (October 30, 1990); Boston, MA (September 20, 1991).

33. *Examination of Witnesses in an Arbitration Proceeding*, American Academy of Matrimonial Lawyers Matrimonial Arbitration Training Program, Boston, MA (September 21, 1991).

34. *Practical Tips: Useful Provisions in Court Orders to Prevent Abductions -- and Avoid Malpractice*, North American Symposium on International Child Abduction, American Bar Association Center on Children and the Law, Washington, D.C. (October 1, 1993).

35. *Understanding and Cross-Examination of the Rorschach*, American Bar Association Section of Family Law, Palm Springs, CA (November 19, 1993).

36. *How to be an Expert Witness and Rules of Evidence*, American Institute of Certified Public Accountants, New Orleans, LA (June 6, 1994).

37. *Advanced Considerations on How to Prepare Clients to be Witness*, American

Academy of Matrimonial Lawyers, Key West, FL (March 6, 1995).

38. *How to Establish and Maintain Role, Task and Authority with Clients*, Minnesota Chapter, American Academy of Matrimonial Lawyers, Brainard Lakes, MN (March 9, 1995).

39. *Overview of AAML*, Illinois Chapter, American Academy of Matrimonial Lawyers (April 4, 1995).

40. *How to Prepare Your client to be a Witness*, Michigan Chapter, American Academy of Matrimonial Lawyers, Troy, MI (April 27, 1995).

41. *National Guidelines for Appointment of Guardian ad Litem*, **U.S. Presidential Commission on Child and Family Welfare**, San Francisco, CA (May 9, 1995), also reported in "Parenting our Children: In the Best Interests of the Nation. Report of the U. S. Commission on Child and Family Welfare, September 1996."

42. *How to Make the Deposition Worth Taking*, Annual Meeting, American Academy of Matrimonial Lawyers, Chicago, IL (November 3, 1995).

43. *Domestic Relations on the Run (International Kidnaping)*, Massachusetts Continuing Legal Education, Boston, MA (August 7, 1996).

44. *How to be a Better Expert Witness*, CPA Associates, Inc., Cincinnati, OH (August 19, 1996).

45. *How to be an expert witness*, Guest Interview in **Shannon Pratt's Business Valuation**, Vol. 2, No.11 (Portland, OR) (November 1996).

46. *Helping the Accountant be a Better Witness in Litigation Services*, Boston Tax Institute, Ltd., Newton, MA (June 16, 1997).

47. *Hot Tips on Discovery: Printing Coupons Equals Printing Money*, Mass. AAML, Advanced Symposium for Family Law Practitioners, Boston, MA (April 1999).

48. *High Conflict Custody and Visitation Cases*, State of Florida Bar Association, Section of Family Law, Boston, MA (October 21, 1999).

49. *Rorschach Refresher*, State of Florida Bar Association, Section of Family Law, Boston, MA (October 21, 1999).

50. *Advanced Training on How to Testify as an Expert Witness*, 1999 American Institute

of Certified Public Accountants, National Business Valuation Conference, Las Vegas, NV (December 5, 1999). Audio tape order form: www.confcopy.com/clients/AI/forms/AI9922.html

51. *Secrets of Taking and Scoring the Rorschach Test*, Pennsylvania Bar Institute Continuing Legal Education, Family Law Section Summer Meeting, Boston, MA (July 15, 2000).

52. *Effective Communication by an Expert*, Colorado Bar Association, Family Law Section Annual Meeting, Keyston, CO (September 9, 2000).

53. *Hot Tips on World-Wide Contingent Fee Cases Others Overlooked*, International Bar Association, Section of Legal Practice Annual Meeting, Committee on Negligence and Liability, Amsterdam, Holland (September 19, 2000).

54. *How to Testify as an Expert Witness*, Rhode Island Society of Certified Public Accountants, Providence, R.I. (November 3, 2000).

55. *What Psychologists Don't Want You to Know About the Rorschach Ink Blot Test*, Massachusetts Chapter, AAML, Boston, MA (April 21, 2001).

56. *Custody Testing With Interactive Discussion on Rorschach*, Kentucky Chapter, AAML, Louisville, KY (May 19, 2001).

57. *Administration and Scoring of the Rorschach Ink Blot Test,* AAML Mid-Year Meeting, Sanibel, FL (March 4, 2002).

58. *2001-2002 Survey of Important Family Law Cases,* Massachusetts Chapter, AAML, Boston, MA (June 19, 2002).

59. *Tips on Being an Expert Witness*, Massachusetts Association of Public Accountants, Newton, MA (June 17, 2003).

60. *2002-2003 Survey of Important Family Law Cases,* Massachusetts Chapter, AAML, Boston, MA (June 18, 2003).

61. *2003-2004 Survey of Important Family Law Cases,* Massachusetts Chapter, AAML, Boston, MA (June 16, 2004).

62. *Demonstration and discussion of Direct and Cross Examination of party, real estate appraiser and business appraiser*, Massachusetts Continuing Legal Education, Boston, MA (October 21, 2004).

63. *Data mining,* American College of Family Trial Lawyers, Lake Los Vegas, Nevada (April , 2006).

## PANELIST

1. *Interstate Enforcement of Custody and Support Orders*, Symposium for American Bar Association, Section of Family Law, Boston, MA (June, 1979).

2. *Representing Owners of Closely Held Business and Professional Entities in Actions for Divorce and Separation*, Georgetown University Law Center, Washington, D.C., January 28-29, 1982.

3. *Anatomy of a Settlement Agreement*, American Bar Association Annual Meeting, Section of Family Law, San Francisco, CA, August, 1982 (preparation of and as witness and discussion of applicable techniques).

4. *International Child Custody Dispute*, American Bar Association Annual Meeting, London, England, July, 1985 (preparation of and as witness in mock trial; and discussion of applicable law).

5. *Interstate Child Custody Dispute*, Florida Bar Association, Family Law Section, Harvard Law School, Cambridge, MA, October, 1985 (direct and cross-examination of witnesses and discussion of applicable law).

6. *Family Law Trial Advocacy*, Massachusetts Continuing Legal Education, Boston College Law School, June 19, 1987 (observation, critique of student performances; and demonstration).

7. *When Lawyers Reject Clients. Public Accommodations Lawyers' Privilege?* Anti-Defamation League, New England Region, Boston, MA, April 16, 1996.

8. *Using Psychology to Maximize Results in Divorce Cases,* Massachusetts Bar Association, Family Law Section, Boston, MA (May 7, 1998).

9. *Exotic Executive Compensation: How to Discover, Value, Negotiate, Divide and Protect Against Hidden Tax Consequences,* American Academy of Matrimonial Lawyers, Annual Meeting, Chicago, IL (November 9, 2000).

10. *How to Try Divorce Cases: Improving Your Negotiating Skills and Trial Technique,* Massachusetts Continuing Legal Education, Boston, MA (October 12, 2001).

11. *Expert Tips on the Art of Cross Examination,* American Academy of Matrimonial

Lawyers, Sarasota, AZ (March 14, 2003).

12. *Marriage rights and problems of Same Sex Couples*, American College of Family Trial Lawyers, Santa Barbara, CA, April 2004.

## MODERATOR

1. *Traumatic Medicine: Injuries and the Prospects for Rehabilitation*, Medical-Legal Institute, Boston, MA (June 14-16, 1984).

2. *Traumatic Medicine: Emergency Care of the Critically Injured,* Medical-Legal Institute, Boston, MA (June 13-15, 1985).

3. *Traumatic Medicine: Pain, It's Origins and Measurement*, Medical-Legal Institute, Boston, MA (June 12-14, 1986).

4. *Traumatic Evidence: Brain and Spinal Cord Injury*, Medical-Legal Institute, Boston, MA (June 11-13, 1987).

5. *Dealing with Difficult Clients*, International Academy of Matrimonial Lawyers, Annual Meeting, Boston, MA (September, 1991).

6. *Catastrophic Injury Cases: Evaluation of Liability and Damages, the Role of the Forensic Psychologist and Accident Reconstruction*, International Bar Association, Section of Legal Practice, Annual Meeting, Boston, MA (June, 1999)

7. *Contingent Fees: Key to the Court House Door?*, (day-long session), International Bar Association, Section of Legal Practice, Annual Meeting, Amsterdam, Holland (September 19, 2000).

8. *Well beyond the Basics [of Business Appraisals]*, Massachusetts Chapter, AAML at Boston University School of Law, Boston, MA (October 2003) with Shannon Pratt, Ph.D., David Rooney, CPA, Stephan J. Bravo, CPA.

## RATED

**"One of the Best Lawyers in America,"** Town & Country Magazine, May 1985.

**"Best Divorce Lawyer in Boston,"** Boston Magazine ", *The Bar's Top Shelf*, February 1994 (cover photo and story).

**"The Power and the Gory: the City's Sauciest Divorces**," Boston Magazine, July 2000 (One of three divorce lawyers quoted in article.)

**"The Top 10 Divorce Lawyers [in USA],"** WORTH Magazine, "kiss and break up, The Rich Person's Guide to Divorce," November 2002, (cover story, photo, pp. 88. 92, 95.)

**"Massachusetts Super Lawyers,"** Boston Magazine, "The Top Attorneys in Massachusetts," November 2004 -

"**AV**" by Martindale-Hubbell.

## EXPERT WITNESS

Qualified as Expert Witness and testified in person, on video tape or by affidavit in Massachusetts (Superior Court Trial Department sitting in Middlesex, Suffolk and Bristol counties; Probate and Family Court Trial Department sitting in Norfolk county), U.S. Bankruptcy Court (District of MA), New Hampshire and Georgia. Also served as an expert witness in numerous other cases in which answers to "expert" interrogatories, but no "live" testimony, were required.

## AWARDS

**"Silver Shingle Award for Distinguished Professional Service,"** Boston University School of Law, "Presented to the alumnus whose contributions within his profession exemplify leadership, ethics, and integrity, and whose accomplishments reflect great credit upon their profession" (April 2004).

**"International Legal Professional of the Year, "** (2004), International Biographical Centre, Cambridge CB2 3QP, England

**"Achiever of Excellence,"** Dictionary of International Biography, 28th Edition (1999 - 2000), Archives of the International Biographical Centre, Cambridge CB2 3QP, England

**"Service Award,"** American Academy of Matrimonial Lawyers, New York Chapter (May 1996).

**"Justice Award,"** Israel Bar Association (September 1989).

**"Service Award,"** American Bar Association, Section of Family Law (August 1988).

**"First Recipient - Outstanding Service,"** American Academy of Matrimonial Lawyers (November 1987).

## LISTED IN

**The Bar Register of Preeminent Lawyers, 2001 -** , Martindale-Hubbell, available on line @ www.Martindale.com, listing top 5% highest rated lawyers in USA.

**Martindale-Hubbell Law Directory**, Biographical Section (rated "AV"), available on line @ www.Martindale.com, listing top 10% highest rated lawyers in USA.

**Dictionary of International Biography**, Twenty-Ninth Edition, et seq. (2002 - ), International Biographical Centre, Cambridge, CB2 3Q) England.

Madison's **Who's Who** (2005 - )

Madison's **Who's Who of Executives and Professionals, Honors Edition** (2006 - 2007.)

Marquis **Who's Who in America**, 54th Edition, et. seq.

**National Register's Who's Who in Executives and Professionals**, 2001-2002 Edition, p. 885; 2203-2204 Edition; 2204-2005 Edition, *VIP Section*, p. 47.

**Who's Who in the 21st Century,** First Edition, et seq. (2001 - ), International Biographical Centre, Cambridge, CB2 3QP England.

**XXX**