| | Dominik Kufner's Costs Paid by DK | | |
|---|---|---|---|
| Date of Invoice | Invoice From | Service Rendered | Amount |
| 3/29/2007 | AMEX | DK's Hotel, Extended Stay, Rental Car (3/1 thru 3/27/2007) | $ 10,980.63 |
| 2/10/2007 | Westin Hotel | T. Haenninen's Room from 2/7 thru 2/10/2007 | $ 1,108.01 |
| 2/7/2007 | HRG Germany | T. Henninen's Round Trip Air Fare | $ 3,377.66 |
| 2/7/2007 | HRG Germany | Andrea Walther, Esq. Round Trip Air Fare | $ 3,377.66 |
| 2/10/2007 | Westin Hotel | Andrea Walther, Esq.Room from 2/7/ thru 2/10/2007 | $ 1,020.49 |
| 1/29/2007 | Andrea Walther | Telephone charges, meetings, | $ 5,021.44 |
| 1/29/2007 | Andrea Walther | Attorney time | $ 1,127.87 |
| 2/7/2007 | HRG Germany | Tanja Kufner's Round Trip Airfare | $ 3,377.66 |
| 3/10/2007 | Various | Cab, parking for Tanja Kufner | $ 155.00 |
| 3/18/2007 | Avis | Rental car for Tanja Kufner | $ 324.70 |
| | Various | Miscellanous Invoices | $ 21,956.79 |
| | | **TOTAL COSTS:** | **$ 51,827.91** |

Overview expenditures related to litigation in the U S. - Kufner / Kufner

| | Amount | Amount |
|---|---|---|
| Flight Tapani Haenninen | 2.517,90 € | |
| Flight Andrea Walther | 2.517,90 € | |
| Flight Tanja Kufner | 2.517,90 € | |
| Hotel Tapani Haenninen | 843,34 € | |
| Hotel Andrea Walther | 760,19 € | |
| T-mobile Tanya | | $107,00 |
| Hotel Tanja March | | $1.901,52 |
| Parking Tanja | 117,00 € | |
| Parking Tanja | 88,00 € | |
| Parking Tanja | | $30,00 |
| Cap Tanja | | $125,00 |
| Avis Tanja | | $324,70 |
| Hotel Tanja March | | |
| Flight Tanja Kufner | 2.180,45 € | |
| Total | 11.542,68 € | $2.488,22 |

Kufner KG D.K.

| Payment | No. | | Amount Euro | |
|---|---|---|---|---|
| 70209 | 2301079-05-23F | | 3.739,56 | RA Ulsenheimer D.K |
| 70209 | 2301079-05-23F | | 8.400,27 | RA Ulsenheimer D.K |
| 70221 | 2301079-05-23F | | 760,19 | RA Ulsenheimer D.K |
| 70301 | 14-02-02007 | | 843,34 | E.Tapani Hänninen DK |
| 70301 | 07-00035 | | 9.406,50 | RA Vomberg D.K. |
| 70320 | | | 800,00 | A-K.Maier D.K. |
| 70321 | 07-00051 | | 7.306,00 | RA Vomberg D.K. |
| 70329 | 2007-20182 | | 362,00 | Kern KG D.K |
| | | Balance | 31.617,86 | |

Tapani Haenninen
Hogg Robinson Group

, RI
United States

806
239 00
1
143510 A
1
07-FEB-07 21:41
10-FEB-07 11:44
VI

Hrg Germany
Baierbrunnerstr. 39
Eg Links
Munich 81379

| | | | |
|---|---|---|---|
| 07-FEB-07 | RT806 | Room Charge | 239 00 |
| 07-FEB-07 | RI806 | State Tax | 16.73 |
| 0 EB-07 | RI806 | Occupancy Tax | 14.34 |
| 08-FEB-07 | RI806 | Room Charge | 239.00 |
| 08-FEB-07 | RT806 | State Tax | 16.73 |
| 8-FEB-07 | RI806 | Occupancy Tax | 14.34 |
| 08-FEB-07 | 85656 | Honor Bar | 7 02 |
| 08-FEB-07 | 85657 | Honor Bar | 8.10 |
| 09-FEB-07 | RI806 | Room Charge | 239.00 |
| 09-FEB-07 | RI806 | State Tax | 16.73 |
| 09-FEB-07 | RI806 | Occupancy Tax | 14.34 |
| 09-FEB-07 | 137 | Agora | 151 44 |
| 10-FEB-07 | 238 | Agora | 131.24 |
| 10-FEB-07 | VI | Visa | 1108.01- |

***For Authorization Purposes Only***
xxxx44441

| Auth Date | Code | Authorized |
|---|---|---|
| 07-FEB-07 | 093687 | 1003.80 |
| 10-FEB-07 | 075880 | 104.21 |

| | |
|---|---|
| Total Charges | 1108.01 |
| Total Credits | 1108.01- |
| Balance Due | 0.00 |

** continued on the next page **

Tapani Haenninen
FOLIO 143510 07-FEB-07

WESTIN

Iapani Haenninen
Hogg Robinson Group

, RI
United States

806
239.00
1
143510 A
2
07-FEB-07 21:41
10-FEB-07 11:44
VI

Hrg Germany
Baierbrunnerstr. 39
Eg Links
Munich, 81379

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 07 EB-07 | 270.07 | 0.00 | 0.00 | 0.00 | 0.00 | 270.07 | 0.00 |
| 08-FEB-07 | 270.07 | 15.12 | 0.00 | 0.00 | 0.00 | 285.19 | 0.00 |
| 9-FEB-07 | 270.07 | 151.44 | 0.00 | 0.00 | 0.00 | 421.51 | 0.00 |
| 10-FEB-07 | 0.00 | 131.24 | 0.00 | 0.00 | 0.00 | 131.24 | 1108.01- |
| Total | 810.21 | 297.80 | 0.00 | 0.00 | 0.00 | 1108.01 | 1108.01- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

s a Starwood Preferred Guest, you could have earned 1908
tarpoints for this visit. Please provide your member number
r enroll today.
apani Haenninen
OLIO 143510 07-FEB-07

WESTIN

**E. Tapani Hänninen** Kopie DK
*Finkenstrasse 14c, D-85665 Moosach*
*Telefon +49 (0)80 91 / 56 31 83, Fax +49 (0)80 91 / 56 31 84, Mobile +49 (0)1 72 / 80 532 55*
*tapani.haenninen@gmx.net*

Frau
Ulrike Biber
c/o Kufner Textil GmbH
Irschenhauser Strasse 10

81379 München

München, den
14.2.2007

Sehr geehrte Frau Biber,

wie besprochen, übersende ich Ihnen beiliegend die Rechnung vom Westin Providence (Hotelrechnung USA). Meine Kontoverbindung lautet:

Commerzbank München
BLZ 700 400 41
Konto 67 257 90

Vielen Dank schon im voraus

Mit freundlichen Grüßen

US $ 1.108,01
=> EUR 843,34

HRG

## HRG Germany

IATA-Flugreisebüro DER-Vertretung
Vertretung der Deutschen Bahn AG

Hogg Robinson Germany GmbH & Co. KG
Komplementär: Hogg Robinson Reisen Beteiligungs-GmbH
Sitz der Gesellschaft: Köln, Amtsgericht Köln HR B 31502
Geschäftsführer: Rato Bacher, John Kennerley, David Radcliffe, Wolfgang Weiss, Wolfgang Wirthmann.
Wir haften nicht für Schäden aus Handlungen oder Unterlassungen der beteiligten Beförderungsunternehmer und sonstigen Leistungsträger. Für deren Haftung gelten deren Bedingungen.
Es gilt deutsches Recht unter Ausschluss des UN-Kaufrechts. Gerichtsstand für den nach § 38 (1) ZPO in Betracht kommenden Personenkreis für vermögensrechtliche Streitigkeiten aus diesem Rechtsverhältnis ist ausschließlich Köln.
Dies gilt nicht für Ansprüche, die im Mahnverfahren (§§ 688 ff ZPO) geltend gemacht werden oder für die aufgrund sonstiger Vorschriften ein anderweitiger ausschließlicher Gerichtsstand besteht.

KUFNER TEXTILWERKE GMBH
IRSCHENHAUSER STR. 10-12
81379 MUENCHEN

BAIERBRUNNER STRASSE 39
81379 MUENCHEN
TELEFON 089-78029- TEAMDURCHWA
TELEFAX 089-78029- TEAMDURCHWA

RECHNUNG NR. 000375002 | 070206 | Bei Zahlung angeben: 12465436 | Seite 1

Kunden-Nr. 603454 Datum 06.02.07

Reisender: HAENNINEN/TAPANI MR — Reise-Datum: 07.02.07 — Besteller: BIBER/MRS — Exp. 5432

| | Exp. Nr. | Leistgs.-Code | Leistungsbezeichnung | Dokument/Nr. | Anzahl | Preis in EUR + M | MwSt. in EUR |
|---|---|---|---|---|---|---|---|
| 5495020 | 5432 | 9416 | E TICKET INTERNAT. | 0376982589455 | 1 | 2.459,59 + 0 | |
| | 5432 | | REISENDER: HAENNINEN/TAPANI MR | | | | |
| 5495020 | 5432 | 9913 | KREDITKARTE | 75093681101004 | 1 | 2.459,59 - 0 | |
| | 5432 | | MUNICH /PHILADELPH/PROVIDENCE | | | | |
| | 5432 | | PHILADELPH/MUNICH | | | | |
| | 5432 | | **** SERVICE - ENTGELT **** | | | | |
| 5495020 | 5432 | 1287 | SE ETIX INTERKONT. | 0376982589455 | 1 | 58,31 + 1 | 58,31 |
| | 5432* | | LTR: Eigenleistung | | | | |
| 5495020 | 5432 | 9604 | AX 633757 | 75093681101004 | 1 | 58,31 - 0 | |
| | | | Nettosumme zu 0,00% | 2.459,59+ | | | |
| | | | Nettosumme zu 19,00% | 49,00+ | | | |

Die Mehrwertsteuer wird im Namen und auf Rechnung des jeweiligen Verkehrs- und Leistungsträgers ausgewiesen.

| 19% MwSt. EUR | 7% MwSt. EUR | MwSt. gesamt EUR | Gesamtbetrag EUR |
|---|---|---|---|
| 9,31+ | 0,00+ | 9,31+ | 0,00+ |

M = 1: voller MwSt.-Satz
M = 2: ermäßigter MwSt.-Satz

USt-ID. NR.: DE814676434

BANKVERBINDUNG: COMMERZBANK AG MUENCHEN, BLZ 700 400 41 KTO 2239 76200

HRG

## HRG Germany

IATA-Flugreisebüro · DER-Vertretung
Vertretung der Deutschen Bahn AG

Hogg Robinson Germany GmbH & Co. KG
Komplementär: Hogg Robinson Reisen Beteiligungs-GmbH
Sitz der Gesellschaft: Köln, Amtsgericht Köln HR B 31502
Geschäftsführer: Reto Bacher, John Kennerley, David Radcliffe, Wolfgang Weiss, Wolfgang Wirthmann.

Wir haften nicht für Schäden aus Handlungen oder Unterlassungen der beteiligten Beförderungsunternehmer und sonstigen Leistungsträger. Für deren Haftung gelten deren Bedingungen.
Es gilt deutsches Recht unter Ausschluss des UN-Kaufrechts. Gerichtsstand für den nach § 38 (1) ZPO in Betracht kommenden Personenkreis für vermögensrechtliche Streitigkeiten aus diesem Rechtsverhältnis ist ausschließlich Köln.
Dies gilt nicht für Ansprüche, die im Mahnverfahren (§§ 688 ff. ZPO) geltend gemacht werden oder für die aufgrund sonstiger Vorschriften ein anderweitiger ausschließlicher Gerichtsstand besteht

KUFNER TEXTILWERKE GMBH
IRSCHENHAUSER STR. 10-12
81379 MUENCHEN

BAIERBRUNNER STRASSE 39
81379 MUENCHEN
TELEFON 089-78029- TEAMDURCHWA
TELEFAX 089-78029- TEAMDURCHWA

RECHNUNG NR. 000375002 | 070206 | 12465437 | 1

Kunden-Nr. 603454 Datum 06.02.07

| Reisende | Reise-Datum | Besteller | Auftrags-Datum | Exp. | Gegenkonto | Auszeichnung |
|---|---|---|---|---|---|---|
| WALTHER/ANDREA SIMON | 07.02.07 | BIBER/MRS | | 5432 | | |

| | Exp.-Nr. | Leistgs.-Code | Leistungsbezeichnung | Dokumenten-Nr. | Anzahl | Preis in EUR | +/- | M | MwSt. in EUR |
|---|---|---|---|---|---|---|---|---|---|
| 5495020 | 5432 | 9416 | E TICKET INTERNAT. | 0376982589456 | 1 | 2.459,59 | + | 0 | |
| | 5432 | | REISENDER: WALTHER/ANDREA SIMO | | | | | | |
| 5495020 | 5432 | 9913 | KREDITKARTE | 75093681101004 | 1 | 2.459,59 | - | 0 | |
| | 5432 | | MUNICH /PHILADELPH/PROVIDENCE | | | | | | |
| | 5432 | | PHILADELPH/MUNICH | | | | | | |
| | 5432 | | **** SERVICE - ENTGELT **** | | | | | | |
| 5495020 | 5432 | 1287 | SE ETIX INTERKONT. | 0376982589456 | 1 | 58,31 | + | 1 | 58,31 |
| | 5432* | | LTR: Eigenleistung | | | | | | |
| 5495020 | 5432 | 9604 | AX 633759 | 75093681101004 | 1 | 58,31 | - | 0 | |
| | | | Nettosumme zu 0,00% | 2.459,59+ | | | | | |
| | | | Nettosumme zu 19,00% | 49,00+ | | | | | |

| Die Mehrwertsteuer wird im Namen und auf Rechnung des jeweiligen Verkehrs- und Leistungsträgers ausgewiesen. | 19% MwSt. EUR | 7% MwSt. EUR | MwSt. gesamt EUR | Gesamtbetrag EUR |
|---|---|---|---|---|
| | 9,31+ | 0,00+ | 9,31+ | 0,00+ |

M = 1 voller MwSt.-Satz
M = 2 ermäßigter MwSt.-Satz

1

UST-ID NR.: DE814876484

BANKVERBINDUNG: COMMERZBANK AG MUENCHEN BLZ 700 400 41 KTO 2239 76200

Andrea Walther
Hogg Robinson Group

| | |
|---|---|
| room | 711 |
| rate | 264 00 |
| | 1 |
| folio | 143511 EX-A |
| page | 1 |
| arrive | 07-FEB-07 21:42 |
| depart | 10-FEB-07 |
| payment | MC |

Hrg Germany
Baierbrunnerstr. 39
Eg Links
Munich, 81379

| | | | | |
|---|---|---|---|---|
| 07-FEB-07 | RT711 | Room Charge | | 264.00 |
| 07-FEB-07 | RT711 | State Tax | | 18 48 |
| 07-FEB-07 | RT711 | Occupancy Tax | | 15 84 |
| 08-FEB-07 | RT711 | Room Charge | | 264 00 |
| 08-FEB-07 | RT711 | State Tax | | 18 48 |
| 08-FEB-07 | RT711 | Occupancy Tax | | 15 84 |
| 09-FEB-07 | RT711 | Room Charge | | 264.00 |
| 09-FEB-07 | RT711 | State Tax | | 18.48 |
| 09-FEB-07 | RT711 | Occupancy Tax | | 15 84 |
| 10-FEB-07 | MC | Mastercard | 894.96- | |

| | |
|---|---|
| Total Charges | 894 96 |
| Total Credits | 894.96- |
| Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

** continued on the next page **

signature ______

Andrea Walther
FOLIO 143511 07-FEB-07

the westin providence
one west exchange street providence rhode island 02903
phone 401.598.8000 fax 401.598.8200
westin.com/providence

guest

Andrea Walther
Hogg Robinson Group

| | |
|---|---|
| room | 711 |
| rate | 264.00 |
| no. pers | 1 |
| folio | 143511 EX-A |
| page | 2 |
| arrive | 07-FEB-07 21:42 |
| depart | 10-FEB-07 |
| payment | MC |

[illegible]
Hrg Germany
Baierbrunnerstr. 39
Eg Links
Munich 81379

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 07-FEB-07 | 298.32 | 0.00 | 0.00 | 0.00 | 0.00 | 298.32 | 0.00 |
| 08-FEB-07 | 298.32 | 0.00 | 0.00 | 0.00 | 0.00 | 298.32 | 0.00 |
| 09-FEB-07 | 298.32 | 0.00 | 0.00 | 0.00 | 0.00 | 298.32 | 0.00 |
| Total | 894.95 | 0.00 | 0.00 | 0.00 | 0.00 | 894.96 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

[illegible]

signature ______________________

As a Starwood Preferred Guest, you could have earned 1584 Starpoints for this visit. Please provide your member number or enroll today.
Andrea Walther
FOLIO 143511 07-FEB-07

WESTIN
HOTELS & RESORTS

ULSENHEIMER ▪ FRIEDERICH

RECHTSANWÄLTE

Kopie Herrn J. Kufner 23.02.07 UB

Frau Huber hat die Originalrechnung bereits an Herrn Kraus weitergeleitet.

WWW.ULS-FRIE.DE

Herrn
Dominik Kufner
Irschenhauser Str. 10

81379 München

München, 13.02.2007
2301079/05-23F /Wa /ku

Sekretariat: Frau Kubitz Mareen
Durchwahl: (089) 24 20 81 - 32

Aktenzeichen (bitte bei Zahlung angeben): **2301079/05-23F**

**KOSTENRECHNUNG**

In der Angelegenheit

**Kufner ./. Kufner**

erlauben wir uns, für unsere Tätigkeit gem. dem Rechtsanwaltsvergütungsgesetz (RVG) i.V.m. dem Vergütungsverzeichnis (VV) in der Fassung vom 01.01.2005 zu berechnen:

| | |
|---|---|
| Hotelkosten - the westin Providence<br>( 894,96 $ = Umrechnungskurs 1,2953) | 690,19 Euro |
| Taxikosten | 70,00 Euro |
| **Endsumme** | **760,19 Euro** |

Der Leistungszeitpunkt entspricht dem Rechnungsdatum

Wir bitten um Anweisung des vorstehenden Betrages unter Angabe von **ProjNr 2301079/05-23F** und der Rechnungsnummer auf das angegebene Bankkonto.

- für die Rechtsanwälte -

Andrea-Simone Walther
Rechtsanwältin

Ust-IdNr.: DE130753487
Rechnungsnummer: 2007000233

Wir weisen vorsorglich auf die gesetzliche Regelung des § 286 Abs. 3 BGB hin. Danach tritt Verzug ohne weitere Mahnung nach Ablauf von 30 Tagen nach Zugang der Rechnung ein

ULSENHEIMER ■ FRIEDERICH

RECHTSANWÄLTE

Bitte an Ihren privaten Anwalt.

Herrn
Dominik Kufner
Irschenhauser Str. 10

81379 München

WWW.ULS-FRIE.DE

MÜNCHEN

RECHTSANWÄLTE

BERLIN

RECHTSANWÄLTE

KONTEN

München, 29.01.2007
2301079/05-23F /Wa /ku

Sekretariat: Frau Kubitz Mareen
Durchwahl: (089) 24 20 81 - 32

Aktenzeichen (bitte bei Zahlung angeben): **2301079/05-23F**

## KOSTENRECHNUNG

In der Angelegenheit

**Kufner ./. Kufner**

erlauben wir uns, für unsere Tätigkeit gem. dem Rechtsanwaltsvergütungsgesetz (RVG) i.V.m. dem Vergütungsverzeichnis (VV) in der Fassung vom 01.01.2005 zu berechnen:

| | |
|---|---|
| Telefonat (25min entspr. 0,417 Einheiten à 275,00 Euro am 12.12.06) | 114,68 Euro |
| Telefonat (1h 5min entspr. 1,083 Einheiten à 275,00 Euro am 12.12.06) | 297,83 Euro |
| Telefonat (17min entspr. 0,283 Einheiten à 275,00 Euro am 13.12.06) | 77,83 Euro |
| Telefonat (10min entspr. 0,167 Einheiten à 275,00 Euro am 14.12.06) | 45,93 Euro |
| Besprechung (41min entspr. 0,683 Einheiten à 275,00 Euro am 15.12.06) | 187,83 Euro |
| Telefonat (10min entspr. 0,167 Einheiten à 275,00 Euro am 18.12.06) | 45,93 Euro |
| Telefonat (10min entspr. 0,167 Einheiten à 275,00 Euro am 18.12.06) | 45,93 Euro |

| | |
|---|---|
| Telefonat (23min entspr. 0,383 Einheiten à 275,00 Euro am 18 12.06) | 105,33 Euro |
| Telefonat (25min entspr 0,417 Einheiten à 275,00 Euro am 18 12.06) | 114,68 Euro |
| Sachbearbeitung (1h 44min entspr 1,733 Einheiten à 275,00 Euro am 19 12 06) | 476,58 Euro |
| Telefonat (56min entspr. 0,933 Einheiten à 275,00 Euro am 19.12 06) | 256,58 Euro |
| Gerichtstermin (4h 40min entspr. 4,667 Einheiten à 275,00 Euro am 20 12 06) | 1 283,43 Euro |
| Telefonat (15min entspr 0,250 Einheiten à 275,00 Euro am 21 12.06) | 68,75 Euro |
| Sachbearbeitung (10min entspr 0,167 Einheiten à 204,52 Euro am 27.12 06) | 34,15 Euro |
| Sachbearbeitung (10min entspr. 0,167 Einheiten à 204,52 Euro am 28.12 06) | 34,15 Euro |
| Sachbearbeitung (10min entspr. 0,167 Einheiten à 204,52 Euro am 29 12 06) | 34,15 Euro |
| Zwischensumme | 3 223,76 Euro |
| Umsatzsteuer (MWSt), Nr. 7008 VV (16,00 %) | 515,80 Euro |
| **Endsumme** | **3 739,56 Euro** |

2007 UrB

Der Leistungszeitpunkt entspricht dem Rechnungsdatum

Wir bitten um Anweisung des vorstehenden Betrages unter Angabe von **ProjNr 2301079/05-23F** auf das angegebene Bankkonto.

- für die Rechtsanwälte -

Andrea Simone Walther
Rechtsanwältin

Ust-IdNr.: DE130753487
Rechnungsnummer: 2007000139

Wir weisen vorsorglich auf die gesetzliche Regelung des § 286 Abs. 3 BGB hin. Danach tritt Verzug ohne weitere Mahnung nach Ablauf von 30 Tagen nach Zugang der Rechnung ein.

# Recherche-Aufwandliste

Zeitraum: 01.01.2007 bis 29.01.2007

29.01.2007 11:05:49

| Akte | Datum | | Mandant | Aufwandart | Einheiten | Betrag... | K |
|---|---|---|---|---|---|---|---|
| 01079-05 - Kufner ./. Kufner | 08.01.2007 | 1 | Dominik Kufner | Telefonat | 0,450 | 123,75 | Z |
| 01079-05 - Kufner ./. Kufner | 09.01.2007 | 1 | Dominik Kufner | Telefonat | 0,233 | 64,08 | Z |
| 01079-05 - Kufner ./. Kufner | 09.01.2007 | 1 | Dominik Kufner | Telefonat | 1,200 | 330,00 | Z |
| 01079-05 - Kufner ./. Kufner | 09.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 0,417 | 114,68 | Z |
| 01079-05 - Kufner ./. Kufner | 10.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 4,917 | 1.352,18 | Z |
| 01079-05 - Kufner ./. Kufner | 12.01.2007 | 1 | Dominik Kufner | Telefonat | 0,167 | 45,93 | Z |
| 01079-05 - Kufner ./. Kufner | 15.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 1,200 | 330,00 | Z |
| 01079-05 - Kufner ./. Kufner | 15.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 1,950 | 536,25 | Z |
| 01079-05 - Kufner ./. Kufner | 16.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 0,333 | 91,58 | Z |
| 01079-05 - Kufner ./. Kufner | 17.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 0,450 | 123,75 | Z |
| 01079-05 - Kufner ./. Kufner | 18.01.2007 | 1 | Dominik Kufner | Telefonat | 0,167 | 45,93 | Z |
| 01079-05 - Kufner ./. Kufner | 18.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 0,167 | 45,93 | Z |
| 01079-05 - Kufner ./. Kufner | 23.01.2007 | 1 | Dominik Kufner | Telefonat | 0,900 | 247,50 | Z |
| 01079-05 - Kufner ./. Kufner | 24.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 1,883 | 517,83 | Z |
| 01079-05 - Kufner ./. Kufner | 25.01.2007 | 0 | Dominik Kufner | Telefonat | 0,333 | 91,58 | Z |
| 01079-05 - Kufner ./. Kufner | 25.01.2007 | 1 | Dominik Kufner | Telefonat | 0,917 | 252,18 | Z |
| 01079-05 - Kufner ./. Kufner | 25.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 1,417 | 389,68 | Z |
| 01079-05 - Kufner ./. Kufner | 26.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 2,650 | 728,75 | Z |
| 01079-05 - Kufner ./. Kufner | 26.01.2007 | 1 | Dominik Kufner | Sachbearbeitung | 4,750 | 1.306,25 | Z |
| 01079-05 - Kufner ./. Kufner | 27.01.2007 | 1 | Dominik Kufner | Telefonat | 0,417 | 114,68 | Z |
| 01079-05 - Kufner ./. Kufner | 27.01.2007 | 1 | Dominik Kufner | Telefonat | 0,167 | 45,93 | Z |
| 01079-05 - Kufner ./. Kufner | 27.01.2007 | 1 | Dominik Kufner | Telefonat | 0,167 | 45,93 | Z |
| 01079-05 - Kufner ./. Kufner | 28.01.2007 | 1 | Dominik Kufner | Telefonat | 0,250 | 68,75 | Z |
| 01079-05 - Kufner ./. Kufner | 28.01.2007 | 1 | Dominik Kufner | Telefonat | 0,167 | 45,93 | Z |

ULSENHEIMER ■ FRIEDERICH
RECHTSANWÄLTE

0.0*
3 739.56 +
8 400.27 +
12 139.53 ◇
0.0

Herrn
Dominik Kufner
Irschenhauser Str. 10

81379 München

Bitte von ... prüfen ... Engelke

München, 29.01.2007
2301079/05-23F /Wa /ku

Sekretariat: Frau Kubitz Mareen
Durchwahl: (089) 24 20 81 - 32

Aktenzeichen (bitte bei Zahlung angeben): **2301079/05-23F**

**KOSTENRECHNUNG**

In der Angelegenheit

**Kufner ./. Kufner**
**ab 01.01.2007**

erlauben wir uns, für unsere Tätigkeit gem. dem Rechtsanwaltsvergütungsgesetz (RVG) i.V.m. dem Vergütungsverzeichnis (VV) in der Fassung vom 01.01.2005 zu berechnen:

| | |
|---|---|
| Zeiterfassung | 7.059,05 Euro |
| Umsatzsteuer (MWSt), Nr. 7008 VV (19,00 %) | 1.341,22 Euro |
| **Endsumme** | **8.400,27 Euro** |

Der Leistungszeitpunkt entspricht dem Rechnungsdatum.

Wir bitten um Anweisung des vorstehenden Betrages unter Angabe von **ProjNr 2301079/05-23F** auf das angegebene Bankkonto.

- für die Rechtsanwälte -

Andrea-Simone Walther
Rechtsanwältin

Ust.IdNr.: DE130753487
Rechnungsnummer: 2007000141

Wir weisen vorsorglich auf die gesetzliche Regelung des § 286 Abs. 3 BGB hin. Danach tritt Verzug ohne weitere Mahnung nach Ablauf von 30 Tagen nach Zugang der Rechnung ein.

Overview expenditures related to litigation in the U S. - Kufner / Kufner

| | Amount | USD<br>Amount |
|---|---|---|
| Flight Tapani Haenninen | 2.517,90 € | 3,377.66 |
| Flight Andrea Walther | 2.517,90 € | 3,377.66 |
| Flight Tanja Kufner | 2.517,90 € | 3,377.66 |
| Hotel Tapani Haenninen | 843,34 € | 1,108.01 |
| Hotel Andrea Walther | 760,19 € | 1,020.49 |
| T-mobile Tanya | | $107,00 |
| Hotel Tanja March | | $1.901,52 |
| Parking Tanja | 117,00 € | |
| Parking Tanja | 88,00 € | |
| Parking Tanja | | $30,00 |
| Cap Tanja | | $125,00 |
| Avis Tanja | | $324,70 |
| Hotel Tanja March | | |
| Flight Tanja Kufner | 2.180,45 € | |
| Total | 11.542,68 € | $2.488,22 |

Tanja

Flughafen München

85326 München
Steuernr. DE115/115/40080

9163 14.03.07 13:41
Rechnung 030301

Kurzparkticket
05 - Nr. 091483
08.03.07 14:18 -
14.03.07 13:41
Dauer 5d23h24'
(USt.) €117,00

Gesamt brutto €117,00 ✓

Bezahlung
MC €117,00
5483397010097603 03/08

Gesamt netto €98,32
USt. 19% 18,68

Alle Beträge in EUR.
Lieferdat.=Rechnungsdat.

Flughafen München

85326 München
Steuernr.DE115/115/40080

2063 11.02.07 10:58
Rechnung 093063

Ticketersatz
1 Stk. à €88,00
(USt.) €88,00

Gesamt brutto €88,00

Bezahlung
MC €88,00
5483397010097603 03/08

Gesamt netto €73,95
USt. 19% 14,05

Alle Beträge in EUR.
Lieferdat.=Rechnungsdat.

INSERT
THIS END UP

03/10/07 13:05 E2
No 00766750

03/10/07 15:53 K3
PAID: 32.00 ✓

**This Contract Limits Our Liability.**
**Please Read It.**
Vehicles parked at this location are parked at the risk of the vehicle owner. The garage operator is not responsible or liable for loss or damages by reason of fire, theft, collision or other cause to parked vehicle or contents of same. This is a license, no bailment created. The vehicle owner and occupants assume full responsibility for any personal injuries that may occur while the vehicle is parked in the parking facility. Employees are not authorized to change the items contained herein.
FOR CUSTOMER SERVICE CALL:
(617) 367-3847

Amount $ 125 ✓ Cab # 616

**CAB COMPANY: TOP CAB 617-266-4800**

Cab Fare From Boston

To Prov -

Date 03/10/07

RECEIVED PAYMENT

Tanja

**AVIS.** We try harder®

## TRANSACTION RECORD

| RENTAL NUMBER | CAR NUMBER | CAR GROUP |
|---|---|---|
| 184060715 | 3763535 | B |

KUFNER, TANJA MRS
CV - CMXXXXXXXXXXXX7603

OUT BOS 08MAR07/2211 MI = 2039
*IN BOS 13MAR07/1816 MI = 2168
129 MI@ 00 =
20 HR@ 26 20 =
4 DY@ 52 38 =

| | | |
|---|---|---|
| MINIMUM CHARGE | = | 181 95 |
| PACKAGE CHARGES@ | = | 230 42 |
| @NON PKG ITEMS | = | 94 28 |
| # 3.55% FEE | = | 10.26 |
| **11 11% FEE | = | INCLUDED |
| FUEL SERVICE | = | NON PKG |
| GPS $9 95/DY | = | 49.75 |
| TAX 5.000% | = | INCLUDED |
| *$10 60/RENTAL | = | 10 60 |
| TOTAL CHARGES | = | 324 70 |

**CONCESSION RECOVERY FEE
* 60 PK.SUR+$10 CONV CTR SUR
# MASS EXCISE TAX REIMB
@NON PKG INCL TX/SUR IF APPL

* Please check your car for personal effects. *

* Please check your car for personal effects. *

Thank you for renting from Avis.
We value your business. Have a safe trip

| | |
|---|---|
| | 2201 |
| Ianja Kufner | 199.00 |
| Hogg Robinson Group | 1 |
| | 151861 EX-A |
| , | 1 |
| | 08-MAR-07 23:36 |
| | 13-MAR-07 |
| | MC |

Hrg Germany
Baierbrunnerstr 39
Eg Links
Munich, 81379

| date | reference | description | charges/credits |
|---|---|---|---|
| 08-MAR-07 | 1946 | In Room Dining | 16 17 |
| 08-MAR-07 | 89716 | Honor Bar | 10 80 |
| 08-MAR-07 | S322 | In Room Movie | 10 99 |
| 08-MAR-07 | RT2201 | Room Charge | 199.00 |
| 08-MAR-07 | RI2201 | State Tax | 13.93 |
| 08-MAR-07 | RT2201 | Occupancy Tax | 11.94 |
| 08-MAR-07 | 89715 | Honor Bar | 7.02 |
| 09-MAR-07 | RI2201 | Room Charge | 199.00 |
| 09-MAR-07 | RT2201 | State Tax | 13.93 |
| 09-MAR-07 | RI2201 | Occupancy Tax | 11 94 |
| 09-MAR-07 | S678 | In Room Movie | 10.99 |
| 09-MAR-07 | 4703 | 617-894-2436 0009 09:28 | 30.48 |
| 09-MAR-07 | 4708 | 561-798-6431 0001 09:44 | 9.45 |
| 09 MAR-07 | 4722 | -272-1661 0006 09:46 | 1 50 |
| 09-MAR-07 | 1915 | Agora | 35.24 |
| 09-MAR-07 | 89775 | Honor Bar | 7 02 |
| 09-MAR-07 | 89776 | Honor Bar | 8.64 |
| 10-MAR-07 | RI2201 | Room Charge | 199.00 |
| 10-MAR-07 | RI2201 | State Tax | 13.93 |
| 10-MAR-07 | RI2201 | Occupancy Tax | 11 94 |
| 10-MAR-07 | RI2201 | Parking Valet - Overnight | 22 00 |
| 10-MAR-07 | S037 | In Room Movie | 11 99 |
| 10-MAR-07 | 5 | In Room Dining | 47 20 |
| 10-MAR-07 | bm | Parking Valet - Day | 22.00 |
| 10-MAR-07 | 2nd day | Parking Valet - Day | 22.00 |
| 10-MAR-07 | 3/1-/07vh | Laundry/Valet | 38.85 |
| 10-MAR-07 | 42 | Agora | 15.70 |
| 10-MAR-07 | 52 | Agora | 81 91 |
| 11-MAR-07 | RT2201 | Room Charge | 199.00 |
| 11-MAR-07 | RT2201 | State Tax | 13 93 |
| 11-MAR-07 | RT2201 | Occupancy Tax | 11.94 |
| 11-MAR-07 | RI2201 | Parking Valet - Overnight | 22 00 |

** continued on the next page **

Ianja Kufner
FOLIO 151861 08-MAR-07

WESTIN
HOTELS & RESORTS

Ianja Kufner
Hogg Robinson Group

Hrg Germany
Baierbrunnerstr. 39
Eg Links
Munich, 81379

2201
199.00
1
151861 EX-A
2
08-MAR-07 23:36
13-MAR-07
MC

| date | reference | description | charges/credits | |
|---|---|---|---|---|
| 11-MAR-07 | S465 | In Room Movie | | 10.99 |
| 11-MAR-07 | S618 | In Room Movie | | 11.99 |
| 11-MAR-07 | 5646 | -272-1661 0003 11:30 | | 1.50 |
| 11-MAR-07 | 5672 | 800-247-9297 0009 13:11 | | 2.06 |
| 11-MAR-07 | 107 | Agora | | 49.70 |
| 11-MAR-07 | 114 | Agora | | 34.94 |
| 12-MAR-07 | RT2201 | Room Charge | | 199.00 |
| 12-MAR-07 | RT2201 | State Tax | | 13.93 |
| 12-MAR-07 | RT2201 | Occupancy Tax | | 11.94 |
| 12-MAR-07 | RT2201 | Parking Valet - Overnight | | 22.00 |
| 12-MAR-07 | RT2201 | Parking Valet - Overnight | | 22.00 |
| 12-MAR-07 | S791 | In Room Movie | | 10.99 |
| 12-MAR-07 | 5803 | -272-1661 0002 07:57 | | 1.50 |
| 12-MAR-07 | 136 | Agora | | 23.94 |
| 12-MAR-07 | 6014 | 800-247-9297 0005 12:02 | | 2.06 |
| 12-MAR-07 | 149 | Agora | | 38.40 |
| 12-MAR-07 | laundry | Laundry/Valet | | 13.50 |
| 12-MAR-07 | laundry | Laundry/Valet | | 8.95 |
| 12-MAR-07 | laundry | Laundry/Valet | | 39.30 |
| 12-MAR-07 | 173 | Agora | | 49.90 |
| 12-MAR-07 | 6314 | -273-0470 0001 21:11 | | 1.50 |
| 13-MAR-07 | MC | Mastercard | 1901.52- | |

| | |
|---|---|
| Total Charges | 1901.52 |
| Total Credits | 1901.52- |
| Balance Due | 0.00 |

** continued on the next page **



WESTIN HOTELS & RESORTS

Tanja Kufner
Hogg Robinson Group

2201
199 00
1
151861 EX-A
3
08-MAR-07 23:36
13-MAR-07
MC

Hrg Germany
Baierbrunnerstr. 39
Eg Links
Munich, 81379

| date | reference | description | charges/credits |
|---|---|---|---|

For your convenience, we have prepared this zero balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 08-MAR-07 | 224.87 | 33.99 | 0.00 | 10.99 | 0.00 | 269.85 | 0.00 |
| 09-MAR-07 | 224.87 | 50.90 | 0.00 | 52.42 | 0.00 | 328.19 | 0.00 |
| 10-MAR-07 | 224.87 | 144.81 | 66.00 | 50.84 | 0.00 | 486.52 | 0.00 |
| 11-MAR-07 | 224.87 | 84.64 | 22.00 | 26.54 | 0.00 | 358.05 | 0.00 |
| 12-MAR-07 | 224.87 | 112.24 | 44.00 | 77.80 | 0.00 | 458.91 | 0.00 |
| Total | 1124.35 | 426.58 | 132.00 | 218.59 | 0.00 | 1901.52 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest, you could have earned 3145 Starpoints for this visit. Please provide your member number or enroll today.
Tanja Kufner
FOLIO 151861 08-MAR-07

WESTIN
HOTELS & RESORTS

T-MOBILE 4906
200 PROVIDENCE PLACE SP K1-6
PROVIDENCE, RI 02903
(401)270-3859
Fax: (401)270-3861

Register #7
Trans #18458
03-13-2007 12:55:26

Tanja Kufner Mobile #: 3476154209 Sales Rep: 0013416

| Quantity | Unit | SKU | Description | Price | Extension |
|---|---|---|---|---|---|
| 1 | EACH | EPIN100 | ELECTRONIC PIN $100 00 RETAIL | 100 00 | 100 00 |
| | | | Serial # **143277587** | | |
| | | | ^iE-Pin # **1032-6364-524998** | | |
| | | | SALE AMOUNT | | 100 00 |
| | | | PROVIDENCE RI, PROVIDENCE | | 7 00 |
| | | | **TOTAL** | | **107.00** |
| | | | Mastercard -- XXXXXXXXXXXX7603 013295 | | -107 00 |

Cardholder(s) acknowledges receipt of goods and/or services in the amount of the total shown hereon and agrees to perform the obligations set forth in the cardholder's agreement with issuer

Customer Signature - Mastercard -XXXXXXXXXXXX7603

**Tell Us About Your In-Store Experience**. Just visit t-mobile.com/servicefirst or log on to MyT-Mobile and fill out
the survey to tell us how we're doing. **You Could Win $2,000**. You'll automatically be entered to win one of several cash prizes including our $2,000 Grand Prize.

ⁱREDEEM BY DIALING *TOGO FROM YOUR T-MOBILE PHONE OR 1-877-778-2106 FROM ANY PHONE

ⁱ**SERVICE MUST BE USED IN FULL WITHIN 90 DAYS after activation of this refill card. If you are a Gold Rewards customer, service must be used in full within 365 days of activation of this refill card.**
Activation of refill card must occur within 90 days of refill purchase. Unused balance becomes unavailable if activation deadline missed or redemption period concluded. No cash redemption value. Nonrefundable. T-Mobile is not responsible if refill card is lost or stolen. By using service, you agree to be bound by T-Mobile's Terms and Conditions, viewable at **www.t-mobile.com**. Your refill card number may be inactivated if these Terms and Conditions or applicable laws are violated.

HRG

## HRG Germany

IATA-Flugreisebüro · DER-Vertretung
Vertretung der Deutschen Bahn AG

Hogg Robinson Germany GmbH & Co. KG
Komplementär: Hogg Robinson Reisen Beteiligungs-GmbH
Sitz der Gesellschaft: Köln, Amtsgericht Köln HR B 31502
Geschäftsführer: Reto Bacher, John Kennerley, David Radcliffe, Wolfgang ...
Wolfgang Wirthmann.
Wir haften nicht für Schäden aus Handlungen oder Unterlassungen der beteiligten Beförderungsunternehmer und sonstigen Leistungsträger. Für deren Haftung gelten deren Bedingungen.
Es gilt deutsches Recht unter Ausschluss des UN-Kaufrechts. Gerichtsstand für den nach § 38 (1) ZPO in Betracht kommenden Personenkreis für vermögensrechtliche Streitigkeiten aus diesem Rechtsverhältnis ist ausschließlich Köln.
Dies gilt nicht für Ansprüche, die im Mahnverfahren (§§ 688 ff. ZPO) geltend gemacht werden oder für die aufgrund sonstiger Vorschriften ein anderweitiger ausschließlicher Gerichtsstand besteht.

Feb. 2007

KUFNER TEXTILWERKE GMBH
IRSCHENHAUSER STR. 10-12
81379 MUENCHEN

BAIERBRUNNER STRASSE 39
81379 MUENCHEN
TELEFON 089-78029- TEAMDURC
TELEFAX 089-78029- TEAMDURC

RECHNUNG NR. 000375002 | 070207 | 12465507 | 1

Kunden-Nr. 603454 Datum 07.02.07

Reisender: KUFNER/TANJA MRS — Reise-Datum: 07.02.07 — Besteller: HUBER/MRS — Auftrag-Datum: 07.02.07 — Exp.: 1129

| | Exp. Nr. | Leistungs-Code | Leistungsbezeichnung | Dokumenten-Nr. | Anzahl | Preis in EUR | M |
|---|---|---|---|---|---|---|---|
| 1129020 | 1129 | 9416 | E TICKET INTERNAT. | 0376982609117 | 1 | 2.459,63 + | 0 |
| | 1129 | | REISENDER: | KUFNER/TANJA MRS | | | |
| 1129020 | 1129 | 9913 | KREDITKARTE | 75093681101004 | 1 | 2.459,63 - | 0 |
| | 1129 | | MUNICH /PHILADELPH/PROVIDENCE | | | | |
| | 1129 | | PHILADELPH/MUNICH | | | | |
| | 1129 | | **** SERVICE - ENTGELT **** | | | | |
| 1129020 | 1129 | 1287 | SE EIIX INTERKONT. | 0376982609117 | 1 | 58,31 + | 1 |
| | 1129* | | LIR: Eigenleistung | | | | |
| 1129020 | 1129 | 9604 | AX 633913 | 75093681101004 | 1 | 58,31 - | 0 |
| | 1129* | | VIELEN DANK FUER IHREN AUFTRAG | | | | |
| | 1129* | | TEAM A: TEL: 780 29-298/FAX:-281 | | | | |
| | | | Nettosumme zu 0,00% | 2.459,63+ | | | |
| | | | Nettosumme zu 19,00% | 49,00+ | | | |

| 19% MwSt. EUR | 7% MwSt. EUR | MwSt. gesamt EUR | Gesamtbetrag EUR |
|---|---|---|---|
| 9,31+ | 0,00+ | 9,31+ | 0,00+ |

Die Mehrwertsteuer wird im Namen und auf Rechnung des jeweiligen Verkehrs- und Leistungsträgers ausgewiesen.

M = 1 voller MwSt.-Satz
M = 2 ermäßigter MwSt.-Satz

UST ID NR DE814876484
BANKVERBINDUNG: COMMERZBANK AG MUENCHEN, BLZ 700 400 41 KTO 2239 ...

**Huber, Andrea**

| | |
|---|---|
| **Von:** | MUC TEAMA.DE@DE.HRGWORLDWIDE.COM |
| **Gesendet:** | Donnerstag, 8. März 2007 10:53 |
| **An:** | Huber, Andrea |
| **Betreff:** | Reisedaten fuer: 08MAR Ref: X3FZ36 KUFNER/TANJA MRS |

registrierung.pdf
(257 KB)

HRG Germany
Geschaeftsreiseservice
Baierbrunner Str. 39
81379 Muenchen
Tel:+49(0)89 / 78029 + Durchwahl
Fax:+49(0)89 / 78029 280

Datum: 08.03.2007 Zeit: 10:52

Reisedaten fuer: KUFNER/TANJA MRS
Amadeus-Code: X3FZ36

---

HALLO, FRAU HUBER!
ETIX / PREIS EUR 2180.45 INKL. TAX + SERVICE-ENTGELT.
STORNO + UMBUCHUNG KOSTENLOS MOEGLICH.
MIT FREUNDLICHEN GRUESSEN
HRG GERMANY GESCHAEFTSREISESERVICE
NINA ROTHMUELLER
E-MAIL:MUC.TEAMA.DE@DE.HRGWORLDWIDE.COM
PER TELEFON UNTER +49(0)89/78029-298
PER FAX UNTER +49(0)89/78029-281

---

Die angegebenen Preise verstehen sich zzgl. der aktuellen Service-Entgelte unseres Unternehmens.

---

| Flug | Datum | von | nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| BA 0953 | 08MAR | MUNICH | LONDON HEATHROW | 16:15 | 17:15 |
| durchgefuehrt von | | Terminal : | 1 | | |
| BRITISH AIRWAYS | | Buchung: | bestaetigt | | |
| | | Buchungsklasse: | Y | | |
| | | Sitzplatz: | / | | |
| | | Flugdauer: | 02:00 | | |
| | | Stops: | 0 | | |
| | | Airline Code: | A7YHRG | | |

---

| Flug | Datum | von | nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| BA 0239 | 08MAR | LONDON HEATHROW | BOSTON | 19:05 | 21:35 |
| durchgefuehrt von | | Terminal : | 4 | | |
| BRITISH AIRWAYS | | Buchung: | bestaetigt | | |
| | | Buchungsklasse: | W | | |
| | | Sitzplatz: | / | | |
| | | Flugdauer: | 07:30 | | |
| | | Stops: | 0 | | |
| | | Airline Code: | A7YHRG | | |

---

| Flug | Datum | von | nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| BA 0214 | 11MAR | BOSTON | LONDON HEATHROW | 21:25 | 07:50 |
| | bis | | | | |
| durchgefuehrt von | 12MAR | Terminal : | E | | |
| BRITISH AIRWAYS | | Buchung: | bestaetigt | | |
| | | Buchungsklasse: | C | | |
| | | Sitzplatz: | 15B Nichtraucher | | |
| | | Flugdauer: | 06:25 | | |
| | | Stops: | 0 | | |

Airline Code: A7YHRG

| Flug | Datum | von | nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| BA 0950 | 12MAR | LONDON HEATHROW | MUNICH | 09:40 | 12:30 |
| durchgefuehrt von BRITISH AIRWAYS | | Terminal : | 1 | | |
| | | Buchung: | bestaetigt | | |
| | | Buchungsklasse: | C | | |
| | | Sitzplatz: | 06C Nichtraucher | | |
| | | Flugdauer: | 01:50 | | |
| | | Stops: | 0 | | |
| | | Airline Code: | A7YHRG | | |

| Hotel | Datum | Beschreibung | |
|---|---|---|---|
| | | Hotelbuchung fuer: | KUFNER/TANJA MRS |
| | 08MAR | Hotelname: | THE WESTIN PROVIDENCE |
| | bis | | ONE WEST EXCHANGE STREET |
| | 11MAR | | PROVIDENCE 02903 |
| | | Telefon: | 1-401-598-8000 |
| | | Fax: | 1-401-598-8200 |
| | | Rate: | USD 199 pro Tag |
| | | Tarifbedingungen: | HOGG ROBINSON GROUP |
| | | Zimmer Status: | KUFNER/TANJA MRS |
| | | Zimmertyp: | Einzelzimmer Superior Bad/Dusche King Size |
| | | Zusatz-Info: | LATE ARRIVAL |
| | | Bestaetigungsnr.: | C561328550 |
| | | Buchungscode: | A1KH4R |
| | | Corp.IdNr.: | 343725 |
| | | Zimmergarantie: | CCC...09 |
| | | Min.-Max Aufenthalt: | 1 DAY MINIMUM 31 DAY MAXIMUM |
| | | Stornobedingungen: | CANCEL WILL INC PNLTY AMT:199.00 USD |

| Mietwagen | Datum | Beschreibung | |
|---|---|---|---|
| | | Name: | KUFNER/TANJA MRS |
| | 08MAR | Mietwagenfirma: | Avis BOSTON |
| | bis | Wagenkl./Typ: | ECAR - ECONOMY CAR AUTOMATIC |
| | 11MAR | Preis - | |
| | | Voraus Gesamtpreis: | EUR124.80 03 Tag(e) |
| | 08MAR | Abholzeit von: | 21:35 |
| | | Bestaetigungsnr.: | 38930665DE0 |
| | | Buchungsstatus: | OK |

Ausführliche Informationen zu dieser Reise finden Sie auch unter https://trip.hrgworldwide.com (bitte klicken).
Als HRG Booking Reference geben Sie bitte X3EZ36 ein.
Aktuelle Gepäckinformation finden Sie unter www.de.hrgworldwide.com/Gepaeck .

Alle Angaben entsprechen dem Datum des Reiseplans vorbehaltlich Tarif-, Wechselkurs- und Flugplanaenderungen. Es gelten die Reisebedingungen sowie Umbuchungs- und Stornogebühren der jeweiligen Leistungstraeger.
Fuer die erbrachte Vermittlerleistung gelten die Allgemeinen Geschaeftsbedingungen der Hogg Robinson Germany GmbH & Co. KG.
Bei Auslandsreisen beachten Sie bitte die gueltigen Einreise-, Visa- und Impfbestimmungen.

Hinweis zur Haftungsbeschraenkung der IATA:
http://www.hrggermany.com/docs/iata.pdf
HRG (Hogg Robinson Group) ist ein internationaler Anbieter von Unternehmensdienstleistungen.
Unsere umfangreiche Servicepalette deckt folgende Bereiche ab:Geschaeftsreise-Management, Consulting, Reisekosten-Management, Sports sowie Events- und Meetings-Management.
Bei der Erbringung der Serviceleistungen fokussieren wir uns darauf, Ihnen und Ihrem Unternehmen echten Mehrwert zu bieten.
Weitere Informationen erhalten Sie unter www.hrgworldwide.com

Datenschutzhinweis :
Unser Unternehmen ist wie andere Reisebueros und Fluggesellschaften gesetzlich verpflichtet, den Zoll- und Einreisebehoerden die Flug- und Reservierungsangaben jedes Passagieres zur Verfuegung zu stellen. Die Daten werden ausschliesslich zu

# Deutsche Bank American Express Corporate Card Monatsrechnung

Vertrieben durch Deutsche Bank

www.americanexpress.de

Kundenservice
Telefon 069/9797-1000

American Express
Services Europe Limited
Zweigniederlassung
Frankfurt am Main
Postfach 11 01 01
60036 Frankfurt/Main

| Angefertigt für | Ihre Karten-Nr | Datum |
|---|---|---|
| DOMINIK KUFNER<br>KUFNER TEXTIL GMBH | 3750-926563-51008 | 28/02/07 |

| Saldo der letzten Abrechnung | | Gutschriften | | Neue Belastungen | | Neuer Saldo EUR |
|---|---|---|---|---|---|---|
| 431,11 | - | 431,11 | + | 12 342,95 | = | 12.342,95 |

Berücksichtigt sind alle eingegangenen Zahlungen und Belastungen bis 28/02/07

Seite 1 von 2

Vielen Dank für die Inanspruchnahme unseres Services. Der Rechnungsausgleich erfolgt per Lastschrift am 28/03/07

| Aufstellung der Belastungen und Gutschriften | | Betrag in fremder Währung | Betrag EUR |
|---|---|---|---|
| 22 02 | Der Betrag wurde von Ihrem Konto im Lastschriftverfahren abgebucht | | 431,11 CR |

## Saldo des laufenden Monats für DOMINIK KUFNER

Karten-Nr 3750-926563-51008

| | | | Betrag EUR |
|---|---|---|---|
| 1 02 | AIRCOM AIR FRANCE AIR FRANCE 010<br>Telekommunikation | 14.00<br>U.S. Dollar<br>Umrechnungskurs 0.7821 | 10,95 |
| 1 02 | AIRCOM AIR FRANCE AIR FRANCE 010<br>Telekommunikation | 14.00<br>U.S. Dollar<br>Umrechnungskurs 0.7821 | 10,95 |
| 5 02 | AIR CANADA<br>Flugstrecke / Fluglinie / Klasse<br>Von: Montreal Dorval IN<br>Nach: Boston Logan Inter / B0 / AC<br>Flugschein Nummer: 0142142703049 | | 390,04 |
| 6 02 | NAPA VALLEY GRILLE PROVIDENCE 038<br>Familien Restaurant | 169.98<br>U.S. Dollar<br>Umrechnungskurs 0.7877 | 133,89 |
| 7 02 | HOTEL INTERCONT /HTLMONTREAL QC<br>Tagung/Kongress | 16.36<br>Kanadische Dollars<br>Umrechnungskurs 0.6669 | 10,91 |
| 7 02 | HOTEL INTERCONT /HTLMONTREAL QC<br>Tagung/Kongress | 2,660.77<br>Kanadische Dollars<br>Umrechnungskurs 0.6670 | 1 774,84 |
| 8 02 | CAPITAL GRILLE 800 CAPITAL GRILLE PROVIDEN<br>Familien Restaurant | 942.25<br>U.S. Dollar<br>Umrechnungskurs 0.7852 | 739,87 |
| 9 02 | WESTIN PROVIDENCE 401-5988000 RI<br>Tagung/Kongress | 292.67<br>U.S. Dollar<br>Umrechnungskurs 0.7852 | 229,81 |
| 10 02 | WESTIN PROVIDENCE 401-5988000 RI<br>Tagung/Kongress | 635.34<br>U.S. Dollar<br>Umrechnungskurs 0.7852 | 498,88 |
| 10 02 | TEN STEAK & SUSHI PROVIDENCE RI<br>Adult Contemporary | 696.70<br>U.S. Dollar<br>Umrechnungskurs 0.7852 | 547,07 |
| 19 02 | WESTIN PROVIDENCE 401-5988000 RI<br>Tagung/Kongress | 8.03<br>U.S. Dollar<br>Umrechnungskurs 0.7771 | 6,24 |

American Express Services Europe Limited, Zweigniederlassung Frankfurt am Main, Theodor-Heuss-Allee 112, 60486 Frankfurt a. M., HRB 57783

Ihre Karten-Nr
3750-926563-51008

000779

DOMINIK KUFNER
KUFNER TEXTIL GMBH
IRSCHENHAUSER STR. 10
THALK OBERSENDL.-FORSTEN-F]RST

81379 M]NCHEN

00787 DSDE921G 00779 ( 45 )

Deutsche Bank
American Express
Corporate Card Monatsrechnung

Vertrieben durch
Deutsche Bank

www.americanexpress.de

Datum: 28/02/07 Seite 2 von 2

**Saldo des laufenden Monats für DOMINIK KUFNER**
Karten-Nr 3750 926563 51008

| | | Betrag in fremder Währung | Betrag EUR |
|---|---|---|---|
| 19.02 | WESTIN PROVIDENCE 401-5988000 RI<br>Tagung/Kongress | 6,677.74<br>U.S. Dollar<br>Umrechnungskurs 0.7776 | 5.192,72 |
| 20.02 | EXTENDEDSTAY #1137 800000902842001 E PROV<br>Ankunft 20/02/07 Abreise 24/02/07 | 4.99<br>U.S. Dollar<br>Umrechnungskurs 0.7776 | 3,88 |
| 20.02 | EXTENDEDSTAY #1137 800000902842001 E PROV<br>Ankunft 20/02/07 Abreise 24/02/07 | 497.16<br>U.S. Dollar<br>Umrechnungskurs 0.7760 | 385,80 |
| 21.02 | WESTIN PROVIDENCE 401-5988000 RI<br>Tagung/Kongress | 1,074.50<br>U.S. Dollar<br>Umrechnungskurs 0.7760 | 833,83 |
| 23.02 | L'EPICUREO RISTORANTE 024000000792001 PRO<br>Gourmet Restaurant | 322.83<br>U.S. Dollar<br>Umrechnungskurs 0.7788 | 251,42 |
| 24.02 | WESTIN PROVIDENCE 401-5988000 RI<br>Tagung/Kongress | 912.62<br>U.S. Dollar<br>Umrechnungskurs 0.7788 | 710,76 |
| 24.02 | EXTENDEDSTAY #1137 800000902842001 E PROV<br>Ankunft 20/02/07 Abreise 25/02/07 | 10.00<br>U.S. Dollar<br>Umrechnungskurs 0.7790 | 7,79 |
| 25.02 | PENFIELD'S @ WESTIN PROVIDENCE 038<br>Bürobedarf | 64.20<br>U.S. Dollar<br>Umrechnungskurs 0.7763 | 49,84 |
| 25.02 | WESTIN PROVIDENCE FB401-5988000 RI<br>Tagung/Kongress | 68.95<br>U.S. Dollar<br>Umrechnungskurs 0.7762 | 53,52 |
| 25.02 | EXTENDEDSTAY #1137 800000902842001 E PROV<br>Ankunft 20/02/07 Abreise 03/03/07 | 644.04<br>U.S. Dollar<br>Umrechnungskurs 0.7763 | 499,94 |

**Saldo des laufenden Monats für DOMINIK KUFNER** **12.342,95**

## Auslandseinsatzgebühr

Alle Belastungen in Fremdwährungen wurden am Tag der Verarbeitung durch uns in Euro umgerechnet. Fremdwährungsbelastungen in anderen Währungen als U.S. Dollar wurden über U.S. Dollar umgerechnet, indem der Belastungsbetrag zunächst in U.S. Dollar umgerechnet und der U.S. Dollar-Betrag sodann in Euro umgerechnet wurde. U.S. Dollar-Belastungen wurden direkt in Euro umgerechnet.

Soweit kein bestimmter Umrechnungskurs vorgeschrieben ist, hat American Express vereinbarungsgemäß auf den Interbankkursen an dem der Verarbeitung vorangehenden Banktag basierende (und aus anerkannten Quellen entnommene) Umrechnungskurse verwendet, welche um ein Auslandseinsatzentgelt in Höhe von bis zu 2 % erhöht wurden. Wenn Belastungen vor Einreichung bei uns von dritten Personen umgerechnet wurden, ist diese Umrechnung zu den von diesen dritten Personen gewählten Kursen erfolgt.

## Schriftverkehr Kartennummer

### Adresse und/oder Namensänderung

Bitte hier Namen und Adresse (Straße, ggf. Postfach sowie Ort mit Postleitzahl) eintragen, an welche die Monatsrechnung gesandt werden soll

Name

Addresse

# FAHRPREISQUITTUNG

Bitte vergleichen Sie die Taxi-Nr auf der Quittung mit der Taxi-Nr. im Fahrzeug

- ⊙ Stadtfahrt
- O Krankenfahrt
- O Besorgungsfahrt
- O Starthilfe

von ____________________

Flughafen - Bahnhof - Hotel - Messe - Zentrum - Krankenhaus

nach ____________________

Flughafen - Bahnhof - Hotel - Messe - Zentrum - Krankenhaus

**Taxizentrale: 089-2161-0**

€ 70,-

Mwst. mit % ( %) ist enthalten

einschließlich Zuschläge

**München, den** 07.02.07

**Taxiunternehmen - Taxi Nr. 68**

**Mürsel Akbas**
Wiesentfelser Str. 33a
81249 München
Tel. 0176/24390154
Steuer-Nr: 144/100/15202

EINGEGANGEN AM 15 MRZ 2007

Anna-Katharina Maier
Wasserburger Landstr 122
81827 München

Kufner Textilwerke
z H Frau Biber → H. Kraus z. Zahlung cc jk
Irschenhäuser Str 10-12

81 37 9 München

München, den 13. März 2007

20321 | 3390
/4201

**Rechnung**

Sehr geehrte Frau Biber,

für die Filmdokumentation der Zeugenaussagen im Fall Kufner und die Herstellung der DVD, stellen wir Ihnen für unseren Arbeitsaufwand und der entstandenen Unkosten folgenden Betrag in Rechnung

| | |
|---|---|
| **Summe** | **800,00 Euro** |
| Incl 19% Mwst | 152,00 Euro |

# 500 1371

Wir bitten Sie um Überweisung auf nachstehendes Konto

20 März 2007 DrB

Anna-Katharina Maier
HypoVereinsbank
Kto: 8499829
BLZ: 70020270

Wareneing.
Menge
19 März 2007
Preis geo.
KSt/KTr
Zahl. Freig.

Mit freundlichen Grüßen,

A-K. Maier

Anna-Katharina Maier

# Rechnung

KERN

Bitte J. Ur- privat bez. lle

EINGEGANGEN AM 28. MRZ. 2007

KERN AG Frauenstraße 32, 80469 München

Firma
Kufner International
Frau Ulrike Biber
Irschenhauser Str. 10

81379 München

Anschrift KERN AG
Frauenstraße 32
80469 München
Telefon +49(89) 29161514
Telefax +49(89) 296595
Leonardo +49(89) 97409994
E mail KERN.Muenchen@e-kern.com
Bankkonten Dresdner Bank AG, Frankfurt
4901046 (BLZ 50080000)
Deutsche Bank AG Frankfurt
2472942 (BLZ 50070010)
IBAN DE79 5007 0010 0247 294200
SWIFT BIC DEUTDEFF
Ust-IdNr DE811153381

Bitte bei jedem Schriftverkehr angeben!

| | | | |
|---|---|---|---|
| Belegnummer | 2007-20182 | Datum | 26.03.2007 |
| Auftragsnummer | R17005463 | Kunden-Fax | |
| Kundennummer | D1720144 | Bearbeiter | Stefanie Knoll |

www.e-kern.com

| Bezeichnung | Menge | Einzelpreis EUR | Gesamtpreis EUR |
|---|---|---|---|
| Für den Auftrag gelten unsere Allgemeinen Geschäftsbedingungen | | | |
| Ihre Bestellung vom 15.03.2007 | | | |
| Konsekutivdolmetschen Englisch/Deutsch und v.v. 1.5 h Anwesenheit + 1 Stunde Fahrt | 2.5 pro Stunde | 120.00 | 300.00 |
| Fahrtkosten bzw. Bahnfahrkarten MVV-Ticket | 1 Pauschal | 4.20 | 4.20 |
| | | Netto | 304.20 |
| | | 19.00 % MwSt | 57.80 |
| | | Brutto | 362.00 |

29. März 2007 DrB

Der Dolmetschtermin fand am 16.03.07 in der Kinderarztpraxis Dr. Felkel, München statt

Zahlbar spätestens bis 25.04.2007

30321

# 5001370

Rechnung (als Fax-Kopie) an Hr. Kraus zur Zahlung weitergereicht;
Kopie an Hr. Josef Kufner und Hr. D. Kufner.
ah/20.03.07

**WOLFGANG VOMBERG**
RECHTSANWALT • NOTAR
Fachanwalt für Familienrecht

Gth UG. GR 9938

Herrn
Dominik Kufner
Stephanieweg 11

82335 Berg-Mörlbach

60431 Frankfurt am Main
Kurhessenstraße 99

Telefon:(069) 95 21 87 - 0
Telefax:(069) 95 21 87 - 25
Gerichtskasten 533
E-mail info@vomberg-ra-notar.de

Rechtsanwalt am Land- und Ober
landesgericht Frankfurt am Main

**07.03.2007**
**Kufner ./. Kufner**
**07/0017/13/VO/St**

**KOSTENRECHNUNG**
**Nr. 07/00051**
**in Sachen Kufner / Kufner**
**wegen Kindesentführung USA**
**im Zeitraum von 13.02.2007 bis 07.03.2007**

| Geb. Nr. | Satz | Bezeichnung | Gebühr |
|---|---|---|---|
| Hon | | Zeithonorar vereinbart (19 Std. 24 Min. à 300,00 €) | 5900,00 |
| Aus | | -Auslagen vereinbart- | 100,00 |
| | | Taxikosten | 28,00 |
| | | Taxikosten | 114,00 |
| | | Taxikosten | 24,00 |
| | | **Summe** | **6166,00** |
| 7008 | | 19,00 % Umsatzsteuer von 6000,00 EUR | 1140,00 |
| | | **Summe** | **7306,00** |

* Abgerechnet wurde nach §§ 2, 13 RVG

30321/9990

Wolfgang Vomberg
Rechtsanwalt

Per Email
an DK am 20.02.07

**WOLFGANG VOMBERG**
RECHTSANWALT • NOTAR
Fachanwalt für Familienrecht

Kopie DK

60431 Frankfurt am Main
Kurhessenstraße 90

Telefon:(069) 95 21 87 - 0
Telefax:(069) 95 21 87 - 25
Gerichtskasten 533
E-mail:info@vomberg-ra-notar.de

Rechtsanwalt am Land- und Oberlandesgericht Frankfurt am Main

Herrn
Dominik Kufner
Stephanieweg 11

82335 Berg-Mörlbach

**19.02.2007**
**Kufner ./. Kufner**
**07/0017/13/VO/St**

**KOSTENRECHNUNG**
**Nr. 07/00035**
**in Sachen Kufner ./. Kufner**
**wegen Kindesentführung USA**
**USA-Aufenthalt 21. – 24.02.2007**

| Geb. Nr. | Satz | Bezeichnung | Gebühr |
|---|---|---|---|
| Hon | | Honorar gemäß Vereinbarung -Abwesenheitsgeld 3,5 Tage- | 5250,00 |
| Aus | | -Auslagen Flugkosten- | 3159,00 |
| | | Summe | 8409,00 |
| 7008 | | 19,00 % Umsatzsteuer von 5250,00 EUR | 997,50 |
| | | Summe | 9406,50 |

* Abgerechnet wurde nach §§ 2, 13 RVG

Wolfgang Vomberg
Rechtsanwalt

**Bitte überweisen Sie den oben näher bezeichneten Betrag ausschließlich* auf das Konto bei der Volksbank Büdingen eG.**

**Volksbank Büdingen eG (BLZ: 50761333)**
**Konto-Nr. 60889902**

**IBAN: DE64 5076 1333 0060 8899 02**

* per Draht

Nix wie weg.

L'TUR Tourismus AG Europas Nr. 1 für Last Minute.

Baden-Baden, 19.02.2007

Rechtsanwalt und Notar Vomberg
Sekretariat
Herrn Wolfgang Vomberg
Kurhessenstr. 90
60431 Frankfurt
Deutschland

Rechnung 7 / 277258 / 1

Sehr geehrte Damen und Herren,
herzlichen Dank, dass Sie bei L'TUR gebucht haben !

Ihre Reisedaten

| | |
|---|---|
| Reisende: | Herr Wolfgang Vomberg |
| Reisetermin: | 21.02.2007 - 24.02.2007 |
| Hinflug: | Frankfurt/Main, 21.02.2007 um 7:20 |
| Rückflug: | Boston/Massachusetts, 23.02.2007 um 18:55 |
| Leistung: | Nur Flug |
| Reisepreis: | 3159,00 EUR |
| Zahlungsbetrag: | 3159,00 EUR |
| Umsatzsteuer: | - kein Steuerausweis, da steuerfreie bzw. nicht steuerbare Auslandsreise |

Der gesamte Buchungsbetrag wird direkt im Anschluss an die Buchung zur Zahlung fällig.
Diesen Betrag ziehen wir vereinbarungsgemäß von Ihrem Konto ein.

Mit freundlichen Grüßen
L'TUR Tourismus AG
Agentur Frankfurt Zeil

Seite: 1

02/2007 17:00 +49-69-95218725 RA VOMBERG S. 05/05

L'tur Tourismus AG
Augustaplatz 8
76530 Baden-Baden

Telefon: 01805 - 212121
Fax: 0761 - 21779084

# IHR REISEPLAN

Hallo Herr Vomberg, anbei noch der Reiseplan. Hier sehen Sie auch, dass definitiv die Business-Class gebucht ist. Ihre M&M-Nummer habe ich ins System eingegeben. Liebe Grüße CF

Datum: 17 02 2007 Zeit: 11:57 Uhr

Reisedaten für: VOMBERG/WOLFGANG MR

Amadeus-Code: 4C4CXB Office-Code: STRL12386

| Flug | Datum | Von | Nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| LX 3601 operated by: LUFTHANSA LH 3720 | 21FEB | FRANKFURT DE INTL TERMINAL 1 | ZÜRICH CH | 07:20 Uhr<br>Flugdauer: 0:55Std | 08:15 Uhr |

Buchung: BESTAETIGT
Klasse: D - BUSINESS CLASS
Flugzeug: BOEING 737-300 (Änderungen vorbehalten)

Info AN BORD: KALTE MAHLZEIT

| Flug | Datum | Von | Nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| LX 52 operated by: SWISS | 21FEB | ZÜRICH CH | BOSTON MA LOGAN INTL TERMINAL E | 13:10 Uhr<br>Flugdauer: 8:25Std | 15:35 Uhr |

Buchung: BESTAETIGT
Klasse: D - BUSINESS CLASS
Flugzeug: AIRBUS INDUSTRIE A330-200 (Änderungen vorbehalten)

ARR BOSTON
FEB 21, 2007
03:35 PM

Info AN BORD: MAHLZEIT/IMBISS

| Flug | Datum | Von | Nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| LX 53 operated by: SWISS | 23FEB - 24FEB | BOSTON MA LOGAN INTL TERMINAL E | ZÜRICH CH | 18:55 Uhr<br>Flugdauer: 7:20Std | 08:15 Uhr |

Buchung: BESTAETIGT
Klasse: D - BUSINESS CLASS
Flugzeug: AIRBUS INDUSTRIE A330-200 (Änderungen vorbehalten)

DEP BOSTON
FEB 23, 2007
06:55 PM

Info AN BORD: MAHLZEIT/FRUEHSTUECK

| Flug | Datum | Von | Nach | Abflug | Ankunft |
|---|---|---|---|---|---|
| LX 3600 operated by: LUFTHANSA LH 3721 | 24FEB | ZÜRICH CH | FRANKFURT DE INTL TERMINAL 1 | 09:05 Uhr<br>Flugdauer: 1:05Std | 10:10 Uhr |

Buchung: BESTAETIGT
Klasse: D - BUSINESS CLASS
Flugzeug: BOEING 737-300 (Änderungen vorbehalten)

Info AN BORD: KALTE MAHLZEIT

Reservierungsnummer: LX/K4MU6Q
VOMBERG/WOLFGANG MR TICKET LX/ETKT 724 6923863630