| | Dominik Kufner's Legal Fees Paid to Martin & Associates | | |
|---|---|---|---|
| Date of Invoice | Description | Amount | BNM's Invoice # |
| 12/31/2006 | BNM & LEC fees 12/06/2006 thru 12/14/2006 | $ 1,350.00 | 906279 |
| 1/31/2007 | BNM & JSF fees 1/26/2007 thru 1/31/2007 | $ 10,650.00 | 906364 |
| 2/28/2007 | BNM & Associates 2/01/2007 thru 2/28/2007 | $ 132,462.50 | 906466 |
| 3/31/2007 | BNM & Associates 3/1/2007 thru 3/30/2007 | $ 74,225.00 | 906554 |
| | **TOTAL LEGAL FEES :** | **$ 218,687.50** | |