| | Dominik Kufner's Costs Paid by Martin & Associates (Receipts Attached to Statements) | | |
|---|---|---|---|
| Date of Invoice | Invoice From | Service Rendered | Amount |
| 11/24/2006 | Regions Bank | Wire transfer fee | $ 15.00 |
| 12/29/2006 | Copy Company | Copies December, 2006 | $ 14.20 |
| 12/29/2006 | Westlaw | On-line Research - December 2006 | $ 8.50 |
| 1/24/2007 | Regions Bank | Wire transfer fee | $ 15.00 |
| 1/29/2007 | Accurint | Search for Tina Melo | $ 1.50 |
| 1/31/2007 | Copy Company | Copies Januray, 2007 | $ 27.80 |
| 2/31/07 | Westlaw | On-line Research - January 2007 | $ 20.08 |
| 2/7/2007 | Dennis Brehme | Urgent German to English Translation | $ 240.12 |
| 2/8/2007 | Montage Media Productions | Video depo of L.Lucas & T. Hanninen Depositions & two DVD's | $ 560.00 |
| 2/6/2007 | FedEx | Documents sent from BNM to CT | $ 21.35 |
| 2/6/2007 | Westin Room Service | BNM In Room Dining | $ 26.07 |
| 2/6/2007 | Taxi | BNM Taxi to Attorney's office | $ 6.00 |
| 2/4/2007 | US Airways | Round trip ticket for BNM from SC to RI | $ 669.60 |
| 2/13/2007 | Westin Hotel | Room 2/4 thru 2/10/207, internet, laundry and telephone | $ 1,827.97 |
| 2/2/2007 | Hotel | BNM breakfast | $ 6.00 |
| 4-Feb | Concourse Snack Bar | BNM - Lunch | $ 3.19 |
| 2/4/2007 | Quizno's | BNM - Dinner | $ 7.35 |
| 2/4/2007 | Airport Taxi | BNM to Westin | $ 30.00 |
| 2/5/2007 | Capital Grill | BNM - Lunch | $ 83.67 |
| 2/5/2007 | Westin Hotel | BNM In Room Dining - Dinner | $ 29.80 |
| 2/5/2007 | Taxi | BNM Taxi to Attorney's office | $ 6.00 |
| 2/7/2007 | Agora Restaurant | BNM Breakfast | $ 24.88 |
| 2/7/2007 | Agora Restaurant | BNM Lunch | $ 51.36 |
| 2/7/2007 | Napa Valley Grille | BNM, DK, Lucia - Dinner | $ 280.03 |
| 2/7/2007 | Taxi | BNM Taxi to Attorney's office | $ 6.00 |
| 2/8/2007 | Westin Hotel | BNM & Lucia In Room Dining - Breakfast | $ 56.17 |
| 2/8/2007 | Agora Restaurant | BNM - Lunch | $ 141.26 |
| 2/8/2007 | Taxi | BNM Taxi to Attorney's office | $ 6.00 |
| 2/9/2007 | Taxi | BNM Taxi to Attorney's office | $ 6.00 |
| 2/10/2007 | Wharf Tavern | BNM - Lunch | $ 37.66 |
| 2/10/2007 | PF Changs | BNM - Dinner | $ 17.01 |
| 2/10/2007 | BNM | BNM - Water | $ 2.69 |
| 2/10/2007 | Airport Taxi | BNM Taxi to Green Airport, RI | $ 33.00 |
| 2/10/2007 | Airport Parking | BNM parking at Greenville, SC from 2/04 thru 2/10/2007 | $ 65.00 |
| 2/14/2007 | Argyle Multimedia | Deposition of Dr. Volkl & I.Kalota - editing DVD / Audio | $ 225.00 |

| | | | | |
|---|---|---|---|---|
| 2/12/2007 | Montage Media Productions | Video deposition of A. Walther, C.Lucci, Tanja K. & copies of DVD | $ | 1,925.00 |
| 2/21/2007 | Bi-Lingual Secretary | Translation | $ | 379.90 |
| 2/19/2007 | Carolina Legal Copy Service | Color laser copies | $ | 78.75 |
| 2/16/2007 | Campbell/Hadaway Assoc. | Deposition transcripts of Felkel & Kalota | $ | 311.00 |
| 2/6/2007 | FedEx | Priority Overnight delivery to RI | $ | 41.27 |
| 2/7/2007 | FedEx | Priority Overnight delivery to RI | $ | 21.55 |
| 2/8/2007 | FedEx | Priority Overnight delivery to RI | $ | 31.55 |
| 2/22/2007 | Bi-Lingual Secretary | Translation of Court Ruling on Temporay Custody & Reasoning | $ | 147.50 |
| 2/23/2007 | Bi-Lingual Secretary | Translation | $ | 268.20 |
| 2/26/2007 | Christa Duncan | Translation | $ | 4,054.65 |
| 2/14/2007 | FedEx | Delivery of documents from SC to RI | $ | 37.35 |
| 2/14/2007 | FedEx | Delivery of documents from SC to GLN | $ | 37.35 |
| 2/15/2007 | FedEx | Delivery of documents from SC to CT | $ | 21.55 |
| 2/15/2007 | FedEx | Delivery of documents from SC to GLN | $ | 21.55 |
| 2/10/2007 | US Airways | Round trip ticket for BNM from SC to RI | $ | 579.60 |
| 2/13/2007 | Valarie Wilson Travel Agent | BNM planning trip to Germany / cancelling plans | $ | 450.00 |
| 2/20/2007 | BNM | BNM mileage reimbursement - home to SC airport | $ | 14.55 |
| 2/20/2007 | Concourse Snack Bar | BNM - Breakfast | $ | 12.59 |
| 2/20/2007 | BNM | BNM - Water | $ | 3.00 |
| 2/20/2007 | Airport Taxi | BNM Taxi to Westin | $ | 33.00 |
| 2/28/2007 | Agora Restaurant | BNM - Drinks | $ | 11.72 |
| 2/20/2007 | Agora Restaurant | BNM - Lunch | $ | 93.77 |
| 2/20/2007 | Agora Restaurant | BNM - Dinner | $ | 219.53 |
| 2/21/2007 | Agora Restaurant | BNM & DK - Breakfast | $ | 41.72 |
| 2/21/2007 | Agora Restaurant | BNM & Lucia Breakfast | $ | 38.91 |
| 2/28/2007 | Al Forno Restaurant | BNM, DK, GLN, Vomberg, Dorete - Dinner | $ | 567.15 |
| 2/22/2007 | Agora Restaurant | BNM & Lucie - Breakfast | $ | 41.72 |
| 2/22//2007 | Taxi | BNM - Taxi from Westin to Federal Court | $ | 6.00 |
| 2/22/2007 | Eddie & Son Diner | BNM, DK & Borete - Lunch | $ | 32.25 |
| 2/22/2007 | Taxi | BNM - Taxi from Federal Court to Westin | $ | 6.00 |
| 2/28/2007 | Agora Restaurant | BNM & DK - Breakfast | $ | 42.57 |
| 2/23/2007 | Taxi | BNM - Taxi from Westin to Federal Court | $ | 6.00 |
| 2/23/2007 | Eddie & Son Diner | BNM & DK - Lunch | $ | 20.40 |
| 2/28/2007 | Taxi | BNM - Taxi from Federal Court to Westin | $ | 6.00 |
| 2/24/2007 | Agora Restaurant | BNM - Breakfast | $ | 33.08 |
| 2/26/2007 | Agora Restaurant | BNM & DK - Breakfast | $ | 35.24 |
| 2/26/2007 | Wharf Tavern | BNM - Dinner | $ | 27.59 |

| | | | |
|---|---|---|---|
| 2/27/2007 | Block Island Bar & Café | BNM - Breakfast | $ 19.18 |
| 2/27/2007 | Taxi | BNM - Taxi from Westin to Airport | $ 37.00 |
| 2/27/2007 | Tip | Tip | $ 5.00 |
| 2/27/2007 | Laundry | BNM | $ 8.00 |
| 2/20/2007 | Westin Hotel | Room 2/20 thru 2/27/207, internet, laundry and telephone | $ 1,941.50 |
| 2/27/2007 | BNM | Mileage Reimbursement from SC airport to home | $ 14.55 |
| 2/28/2007 | Westlaw | On-line Research - February 2007 | $ 1,197.34 |
| 2/28/2007 | Copy Company | Copies - February 2007 | $ 618.00 |
| 2/28/2007 | Verizon | BNM long distnce phone calls - February | $ 384.20 |
| 2/20/2007 | FedEx | Delivery of documents from SC to RI for Trial | $ 112.60 |
| 2/20/2007 | FedEx | Delivery of documents from SC to RI for Trial | $ 106.80 |
| 2/20/2007 | FedEx | Delivery of documents from SC to Dr. Weintrob, NYC | $ 42.49 |
| 2/21/2007 | FedEx | Additional files sent to RI for trial | $ 49.17 |
| 2/22/2007 | FedEx | Additional files sent to RI for trial | $ 49.17 |
| 2/23/2007 | FedEx | Additional files sent to RI for trial | $ 73.21 |
| 3/5/2007 | FedEx | Additional files sent to RI for trial | $ 51.16 |
| 3/2/2007 | Kinko's | Shipping boxes | $ 13.12 |
| 3/0/07 | Erika B. Matt, J.D. | In-office translation of part of psychological evaluaiton & documents | $ 3,937.00 |
| 3/15/2007 | Airport Taxi | BNM - Taxi from Airport | $ 38.00 |
| 3/15/2007 | Tips | BNM - tips | $ 5.00 |
| 3/5/2007 | Windows Counter | BNM - Breakfast | $ 11.00 |
| 3/5/2007 | Agora Restaurant | BNM - Lunch | $ 71.02 |
| 3/6/2007 | Taxi | BNM Taxi to Federal Court | $ 8.00 |
| 3/6/2007 | Tips | BNM - tip | $ 5.00 |
| 3/6/2007 | Agora Restaurant | BNM - Breakfast | $ 28.34 |
| 3/7/2007 | Taxi | BNM - Taxi to Federal Court | $ 8.00 |
| 3/7/2007 | Westin Hotel | BNM - In room dining - breakfast | $ 21.11 |
| 3/7/2007 | Tyler Point Grille | BNM - Dinner | $ 67.35 |
| 3/7/2007 | Taxi | BNM - Taxi from Federal Court to Westin | $ 8.00 |
| 3/7/2007 | Tips | BNM - tip | $ 5.00 |
| 3/8/2007 | Taxi | BNM - Taxi to Federal Court | $ 8.00 |
| 3/8/2007 | Hotel | BNM - Room Tip | $ 20.00 |
| 3/8/2007 | Taxi | BNM - Taxi to Airport | $ 35.00 |
| 3/15/2007 | Westin Hotel | BNM - Room from 3/5 thru 3/8/2007 | $ 943.22 |
| 3/5/2007 | BNM | Mileage Reimbursement to SC Airport | $ 14.35 |
| 3/15/2007 | BNM | Mileage Reimbursement from SC airport to home | $ 14.55 |
| 3/5/2007 | FedEx | Additional files sent to RI for trial | $ 109.28 |

| | | | | |
|---|---|---|---|---|
| 3/5/2007 | FedEx | Additional files sent to RI for trial | $ | 128.84 |
| 3/23/2007 | Verizon | BNM - Telephone charges for March 2007 | $ | 384.03 |
| 2/27/2007 | Cibo Bistro | BNM - Lunch | $ | 36.33 |
| 3/15/2007 | Taxi | BNM - Taxi to Westin Hotel | $ | 33.00 |
| 3/15/2007 | Agora Restaurant | BNM - Dinner | $ | 118.82 |
| 3/15/2007 | Westin Hotel | BNM - Hotel /Telephone/ internet | $ | 403.86 |
| 3/15/2007 | BNM | Tips | $ | 10.00 |
| 3/16/2007 | Agora Restaurant | BNM - Breakfast | $ | 38.40 |
| 3/16/2007 | Taxi | BNM - Taxi to Airport | $ | 33.00 |
| 3/16/2007 | Biltmore Hotel | BNM - Hotel for cancelled flight | $ | 247.62 |
| 3/16/2007 | McCormick & Schmick | BNM - Dinner | $ | 88.20 |
| 3/16/2007 | Hertz | BNM - Car rental to hotel and return | $ | 80.61 |
| 3/16/2007 | BNM | Tips | $ | 20.00 |
| 3/17/2007 | McCormick & Schmick | BNM - Breakfast | $ | 19.36 |
| 3/17/2007 | Metro - North Railroad | BNM - Train from RI to NYC | $ | 14.00 |
| 3/17/2007 | Restaurant | BNM - Lunch | $ | 15.00 |
| 3/17/2007 | Taxi | BNM - Taxi | $ | 8.00 |
| 3/17/2007 | Triomphe Restaruant | BNM, Weintrob - Dinner | $ | 225.35 |
| 3/17/2007 | Tips | Tips | $ | 10.00 |
| 3/18/2007 | Taxi | BNM - taxi to Weintrob's | $ | 10.50 |
| 3/18/2007 | Taxi | BNM - Taxi to hotel | $ | 15.00 |
| 3/18/2007 | Taxi | BNM - Taxi to lawyer's office | $ | 11.70 |
| 3/18/2007 | Marseille Restaurant | BNM - Lunch | $ | 47.83 |
| 3/18/2007 | Taxi | BNM - Taxi back to hotel | $ | 15.00 |
| 3/19/2007 | Taxi | BNM - Taxi to lunch with Weintrob | $ | 4.50 |
| 3/19/2007 | Jean Georges Restaurant | BNM & Weintrob Lunch | $ | 100.63 |
| 3/19/2007 | Taxi | BNM - Taxi to deposition | $ | 7.90 |
| 3/19/2007 | Taxi | BNM - Taxi to hotel | $ | 15.00 |
| 3/19/2007 | B.B. King Club Restaurant | BNM - Dinner | $ | 33.30 |
| 3/19/2007 | Pax Wholefoods | BNM - Water | $ | 2.56 |
| 3/19/2007 | BNM | Tips | $ | 10.00 |
| 3/17/2007 | Westin NY @ Times Square | BNM - room from 3/17 thru 3/20/07 | $ | 1,472.47 |
| 3/20/2007 | BNM | Tips | $ | 20.00 |
| 3/20/2007 | Taxi | BNM - Taxi to Airport | $ | 31.30 |
| 3/20/2007 | Cibo Bistro | BNM - Lunch at Airport | $ | 38.59 |
| 3/15/2007 | BNM | Mileage Reimbursment to SC Airport | $ | 14.55 |
| 3/20/2007 | BNM | Mileage Reimbursment return from SC Airport | $ | 14.35 |

| | | | | |
|---|---|---|---|---|
| 3/15/2007 | FedEx | Documents sent to RI for continuation of Hearing | $ | 117.83 |
| 3/12/2007 | Erika B. Matt, J.D. | Translation | $ | 118.04 |
| 2/15/2007 | Selent Language Services | Translations of German Legal Documents | $ | 1,620.00 |
| 3/5/2007 | Priceline / US Airways | BNM - One way to RI | $ | 451.80 |
| 3/8/2007 | US Airways | BNM - One way return to SC | $ | 456.30 |
| 3/15/2007 | Priceline / US Airways | BNM - Roundtrip RI / SC | $ | 961.60 |
| 3/27/2007 | Priceline / US Airways | BNM - Roundtrip RI / SC | $ | 689.59 |
| 3/30/2007 | Copy Company | Copies - March 2007 | $ | 459.20 |
| 3/30/2007 | Westlaw | On-line Research - March 2007 | $ | 189.15 |
| 3/27/2007 | Taxi | BNM - Taxi from Airport to Westin | $ | 35.00 |
| 3/27/2007 | Westin Hotel | BNM - Room Charges | $ | 270.07 |
| 3/28/2007 | McCormick & Schmick | BNM - Breakfast | $ | 19.36 |
| 3/28/2007 | Taxi | BNM - Taxi to hearing | $ | 6.00 |
| 3/28/2007 | Agora Restaurant | BNM - Lunch | $ | 130.99 |
| 3/28/2007 | Taxi | BNM - Taxi to Airport | $ | 35.00 |
| 3/28/2007 | BNM | Water | $ | 2.69 |
| 3/27/2007 | BNM | Mileage Reimbursement to SC Airport | $ | 14.55 |
| 3/28/2007 | BNM | Mileage Reimbursement from SC airport to home | $ | 14.55 |
| | | **TOTAL COSTS:** | **$** | **33,721.85** |