04/04/2007 BNM

Bradford Neal Martin & Associates, PA
Post Office Box 10410
Greenville, South Carolina 29603
(864) 552-9990
FIN: 20-4009277

Dominik Kufner
Kufner Textiles, Inc.
ATTN: Helene Cardinal
80 Lindsay Avenue
Dorval, Quebec H9P2T8

Client #: G-KUFTEX
File #: 05-G905
As of Date: 01/31/2007
Invoice #: 906364

RE: Dominik Kufner
Personal & Confidential

---

**REGULAR ACCOUNT ACTIVITY**

**SERVICES RENDERED**

| DATE | TKPR | DESCRIPTION OF SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/26/2007 | BNM | C- Conference with Dominik Kufner regarding possible illegal removal of children by Tina, call to Providence, RI regarding investigator. | 1.000 | |
| 01/26/2007 | BNM | C- Conference with Dominik regarding potential kidnapping of children; conferences with Rhode Island private investigator; Chris Stenburg; attempted calls to NY attorneys and investigators; attempted calls to RI attorneys. | 0.250 | |
| 01/27/2007 | BNM | C- Review of fax; conference with Dominik regarding status; call to RI investigator. | 1.000 | |
| 01/27/2007 | BNM | Continued work on Hague Convention issues. | 2.000 | |
| 01/29/2007 | BNM | D- Work on Hague Convention issues. | 1.500 | |
| 01/29/2007 | BNM | C- Conference with Dominik Kufner; conference with NY attorney; conference with Providence attorneys. | 1.750 | |
| 01/29/2007 | BNM | C- Conference with Immigration officials; conference with Dominik; conference with Private Investigator in RI; continued review of procedures. | 5.000 | |
| 01/30/2007 | BNM | C- Conference with Dominik regarding location of Tina; review of emails regarding NY attorney; calls to private investigator and attorney in RI. | 5.500 | |

| | | | | |
|---|---|---|---|---|
| 01/30/2007 | BNM | D- Preparation of Petition. | 2.000 | |
| 01/30/2007 | BNM | C- Conference with Dominik and Chuck T. regarding child removal issues. | 3.000 | |
| 01/31/2007 | JSF | Analysis of research issues with BNM; research regarding whether physical presence of father at hearing is advisable; draft written research report to BNM; review affidavit of Mr. Kufner and petition to court; review research of similar federal cases. | 4.500 | |
| 01/31/2007 | BNM | C- Conference with Dominik, Chuck, and Chris regarding Petition, Affidavit, and TRO; preparation of affidavit of Dominik; continued work with German attorney, Dominik, Charles T., Chris S., and review of case law. | 9.500 | |
| | | **TOTAL SERVICES RENDERED:** | 37.000 | $10,650.00 |

**TIMEKEEPER SUMMARY:**

| | | | | | |
|---|---|---|---|---|---|
| BNM | - Bradford N. Martin, PI | 32.500 HRS | @ $ 300.00/HR = | 9,750.00 |
| JSF | - Johanna S. Fowler | 4.500 HRS | @ $ 200.00/HR = | 900 00 |
| | **Totals** | 37.000 | | $10,650.00 |

**COSTS ADVANCED**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24/2007 | Wire Fee - Regions Bank | 15.00 |
| 01/29/2007 | Accurint search for Tina Melo. | 1.50 |
| 01/31/2007 | Copies - January 2007 (139 copies @ .20 each) | 27.80 |
| 01/31/2007 | Westlaw online research - January 2007 | 20.08 |
| | **TOTAL COSTS ADVANCED:** | $64.38 |

**PAYMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/24/2007 | Payment Received - Thank You | 1,387.70 |
| | **TOTAL PAYMENTS RECEIVED:** | $1,387.70 |

Kufner Textiles, Inc.
File #: 05-G905

Page#: 3
Invoice #: 906364

| | |
|---|---|
| **PREVIOUS BALANCE:** | 1,387.70 |
| **CURRENT CHARGES:** | 10,714.38 |
| **LESS PAYMENTS:** | 1,387.70 |
| **TOTAL AMOUNT DUE:** | $10,714.38 |

C-Conf CA-Ct Appear D-Draft ID-Invest/Discov IOC-Ofc Conf LT-Ltr to R-Research RR-Receive/Review T-Trial O-Other TC-Tele Conf TP-Trial Prep BNM-Bradford N. Martin LWHT-Laura W.H. Teer LEC-Lora E. Collins PAR-Paralegal LC-Law Clk