✓

.4/2007 BNM

Bradford Neal Martin & Associates, PA
Post Office Box 10410
Greenville, South Carolina 29603
(864) 552-9990
FIN: 20-4009277

Dominik Kufner
Kufner Textiles, Inc.
ATTN: Helene Cardinal
80 Lindsay Avenue
Dorval, Quebec H9P2T8

Client #: G-KUFTEX
File #: 05-G905
As of Date: 02/28/2007
Invoice #: 906466

RE: Dominik Kufner
Personal & Confidential

---

**REGULAR ACCOUNT ACTIVITY**

**SERVICES RENDERED**

| DATE | TKPR | DESCRIPTION OF SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/2007 | JSF | RR- Review and respond to emails from BNM regarding federal court case law under Hague Convention. | 0.500 | |
| 02/01/2007 | BNM | C- Extended conferences with Rhode Island attorneys, German attorney, and Dominik Kufner regarding facts of previous actions in Germany; review of documents in previous cases; work with translator in Greenville; conference with Tanja Kufner regarding status. | 10.000 | |
| 02/02/2007 | JSF | Analysis of research issues with BNM regarding expedited hearing on petition; research national case law regarding same; draft memorandum of law and facts for BNM in preparation for status conference and request for expediting hearing with Judge on Monday; receipt and review of affidavits, German documents, photographs, correspondence and court filings from BNM. | 8.500 | |
| 02/02/2007 | BNM | RR- Review of documents from Germany; review of relevant case law; work on Petition for Wrongful Removal. | 2.500 | |
| 02/02/2007 | BNM | Final work on affidavit; several conferences with Dominik Kufner, Charles Tamulevitz, Chris Hultguist and Andrea Walther; conference regarding contract from Tina's attorney; review of state court orders; review of Motions and memos filed by Tina's attorney; review of Tina's affidavit; conferences with Dominik regarding all new issues. | 7.000 | |

| | | |
|---|---|---|
| 02/02/2007 BNM | C- Conferences from home with Dominik Kufner. | 1.000 |
| 02/03/2007 JSF | RR- Receipt and review of file materials from BNM. | 1.500 |
| 02/03/2007 BNM | Conference with Dominik Kufner from home regarding strategy; begin work on Memorandum in Support of Emergency Order granting a Warrant, need for Expedited Hearing, and in Opposition to Motion to Modify the Court's Order; continued work with translator; continued review of case law and factual evidence. | 13.500 |
| 02/03/2007 GGM | Conference with Dominik Kufner from home regarding strategy; begin work on Memorandum in Support of Emergency granting of Warrant, need for Expedited Hearing, and in Opposition to Motion to Modify the Court's Order; continued work with translator; continued review of case law and factual evidence. | 13.500 |
| 02/04/2007 JSF | RR- Continue review of German and U.S. documentation, file materials, and reports regarding Hague Convention and abduction of children; review research materials and memorandum regarding expediting hearing. | 3.000 |
| 02/04/2007 BNM | D- Final work and research in opposition to Motion to Modify; work on Memorandum in Support of Warrant in leiu of Writ of Habeus Corpus; final work on Memorandum in Support for an Expedited Hearing. | 5.000 |
| 02/04/2007 BNM | Travel to Providence, RI. | 6.500 |
| 02/04/2007 BNM | RR- Final review of brief and forward to Providence attorneys. | 2.000 |
| 02/04/2007 BNM | Prepraration for hearing before Judge Smith. | 1.500 |
| 02/04/2007 GGM | D- Final work and research in opposition to Motion to Modify; work on Memorandum in Support of Warrant in leiu of Writ of Habeus Corpus; final work on Memorandum in Support for an Expedited Hearing. | 5.000 |
| 02/04/2007 GGM | RR- Final review of brief and forward to Providence attorneys. | 2.000 |

| | | |
|---|---|---|
| 02/05/2007 BNM | Preparation for hearing; travel to attorney's office; work with Charles Tamulevitz; revisions to memorandum; conferences with Dominik and Andrea Walther; travel to Federal Court and argument of motions before Judge Smith. | 7.500 |
| 02/05/2007 BNM | C- Conferences with Dominik, Chuck Tamulevitz, and Chris. | 3.000 |
| 02/05/2007 BNM | RR- Review of all evidence from Germany and conference with Dominik in preparation for hearing. | 2.000 |
| 02/05/2007 KSB | Preparation of all Kufner Documents for shipment via FedEx to RI. | 0.600 |
| 02/05/2007 LWHT | IOC- Conference with Brad Martin regarding documents needed for hearing. | 0.300 |
| 02/06/2007 BNM | Preparation for trial with Chuck T., Dominik, and Chris, and organization of research and factual evidence; review in response to Motion for Continuance; preparation for and conducting hearing on Motion for Continance before Judge Smith. | 12.500 |
| 02/07/2007 JSF | Conference with BNM in Rhode Island; research regarding whether federal rules of evidence apply to expedited hearing tomorrow; draft research report and email to BNM in Rhode Island; additional research on the issue per BNM's request; conferences with Westlaw research librarians for assistance with exhaustive research; report to BNM regarding findings. | 6.500 |
| 02/07/2007 BNM | Continued preparation for depositions, presentation of case; meetings with Dominik, Chuck T. and Chris; review of incoming documents from German courts, psychologist, and Department of Youth and Family; preparation of Lucia Lucas for deposition; meeting with Tapani Hanninen, Andrea Walther, and Tanja Kufner. | 16.500 |
| 02/08/2007 JSF | Conference with BNM regarding best lawyer in America for Hague disputes; research legal resources and databases to find top-notch Hague Convention lawyer; report findings to BNM; research regarding federal rules don't apply to hearing; extended conference with BNM regarding De Bene Esse video depositions and upcoming | 6.750 |

| | | |
|---|---|---|
| | hearing; fax information to BNM in Providence regarding lawyers in N.J. and Boston with expertise in Hague matters; research regarding whether FRCiv. Procedure apply to Hague hearings; research regarding procedures for depositions in Germany. | |
| 02/08/2007 BNM | Continued preparation of Lucia Lucas for deposition; continued review of German court documents, psychological documents, and Department of Youth and Family documents; preparation of Tapani for deposition; conducting depositions of Lucia Lucas and Tapani. | 13.500 |
| 02/09/2007 JSF | R- Research regarding whether Federal Rules of Civil Procedure apply in Hague Convention proceedings; conclusion that they likely would apply; report same to BNM. | 1.500 |
| 02/09/2007 BNM | Preparation of Charles Lucci and Tonja Kufner for deposition; attendance at deposition of Andrea Walther; conducting depositions of Chuck Lucci and Tonja Kufner; continued work on case preparation. | 13.500 |
| 02/10/2007 BNM | Meeting with Dominik Kufner and conference with Chuck I. regarding strategy, game plan, and further things to do in preparation for trial; continued review of incoming German documents; review of case law relating to the admissability of evidence in a Hague Convention case. | 3.500 |
| 02/10/2007 BNM | Return to Greenville. | 7.000 |
| 02/11/2007 BNM | C- Conference call with Dominik regarding status of case and to do list. | 1.000 |
| 02/11/2007 BNM | C- Conference with Dominik and Chuck I. regarding status and strategy. | 1.000 |
| 02/12/2007 JSF | C- Conf with BNM regarding trip to Munich and research issues needing answers; work on designations of trial materials from deposition transcripts. | 1.000 |
| 02/12/2007 BNM | Work on evidence presentation; deposition preparation for Germany; conferences with Dominik, Chuck I. and Jerry Nissenbaum. | 9.500 |

| | | |
|---|---|---|
| 02/13/2007 JSF | R- Research regarding Hilton House website per BNM for information needed for trial; research regarding whether Res Judicata is applicable to Rhode Island hearings; research whether federal rules apply; research attorney-client privilege issues; receipt, print and review deposition transcripts to work on trial designations; draft written research reports of findings and email to BNM. | 6.500 |
| 02/13/2007 BNM | C- Conference with Dominik regarding Nissenbaum's recommendations; continued review of evidentiary issues; review of legal issues; conference regarding potential settlement with Dominik Kufner; participation in status conference with Judge Smith; conference with Jerry Nissenbaum, Chuck T., and Dominik regarding plan of attack; plan for trip to Germany; conference with Carlene Campbell regarding transcribing videos. | 11.000 |
| 02/13/2007 BNM | C- Conference with Dominik regarding strategy. | 1.000 |
| 02/13/2007 WMF | TP- Preparations for trial; begin the translation work of the files being forwarded by Dominik and the German attorney. | 2.000 |
| 02/14/2007 JSF | R- Research regarding federal rules question; draft memorandum to Judge arguing that federal rules do not apply to expedited hearing under the Hague Convention; review depositions of Tapani Hanninen, Charles Lucci and Lucie Lucas and designate sections for use at trial. | 4.750 |
| 02/14/2007 BNM | Review of Chapter 4 of International Family Abduction cases by Linda Gardner and Patrick Ratohhoff; review of emails from Jerry Nissenbaum, work on locating expert in German law in America; work on translator; conference with Dominik regarding German affidavits; conference with Dominik regarding translators; call to Jerry Nissenbaum regarding German statutory argument; review of International forum on Parental Child Abduction; conference with Chuck, Chris, and Dominik regarding violation, mediation, and document | 10.000 |

| | | | |
|---|---|---|---|
| | | production. | |
| 02/14/2007 | WMF | Work on expert witnesses for child psychologist and German Family Law. | 4.000 |
| 02/14/2007 | KSB | LT- Ltr. To Judge Smith concerning "Grave Risk" Defense. CC to Barry Pollock, Esquire; Sharon O'Keefe; Gerald Nissenbaum. | 0.400 |
| 02/14/2007 | KSB | Produce and prepare depositions (x5) to ship via FedEx to G. Nissenbaum and Chuck Tamuleviz. | 1.800 |
| 02/15/2007 | JSF | D- Work on review and designations of depositions of Walther, Tanja, Hanninen, Lucci and Lucas; conferences with LWHT regarding trial preparation details and assignments; finalize brief regarding federal rules of evidence and forward to BNM for review; research regarding waiver of attorney client privilege by Tina Kufner's abandonment of documents at home in Germany. | 6.250 |
| 02/15/2007 | BNM | RR- Begin review of depositions for designation purposes; continued work on translations; conference with Dominik regarding letter to German Department of Youth; conference with Jerry and Dominik regarding several issues; review of Dr. Gross' affidavit and comments regarding revisions; review of Dr. Felkel's video; review of Lwona Kaleta's video. | 4.000 |
| 02/15/2007 | BNM | RR- Continued review of evidence for hearing; revision of evidence memorandum; conference with Jerry and revision of Dr. Gross' affidavit. | 2.500 |
| 02/15/2007 | BNM | C- Status conference with Dominik. | 1.000 |
| 02/15/2007 | WMF | Translations and expert witness screeing - set up meeting with Brad for Dr. Weintrob (For Friday - Telephone Conference). | 5.000 |
| 02/15/2007 | KSB | LT- Forward communication and Pleadings to G. Nissanbaum via e-mail. | 0.500 |
| 02/15/2007 | LWHT | D- Review of Rhode Island Local Federal Rules; Designation of 13(b) witness; designation of portions of Walthers' deposition for the court | 4.000 |

| | | |
|---|---|---|
| 02/16/2007 JSF | R- Research regarding attorney-client privilege in terms of documents abandoned by Tina Kufner. | 0.500 |
| 02/16/2007 BNM | Preparation for deposition of Alexandra Kain; continued review of translated documents; conference with Dominik regarding German filings. | 2.000 |
| 02/16/2007 BNM | Conference with Jerry N. and Pollack's office regarding no show for deposition of Kain; continued review of translations; continued review of documents to use at trial; conference with Chuck, Jerry, Chris, and Dominik regarding meeting with Court appointed GAL; serach for child psychologist. | 7.500 |
| 02/16/2007 BNM | C- Conference with Dominik. | 1.500 |
| 02/16/2007 WMF | IP- Kufner translations and document preparation for trial in Rhode Island. | 6.000 |
| 02/17/2007 BNM | RR- Review of incoming emails; review of new translations; calls to Dr. Weintrob; blocking of Dominik's testimony; conferences with Dominik regarding strategy. | 3.500 |
| 02/17/2007 BNM | C- Conference with Alex Weintrob regarding underlying facts; conference with Dominik regarding same. | 2.500 |
| 02/18/2007 JSF | R- Research to find cases for memorandum of law on issue of abandonment of document by Tina waives attorney client privilege; emails to BNM regarding status of research; draft memorandum of law to court regarding same. | 2.000 |
| 02/18/2007 BNM | Work with Dr. Weintrob; review of all emails. | 4.500 |
| 02/18/2007 BNM | C- Conference with Dominik regarding psychiatrist. | 1.000 |
| 02/19/2007 WMF | TP- Continued work on translations of German documents and continued document preparation for trial; assisted Brad in preparation for trip. | 10.000 |
| 02/19/2007 JSF | D- Draft memorandum of law regarding attorney client privilege waived by abandonment of documents; forward memorandum of law to BNM for review; review file materials and research for same; review email with suggested revisions from Mr. Nissenbaum; revise draft of Memorandum per Mr. | 4.500 |

| | | | |
|---|---|---|---|
| | | Nissenbaum and forward revised draft to team for review. | |
| 02/19/2007 | KSB | C- Meeting with BNM to prepare for RI trip. | 0.400 |
| 02/19/2007 | KSB | Sort all documents and translations for RI trip. Index and organize for easy retrieval of Clients Documents, Correspondence, Research, Attorney Notes, and Pleadings. | 3.900 |
| 02/19/2007 | KSB | Preparation of documents for shipment via FedEx to RI (two boxes). | 0.300 |
| 02/19/2007 | KSB | Type translation of "Operation of Matthias Kufner" | 0.800 |
| 02/19/2007 | KSB | LT- Ltr. To Expert Dr. Weintrob listing various documents being sent to him via e-mail and FedEx. Print and prepare documents for shipment. | 0.600 |
| 02/19/2007 | KSB | LT- Sort BNM e-mails sent to Expert Weintrob. Print all documents sent to Expert by BNM, name documents. Ltr. To Weintrob listing all documents sent by BNM for review. Ltr. and documents sent via e-mail and FedEx. | 1.600 |
| 02/19/2007 | LWHT | D- Preparation of block testimony for Dominik Kufner-review of orders, affidavits, and final psychologist report to include information in testimony | 7.200 |
| 02/19/2007 | BNM | TP- Continued preparation for Dominik's direct examination; review of overnight and early morning e-mails; careful review of Return to Dominik's Petition filed by Tina in German Court saying she is on "vacation"; conference with Jerry and Dominik regarding implications; review of revised chronology; conference with Dr. Weintrob regarding opinion; work on trial preparation. | 12.000 |
| 02/20/2007 | WMF | TP- Continued work on translations of German documents. | 7.000 |
| 02/20/2007 | JSF | RR- Review SC Law Review article regarding abandonment of documents waiving attorney privilege. | 1.000 |
| 02/20/2007 | LWHT | Revisions and additions to Dominik Kufner's testimony | 3.500 |

Kufner Textiles, Inc.
File #: 05-G905



| | | | |
|---|---|---|---|
| 02/20/2007 | BNM | Travel to Providence, RI. | 6.000 |
| 02/20/2007 | BNM | TP- Work on Dominik Kufner's testimony; preparation for telephone hearing before Judge Smith. | 4.000 |
| 02/20/2007 | BNM | CA- Participate in hearing with Judge Smith, work on German court documents. | 3.000 |
| 02/20/2007 | BNM | TP- Work on Dominik Kufner's testimony, work on psychiatrist's testimony. | 3.000 |
| 02/21/2007 | WMF | TP- Continued work on translations of German documents. | 7.000 |
| 02/21/2007 | LWHT | Continued revisions to Dominik's testimony | 0.800 |
| 02/21/2007 | LWHT | Preparation of exhibits for trial | 4.000 |
| 02/21/2007 | LWHT | Contiued preparation of documents for trial | 0.600 |
| 02/21/2007 | BNM | TP- Cont. work on psychiatric expert testimony; cont. work on Dominik Kufner's testimony; preparation for trial; meeting with Mr. Vomberg; meeting with Jerry Nissenbaum. | 14.000 |
| 02/22/2007 | WMF | TP- Continued work on translations of German documents. | 5.000 |
| 02/22/2007 | LWHT | Continued preparation of documents for trial | 2.250 |
| 02/22/2007 | BNM | Trial - First day of trial; preparation of Dorete Lucci for testifying; cont. work on documents. | 15.000 |
| 02/23/2007 | WMF | TP- Continued work on translations of German documents. | 4.000 |
| 02/23/2007 | BNM | Trial - Second day of trial; attendance at mediation; preparation for next week's witnesses. | 12.500 |
| 02/24/2007 | BNM | TP- Travel to Boston and continue trial prep with Dominik and Jerry Nissenbaum; work on cross-examination of Tina Kufner. | 14.000 |
| 02/25/2007 | BNM | TP- Completion of work on Tina Kufner's cross-examination; continued work on documents; return travel to Providence. | 12.000 |
| 02/26/2007 | JSF | C- Communication to Kayla regarding status of Trial. | 0.250 |
| 02/26/2007 | LWHT | Preparation of materials for Dr. Jenny including research on Dr. Jenny's CV review of articles she has written and background materials | 6.000 |

| | | | |
|---|---|---|---|
| 02/26/2007 BNM | Trial - Preparation for and attendance at third day of trial. | 9.000 | |
| 02/26/2007 WMF | TP- Work on German translations; prep exhibit books; breakdown German court documents. | 7.000 | |
| 02/27/2007 LWHT | Research on Dr. Jenny; review of e-mail from Dominik regarding conference call; draft affidavit for Dominik | 4.100 | |
| 02/27/2007 LWHT | Conference with Brad Martin regarding steps to be taken for continued litigation; conference call with Dominik and Jerry Nissanbaum; information for Dr. Jenny including deposition excerpts of Charles Lucci, Iwona Kolata, and Dr. Felkel. | 6.800 | |
| 02/27/2007 BNM | IP- Work on report to GAL; continued work on trial documents; return travel to Greenville. | 7.000 | |
| 02/27/2007 WMF | TP- Work on preparation of documents for photos/cultural differences/and matching German Court documents for missing 11 exhibits. | 6.500 | |
| 02/28/2007 SRM | TP- Review deposition of Lucie Lucas and pull out excerpts for Dr. Jenny to review. | 0.600 | |
| 02/28/2007 BNM | TP- Preparation for trial - review of to do list; review of Dominik's affidavit; review of what to send to the GAL; conference call with Jerry and Dominik; review of Dr. Jerry's background; review of Westlaw; review of C.V. | 8.500 | |
| 02/28/2007 WMF | TP- Break down exhibits returned from Rhode Island and continued preparation for trial next week. | 7.000 | |
| | **TOTAL SERVICES RENDERED:** | 508.550 | $132,462.50 |

**TIMEKEEPER SUMMARY:**

| | | | | |
|---|---|---|---|---|
| BNM | - Bradford N. Martin, PI | 311.500 HRS | @ $ 300.00/HR = | 93,450.00 |
| GGM | - Gwendoyn G Martin, Attorney | 20.500 HRS | @ $ 250.00/HR = | 5,125.00 |
| JSF | - Johanna S. Fowler | 55.000 HRS | @ $ 250.00/HR = | 13,750.00 |
| KSB | - Kayla Seaborn-Baldwin, Paralegal | 10.900 HRS | @ $ 125.00/HR = | 1,362.50 |
| LWHI | - Laura Ieer, Attorney | 39.550 HRS | @ $ 250.00/HR = | 9,887.50 |
| SRM | - Sarah R Meszaros, Paralegal | 0.600 HRS | @ $ 125.00/HR = | 75.00 |
| WMF | - William M Fugel, Paralegal | 70.500 HRS | @ $ 125.00/HR = | 8,812.50 |
| | **Totals** | 508.550 | | $132,462.50 |

**COSTS ADVANCED**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/12/2007 | Dennis Brehme - 2/7/07 - Urgent German to English translation of a letter (1334 translated words x $0 18 per translated word) # 1710 | 240.12 |
| 02/12/2007 | Montage Media Productions - 2/8/07 - Videography services for depositions of Lucie Lucas & Tapani Hanninen (3 hours + 2 DVD copies) # 1712 | 560.00 |
| 02/12/2007 | Federal Express Corporation - Federal Express - 1/31/07 - Documents sent from BNM to Charles Tamuleviz # 1708 | 21.35 |
| 02/13/2007 | Bradford N. Martin - 2/6/07 - In Room Dining # 1716 | 26.07 |
| 02/13/2007 | Bradford N. Martin - 2/6/07 - Taxi to Attorney's office # 1716 | 6.00 |
| 02/13/2007 | Bradford N. Martin - 2/4/07 - US Airways - roundtrip flight from SC to Providence, RI # 1716 | 669.60 |
| 02/13/2007 | Bradford N Martin - 2/4/07 - 2/10/07 - Westin Hotel, Providence, RI - Hotel, Internet, Laundry, Telephone # 1716 | 1,827.97 |
| 02/13/2007 | Bradford N. Martin - 2/4/07 - Breakfast - BNM # 1716 | 6.00 |
| 02/13/2007 | Bradford N. Martin - 2/4/07 - Concourse Snack bar - Lunch # 1716 | 3.19 |
| 02/13/2007 | Bradford N. Martin - 2/4/07 - Quizno's - Dinner # 1716 | 7.35 |
| 02/13/2007 | Bradford N. Martin - 2/4/07 - Airport Taxi # 1716 | 30.00 |
| 02/13/2007 | Bradford N. Martin - 2/5/07 - Ihe Capital Grill - Lunch # 1716 | 83.67 |
| 02/13/2007 | Bradford N. Martin - 2/5/07 - In Room Dining - Dinner # 1716 | 29.80 |
| 02/13/2007 | Bradford N. Martin - 2/5/07 - Taxi to attorney's office # 1716 | 6.00 |
| 02/13/2007 | Bradford N. Martin - 2/7/07 - Agora - Breakfast # 1716 | 24.88 |
| 02/13/2007 | Bradford N. Martin - 2/7/07 - Agora - Lunch # 1716 | 51.36 |
| 02/13/2007 | Bradford N. Martin - 2/7/07 - Napa Valley Grille - Dinner (BNM, DK, Lucia) # 1716 | 280.03 |

Kufner Textiles, Inc.
File #: 05-G905



| | | |
|---|---|---|
| 02/13/2007 | Bradford N. Martin - 2/7/07 - Taxi to attorney's office # 1716 | 6.00 |
| 02/13/2007 | Bradford N. Martin - 2/8/07 - In Room Dining - Breakfast (BNM & Lucia) # 1716 | 56.17 |
| 02/13/2007 | Bradford N. Martin - 2/8/07 - Agora - Lunch # 1716 | 141.26 |
| 02/13/2007 | Bradford N. Martin - 2/8/07 - Taxi to Attorney's office # 1716 | 6.00 |
| 02/13/2007 | Bradford N. Martin - 2/9/07 - Taxi to Attorney's office # 1716 | 6.00 |
| 02/13/2007 | Bradford N. Martin - 2/10/07 - The Wharf Tavern - Lunch # 1716 | 37.66 |
| 02/13/2007 | Bradford N. Martin - 2/10/07 - PF Changs - Dinner # 1716 | 17.01 |
| 02/13/2007 | Bradford N. Martin - 2/10/07 - Water # 1716 | 2.69 |
| 02/13/2007 | Bradford N. Martin - 2/10/07 - Airport Taxi # 1716 | 33.00 |
| 02/13/2007 | Bradford N. Martin - 2/10/07 - Airport parking at GSP (Greenville, SC) # 1716 | 65.00 |
| 02/16/2007 | Argyle Multimedia - Non-Linear/Digital Editing: DVD to audio cassette conversion/recording - depositions of Dr. Volkl and Iwona Kalota # 1722 | 225.00 |
| 02/16/2007 | Montage Media Productions - 2/9/07 - Deposition of Andrea Walther, Charles Lucci, and Tanja Kufner - Videography Services and copies of DVD's # 1724 | 1,925.00 |
| 02/21/2007 | Bi-Lingual Secretary - 2/19/07 - Translation Services (2 hrs. sorting through documents to determine content and relevance to the case - $35/hr.; translation of scans 1040, 1051, letter # 2, scans 1058 and 1059 - 3,099 words @ .10/word) # 1736 | 379.90 |
| 02/21/2007 | Carolina Legal Copy Service - Copies - 75 Color Laser Copies @ $1.00 each + tax # 1733 | 78.75 |
| 02/21/2007 | Campbell-Hadaway & Associates - 2/13/07 - Preparation fee for trip; processing fee for video CD; transcripts of depositions for Felkel & Kalota # 1734 | 311.00 |

Kufner Textiles, Inc.
File #: 05-G905

Page#: 13
Invoice #: 906466

| | | |
|---|---|---|
| 02/21/2007 | Federal Express Corporation - 2/6/07 - Federal Express Priority Overnight documents to Providence, RI # 1735 | 41.27 ✓ |
| 02/21/2007 | Federal Express Corporation - 2/7/07 - Federal Express Priority Overnight documents to Providence, RI # 1735 | 21.55 ✓ |
| 02/21/2007 | Federal Express Corporation - 2/8/07 - Federal Express Priority Overnight documents to Providence, RI # 1735 | 31.55 ✓ |
| 02/26/2007 | Bi-Lingual Secretary - 2/22/07 - Translation services - Court ruling on temporary custody and reasoning (Total word count: 1,475 words @ .10/word) # 1740 | 147.50 ✓ |
| 02/26/2007 | Bi-Lingual Secretary - 2/23/07 - Translation services - Starting at item II on page 11 until and including item 2. which ends on page 23. (Total word count: 2,682 words @ .10/word) # 1741 | 268.20 ✓ |
| 02/26/2007 | Christa Duncan - 2/2/07 - 2/19/07 - Kufner translations - 24 documents total (27,031 words @ .15/word) # 1743 | 4,054.65 ✓ |
| 02/26/2007 | Federal Express Corporation - 2/14/07 - Federal Express - Kufner documents from Greenville, SC to Providence, RI (Charles Tamulevitz) # 1742 | 37.35 ✓ |
| 02/26/2007 | Federal Express Corporation - 2/14/07 - Federal Express - Kufner documents from Greenville, SC to Boston, MA (Gerald Nissenbaum, Esq.) # 1742 | 37.35 ✓ |
| 02/26/2007 | Federal Express Corporation - 2/15/07 - Federal Express - Kufner documents from Greenville, SC to Providence, RI (Charles Tamulevitz) # 1742 | 21.55 ✓ |
| 02/26/2007 | Federal Express Corporation - 2/15/07 - Federal Express - Kufner documents from Greenville, SC to Boston, MA (Gerald Nissenbaum, Esq.) # 1742 | 21.55 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/10/07 - US Airways - Roundtrip GSP/Providence, RI # 1749 | 579.60 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/16/07 - Valerie Wilson Travel - Travel agent planning trip to Germany/cancelling plans for trip to Germany # 1749 | 450.00 ✓ |

Kufner Textiles, Inc.
File #: 05-G905

Page#: 14
Invoice #: 906466

| | | |
|---|---|---|
| 02/28/2007 | Bradford N. Martin - 2/20/07 - Mileage Reimbursement - BNM - Home to GSP airport (30 mi. @ .485/mi) # 1749 | 14.55 ✓ |
| 02/28/2007 | Bradford N Martin - 2/20/07 - Concourse Snack Bar - Breakfast # 1749 | 12.59 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/20/07 - Water # 1749 | 3.00 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/20/07 - Airport cab to Westin # 1749 | 33.00 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/20/07 - Drinks - Agora # 1749 | 11.72 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/20/07 - Lunch - Agora # 1749 | 93.77 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/20/07 - Dinner - Agora - DK & BNM # 1749 | 219.53 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/21/07 - Breakfast - Agora - DK & BNM # 1749 | 41.72 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/21/07 - Lunch - Agora - Lucie & BNM # 1749 | 38.91 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/21/07 - Dinner - Al Forno - DK, Jerry, Vomberg, Dorete, & BNM # 1749 | 567.15 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/22/07 - Breakfast - Agora - Lucie & BNM # 1749 | 41.72 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/22/07 - Cab from Westin to Fed. Court # 1749 | 6.00 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/22/07 - Lunch - DK, Dorete, & BNM # 1749 | 32.25 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/22/07 - Cab from Fed. Court to Westin # 1749 | 6.00 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/23/07 - Breakfast - Agora - DK & BNM # 1749 | 42.57 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/23/07 - Cab from Westin to Fed. Court # 1749 | 6.00 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/23/07 - Lunch - DK & BNM # 1749 | 20.40 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/23/07 - Cab from Fed. Court to Westin # 1749 | 6.00 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/24/07 - Breakfast - Agora - BNM # 1749 | 33.08 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/26/07 - Breakfast - Agora - DK & BNM # 1749 | 35.24 ✓ |
| 02/28/2007 | Bradford N. Martin - 2/26/07 - Dinner - The Wharf Tavern # 1749 | 27.59 ✓ |

Kufner Textiles, Inc.
File #: 05-G905

Page#: 15
Invoice #: 906466

| | | |
|---|---|---|
| 02/28/2007 | Bradford N. Martin - 2/27/07 - Breakfast - Block Island Bar & Cafe # 1749 | 19.18 |
| 02/28/2007 | Bradford N. Martin - 2/27/07 - Airport cab from Westin to airport # 1749 | 37.00 |
| 02/28/2007 | Bradford N. Martin - 2/27/07 - tips # 1749 | 5.00 |
| 02/28/2007 | Bradford N. Martin - 2/27/07 - Laundry # 1749 | 8.00 |
| 02/28/2007 | Bradford N. Martin - 2/27/07 - Westin Hotel - Hotel, Internet, Laundry, Telephone (2/20/07-2/27/07) # 1749 | 1,941.50 |
| 02/28/2007 | Bradford N. Martin - 2/27/07 - Mileage Reimbursement - BNM - GSP Airport to home (30 mi. @ .485/mi) # 1749 | 14.55 |
| 02/28/2007 | Westlaw online research - February 2007 | 1,197.34 |
| 02/28/2007 | Copies - February 2007 (3090 copies @ .20 each) | 618 00 |
| 02/28/2007 | Long Distance - BNM Verizon - Feb. 2007 | 384.20 |
| | **TOTAL COSTS ADVANCED:** | $18,393.51 |

**PAYMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/26/2007 | Payment Received - Thank You | 10,714.38 |
| | **TOTAL PAYMENTS RECEIVED:** | $10,714.38 |

Kufner Textiles, Inc.
File #: 05-G905

Page#: 16
Invoice #: 906466

| | |
|---|---|
| **PREVIOUS BALANCE:** | 10,714.38 |
| **CURRENT CHARGES:** | 150,856.01 |
| **LESS PAYMENTS:** | 10,714.38 |
| **TOTAL AMOUNT DUE:** | $150,856.01 |

C-Conf CA-Ct Appear D-Draft ID-Invest/Discov IOC-Ofc Conf LT-Ltr to R-Research RR-Receive/Review T-Trial O-Other TC-Tele Conf TP-Trial Prep BNM-Bradford N. Martin LWHT-Laura W.H. Teer LEC-Lora E. Collins PAR-Paralegal LC-Law Clk

✓

**DENNIS BREHME**
**13 Collingwood Drive**
**Greenville, SC 29615**
**Tel & Fax: 864-268-5394**
**Cell: 864-884-0546**
**Social Security # 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**
dentrans@infionline.net

# INVOICE # 3125

Date: February 7, 2007

- Bill to:
  BRADFORD NEIL MARTIN & ASSOCIATES, P.A.
  P.O. Box 10410 (29603)
  75 Beattie Place Suite 910
  Greenville, SC 29601

- Send to:
  Peggy McComb

Your reference: Kufner family court case

Terms: 2 weeks

| Quantity | Description | Total |
|---|---|---|
| 1 | Very urgent German to English translation of a letter, 1334 translated words x $0.18 per translated word | $ 240.12 |

(two hundred and forty dollars and 12/100)

✓

Invoice No. 576-07

*Montage Media Productions*
*41 Lebeouf St. Acushnet, MA 02743*
*(508) 863-2541 - (401) 369-8438*

# INVOICE

**Customer**

Name: Bradford Neal Martin - Bradford Neal & Associates, PA
Address: 75 Beattie Pl STE 910 9th Fl
City: Greenville State: SC ZIP: 29601
Phone: (864) 552-9990 Fax: (864) 552-9992

**Misc**

Date: 2/8/2007
Order No:
Rep:
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Videography Services - Deposition Taping (up to 2hrs)<br>Case: Dominik Kufner v Tina Kufner<br>Witness: Lucie Lucas & Tapani Hanninen | $ 300.00 | $ 300.00 |
| 1 | Additional Hrs | $ 100.00 | $ 100 00 |
| 2 | Tape Stock | $ 15 00 | $ 30 00 |
| 2 | DVD Copy | $ 65.00 | $ 130.00 |

| | |
|---|---|
| SubTotal | $ 560.00 |
| Shipping | $ - |
| Tax Rate(s) | |
| TOTAL | $ 560.00 |

**Payment** Select One

Comments
Name
CC #
Expires

Office Use Only

*Thank You For Your Business*

*1 5 % Interest Due on Payments over 30 Days from Invoice Date*

FedEx

| Invoice Number | Invoice Date |
|---|---|
| 8-674-97127 | Feb 06, 2007 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Jan 31, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.50% to this shipment
- Distance Based Pricing, Zone 5

USAB

| | |
|---|---|
| Tracking ID | 858708718833 |
| Service Type | FedEx Priority Overnight |
| Package Type | FedEx Envelope |
| Zone | 05 |
| Packages | 1 |
| Rated Weight | N/A |
| Delivered | Feb 01, 2007 09:13 |
| Svc Area | A1 |
| Signed By | A.TUFFIELD |
| FedEx Use | 003112127/0000219/_ |

**Sender**
SARAH
BRADFORD NEAL MARTIN & ASSOCIA
75 BEATTIE PL STE 910
GREENVILLE SC 29601-2169 US

**Recipient**
CHARLES A TAMULEVIZ ESQ
TAMULEVIZ HULTQUIST & BIANCHI
144 WESTMINSTER STREET
PROVIDENCE RI 02903 US

| | | |
|---|---|---|
| Transportation Charge | | 19.50 |
| Fuel Surcharge | | 1.85 |
| **Total Charge** | **USD** | **$21.35** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$21.35** |
| **Total FedEx Express** | **USD** | **$21.35** |

**Lots More Miles**



Apply today >>

GET THERE SOONER WITH 25,000 BONUS DIVIDEND MILES

| | | | | | |
|---|---|---|---|---|---|
| 11:25 AM Tue Feb 06 | 2403 | Charlotte NC Canadair Regional Jet | Greenville SC | 12:07 PM Tue Feb 06 | Meal: None Class: Coach |

Flight operated by PSA Airlines

Flight operated by Air Wisconsin doing business as US Airways Express

| 1 Passenger(s) | |
|---|---|
| Fare | $589.76 |
| Taxes & Fees | $79.84 |
| **Grand Total** | **$669.60** |

**Need luggage or travel accessories for your trip?** Visit the Dividend Miles Shopping Mall and earn up to 10 miles per dollar spent!

### Terms and Conditions

- Ticket expires one year from date of issue
- Ticket is non-transferable
- Ticket is non-refundable
- Unused tickets must be cancelled by midnight on the date of departure to retain value.
- Any change to this reservation (including flight, dates, or cities) is subject to a $100.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase

### Travel Tips

- Your electronic ticket has been issued. Neither a paper ticket nor receipt will be sent by U.S. Mail. An electronic receipt has been sent to the e-mail address provided. Please print this itinerary and bring it to the airport when you check-in
- Enhanced security regulations require all passengers to have a boarding pass prior to reaching the security checkpoint. Please arrive at the airport with enough time to check-in and retrieve your boarding pass
- Go to usairways.com for a list of travel tips
- Please take a look at our baggage and carry-on policies before departing for the airport.
- If you are traveling internationally, please review our international travel tips for required documentation and baggage limitations
- Please cancel your reservation if there is a change in your travel plans. Failure to cancel a confirmed booking will result in the automatic cancellation of your entire itinerary.
- Bypass the ticket counter-use Web Check-In. Check-in and print your boarding passes online as early as 24 hours and up to 90 minutes prior to your scheduled departure time-even if you're checking bags. You can also upgrade to first class and change your seat assignment(s). Learn more

### Rules of Carriage

- To view, download or print the full document, visit the Contract of Carriage page

A STAR ALLIANCE MEMBER

We are committed to protecting your privacy. Your information is kept private and confidential
For information about our privacy policy visit usairways.com

Please do not reply to this e-mail, it is not monitored. If you'd like to contact us, please visit our website.
US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2006. All rights reserved.

✓

## Brad Martin

**From:** US Airways [reservations@myusairways com]
**Sent:** Saturday, February 03, 2007 9:01 AM
**To:** Brad Martin
**Subject:** US Airways Travel Confirmation

Please add reservations@myusairways.com to your personal address book to ensure delivery. Please do not reply to this e-mail.

U·S AIRWAYS *Fly with us.* Travel Confirmation



**Save Airport Time:**
- Web Check-In
- Baggage
- International Travel

**Quick Links:**
- Purchase Tickets
- Car Reservations
- Hotel Reservations
- Travel Protection

**Dividend Miles:**
- Join Now
- My Dividend Miles
- Book Award Travel
- Member Benefits
- All About Preferred
- Earn More Miles
- Buy Miles
- US Airways Credit Cards
- Star Alliance
- US Airways Club
- Upgrades

Hilton HHonors Points & Miles

# Travel Confirmation: B42V30

Thank you for flying US Airways Your purchase is now complete and your reservation has been electronically ticketed No paper tickets will be sent For customer assistance please call 800-428-4322

Download your reservation to Outlook   G FEE PD

| CONFIRMATION | B42V30 |
| --- | --- |
| Date Issued | 02/03/07 at 06:38 AM |
| Form of Payment | Visa ************7722 |
| Grand Total | $669.60 |




**Travel Protection**
Access America can help protect you from losing prepaid deposits and paying additional expenses caused by unexpected cancellations or trip interruptions Put your mind at ease - buy your coverage now!

**Passenger Information**

| Party of 1 | Dividend Miles # | Ticket # | Seat # |
| --- | --- | --- | --- |
| BRADFORDN MARTIN | 00003394640 | 40121893148072 | 2C, ** 10D 2A |

5.10 pm 428 CLT 5:54 1D
1060 - 7:36 9:25 1C

**Flight Itinerary**

| Depart | Flight # | From | To | Arrive | Details |
| --- | --- | --- | --- | --- | --- |
| 03:35 PM Sun, Feb 04 | 3960 | Greenville, SC Canadair Regional Jet | Washington DC (Reagan) | 04:55 PM Sun Feb 04 | Meal: None Class: Coach |
| 05:40 PM Sun Feb 04 | 1278 | Washington, DC (Reagan) Boeing 737-300 | Providence RI | 06:54 PM Sun Feb 04 | Meal: None Class: Coach |
| 08:00 AM Tue, Feb 06 | 721 | Providence RI Boeing 757-200 | Charlotte NC | 10:10 AM Tue Feb 06 | Meal: None Class: Coach |

SAT 10
4:30 776 4:30 CLT 643
~~8:34~~ 2573 7:45 GSP 8:31

HMSHOST
QUIZNOS SUBS
CHARLOTTE DOUGLAS INT'L AIRPORT

7193 Daniel

8416 FEB04'07 6:21PM

| | | |
|---|---|---|
| 1 BLACK ANGUS | 8" | 6 79 |
| WHEAT BREAD | | |
| NO CHEDDAR | | |
| NO MOZZARELLA | | |
| NO MUSHROOMS | | |
| SUBTOTAL | | 6.79 |
| TAX | | 0.56 |
| AMOUNT | | 7.35 ✓ |
| Cash | | 20.00 |
| CHANGE | | 12 65 |

THANK YOU, HMSHOST
COMMENTS, CONCERNS OR QUESTIONS?
PLEASE CONTACT 704-359-4316 OR
CLTCUSTOMER@HMSHOST.COM

Your order number is: 8416

MSE Branded Foods ✓
CONCOURSE SNACK BAR

SUN FEBRUARY 4,2007
CHECK #505601-1

| | | |
|---|---|---|
| 1 BTL WATER | | $1 79 |
| 1 M & M | | $1 25 |
| SUB-TOTAL | : | $3 04 |
| FOOD TAX | | $0.15 |
| TOTAL | | $3.19 |

Time: 16:38 1 CUSTOMER

WELCOME TO CONCOURSE
A SNACK BAR

YOU HAVE BEEN SERVED
BY : KYLE # 22

ORDER 063

AIRPORT TAXI, INC.
T.F. GREEN AIRPORT • WARWICK, RI 02886
(401) 737-2868 • WWW.AIRPORTTAXIRI.COM

NAME

DATE 4 Feb 07 FARE $30,00 ✓

DESTINATION Westin

SIGNATURE

DRIVER

Mr Bradford Martin

Po Box 10410
Greenville, SC 29603-0410
United States Passport

1618
314.00
2
143034 A
1
04-FEB-07 21:52
10-FEB-07
VI

| | | | |
|---|---|---|---|
| 04-FEB-07 | RT1618 | Room Charge | 234.00 |
| 04-FEB-07 | RT1618 | State Tax | 16.38 |
| 04-FEB-07 | RT1618 | Occupancy Tax | 14.04 |
| 04-FEB-07 | 31249* | Internet Service In Room | 9.95 |
| 05-FEB-07 | RT1618 | Room Charge | 314.00 |
| 05-FEB-07 | RT1618 | State Tax | 21.98 |
| 05-FEB-07 | RT1618 | Occupancy Tax | 18.84 |
| 05-FEB-07 | 278 | In Room Dining | 29.80 |
| 05-FEB-07 | 31330* | Internet Service In Room | 9.95 |
| 06-FEB-07 | RT1618 | Room Charge | 314.00 |
| 06-FEB-07 | RT1618 | State Tax | 21.98 |
| 06-FEB-07 | RT1618 | Occupancy Tax | 18.84 |
| 06-FEB-07 | 339 | In Room Dining | 26.07 |
| 06-FEB-07 | 321083-1 | Laundry/Valet | 3.95 |
| 06-FEB-07 | 321086-4 | Laundry/Valet | 9.00 |
| 07-FEB-07 | RT1618 | Room Charge | 314.00 |
| 07-FEB-07 | RT1618 | State Tax | 21.98 |
| 07-FEB-07 | RT1618 | Occupancy Tax | 18.84 |
| 07-FEB-07 | 31482* | Internet Service In Room | 9.95 |
| 07-FEB-07 | 1883 | Agora | 51.36 |
| 07-FEB-07 | 1942 | Agora | 24.88 |
| 08-FEB-07 | RT1618 | Room Charge | 314.00 |
| 08-FEB-07 | RT1618 | State Tax | 21.98 |
| 08-FEB-07 | RT1618 | Occupancy Tax | 18.84 |
| 08-FEB-07 | 16 | Agora | 141.26 |
| 08-FEB-07 | 464 | In Room Dining | 56.17 |
| 08-FEB-07 | 2/8/07 | Laundry/Valet | 29.15 |
| 09-FEB-07 | RT1618 | Room Charge | 314.00 |
| 09-FEB-07 | RT1618 | State Tax | 21.98 |
| 09-FEB-07 | RT1618 | Occupancy Tax | 18.84 |
| 10-FEB-07 | 2/10/2007 | Adj Room Chrg Retail | 50.00- |
| 10-FEB-07 | 2/10/2007 | -ADJ State Tax | 3.50- |

** continued on the next page **



Ck #1716

| | |
|---|---|
| Mr Bradford Martin | 1618 |
| | 314.00 |
| | 2 |
| Po Box 10410 | 143034 A |
| Greenville, SC 29603-0410 | 2 |
| United States Passport | 04-FEB-07 21:52 |
| | 10-FEB-07 |
| | VI |

| | | | | |
|---|---|---|---|---|
| 10-FEB-07 | 2/10/2007 | -ADJ Occupancy Tax | | 3.00- |
| 10-FEB-07 | 2/10/2007 | Adj Room Chrg Retail | | 50.00- |
| 10-FEB-07 | 2/10/2007 | -ADJ State Tax | | 3.50- |
| 10-FEB-07 | 2/10/2007 | -ADJ Occupancy Tax | | 3.00- |
| 10-FEB-07 | 2/10/2007 | Adj Room Chrg Retail | | 50.00- |
| 10-FEB-07 | 2/10/2007 | -ADJ State Tax | | 3.50- |
| 10-FEB-07 | 2/10/2007 | -ADJ Occupancy Tax | | 3.00- |
| 10-FEB-07 | 2/10/2007 | Adj Room Chrg Retail | | 50.00- |
| 10-FEB-07 | 2/10/2007 | -ADJ State Tax | | 3.50- |
| 10-FEB-07 | 2/10/2007 | -ADJ Occupancy Tax | | 3.00- |
| 10-FEB-07 | 2/10/2007 | Adj Room Chrg Retail | | 50.00- |
| 10-FEB-07 | 2/10/2007 | -ADJ State Tax | | 3.50- |
| 10-FEB-07 | 2/10/2007 | -ADJ Occupancy Tax | | 3.00- |
| 10-FEB-07 | VI | Visa | 2157.51- | |
| | | Total Charges | 2440.01 | |
| | | Total Credits | 2440.01- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full

** continued on the next page **

2157.51
- 329.54 (food charges)
1827.97 ✓

The Capital Grille-Providence
One Union Station
401-521-5600

Server: LONDON DOB: 02/05/2007
03:18 PM 02/05/2007
Table 112/1 9/90002

Visa 5242889
Card #XXXXXXXXXXXX7722
Magnetic card present: MARTIN BRADFORD
Approval: 015727

Amount: 69.67

\+ Tip: 14.00

= Total: 83.67

X

Approval: 015727

Guest Copy

## TAXI RECEIPT

DATE 2-5-07

FROM ______

TO ______

$ 6 —

SIGNATURE ______

## TAXI RECEIPT

DATE 2/8/07

FROM ______

TO ______

$ 6.00

SIGNATURE ______

Napa Valley Grille
Providence Place
111 Providence Place
Providence, RI 02903
401-270-6272

EMP: CHERYL J VISA
Date 02/07/07 Time 22:01
Table 18

Card Number ***********77722 07/08
Auth-Code.. 055589 Ctrl: 2630

Amount.. 240.03
Tip. .. 40
Total.. 280.03

X

Cardmember agrees to pay total in accordance with agreement governing use of such card.

*** Customer Copy ***

Luce
Donna

Thank you for dining with
P.F. Chang's China Bistro
[illegible] Woodruff [illegible]

Server: [illegible] DOB: [illegible]
[illegible] PM [illegible]
Seat 1 [illegible]

Visa [illegible]
Card #[illegible]
Magnetic card present:
Approval: [illegible]

Amount: [illegible]

+ Tip: ______________

= Total: ______________

X______________________________
Approval: [illegible]

Treat your co-workers, friends
& family to the P.F. Chang's
experience. Ask your server
about gift cards or
order on line at
www.pfchangs.com.

---

The Wharf Tavern
Thank you for all your support
215 Water Street
Warren, RI 02885
401-245-5043

Server: Tonja DOB: 02/10/2007
02:07 PM 02/10/2007
Table 204/1 2/20006

VISA 1048577
Card #442711000477XXXX Exp:0708
Magnetic card present: MARTINBRAD
FORD
Approval: 005745

Amount: 92.98

+ Tip: 20.00

= Total: 112.98

X [signature]
Approval: 005745

Sunday Clamboil
$16.00 or $21.00 with
half a boiled lobster
Friday Combos serves two with
bottle of wine

112.98 × 1/3 =
$37.66 ✓

**Guest Copy**

---

ANTON AIRFOOD OF RI
BLOCK ISLAND BAR & CAFE
PROVIDENCE INT'L AIRPORT

162 Jadine

CHK 7671 FEB10'07 3:19PM

EAT IN

| | |
|---|---|
| 1 WATER VASA 25oz | 2.49 |
| SUBTOTAL | 2.49 |
| TAX | 0.20 |
| AMOUNT | 2.69 |
| CASH | 10.00 |
| CHANGE | 7.31 |

Your order number is: 7671

# AIRPORT TAXI, INC.

T.F. GREEN AIRPORT • WARWICK, RI 02886
(401) 737-2868 • WWW.AIRPORTTAXIRI.COM

NAME

DATE 2/10/07 FARE 33.00 ✓

DESTINATION

SIGNATURE

DRIVER

RECEIPT
GREENVILLE-SPARTANBURG AIRPORT
------9839 20:40:24 02-10-2007 03-----

303 3 30253 16:26 02/04 20:39 02/10

| | |
|---|---|
| PARKING | 65.00 |
| CASH | 65.00 |

REPUBLIC PARKING SYSTEM
GARAGE B, SHORT TERM, DAILY LOT ✓
PHONE 864-877-9517
-----THANK YOU FOR PARKING WITH US----

# Invoice ✓

Argyle Multimedia

523 Scenic Oak Drive
Moore, SC 29369

RECEIVED
FEB 15 2007

| Date | Invoice # |
|---|---|
| 2/14/2007 | 340 |

| Bill To | Ship To |
|---|---|
| Bradford Neal Martin & Associates<br>Bradford Neal Martin<br>Post Office Box 10410<br>Greenville, SC 29603 | Bradford Neal Martin & Associates<br>Bradford Neal Martin<br>Post Office Box 10410<br>Greenville, SC 29603 |

| P O Number | Terms | Rep | Ship | Via | F O B | Project |
|---|---|---|---|---|---|---|
| | Net 30 | | 2/14/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 2.25 | Editing | Non-Linear/Digital Editing: DVD to audio cassette conversion/recording, after business hours 10PM to 12:15AM, pick-up from Carlene's house, after business hour rate at $100 per hour, concerning the deposition of Dr. Volkl and Iwona Kalota in the matter of Dominik Kufner, Stefanieweg 11, 82335 Berg-Morlbach, Germany vs Tina Kufner, Gut Racherbach, 82407 Wielenbach, Germany | 100.00 | 225.00 |
| | | Sales Tax | 0.05% | 0.00 |

EIN 20-3948579

**Total** $225.00

FEB 15 2007

**Invoice No. 578-07**

*Montage Media Productions*
*41 Lebeouf St. Acushnet, MA 02743*
*(508) 863-2541 - (401) 369-8438*

# INVOICE

**Customer**

Name: Bradford Neal Martin - Bradford Neal & Associates, PA
Address: 75 Beattie Pl STE 910 9th Fl
City: Greenville State: SC ZIP: 29601
Phone: (864) 552-9990 Fax: (864) 552-9992

**Misc**

Date: 2/12/2007
Order No.:
Rep:
FOB:

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Videography Services - Deposition Taping (up to 2hrs)<br>Case: Dominik Kufner v. Tina Kufner<br>Witness: 2/9/07 - Andrea Walther, Charles Lucci & Tanja Kufner | $ 300.00 | $ 300.00 |
| 11 | Additional Hrs | $ 100.00 | $ 1,100.00 |
| 8 | Tape Stock | $ 15.00 | $ 120.00 |
| 6 | DVD Copy | $ 65.00 | $ 390.00 |
| | | SubTotal | $ 1,910.00 |
| | | Shipping | $ 15.00 |
| | Tax Rate(s) | | |
| | | TOTAL | $ 1,925.00 |

**Payment** Select One

Comments
Name
CC #
Expires

Office Use Only

*Thank You For Your Business*

*1.5 % Interest Due on Payments over 30 Days from Invoice Date*

# *Bi-Lingual Secretary*
# INVOICE

402 Harrison Lane * Spartanburg, SC 29301 * USA
Phone: (864) 576-2826 * Fax: (864) 587-1100
e-mail: beate@bellsouth.net

# 6757

Date: 02/21/2007

| Sold to: | Bradford Neal Martin & Associates, PA<br>75 Beattie Pl., Ste 910, 9th Floor<br>P.O. Box 10410 (29603)<br>Greenville, SC 29601<br>Tel.: 552-9990<br>Attn.: Bill Fugel | Ship to: | S A M E |
|---|---|---|---|

| Order No. | Date Shipped | Shipped Via | Terms |
|---|---|---|---|
| Bill Fugel | 02/19/2007 | email | Net 10 days |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Translation services provided | | |
| | 2 hours sorting through binders to determine content and relevance to the case | $35.00/hr | $ 70.00 |
| | Translation of<br>Scans 1040, 1048, 1051<br>Letter #2, scans 1058 and 1059 | | |
| | Total word count: 3,099 words | $0.10/word | $309.90 |
| | | | $379.90<br>====== |

The above services have been rendered as an independent contractor and not as an employee, representative or agent of your company. Every care was taken to ensure the accuracy of the service

Carolina Legal Copy Service, Inc

115 North Brown Street
Suite 200
Greenville, SC 29601
864-282-3130

# INVOICE ✓

| DATE | INVOICE # |
|---|---|
| 2/19/2007 | 27151 |

| BILL TO |
|---|
| Bradford Neal Martin & Assoc.<br>75 Beattie Place<br>Suite 910<br>Greenville, SC 29601 |

| JOB DESCRIPTION |
|---|
| C.L.C.S. Tax ID# 57-1066100<br>Client Matter #<br>05-905<br>Kufner |

| ORDERED BY | TERMS |
|---|---|
| Kayla | Net 15 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Color | 8.5 x 11 Color Laser Copies | 75 | 1.00 | 75.00T |
| | Sales Tax | | 5.00% | 3.75 |

| We Appreciate Your Business | Total | $78.75 |
|---|---|---|

**CAMPBELL/HADAWAY & ASSOCIATES**
**Deposition & Court Reporters**
**Post Office Box 4034**
**Greenville, South Carolina 29608-4034**
**(864) 801-4007**
**SS# 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**

RECEIVED FEB 19 2007

**INVOICE NO. 12A-0207**

February 16, 2007

BRADFORD NEAL MARTIN, ESQUIRE
BRADFORD NEAL MARTIN & ASSOCIATES
Two Liberty Square, Suite 910
75 Beattie Place
Post Office Box 10410
Greenville, South Carolina 29603

IN RE: Dominik Kufner vs. Tina Kufner

Transcription of Video Deposition of DR. OSCAR FELKEL
IWONA KALOTA

Held: Tuesday, February 6, 2007

| | | |
|---|---|---|
| PREPARATION FEE FOR TRIP 2/13/07 ... | $ | 100.00 |
| PROCESSING FEE FOR VIDEO C.D. ..... | | 50.00 |
| Transcript: | | |
| FELKEL: | | |
| ORIGINAL and one copy of 13 pgs. .. | | 91.00 |
| KALOTA: | | |
| ORIGINAL and one copy of 10 pgs. .. | | 70.00 |
| Complimentary Compressed Copy ..... | | .00 |
| | $ | 311.00 |

TERMS: PAYABLE ON RECEIPT

THANK YOU!!!

FedEx

| Invoice Number | Invoice Date |
|---|---|
| 8-688-12048 | Feb 13, 2007 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Feb 05, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| USAB | | **Sender** | **Recipient** | | |
|---|---|---|---|---|---|
| Tracking ID | 858708718844 | KAYLA | BRADFORD N MARTIN ESQ | | |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMULERIZ HULTGUIST & BIANCHI | | |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | 144 W MINSTER ST | | |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02913 US | | |
| Packages | 1 | | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | | |
| Delivered | Feb 06, 2007 09:15 | | | | |
| Svc Area | AA | Transportation Charge | | | 37.35 |
| Signed By | A.GINFFINDA | Fuel Surcharge | | | 3.92 |
| FedEx Use | 003609224/0001552/_ | **Total Charge** | | USD | **$41.27** |

**Picked up:** Feb 06, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5

| USAB | | **Sender** | **Recipient** | | |
|---|---|---|---|---|---|
| Tracking ID | 858708718866 | KAYLA | BRAD MARTINE SQ CHARLES A TANV | | |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMUELEVIZ HULTGUIST BRANCHI L | | |
| Package Type | FedEx Envelope | 75 BEATTIE PL STE 910 | 144 WESTMINSTER ST | | |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Feb 07, 2007 09:00 | | | | |
| Svc Area | A1 | Transportation Charge | | | 19.50 |
| Signed By | A.GRIFFORD | Fuel Surcharge | | | 2.05 |
| FedEx Use | 003707854/0000219/_ | **Total Charge** | | USD | **$21.55** |

**Picked up:** Feb 07, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5
- 1st attempt Feb 08, 2007 at 09:59 AM.
- Original address - 14 WESTMINSTER ST/ 02903

| USAB | | **Sender** | **Recipient** | | |
|---|---|---|---|---|---|
| Tracking ID | 858708719288 | PEM | BRADFORD N MARTIN ESQ | | |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMULEVIZ HULTGUIST & BIANCHI | | |
| Package Type | FedEx Envelope | 75 BEATTIE PL STE 910 | 144 WESTMINSTER | | |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | | | | |
| Delivered | Feb 08, 2007 10:04 | Transportation Charge | | | 19.50 |
| Svc Area | A1 | Address Correction | | | 10.00 |
| Signed By | C.TAMELEZ | Fuel Surcharge | | | 2.05 |
| FedEx Use | 003808390/0000219/_ | **Total Charge** | | USD | **$31.55** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$94.37** |
| **Total FedEx Express** | **USD** | **$94.37** |

# *Bi-Lingual Secretary*

## INVOICE

402 Harrison Lane * Spartanburg, SC 29301 * USA
Phone: (864) 576-2826 * Fax: (864) 587-1100
e-mail: beate@bellsouth.net

# 6765

Date: 02/22/2007

| Sold to: | | Ship to: | |
|---|---|---|---|
| | Bradford Neal Martin & Associates, PA<br>75 Beattie Pl., Ste 910, 9th Floor<br>P.O. Box 10410 (29603)<br>Greenville, SC 29601<br>Tel.: 552-9990<br>Attn.: Bill Fugel | | S A M E |

| Order No. | Date Shipped | Shipped Via | Terms |
|---|---|---|---|
| Bill Fugel | 02/22/2007 | email | Net 10 days |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Translation services provided<br><br>Court ruling on temporary custody and reasoning<br><br>Total word count: 1,475 words | $0.10/word | $147.50 |
| | | | $147.50<br>====== |

The above services have been rendered as an independent contractor and not as an employee, representative or agent of your company Every care was taken to ensure the accuracy of the service

rendered, however Bi-Lingual Secretary shall not be held liable for any damages due to error in translation or typing.

*Bi-Lingual Secretary*

# INVOICE

402 Harrison Lane * Spartanburg, SC 29301 * USA
Phone: (864) 576-2826 * Fax: (864) 587-1100
e-mail: beate@bellsouth.net

# 6782

Date: 02/23/2007

| Sold to: | | Ship to: | |
|---|---|---|---|
| | Bradford Neal Martin & Associates, PA<br>75 Beattie Pl., Ste 910, 9th Floor<br>P O. Box 10410 (29603)<br>Greenville, SC 29601<br>Tel.: 552-9990<br>Attn.: Bill Fugel | | SAME |

| Order No. | Date Shipped | Shipped Via | Terms |
|---|---|---|---|
| Bill Fugel | 02/23/2007 | email | Net 10 days |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Translation services provided<br><br>Starting at item II on page 11 until and including item 2. which ends on page 23. | | |
| | Total word count: 2,682 words | $0.10/word | $268.20 |
| | | | $268.20 ✓<br>====== |

The above services have been rendered as an independent contractor and not as an employee, representative or agent of your company Every care was taken to ensure the accuracy of the service

rendered, however Bi-Lingual Secretary shall not be held liable for any damages due to error in translation or typing

✓

Christa Duncan
116 Dorothy Lane
Pickens, SC 29671
Phone: 864-898-0744
E-mail: c.duncan@starband.net

| Date | Invoice # |
|---|---|
| 02/21/07 | BNM-01 |

| Bill To |
|---|
| Bradford N. Martin, Esq.<br>Bradford Neal Martin & Associates, PA<br>Post Office Box 10410 (29603)<br>75 Beattie Place, Suite 910<br>Greenville, South Carolina 29601<br>(864) 552-9990<br>bmartin@bnmlaw.com |

| | |
|---|---|
| Description | Kufner translation<br>24 documents total |
| Rate | $0.15 per word |
| Delivered | Feb. 2 - Feb. 19, 2007 |
| Words | 27,031 (see p.2 for word count per document) |
| **Total** | $4,054.65 |

| Please send check to: |
|---|
| Christa Duncan<br>116 Dorothy Lane<br>Pickens, SC 29671 |

**Thank you for your business.**

RECEIVED
FEB 23 2007

Kufner translation:

| Description | Words |
|---|---|
| SCAN0973 | 611 |
| SCAN0974 | 1,769 |
| SCAN0975 | 777 |
| SCAN0976 | 1,307 |
| SCAN0977 | 2,271 |
| SCAN0978 | 904 |
| SCAN0979 | 903 |
| SCAN0980 | 190 |
| SCAN0981 | 143 |
| SCAN0986 | 914 |
| SCAN0987 | 214 |
| SCAN0988 | 256 |
| SCAN0990 | 3,533 |
| SCAN0991 | 594 |
| SCAN0992 | 568 |
| SCAN1003 | 1,875 |
| Dept. of Youth Report | 593 |
| Dept. of Youth Final Report | 1,054 |
| Court order expansion to GWG | 195 |
| Court order to maintain GWG | 315 |
| Jugendamt first contract | 223 |
| gwg1 | 149 |
| Resume Höfler | 256 |
| GWG Website | 7,417 |
| | |
| **Total number of words** | **27,031** |

FedEx

| Invoice Number | Invoice Date |
| --- | --- |
| 8-701-61694 | Feb 20, 2007 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Feb 14, 2007 **Cust. Ref.:** KUFNER 05 905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak

USAB

| | | **Sender** | **Recipient** |
| --- | --- | --- | --- |
| Tracking ID | 858708719266 | KAYLA | CHARLES TAMUTEVIZ ESQ |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMULEVIZ HILTGUL ST & BLANCHI |
| Package Type | FedEx Pak | 75 BEATTIE PL STE 910 | 144 WESTMINSTER ST |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Feb 15, 2007 09:14 | | |
| Svc Area | A1 | Transportation Charge | 33.80 |
| Signed By | C.HULTQUST | Fuel Surcharge | 3.55 |
| FedEx Use | 004509054/0001552/_ | **Total Charge** USD | **$37.35** |

**Picked up:** Feb 14, 2007 **Cust. Ref.:** KUFNER 05 905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Weather delay - Ice
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak

USAB

| | | **Sender** | **Recipient** |
| --- | --- | --- | --- |
| Tracking ID | 858708719277 | KAYLA | GERALD NISSSENBAUM ESQ |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | NISSENBAUTH LAW OFFICES |
| Package Type | FedEx Pak | 75 BEATTIE PL STE 910 | 160 FEDERAL ST 24TH FL THE LAN |
| Zone | 05 | GREENVILLE SC 29601-2169 US | BOSTON MA 02110 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Feb 15, 2007 10:45 | | |
| Svc Area | A1 | Transportation Charge | 33.80 |
| Signed By | M.ALLSTON | Fuel Surcharge | 3.55 |
| FedEx Use | 004509054/0001552/_ | **Total Charge** USD | **$37.35** |

**Picked up:** Feb 15, 2007 **Cust. Ref.:** KUFNER 05 905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5

USAB

| | | **Sender** | **Recipient** |
| --- | --- | --- | --- |
| Tracking ID | 858708718877 | KAYLA | CHARLES TAMUELVIZ ESQ |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMUELVIS HULTQUIST & BIANCHI |
| Package Type | FedEx Envelope | 75 BEATTIE PL STE 910 | 144 WESTMINSTER ST |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Feb 16, 2007 09:51 | | |
| Svc Area | A1 | Transportation Charge | 19.50 |
| Signed By | A.GRIFFRIDA | Fuel Surcharge | 2.05 |
| FedEx Use | 004607578/0000219/_ | **Total Charge** USD | **$21.55** |

FedEx

| Invoice Number | Invoice Date |
| --- | --- |
| 8-701-61694 | Feb 20, 2007 |

**Picked up:** Feb 15, 2007 **Cust. Ref.:** KAFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5

| USAB | | **Sender** | **Recipient** |
| --- | --- | --- | --- |
| Tracking ID | 858708718888 | KAYLA | GERALD NISSENBAUM ESQ |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | NISSENBAUM LAW OFFICES |
| Package Type | FedEx Envelope | 75 BEATTIE PL STE 910 | 160F EDERAL ST 24TH THE LANDMA |
| Zone | 05 | GREENVILLE SC 29601-2169 US | BOSTON MA 02110 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Feb 16 2007 09:33 | | |

| | | | | |
| --- | --- | --- | --- | --- |
| Svc Area | A1 | Transportation Charge | | 19.50 |
| Signed By | P.BRUNING | Fuel Surcharge | | 2.05 |
| FedEx Use | 004607578/0000219/_ | **Total Charge** | **USD** | **$21.55** |

| | | |
| --- | --- | --- |
| **Shipper Subtotal** | **USD** | **$117.80** |
| **Total FedEx Express** | **USD** | **$117.80** |

**U·S AIRWAYS**

Bill to Kufner (05-905)

## Confirmation

Thank you for making your reservation on usairways.com. Your new reservation is now complete and your reservation has been electronically ticketed. No paper tickets will be sent

| | |
|---|---|
| **Confirmation** | **C304UR** |
| **Date Issued** | 2/8/2007 |
| **Form of Payment** | Visa ****-****-****-7722 |
| **Amount** | $379 60 |

**Passenger Information**

| Party of (1) | Dividend Miles # | Ticket # | Seats |
|---|---|---|---|
| BRADFORDN MARTIN | 00003394640 | 40121896173240 | 6C 7C 5C 4A |

If you have selected an exit row, please view Emergency exit row/Airport check in kiosk notice

**Contact Information**

| Contact Name | Day Phone | Destination Phone |
|---|---|---|
| BRADFORDN MARTIN | (864) 915-9400 | |

**Itinerary and Fare Information**

| Depart | Arrive | Flight # and Details | | |
|---|---|---|---|---|
| **7:00 AM 20 Feb 2007** Greenville, SC | **8:41 AM 20 Feb 2007** Philadelphia, PA | **Flight:** 3954 **Class:** Coach | Canadair Regional Jet **On-Time:** N/A | **Meal:** None **Travel Time:** 1 h 41 m |
| **9:29 AM 20 Feb 2007** Philadelphia, PA | **10:37 AM 20 Feb 2007** Providence, RI | **Flight:** 990 **Class:** Coach | Boeing 737-300 **On-Time:** 90-100% | **Meal:** None **Travel Time:** 1 h 8 m |
| **Return** | **Arrive** | **Flight # and Details** | | |
| **8:00 AM 24 Feb 2007** Providence, RI | **10:10 AM 24 Feb 2007** Charlotte, NC | **Flight:** 877 **Class:** Coach | Boeing 757-200 **On-Time:** 70-80% | **Meal:** None **Travel Time:** 2 h 10 m |
| **11:15 AM 24 Feb 2007** Charlotte, NC | **12:01 PM 24 Feb 2007** Greenville, SC | **Flight:** 3163 **Class:** Coach | Embraer RJ135/RJ145 **On-Time:** N/A | **Meal:** None **Travel Time:** 0 h 46 m |

Flight operated by Air Wisconsin doing business as US Airways Express

Flight operated by Chautauqua Airlines doing business as US Airways Express

| | | |
|---|---|---|
| | **Summary (1 Passenger)** | |
| | Base Fare | $344 00 |
| | Taxes and Fees | $35 60 |
| **Grand Total** | **Hide Details** | **$379.60** |

| Passenger Type | Adult |
|---|---|
| Base Fare | |
| GSP to PVD - Fare Basis GR7N1W | $160 00 |
| PVD to GSP - Fare Basis GR7N1W | $160 00 |
| Adjusted Base Fare | $320 00 |
| Tax: US Domestic Percentage | $24 00 |
| **Fare** | **$344.00** |
| Tax: US Domestic Segment | $13 60 |
| Fee: US Passenger Facility Charge | $12 00 |
| September 11 Security Fee | $10.00 |
| **Total Per Passenger** | **$379.60** |
| Number of Passengers | 1 |
| **Total by Passenger Type** | **$379.60** |

+ $200 in change fees

$679.60

### Terms and Conditions

- Ticket is non-transferable
- Ticket is non-refundable
- Unused tickets must be cancelled by midnight on the date of departure to retain value.
- Any change to this reservation (including flight, dates, or cities) is subject to a $100.00 change fee per passenger. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase
- Air Wisconsin Airlines will operate one or more flights in this itinerary
- Chautauqua Airlines will operate one or more flights in this itinerary
- Due to smaller-sized overhead compartments on our Express aircraft, carry-on bag size is limited to the following dimensions for these flights: 15"x9"x11".
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.

## Changes in Check-in Procedures

The Transportation Security Administration (TSA) is moving secondary passenger searches from the gate to the security checkpoints. This means customers will need to have a boarding pass to get through security checkpoints. E-ticket receipts, paper tickets and itineraries will no longer provide access through the security checkpoints

## Travel Tips

Effective January 23, 2007, all U.S. citizens (including infants and children) will need a valid passport to travel to and from Bermuda, Canada, Mexico, Central and South America, and the Caribbean (excluding Puerto Rico and the U.S. Virgin Islands). If any portion of your trip will take place after January 22, 2007, you will need a valid passport to re-enter the U.S. This policy also applies to foreign nationals of Canada, Bermuda and Mexico. Plan ahead and start the process to get your passport today

### International Travel

Required documents and helpful information on International Travel

### Carry-on Update

Get the latest carry-on updates

### Prepare for Checkpoint Inspection

All passengers are required to show their boarding pass at the security checkpoint. View Checkpoint Protocols

### Arrive Early

Allow extra time for unexpected delays, parking, security and check-in. View our recommended Airport Check-In Times.

Get tips on traveling with infants and children, child safety or having a healthy flight

### Rules of Carriage

To view, download or print the US Airways Rules of Carriage, visit our Contract of Carriage page

**Kayla Baldwin**

**From:** tickets@usairways.com
**Sent:** Friday, February 23, 2007 5:16 PM
**To:** Kayla Baldwin
**Subject:** Reissue Ticket Confirmation

U·S AIRWAYS






This email was sent to you by **US Airways** To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book today

## Your Confirmed US Airways Itinerary

**Confirmation Code: JQYRNJ**

| Itinerary | Date | Flight | Compartment | Seats |
|---|---|---|---|---|
| **11:25A Depart Providence/Newport, RI (PVD)**<br>**12:30P Arrive New York-La Guardia, NY (LGA)** | Feb 27 | US Airways Express **4872**<br>operated by COLGAN AIR | Coach | 05D |
| **1:55P Depart New York-La Guardia, NY (LGA)**<br>**4:04P Arrive Greenville/Spartanburg, SC (GSP)** | Feb 27 | US Airways Express **3627**<br>operated by AIR WISCONSIN | Coach | 02A |

**Ticket Information**

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | |
|---|---|---|---|---|---|
| MARTIN, BRADFORDN | US 00003394640 | 0372165589209 | 500 46 | 74.64 | **$575.10** |
| | | | | New Itinerary | $575 10 |
| | | | | Change Fee(s) | $100.00 |
| | | | | **Total** | **$675.10** |
| | | | | Original Ticket Credit | ($575.09) |
| | | | | **Amount Due** | **$100.01** |

**Payment Information**
USD$100.01 has been billed to: Bank of America xxxxxxxxxxxx7722 - Exp 07/08

**Ticket Restrictions**
STNDBY/CHG FEE/NO RFND/CXL BY FLT DT

**Travel Services**










**Click here to claim your Special Reward to thank you for your reservation today!**

Continue

**Important Travel Information**

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways.com starting 24 hours before your flight

- View recommended check-in times for your departure

**Changes in Travel Plans**

- Ticket changes are permitted online To learn more about our travel policies, click here
- Tickets are not transferable and are valid for one year from date of original ticket issuance
- To retain the value of a non-refundable ticket, flights must be canceled on or before the ticketed travel date
- For additional information, please view US Airways Terms of Transportation

**Documentation For International Travel**

- For international travel, a valid passport or visa may be required depending on nationality, travel destination and country or countries in which connections take place Passengers are responsible for compliance with all government travel requirements View specific documentation requirements for American citizens on the U S Department of State Website: www.travel..state.gov.

**Your reservation is complete.**
**Click here to claim your $10.00 Cash Back Reward on your next reservation!**

Continue

By clicking above, you can claim your reward from the reward provider, Reservation Rewards

**Discount Emails:** Subscribe to E-Savers, which offers dramatic discounts for last-minute travel each week and other low fare promotions being offered by US Airways E-Mail Specials

**Please do not reply to this e-mail, as it cannot be answered from this address.**

021169 ITINERARY INVOICE
PAGE NO. 1
PNR: 1P-3AHLAB
BK-MD/8OF

Valerie Wilson Travel, Inc. • Ponte Vedra

110 SOLANA ROAD, SUITE 106
PONTE VEDRA BEACH, FLORIDA 32082

FAX: 904-280-0045 • 800-833-7946 • TEL: 904-285-2222

MEMBER ASTA American Society of Travel Agents Integrity in Travel

VIRTUOSO MEMBER

NAME : MARTIN/BRADFORD

| AGENT | BRANCH | ACCOUNT NO. | DATE |
|---|---|---|---|
| MARY-ELLIN | 7205 | 7205720599 | 13FEB07 |

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|---|---|---|---|---|---|---|
| V | FR 16FEB 2007 | TRANSACTION FEE | | | | CONFIRMED ITEM COST:250.00 |

Meeting room research

PASSENGER
MARTIN/BRADFORD

AIR AMT

SERVICE CHARGE 250.00 TAX 0.00

| | |
|---|---|
| SUBTOTAL | 250.00 |
| TOTAL INVOICE AMOUNT | 250.00 |
| AMOUNT CHARGED | 250.00 |

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: VI XXXX XXXX XXXX 7722

PICTURE ID REQUIRED FOR ALL TRAVEL
A MINIMUM OF 2 HOURS ADVISED FOR CHECKIN
THANK YOU FOR CALLING VWTI PONTE VEDRA.MARY ELLIN
BOARDING PASSES WILL BE ISSUED UPON CHECKIN
TICKETS ARE NON REFUNDABLE
MUST CHANGE PRIOR TO DEPARTURE
BAGGAGE WEIGHT LIMIT 50 LBS PP
2 BAGS PER PERSON
BOARDING PASSES MUST BE ISSUED 30MIN BEFORE FLT TM

THANK YOU FOR YOUR BUSINESS

RECEIVED FEB 16 2007

Rufner 05-905

CLIENT COPY

*Valerie Wilson Travel, Inc. • Ponte Vedra*

021151 ITINERARY RECEIPT
PAGE NO. 1
PNR: 1P-MYFYRQ
BK-MD/80F

110 SOLANA ROAD, SUITE 106
PONTE VEDRA BEACH, FLORIDA 32082
FAX: 904-280-0045 • 800-833-7946 • TEL: 904-285-2222

MEMBER ASTA American Society of Travel Agents Integrity in Travel

VIRTUOSO MEMBER

NAME : CAMPBELL/CARLEAN

ACCOUNT NO. 7205720599 DATE 12FEB07

* ELECTRONIC TICKET * POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
ISSUED BY-VWT PONTE VEDRA JACKSONVILLE FL

```
CO   DATE       CITY-AIRPORT          TIME     FLIGHT NBR/CLASS     ST  SERV/AMNT

A TU 13FEB LV GREENVILLE SC          535P    US AIRWAYS      4084Y OK
           AR PHILADELPHIA-PHL       714P    BAGS ALLOWED- 2PIECE     0STOP CRJ
           OPERATED BY US AIRWAYS EXPRESS-AIR WISCONSIN
           US CONFO *CACMLI
                                     SEAT    03-A  **RESERVED**
                                             CAMPBELL/CARLEAN

A TU 13FEB LV PHILADELPHIA-PHL       820P    US AIRWAYS       914C OK DINNER
     14FEB AR MUNICH                1030A    BAGS ALLOWED- 2PIECE     0STOP 767
           US CONFO *CACMLI
                                     SEAT    03-E  **RESERVED**
                                             CAMPBELL/CARLEAN

H WE 14FEB HOTEL 4 JAHRESZEITEN KEMPINSKI   CHECK IN- 14FEB WED/1500
           MAXIMILIANSTRASSE 17             CHECK OUT-17FEB SAT/1200
           MUENCHEN DE 80539                GUARANTEED TO CREDIT CARD-VI
           PHONE-498921250
           FAX-498921252000
           CONFO-101570339
                                                  RATE GUARANTEED-EUR
           OFFICIAL PUBLISHED CORPORATE
           RATE INFO EFF 14FEB07 215.00
           CANCEL RQRMTS-CANCEL BY 13-FEB-07 3PM
           PERSONS INCLUDED IN RATE-1
           REQ NON SMOKING

A SA 17FEB LV MUNICH                1130A    UNITED            903C OK LUNCH
           AR WAS/DULLES             301P    BAGS ALLOWED- 2PIECE     0STOP 777
           UA CONFO *Q1F6Z4
                                     SEAT    15-J  **RESERVED**
                                             CAMPBELL/CARLEAN

A SA 17FEB LV WAS/DULLES             450P    UNITED           7374Y OK
           AR GREENVILLE SC          613P    BAGS ALLOWED- 2PIECE     0STOP ER4
           OPERATED BY /UNITED EXPRESS/MESA AIRLINES
           UA CONFO *Q1F6Z4
                                     SEAT    14-A  **RESERVED**
                                             CAMPBELL/CARLEAN
```

CLIENT COPY

Valerie Wilson Travel, Inc. • Ponte Vedra

110 SOLANA ROAD, SUITE 106
PONTE VEDRA BEACH, FLORIDA 32082
FAX: 904-280-0045 • 800-833-7946 • TEL: 904-285-2222

MEMBER ASTA American Society of Travel Agents Integrity in Travel

VIRTUOSO MEMBER

021151 ITINERARY RECEIPT
PAGE NO. 2
PNR: 1P-MYFYRQ
BK-MD/80F

Svc Fee

| CO | DATE | CITY AIRPORT | TIME | FLIGHT NBR/CLASS | ST SERV/AMNT |
|---|---|---|---|---|---|
| V SU | 18FEB 2007 | TRANSACTION FEE | | | CONFIRMED<br>ITEM COST:100.00 |
| V SU | 18FEB 2007 | IMPOSED AIRLINE GDS DISTRIBUTION FEE | | | CONFIRMED<br>ITEM COST:4.00 |

| PASSENGER | TICKET NUMBER | AIR AMT |
|---|---|---|
| CAMPBELL/CARLEAN | E0377659736398 | 8452.02 |

SERVICE CHARGE 104.00 TAX 0.00

| | |
|---|---|
| SUBTOTAL | 104.00 |
| AIR FARE | 8360.00 |
| TAX | 92.02 |
| TOTAL AIR FARE | 8452.02 |
| TOTAL INVOICE AMOUNT | 8556.02 |
| AMOUNT CHARGED | 8556.02 |

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: VI XXXX XXXX XXXX 7722

A MINIMUM OF 2 HOURS ADVISED FOR CHECKIN
THANK YOU FOR CALLING VWTI PONTE VEDRA.MARY ELLIN
BOARDING PASSES WILL BE ISSUED UPON CHECKIN
TICKETS ARE NON REFUNDABLE
MUST CHANGE PRIOR TO DEPARTURE
BAGGAGE WEIGHT LIMIT 50 LBS PP
2 BAGS PER PERSON
BOARDING PASSES MUST BE ISSUED 30MIN BEFORE FLT TM
PASSPORT REQUIRED FOR TRAVEL
INTERNATIONAL CHECKIN 3 HOURS FROM EUROPE

THANK YOU FOR YOUR BUSINESS

CLIENT COPY

Valerie Wilson Travel, Inc. • Ponte Vedra
110 SOLANA ROAD, SUITE 106
PONTE VEDRA BEACH, FLORIDA 32082
FAX: 904-280-0045 • 800-833-7946 • TEL: 904-285-2222

MEMBER ASTA American Society of Travel Agents Integrity in Travel

VIRTUOSO MEMBER

021152 ITINERARY RECEIPT
PAGE NO. 1
PNR: 1P-2YFXWF
BK-MD/80F

NAME : MARTIN/BRADFORD

ACCOUNT NO. 7205720599 DATE 12FEB07

* ELECTRONIC TICKET * POSITIVE IDENTIFICATION REQUIRED AT CHECK-IN
**REQUEST TERMS/CONDITIONS OF TRAVEL AND CARRIER LIABILITY NOTICES FROM
TRAVEL AGENCY OR THE TRANSPORTING CARRIER.**
ISSUED BY-VWT PONTE VEDRA JACKSONVILLE FL

```
CO   DATE      CITY-AIRPORT           TIME    FLIGHT NBR/CLASS      ST  SERV/AMNT

A TU 13FEB LV GREENVILLE SC           535P    US AIRWAYS    4084Y OK
           AR PHILADELPHIA-PHL        714P    BAGS ALLOWED- 2PIECE    0STOP CRJ
           OPERATED BY US AIRWAYS EXPRESS-AIR WISCONSIN
           US CONFO *HFFEWF
                                      SEAT    03-C  **RESERVED**
                                              MARTIN/BRADFORD

A TU 13FEB LV PHILADELPHIA-PHL        820P    US AIRWAYS     914C OK DINNER
     14FEB AR MUNICH                 1030A    BAGS ALLOWED- 2PIECE    0STOP 767
           US CONFO *HFFEWF
                                      SEAT    03-C  **RESERVED**
                                              MARTIN/BRADFORD

H WE 14FEB HOTEL 4 JAHRESZEITEN KEMPINSKI  CHECK IN- 14FEB WED/1500
           MAXIMILIANSTRASSE 17             CHECK OUT-17FEB SAT/1200
           MUENCHEN DE 80539                GUARANTEED TO CREDIT CARD-VI
           PHONE-498921250
           FAX-498921252000
           CONFO-101570334
                                                  RATE GUARANTEED-EUR
           WINTER INTERLUDES
           RATE INFO EFF 14FEB07 695.00
           CANCEL RQRMTS-CANCEL BY 13-FEB-07 3PM
           PERSONS INCLUDED IN RATE-1
           REQ NON SMOKING

A SA 17FEB LV MUNICH                 1130A    UNITED         903C OK LUNCH
           AR WAS/DULLES              301P    BAGS ALLOWED- 2PIECE    0STOP 777
           UA CONFO *Q18RIO
                                      SEAT    14-D  **RESERVED**
                                              MARTIN/BRADFORD

A SA 17FEB LV WAS/DULLES              450P    UNITED        7374Y OK
           AR GREENVILLE SC           613P    BAGS ALLOWED- 2PIECE    0STOP ER4
           OPERATED BY /UNITED EXPRESS/MESA AIRLINES
           UA CONFO *Q18RIO
                                      SEAT    13-A  **RESERVED**
                                              MARTIN/BRADFORD
```

CLIENT COPY

Valerie Wilson Travel, Inc. • Ponte Vedra

021152 ITINERARY RECEIPT
PAGE NO. 2
PNR: 1P 2YFXWF
BK-MD/BOF

110 SOLANA ROAD, SUITE 106
PONTE VEDRA BEACH, FLORIDA 32082
FAX: 904-280-0045 • 800-833-7946 • TEL: 904-285-2222

MEMBER ASTA American Society of Travel Agents Integrity in Travel

VIRTUOSO MEMBER

| CO | DATE | CITY-AIRPORT | TIME | FLIGHT NBR/CLASS | ST | SERV/AMNT |
|---|---|---|---|---|---|---|
| V SU | 18FEB 2007 | IMPOSED AIRLINE GDS DISTRIBUTION FEE | | | | CONFIRMED ITEM COST:4.00 |
| V SU | 18FEB 2007 | TRANSACTION FEE | | | | CONFIRMED ITEM COST:100.00 |

Svc Fee

| PASSENGER | TICKET NUMBER | AIR AMT |
|---|---|---|
| MARTIN/BRADFORD | E0377659736399 | 8452.02 |

SERVICE CHARGE 104.00 TAX 0.00

| | |
|---|---|
| SUBTOTAL | 104.00 |
| AIR FARE | 8360.00 |
| TAX | 92.02 |
| TOTAL AIR FARE | 8452.02 |
| TOTAL INVOICE AMOUNT | 8556.02 |
| AMOUNT CHARGED | 8556.02 |

THIS AMOUNT WILL BE CHARGED TO CREDIT CARD: VI XXXX XXXX XXXX 7722

A MINIMUM OF 2 HOURS ADVISED FOR CHECKIN
THANK YOU FOR CALLING VWTI PONTE VEDRA.MARY ELLIN
BOARDING PASSES WILL BE ISSUED UPON CHECKIN
TICKETS ARE NON REFUNDABLE
MUST CHANGE PRIOR TO DEPARTURE
BAGGAGE WEIGHT LIMIT 50 LBS PP
2 BAGS PER PERSON
BOARDING PASSES MUST BE ISSUED 30MIN BEFORE FLT TM
PASSPORT REQUIRED FOR TRAVEL
INTERNATIONAL CHECKIN 3 HOURS PRIOR FROM EUROPE

THANK YOU FOR YOUR BUSINESS

CLIENT COPY

# AIRPORT TAXI, INC.

T.F. GREEN AIRPORT • WARWICK, RI 02886
(401) 737-2868 • WWW.AIRPORTTAXIRI.COM

NAME Maroon

DATE 2/20/07 FARE 38.00

DESTINATION Weston

SIGNATURE (print)

DRIVER

TRANSACTION RECORD

MSE Branded Foods
CONCOURSE SNACK BAR

CARD TYPE:VISA
Nu. ************7722
ENTRY:SWIPED
Customer : BRADFORD MARTIN
AUTHORIZATION:015643
STORE #:0
TERMINAL:9
REFERENCE:521637

| | |
|---|---|
| PURCHASE | $11.09 |
| TIP | 1.50 |
| TOTAL | 12.59 |

THANK YOU
FEBRUARY 20,2007 6:16:40
Server's name : ROSE #26

CUSTOMER COPY

****************************************
DATE 2/21/07 TIME 10:14PM
MID 000185001761

AL FORNO
577 S. MAIN STREET
PROVIDENCE, RI
02903
(401) 273-9767
PLEASE SIGN AND LEAVE THE MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO KEEP

VISA XXXXXXXXXXXXXXX7722 S
AUTH 005837 TBL 8 CHECK 77621
PURCHASE DINING DN SARAH M

| | |
|---|---|
| AMOUNT | 455.70 |
| State Tax | 31.90 |
| Local Tax | 4.55 |
| SUBTOTAL | $ 492.15 |
| TIP | $ 75.00 |
| TOTAL | $ 567.15 |

CUSTOMER COPY
****************************************

the westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest

Mr. Bradford Martin

205 Collins Creek Rd
Greenville, SC 29607
United States Passport

| | |
|---|---|
| room | 1418 |
| rate | 214.00 |
| no pers | 1 |
| folio | 147235 A |
| page | 1 |
| arrive | 20-FEB-07 11:01 |
| depart | 27-FEB-07 09:52 |
| payment | VI |

travel agent/charge to

Martin, Bradford
205 Collins Creek Rd

Greenville, SC 29607

| date | reference | description | charges/credits |
|---|---|---|---|
| 20-FEB-07 | 1751 | Agora | 11.72✓ |
| 20-FEB-07 | 32285* | Internet Service In Room | 9.95 |
| 20-FEB-07 | 1756 | Agora | 93.77✓ |
| 20-FEB-07 | 6825 | 491-797-0050 0001 18:46 | 33.05 |
| 20-FEB-07 | 6853 | 491-797-0050 0002 20:04 | 39.36 |
| 20-FEB-07 | 1791 | Agora | 219.53✓ |
| 21-FEB-07 | 1851 | Agora | 41.72✓ |
| 21-FEB-07 | cmf | Laundry/Valet | 69.20 |
| 21-FEB-07 | 32373* | Internet Service In Room | 9.95 |
| 21-FEB-07 | 1861 | Agora | 38.91✓ |
| 22-FEB-07 | 1927 | Agora | 41.72✓ |
| 22-FEB-07 | 330101-1 | Laundry/Valet | 3.95 |
| 22-FEB-07 | 330103-2 | Laundry/Valet | 4.50 |
| 22-FEB-07 | 32503* | Internet Service In Room | 9.95 |
| 23-FEB-07 | 75 | Agora | 21.36✓ |
| 23-FEB-07 | 32553* | Internet Service In Room | 9.95 |
| 23-FEB-07 | 199 | Agora | 21.21✓ |
| 23-FEB-07 | S320 | In Room Movie | 14.99 |
| 24-FEB-07 | RT1418 | Room Charge | 214.00 |
| 24-FEB-07 | RT1418 | State Tax | 14.98 |
| 24-FEB-07 | RT1418 | Occupancy Tax | 12.84 |
| 24-FEB-07 | 329 | Agora | 33.08✓ |
| 25-FEB-07 | RT1418 | Room Charge | 214.00 |
| 25-FEB-07 | RT1418 | State Tax | 14.98 |
| 25-FEB-07 | RT1418 | Occupancy Tax | 12.84 |
| 25-FEB-07 | 2/25/07 | Laundry/Valet | 12.95 |
| 26-FEB-07 | RT1418 | Room Charge | 214.00 |
| 26-FEB-07 | RT1418 | State Tax | 14.98 |
| 26-FEB-07 | RT1418 | Occupancy Tax | 12.84 |
| 26-FEB-07 | 32617* | Internet Service In Room | 9.95 |
| 26-FEB-07 | 580 | Agora | 35.24✓ |
| 26-FEB-07 | 32632* | Internet Service In Room | 9.95 |

** continued on the next page **

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ____________________

Mr. Bradford Martin
FOLIO 147235 20-FEB-07

WESTIN HOTELS & RESORTS

the westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest

Mr. Bradford Martin

205 Collins Creek Rd
Greenville, SC 29607
United States Passport

| | | |
|---|---|---|
| room | 1418 | |
| rate | 214.00 | |
| no pers | 1 | |
| folio | 147235 | A |
| page | 2 | |
| arrive | 20-FEB-07 | 11:01 |
| depart | 27-FEB-07 | 09:52 |
| payment | VI | |

travel agent/charge to

Martin, Bradford
205 Collins Creek Rd

Greenville, SC 29607

| date | reference | description | charges/credits |
|---|---|---|---|
| 26-FEB-07 | 2/26/07vh | Laundry/Valet | 9.00 |
| 27-FEB-07 | 9740 | 800-742-0622 0005 10:05 | 2.06 |
| 27-FEB-07 | VI | Visa | 1532.48- |

***For Authorization Purposes Only***
xxxx77722

| Auth Date | Code | Authorized |
|---|---|---|
| 20-FEB-07 | 015457 | 2058.00 |

| | |
|---|---|
| Total Charges | 1532.48 |
| Total Credits | 1532.48- |
| Balance Due | 0.00 |

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 20-FEB-07 | 0.00 | 325.02 | 0.00 | 82.36 | 0.00 | 407.38 | 0.00 |
| 21-FEB-07 | 0.00 | 80.63 | 0.00 | 79.15 | 0.00 | 159.78 | 0.00 |
| 22-FEB-07 | 0.00 | 41.72 | 0.00 | 18.40 | 0.00 | 60.12 | 0.00 |
| 23-FEB-07 | 0.00 | 42.57 | 0.00 | 24.94 | 0.00 | 67.51 | 0.00 |
| 24-FEB-07 | 241.82 | 33.08 | 0.00 | 0.00 | 0.00 | 274.90 | 0.00 |
| 25-FEB-07 | 241.82 | 0.00 | 0.00 | 12.95 | 0.00 | 254.77 | 0.00 |
| 26-FEB-07 | 241.82 | 35.24 | 0.00 | 28.90 | 0.00 | 305.96 | 0.00 |
| 27-FEB-07 | 0.00 | 0.00 | 0.00 | 2.06 | 0.00 | 2.06 | 1532.48- |
| Total | 725.46 | 558.26 | 0.00 | 248.76 | 0.00 | 1532.48 | 1532.48- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ____________________

As a Starwood Preferred Guest you have earned at least 2448 Starpoints for this visit A80128735813.

Mr. Bradford Martin
FOLIO 147235 20-FEB-07

WESTIN
HOTELS & RESORTS

the westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest

Mr. Bradford Martin

205 Collins Creek Rd
Greenville, SC 29607
United States Passport

room 1418
rate 214.00
no pers 1
folio 147235 E
page 1
arrive 20-FEB-07 11:01
depart 27-FEB-07 09:52
payment VI

travel agent/charge to

Martin, Bradford
205 Collins Creek Rd

Greenville, SC 29607

| date | reference | description | charges/credits |
|---|---|---|---|
| | | Total Charges | 0.00 |
| | | Total Credits | 0.00 |
| | | Balance Due | 0.00 |

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges signature ____________

As a Starwood Preferred Guest you have earned at least 2448
Starpoints for this visit A80128735813.

Mr. Bradford Martin
FOLIO 147235 20-FEB-07

WESTIN
HOTELS & RESORTS

| | | | |
|---|---|---|---|
| Mr. Bradford Martin | 1418 | | |
| | 1 | | |
| 205 Collins Creek Rd | 147235 | D | |
| Greenville, SC 29607 | 1 | | Martin, Bradford |
| United States Passport | 20-FEB-07 | 00:00 | 205 Collins Creek Rd |
| | 27-FEB-07 | 00:00 | |
| | VI | | Greenville, SC 29607 |

| | | | |
|---|---|---|---|
| 20-FEB-07 | RT1418 | Room Charge | 214.00 |
| 20-FEB-07 | RT1418 | State Tax | 14.98 |
| 20-FEB-07 | RT1418 | Occupancy Tax | 12.84 |
| 21-FEB-07 | RT1418 | Room Charge | 214.00 |
| 21-FEB-07 | RT1418 | State Tax | 14.98 |
| 21-FEB-07 | RT1418 | Occupancy Tax | 12.84 |
| 22-FEB-07 | RT1418 | Room Charge | 214.00 |
| 22-FEB-07 | RT1418 | State Tax | 14.98 |
| 22-FEB-07 | RT1418 | Occupancy Tax | 12.84 |
| 23-FEB-07 | RT1418 | Room Charge | 214.00 |
| 23-FEB-07 | RT1418 | State Tax | 14.98 |
| 23-FEB-07 | RT1418 | Occupancy Tax | 12.84 |
| 27-FEB-07 | A/R Trans | Transfer to A/R | 967 28- |

| | |
|---|---|
| Total Charges | 967.28 |
| Total Credits | 967.28- |
| Balance Due | 0.00 |

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 20-FEB-07 | 241.82 | 0.00 | 0.00 | 0.00 | 0.00 | 241.82 | 0.00 |
| 21-FEB-07 | 241.82 | 0.00 | 0.00 | 0.00 | 0.00 | 241.82 | 0.00 |
| 22-FEB-07 | 241.82 | 0.00 | 0.00 | 0.00 | 0.00 | 241.82 | 0.00 |
| 23-FEB-07 | 241.82 | 0.00 | 0.00 | 0.00 | 0.00 | 241.82 | 0.00 |
| 27-FEB-07 | 0.00 | 0.00 | 0.00 | 0.00 | 967.28- | 967.28- | 0.00 |
| Total | 967.28 | 0.00 | 0.00 | 0.00 | 967.28- | 0.00 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 2448 Starpoints for this visit A80128735813.

Mr. Bradford Martin
FOLIO 147235 20-FEB-07

**Red & White Cab**
*East Side Taxi*
*Laurel-Sweeney Cab*
P.O. Box 3236 • Providence, Rhode Island 02909
Tel: 521-4200
Fax: 521-4544

Pickup Time ____
Date 2/22/07
Voucher Charge To ____
From Fed Ct
To Weybo
Phone No. ____
Metered Price ____
Claim No. ____
Appt. Time ____
Other Charges ____
Dept. ____
Cab No. ____
Driver ____
Total 6.00

Authorized By ____
Passenger's Signature or Received by ____

# GUESTCHECK™

| Date | Table | Guests | Server | 100376 |
|---|---|---|---|---|
| Feb 22 | | 1 | | |

APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV

27.25
+ 5.00
32.25

EDDIE & SON DINER
74 DORRANCE STREET
PROVIDENCE, RI 02903

Tax

Thank You Total

240 GUESTCHECK™ www.nationalchecking.com

**Red & White Cab**
*East Side Taxi*
*Laurel-Sweeney Cab*
P.O. Box 3236 • Providence, Rhode Island 02909
Tel: 521-4200
Fax: 521-4544

Pickup Time ____
Date 2/22/07
Voucher Charge To ____
From Fed Ct
To Weybo
Phone No ____ Metered Price ____
Claim No ____ Appt. Time ____ Other Charges ____
Dept ____ Cab No ____ Driver ____ Total 6.00

Authorized By ____
Passenger's Signature or Received by ____



**Dominican Cab Inc.**

AIRPORT SERVICE

TAXI RECEIPT

DATE 2/23

TRANSPORTATION

PROVIDED BY

FROM Ted Ct

TO Westin

DRIVER

CAR# 2723

AMOUNT $ 6.00

401.467-8855 * 421-3787

---

**GUESTCHECK™**

| Date | Table | Guests | Server | 100262 |
|---|---|---|---|---|
| 2/23/07 | | | | |

APPT–SOUP/SAL–ENTREE–VEG–DINER–DESSERT–BEV

74 DORRANCE STREET
PROVIDENCE, RI 02903

| | | |
|---|---|---|
| 1540 | | |
| BCT | $15 | |
| Joe | 150 | |
| Joe | 65 | |
| 665 | | |
| 8.75 | | |
| 1540 | Tip / Tax | 5 00 |
| Thank You | Total | 20 40 |

240 GUESTCHECK™ www.nationalchecking.com

---

**RECEIPT** Date: 2-23-07

From: Westin

To: Ted Ct

Driver: ______ Amount $ 6.00

3 00

19.18

Tip 2/00

$7.00

The Wharf Tavern
Thank you for all your support
215 Water Street
Warren, RI 02885
401-245-5043

Server: Tonja DOB: 02/26/2007
08:09 PM 02/26/2007
Table 304/1 2/20011

VISA 2097162
Card #4427110004777722 Exp:0708
Magnetic card present: MARTINBRAD
FORD
Approval: 015012

Amount: 69.79

+ Tip: 14.00

= Total: 3 83.79

$ 27.59

X______________________
Approval: 015012

Sunday Clamboil
$16.00 or $21.00 with
half a boiled lobster
Friday Combos serves two with
bottle of wine

**Merchant Copy**

## TAXI RECEIPT

DATE 2/27/07

FROM Weston

TO Airport

$ 37.00

SIGNATURE ______________________