04/04/2007 BNM

Bradford Neal Martin & Associates, PA
Post Office Box 10410
Greenville, South Carolina 29603
(864) 552-9990
FIN: 20-4009277

Dominik Kufner
Kufner Textiles, Inc.
ATTN: Helene Cardinal
80 Lindsay Avenue
Dorval, Quebec H9P2T8

Client #: G-KUFTEX
File #: 05-G905
As of Date: 03/31/2007
Invoice #: 906554

RE: Dominik Kufner
Personal & Confidential

**REGULAR ACCOUNT ACTIVITY**

**SERVICES RENDERED**

| DATE | TKPR | DESCRIPTION OF SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/01/2007 | WMF | TP- Update Kufner exhibit books with German and English versions of court documents; translation of information for Dr. Jenny such as report cards of children; translatation German court document Article #15. | 5.000 | |
| 03/01/2007 | JSF | RR- Review and respond to email regarding trial status and continuance. | 0.250 | |
| 03/01/2007 | LWHT | D- E-mail to Chris Hultquist regarding Brown University letter written by Dr. Jenny | 0.100 | |
| 03/01/2007 | LWHT | RR- Research and review of documents written by Dr. Jenny. | 1.400 | |
| 03/01/2007 | BNM | RR- Review of final version of letter to Sharon O'Keefe; review of Article 15 questions; review of Dominik Kufner's affidavit; conference with Domininк regarding developments and additions to his affidavit; continued review of Dr. Jenny's articles. | 6.500 | |
| 03/01/2007 | BNM | C- Conference with Dominik and Jerry N. regarding hearing; work on Dominik's affidavit. | 1.000 | |
| 03/02/2007 | WMF | TP- Preparation of evidence boxes and exhibit books for return trip to RI; review all materials for information/culture differences regarding photos for preparation for Dr. Jenny | 7.000 | |

| | | | |
|---|---|---|---|
| 03/02/2007 | BNM | IP- Continued prep for trial; work on documents to Dr. Jenny; review of court's ruling; participation in hearing before Judge Smith by telephone; conference with Jerry N. and Dominik; review of emails. | 5.500 |
| 03/03/2007 | BNM | RR- Review of emails; review of proposed email to Ianya Kufner regarding retreval of photos; conference with Dominik regarding same. | 1.000 |
| 03/04/2007 | BNM | RR- Review of Dominik's list to Dr. Jenny; work on "to do list"; work on exhibits. | 3.750 |
| 03/05/2007 | BNM | Travel to Providence, RI for continuation of trial. | 7.000 |
| 03/05/2007 | BNM | Work on Dominik's affidavit to Dr. Jenny and meeting with Dominik. | 3.500 |
| 03/05/2007 | BNM | TP- Meeting with Dominik, Jerry N., Chuck T., and Chris H. in preparation for trial; review of exhibits; review and discussion of Iina's taking children to sex abuse clinic of Dr. Jenny; preparation of Dominik for 13(b) testimony. | 5.000 |
| 03/05/2007 | WMF | TP- Review "revised" exhibit list and secure additional documents not in exhibit books, including German originals. | 6.000 |
| 03/05/2007 | LWHI | IOC- Interoffice conference with Bill Fugel regarding documetns needed for trial and preparation of same | 0.800 |
| 03/05/2007 | LWHT | Continued preparation of documetns for trial | 0.900 |
| 03/06/2007 | BNM | Trial - Preparation for and attendand next day of trial; return to Chuck's office. | 10.500 |
| 03/06/2007 | BNM | C- Extended conference with Chuck, Jerry, Dominik, and Chris regarding Judge's position on all issues. | 2.000 |
| 03/06/2007 | BNM | TP- Work on settlement proposal and preparation for Direct of Dominik and Iwona Kaleta. | 1.500 |
| 03/06/2007 | WMF | TP- Continue search for "missing" exhibits; contact with Walther in Germany for exhibit #33 and #62; begin certificate process for documents not originally translated by BNM staff. | 3.000 |

| | | | |
|---|---|---|---|
| 03/06/2007 | LWHT | Preparation of documents needed for trial including location of German and English translations of documents | 3.000 |
| 03/07/2007 | BNM | IP- Preparation of Dominik's 13(b) defense. | 2.000 |
| 03/07/2007 | BNM | Trial - Attendance at next day of trial; return to hotel. | 8.000 |
| 03/07/2007 | WMF | TP- Kufner certification and copies of all exhibits an additional German documents - continue search for exhibits 57, 58, and 74. | 5.000 |
| 03/07/2007 | LWHT | D- Preparation of protective roder regarding Dominik's computer | 1.500 |
| 03/07/2007 | LWHT | IOC- Conference with Bill Fugel regarding certification of translations | 0.200 |
| 03/07/2007 | LWHT | D- Continued preparation of protective order | 1.400 |
| 03/07/2007 | LWHT | TC- Conference with Chris Hultquist regarding protective order | 0.100 |
| 03/08/2007 | BNM | TP- Work on Article 15 questions; review of closing issues with Dominik. | 0.750 |
| 03/08/2007 | BNM | Attendance at next day of trial. | 8.500 |
| 03/08/2007 | BNM | Return to Greenville. | 5.500 |
| 03/08/2007 | WMF | IP- Work with translator to finalize review and certification of reviewing exhibits and other translated documents; preparation of file in order to update BNM's exhibit books for return to RI. | 5.000 |
| 03/09/2007 | WMF | TP- Update files, preparation for response to Dr. Jenny. | 4.000 |
| 03/09/2007 | BNM | Review of late filed designations of Walther by Respondent; review of Walther deposition and filing of counter designations; emails to Jerry, Dominik, and Chuck; conference with Dominik regarding preparation for Dr. Jenny response to testimony in September by South African teacher; 2nd conference with Dominik regarding preparation for Dr. Jenny. | 2.750 |
| 03/09/2007 | BNM | Review of Article 15 submission; review of Order regarding visitation; review of emails of Bedford and Pollack; attending to filing of counter designations; conference with Chris Haultguist regarding same. | 1.250 |

| | | | |
|---|---|---|---|
| 03/10/2007 | BNM | C- Conference with Dominik and Jerry regarding visitation events; conference regarding Motion to Change Custody; review of emails regarding same. | 2.000 |
| 03/11/2007 | BNM | C- Conference with Dominik and Jerry regarding motions; review of proposed motions. | 2.000 |
| 03/12/2007 | BNM | Work on revisions to Motion for Sanctions and Motion for Custody; review of Sharon O'Keefe emails to the Court; review of Jerry's emails and Dominik's emails to Sharon; attending to service and filing of motions. | 3.500 |
| 03/12/2007 | BNM | Conferences regarding disclosure of private detective; email to Sharon; work on translations; work on Article 15. | 1.000 |
| 03/12/2007 | BNM | Work on motion to suggest a format to file Article 15 request with German Agency; conference with Dominik about Tom Grady's report; conference with Grady; read and revise his report; email to Grady; continued work on potential cross for Dr. Jenny. | 4.750 |
| 03/12/2007 | BNM | C- Conference with Dominik regarding Tanya's involvment and visitation issues. | 0.750 |
| 03/12/2007 | WMF | TP- Translation of GWG 30 Questions; translation of additional documents; preparation for cross-examniation of Dr. Jenny. | 7.000 |
| 03/12/2007 | LWHT | Preparation for cross examination of Dr. Jenny including research of cases in which she has testified, block testimony, calls to oposing counsel in all cases in which she testified | 2.200 |
| 03/12/2007 | LWHT | D- Revisions to Petitioner's motion for immediate relief and further motion for sole physical cutody | 1.500 |
| 03/12/2007 | LWHT | Continued preparation for cross examination of Dr. Jenny | 1.300 |
| 03/12/2007 | LWHT | IOC- Conference with Brad Martin regarding depositions to be scheduled; e-mail to Walther's office regarding Dr. Felkel, call to Jerry Nissenbaum regarding Gross and Bosley | 0.300 |

| | | | |
|---|---|---|---|
| 03/13/2007 | BNM | C- Work on pending motions; conference with Dominik regarding cooperation in Germany to answer Sharon's questions; work on translations. | 1.500 |
| 03/13/2007 | BNM | Preparation of Motion to Compell Signing of Release and Expedited Hearing on Charge of Custody; conference with Dominik regarding Dr. Jenny; continued preparation for Dr. Jenny's cross. | 3.000 |
| 03/13/2007 | WMF | TP- Update exhibit books and preparation of material for shipment to RI; preparation of materials for Dr. Jenny & Dr Weintrob testimony. | 7.000 |
| 03/13/2007 | LWHT | Preparation and electronic filing of motion to require Tina to sign release for Hoefler and GWG; review of information that Weintrob may still need | 3.300 |
| 03/14/2007 | BNM | RR- Review of overnight emails. | 0.500 |
| 03/14/2007 | BNM | TP- Continued preparation for Jenny's cross; conference with Dominik regarding report; conference regarding settlement proposals; conference regarding Grady report. | 2.500 |
| 03/14/2007 | BNM | IP- Continued preparation for Jenny; conference with Chuck T. regarding Jenny report's whereabouts; conference with Jerry N. regarding status. | 2.000 |
| 03/14/2007 | WMF | IP- Continue to work on Dr. Jenny info and gather fax/email information to Dr. Weintrob; gather supporting documents for Brad's return trip to RI. | 6.000 |
| 03/14/2007 | LWHT | Revisions to cross of Dr. Jenny | 2.250 |
| 03/15/2007 | WMF | TP- Further preparation of documents for Brad to carry with him on trip to RI including DSM IV excerpts. | 5.000 |
| 03/15/2007 | BNM | TP- Preparation for cross-examination of Dr. Jenny; participation in emergency chambers hearing with Judge Smith by telephone; travel to Providence; conferences with Dominik Kufner, Jerry Nissenbaum, and Chuck Tamulevitz; final preparation for last day of hearing | 14.000 |

| | | | |
|---|---|---|---|
| 03/15/2007 | LWHI | Additions to Dr. Jenny cross of Dr. Fwlkwl Deposition; Tina's statements to the German court; Dr. Jennt report has been received and is positive revisions to our block testimony to bolster our position against possible appeal of the decision; why temporary custody order should be made permanent | 4.300 |
| 03/16/2007 | BNM | Prepare response to Respondent's Motions to Withdraw and completion of cross-examination of Dr. Jenny. | 2.500 |
| 03/16/2007 | BNM | T- Attendance at final day of hearing. | 3.000 |
| 03/16/2007 | BNM | C- Conference with DK, Chuck T., and Chris H. regarding need to respond to Tina's expert and plan for Dr. Weintrob's testimony. | 3.000 |
| 03/16/2007 | BNM | Travel to airport, wait for flight (flight cancelled), return to hotel. | 4.000 |
| 03/16/2007 | BNM | Work on Weintrob deposition presentation. | 2.500 |
| 03/17/2007 | BNM | Review of emails, response to emails, and continued preparation for Dr. Weintrob. | 2.000 |
| 03/17/2007 | BNM | Travel to airport, wait for delay of flight (eventual cancellation of flight), hitch-hike ride to New Haven, CT, train to NY. | 11.000 |
| 03/18/2007 | BNM | Travel to 97th Street to meet with Dr. Weintrob to prepare him for his deposition; return to hotel. | 6.000 |
| 03/19/2007 | WMF | Preparation of materials for Dr. Weintrob's deposition indcluding fax of information to Tina Kufner's new attorney; update files of BNM regarding 3/16/07 temp. custody order. | 2.000 |
| 03/19/2007 | BNM | C- Conference with DK, Chuck T., and Jerry N. regarding pros and cons of deposition with Dr. Weintrob; conference with Mr. Boren, Tina's counsel; regarding documents requested; review of voice mails from Tina Kufner. | 4.000 |
| 03/19/2007 | BNM | Travel to Dr. Weintrob's office for deposition; final preparation of Dr. Weintrob; conducting De Benne Esse deposition of Dr. Weintrob; status report to DK and Jerry N.; return to hotel. | 5.000 |

| | | |
|---|---|---|
| 03/20/2007 WMF | Preparation of materials for translation of English documents into German for Dominik's German case & update client files with materials received from RI. | 2.000 |
| 03/20/2007 BNM | Travel to Greenville. | 5.500 |
| 03/21/2007 WMF | Preparation of Dr. Weintrob's deposition for submission to RI District Court - review of testimony and blocking segments for use in RI court. | 3.000 |
| 03/21/2007 LWHT | D- Preparation of designation of excerpts from Weintrob deposition to be submitted to the court and attachments for electronic filing | 0.500 |
| 03/21/2007 BNM | Conference with Dominik; review emails; designation of Dr. Weintrob's deposition. | 3.000 |
| 03/21/2007 LWHT | D- Preparation and electronic filing of designation of portions of Weintrob's deposition to be presented to the court along with exhibits | 0.500 |
| 03/22/2007 WMF | Preparation for "Motion for 45 Days" - screened expense report, contacted translators to get invoices for services rendered & managed "Evidence/Exhibit" boxes. | 2.000 |
| 03/22/2007 BNM | C- Review of proposed motion regarding medical records; conference with Dominik regarding appeal; conference with Jerry regarding motion to get pictures from Iina. | 1.000 |
| 03/23/2007 BNM | D- Work on Memorandum in Opposition to Motion to Stay. | 2.000 |
| 03/26/2007 WMF | Work on Motion for 45 days information; review of documentation of bills and confirm all translator bills have been paid. | 1.000 |
| 03/27/2007 BNM | Review of "stay" issues; preparation for oral argument; conference with Jerry and Dominik regarding issues; travel to Rhode Island for hearing. | 12.000 |
| 03/27/2007 LWHT | Research of cases regarding stay; review of fax regarding Dr Keamy; conference with Brad Martin regarding cases received from Keamy | 1.400 |
| 03/28/2007 BNM | Preparation for and attendance at hearing; conference with Dominik, Jerry, and Chuck; return to Greenville. | 13.500 |

| | | | | |
|---|---|---|---|---|
| 03/28/2007 | LWHT | Research of case regarding standards for stay under Hague Convention to send to Brad in Rhode Island | 0.300 | |
| 03/29/2007 | WMF | Set-up translations for RI Court document translation to German; final consolodation and cateloging of files. | 2.000 | |
| 03/30/2007 | BNM | D- Work on Memo in Opposition to Motion to Stay; conference with Jerry N.; conference with Dominik regarding visitation issues and appeal. | 1.000 | |
| | | **TOTAL SERVICES RENDERED:** | 294.000 | $74,225.00 |

**TIMEKEEPER SUMMARY:**

| | | | | | | |
|---|---|---|---|---|---|---|
| BNM | - Bradford N. Martin, PI | 194.500 HRS | @ $ | 300.00/HR | = | 58,350.00 |
| JSF | - Johanna S. Fowler | 0.250 HRS | @ $ | 250.00/HR | = | 62.50 |
| LWHI | - Laura Ieer, Attorney | 27.250 HRS | @ $ | 250.00/HR | = | 6,812.50 |
| WMF | - William M Fugel, Paralegal | 72.000 HRS | @ $ | 125.00/HR | = | 9,000.00 |
| | **Totals** | 294.000 | | | | $74,225.00 |

**COSTS ADVANCED**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05/2007 | Federal Express Corporation - 2/20/07 - Federal Express - Files sent to Providence, RI for trial # 1755 | 112.60 ✓ |
| 03/05/2007 | Federal Express Corporation - 2/20/07 - Federal Express - Files sent to Providence, RI for trial # 1755 | 106.80 ✓ |
| 03/05/2007 | Federal Express Corporation - 2/20/07 - Federal Express - Documents sent to Dr. Alex Weintrob, NYC # 1755 | 42.49 ✓ |
| 03/05/2007 | Federal Express Corporation - 2/21/07 - Federal Express - Additional files sent to Providence, RI for trial # 1755 | 49.17 ✓ |
| 03/05/2007 | Federal Express Corporation - 2/22/07 - Federal Express - Additional files sent to Providence, RI for trial # 1755 | 49.17 ✓ |
| 03/05/2007 | Federal Express Corporation - 2/23/07 - Federal Express - Additional files sent to Providence, RI for trial # 1755 | 73.21 ✓ |
| 03/05/2007 | Federal Express Corporation - 2/24/07 - Federal Express - Additional files sent to Providence, RI for trial # 1755 | 51.16 ✓ |

| | | |
|---|---|---|
| 03/05/2007 | Sarah Meszaros - 3/2/07 - FedEx Kinko's - shipping boxes # 1759 | 13.12 ✓ |
| 03/09/2007 | Erika B. Matt, J.D., LLM. Taxation - 2/19/07 - In-office translation of part of psychological evaluation (4.5 hrs. @ $35/hr); 2/19-3/1/07 - 19 translations from German to English (Total 27,856 words @ $0.13/word); 2/21-3/8/07 - In-office certifications (4.5 hrs. @ $35/hr) # 1763 | 3,937.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/5/07 - Taxi from Airport # 1776 | 38.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/5/07 - tips # 1776 | 5.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/5/07 - Windows Counter - BNM Breakfast # 1776 | 11.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/5/07 - BNM - Agora - Lunch # 1776 | 71.02 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/6/07 - Taxi to Federal Court # 1776 | 8.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/6/07 - tips # 1776 | 5.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/6/07 - Agora - BNM Breakfast # 1776 | 28.34 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/7/07 - Taxi to Federal Court # 1776 | 8.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/7/07 - In Room Dining - BNM Breakfast # 1776 | 21.11 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/7/07 - Tyler Point Grille - Dinner # 1776 | 67.35 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/7/07 - Taxi from court # 1776 | 8.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/7/07 - tips # 1776 | 5.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/8/07 - Taxi to Federal Court # 1776 | 8.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/8/07 - Room Tip # 1776 | 20.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/8/07 - Taxi to airport # 1776 | 35.00 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/8/07 - Westin Providence - Hotel from 3/5-3/8 ($1063.69 - 120.47 (Reimbursed food costs) = $943.22) # 1776 | 943.22 ✓ |
| 03/15/2007 | Bradford N. Martin - 3/5/07 - Mileage to GSP Airport (30 mi @ .485/mi) # 1776 | 14.55 ✓ |

Kufner Textiles, Inc.
File #: 05-G905


Invoice #: 906554

| | | |
|---|---|---|
| 03/15/2007 | Bradford N. Martin - 3/8/07 - Mileage from GSP Airport to home (30 mi. @ .485/mi) # 1776 | 14.55 |
| 03/19/2007 | Federal Express Corporation - 3/5/07 - Federal Express - ship files to RI for continued trial (1 of 2 boxes) # 1777 | 109.28 |
| 03/19/2007 | Federal Express Corporation - 3/5/07 - Federal Express - ship files to RI for continued trial (2 of 2 boxes) # 1777 | 128.84 |
| 03/23/2007 | Verizon Wireless - March 2007 - Verizon - Kufner telephone charges # 1788 | 384.03 |
| 03/23/2007 | Bradford N. Martin - 2/27/07 - Cibo Bistro - Lunch # 1790 | 36.33 |
| 03/23/2007 | Bradford N. Martin - 3/15/07 - Airport Taxi to Hotel # 1790 | 33.00 |
| 03/23/2007 | Bradford N. Martin - 3/15/07 - Agora - Dinner # 1790 | 118.82 |
| 03/23/2007 | Bradford N. Martin - 3/15/07 - Westin Providence - Hotel/Ielephone/Internet # 1790 | 403.86 |
| 03/23/2007 | Bradford N. Martin - 3/15/07 - tips # 1790 | 10.00 |
| 03/23/2007 | Bradford N. Martin - 3/16/07 - Agora - Berakfast # 1790 | 38.40 |
| 03/23/2007 | Bradford N. Martin - 3/16/07 - Taxi to Airport # 1790 | 33.00 |
| 03/23/2007 | Bradford N. Martin - 3/16/07 - Providence Biltmore - Hotel for cancelled flight # 1790 | 247.62 |
| 03/23/2007 | Bradford N. Martin - 3/16/07 - McCormick & Shmick - Dinner # 1790 | 88.20 |
| 03/23/2007 | Bradford N. Martin - 3/16/07 - Hertz - Car rental - to hotel & return to airport on Saturday # 1790 | 80.61 |
| 03/23/2007 | Bradford N. Martin - 3/16/07 - tips # 1790 | 20.00 |
| 03/23/2007 | Bradford N. Martin - 3/17/07 - McCormick & Shmick - Breakfast # 1790 | 19.36 |
| 03/23/2007 | Bradford N. Martin - 3/17/07 - Metro-North Railroad - Train from RI to NYC # 1790 | 14.00 |
| 03/23/2007 | Bradford N. Martin - 3/17/07 - Lunch # 1790 | 15.00 |

| | | |
|---|---|---|
| 03/23/2007 | Bradford N. Martin - 3/17/07 - taxi # 1790 | 8.00 |
| 03/23/2007 | Bradford N. Martin - 3/17/07 - Triomphe Restaurant - Dinner (BNM & Weintrob) # 1790 | 225.35 |
| 03/23/2007 | Bradford N. Martin - 3/17/07 - tips # 1790 | 10.00 |
| 03/23/2007 | Bradford N. Martin - 3/18/07 - Taxi to Weintrob's # 1790 | 10.50 |
| 03/23/2007 | Bradford N. Martin - 3/18/07 - Taxi to Hotel # 1790 | 15.00 |
| 03/23/2007 | Bradford N. Martin - 3/18/07 - Taxi to lawyer's office # 1790 | 11.70 |
| 03/23/2007 | Bradford N. Martin - 3/18/07 - Marseille - Lunch # 1790 | 47.83 |
| 03/23/2007 | Bradford N. Martin - 3/18/07 - Taxi back to Hotel # 1790 | 15.00 |
| 03/23/2007 | Bradford N. Martin - 3/19/07 - Taxi to lunch with Weintrob # 1790 | 4.50 |
| 03/23/2007 | Bradford N. Martin - 3/19/07 - Jean Georges - Lunch (BNM & Weintrob) # 1790 | 100.53 |
| 03/23/2007 | Bradford N. Martin - 3/19/07 - Taxi to deposition # 1790 | 7.90 |
| 03/23/2007 | Bradford N. Martin - 3/19/07 - Taxi to Hotel # 1790 | 15.00 |
| 03/23/2007 | Bradford N. Martin - 3/19/07 - B.B. King Club Restaurant - Dinner # 1790 | 33.30 |
| 03/23/2007 | Bradford N. Martin - 3/19/07 - Pax Wholesome Food - water # 1790 | 2.56 |
| 03/23/2007 | Bradford N. Martin - 3/19/07 - tips # 1790 | 10.00 |
| 03/23/2007 | Bradford N. Martin - 3/20/07 - The Westin New York at Times Square - Hotel/Telephone/Internet - 3/17/07 - 3/20/07 # 1790 | 1,472.47 |
| 03/23/2007 | Bradford N. Martin - 3/20/07 - tips # 1790 | 20.00 |
| 03/23/2007 | Bradford N. Martin - 3/20/07 - Taxi to Airport # 1790 | 31 30 |
| 03/23/2007 | Bradford N. Martin - 3/20/07 - Cibo Bistro - Lunch @ Airport # 1790 | 38.59 |
| 03/23/2007 | Bradford N. Martin - 3/15/07 - Mileage Remibursement - to GSP airport # 1790 | 14.55 |
| 03/23/2007 | Bradford N. Martin - 3/20/07 - Mileage Remibursement - Return from GSP airport # 1790 | 14.55 |

| | | |
|---|---|---|
| 03/26/2007 | Federal Express Corporation - Federal Express - 3/15/07 - Documents to RI for continuation of hearing # 1792 | 117.83 |
| 03/26/2007 | Erika B. Matt, J.D., LLM. Taxation - 3/12 - 3/13/07 - Translations of three documents - 908 words @ $0.13/word # 1794 | 118.04 |
| 03/26/2007 | Selent Language Services - 2/15 - 2/22/07 - Translations of German legal documents - 40.5 hrs. @ $40.00/hr. # 1798 | 1,620.00 |
| 03/28/2007 | Bradford N. Martin - 3/5/07 - US Airways - One-way to Providence, RI # 1799 | 451.80 |
| 03/28/2007 | Bradford N. Martin - 3/8/07 - US Airways - One-way return to GSP # 1799 | 456.30 |
| 03/28/2007 | Bradford N. Martin - 3/15/07 - US Airways - Roundtrip Providence, RI/GSP # 1799 | 961.60 |
| 03/28/2007 | Bradford N. Martin - 3/27/07 - US Airways - Roundtrip Providence, RI/GSP # 1799 | 689.59 |
| 03/30/2007 | Copies - March 2007 (2296 copies @ .20 each) | 459.20 |
| 03/30/2007 | Westlaw online research - March 2007 | 189.15 |
| 03/30/2007 | Bradford N. Martin - 3/27/07 - Airport taxi to Westin # 1804 | 35.00 |
| 03/30/2007 | Bradford N. Martin - 3/27/07 - Westin Providence - Hotel # 1804 | 270.07 |
| 03/30/2007 | Bradford N. Martin - 3/28/07- McCormick & Schmick - Breakfast # 1804 | 19.36 |
| 03/30/2007 | Bradford N. Martin - 3/28/07 - Taxi to hearing # 1804 | 6.00 |
| 03/30/2007 | Bradford N. Martin - 3/28/07 - Agora - Lunch # 1804 | 130.99 |
| 03/30/2007 | Bradford N. Martin - 3/28/07 - Taxi to Airport # 1804 | 35.00 |
| 03/30/2007 | Bradford N. Martin - 3/28/07 - Water # 1804 | 2.69 |
| 03/30/2007 | Bradford N. Martin - 3/27/07 - Mileage reimbursement - to GSP Airport (30 mi. @ .485/mi.) # 1804 | 14.55 |
| 03/30/2007 | Bradford N. Martin - 3/28/07 - Mileage reimbursement - Return home from GSP Airport (30 mi. @ .485/mi ) # 1804 | 14.55 |

**TOTAL COSTS ADVANCED:** $15,226.56

Kufner Textiles, Inc. Page#: 13
File #: 05-G905 Invoice #: 906554

**PAYMENTS**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/20/2007 | Payment Received - Thank You | 150,856.01 |
| | **TOTAL PAYMENTS RECEIVED:** | $150,856.01 |
| | **PREVIOUS BALANCE:** | 150,856.01 |
| | **CURRENT CHARGES:** | 89,451.56 |
| | **LESS PAYMENTS:** | 150,856.01 |
| | **TOTAL AMOUNT DUE:** | $89,451.56 |

C-Conf CA-Ct Appear D-Draft ID-Invest/Discov IOC-Ofc Conf
LT-Ltr to R-Research RR-Receive/Review T-Trial O-Other TC-
Tele Conf TP-Trial Prep BNM-Bradford N. Martin
LWHT-Laura W.H. Teer LEC-Lora E. Collins
PAR-Paralegal LC-Law Clk

FedEx

| Invoice Number | Invoice Date |
|---|---|
| 8-714-24361 | Feb 27, 2007 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Feb 19, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 858708719233 | KAYLA | CHARLES TAMULEVIZ ESQ | |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMULEVIZ HULTGUIST & BLANCHI | |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | 144 WESTMINISTER ST | |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US | |
| Packages | 1 | | | |
| Rated Weight | 27.0 lbs, 12.3 kgs | | | |
| Delivered | Feb 20, 2007 10:09 | | | |
| Svc Area | A1 | Transportation Charge | | 101.90 |
| Signed By | A.FIFIDIDO | Fuel Surcharge | | 10.70 |
| FedEx Use | 005008269/0001552/_ | **Total Charge** | **USD** | **$112.60** |

**Dropped off:** Feb 19, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 858708719244 | KAYLA | CHARLES TAMULEVIZ ESQ | |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMULEVIZ HULTGUIST & BIANCHI | |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | 144 WESTMINISTER ST | |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US | |
| Packages | 1 | | | |
| Rated Weight | 25.0 lbs, 11.4 kgs | | | |
| Delivered | Feb 20, 2007 10:09 | | | |
| Svc Area | A1 | Transportation Charge | | 96.65 |
| Signed By | A.FIFIDIDO | Fuel Surcharge | | 10.15 |
| FedEx Use | 005008269/0001552/_ | **Total Charge** | **USD** | **$106.80** |

**Picked up:** Feb 19, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 4
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| USAB | | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 858708719255 | KAYLA | ALEX WEINTROB MD | |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | 12 WEST 96TH ST | |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | NEW YORK CITY NY 10025 US | |
| Zone | 04 | GREENVILLE SC 29601-2169 US | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | | | |
| Delivered | Feb 20, 2007 09:46 | Transportation Charge | | 36.25 |
| Svc Area | A1 | Residential Delivery | | 2.20 |
| Signed By | 9999999999999 | Fuel Surcharge | | 4.04 |
| FedEx Use | 005007817/0001530/02 | **Total Charge** | **USD** | **$42.49** |

FedEx

| Invoice Number | Invoice Date |
|---|---|
| 8-714-24361 | Feb 27, 2007 |

**Picked up:** Feb 20, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed
- Distance Based Pricing, Zone 5
- 1st attempt Feb 21, 2007 at 07:36 AM

| USAB | | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 858708719222 | KAYLA | CHURK TAMULERIZ ESQ |
| Service Type | FedEx First Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMULENZ HULTQUIST & BRANCHI L |
| Package Type | FedEx Envelope | 75 BEATTIE PL STE 910 | 144 WESTMINISTER ST |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Feb 21, 2007 09:50 | | |

| | | | | |
|---|---|---|---|---|
| Svc Area | A1 | Transportation Charge | | 44.50 |
| Signed By | C.HALEY | Fuel Surcharge | | 4.67 |
| FedEx Use | 005107298/0000006/_ | **Total Charge** | **USD** | **$49.17** |

**Picked up:** Feb 21, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5

| USAB | | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 858708719211 | KAYLA | CHUCK TAMULEVIZ ESQ |
| Service Type | FedEx First Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMUELVIZ HULTQUIST & DIANCKI |
| Package Type | FedEx Envelope | 75 BEATTIE PL STE 910 | 144 WESTMINSTER STREET |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Feb 22, 2007 07:36 | | |

| | | | | |
|---|---|---|---|---|
| Svc Area | A1 | Transportation Charge | | 44.50 |
| Signed By | C.HULTQUIST | Fuel Surcharge | | 4.67 |
| FedEx Use | 005207559/0000006/_ | **Total Charge** | **USD** | **$49.17** |

**Picked up:** Feb 22, 2007 **Cust. Ref.:** NO REFERENCE INFORMATION **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed
- Distance Based Pricing, Zone 5
- 1st attempt Feb 23, 2007 at 07:20 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| USAB | | **Sender** | **Recipient** |
|---|---|---|---|
| Tracking ID | 858708719200 | KAYLA | CHUCK TAMULEVIZ ESQ |
| Service Type | FedEx First Overnight | BRADFORD NEAL MARTIN & ASSOCIA | TAMULEVIZ HULTGUSTI DIANCHI LL |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | 144 WESTMINSTER ST |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | | |
| Delivered | Feb 23, 2007 10:11 | | |

| | | | | |
|---|---|---|---|---|
| Svc Area | A1 | Transportation Charge | | 66.25 |
| Signed By | A.GIFFIRDIA | Fuel Surcharge | | 6.96 |
| FedEx Use | 005313064/0000012/_ | **Total Charge** | **USD** | **$73.21** |

FedEx

| Invoice Number | Invoice Date |
|---|---|
| 8-714-24361 | Feb 27, 2007 |

**Picked up:** Feb 23, 2007 **Cust. Ref.:** KUFNER 05 905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages weight and service Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore FedEx Envelope was rated as FedEx Pak.

USAB

| | | |
|---|---|---|
| Tracking ID | 858708719196 | |
| Service Type | FedEx Priority Overnight | |
| Package Type | FedEx Pak | |
| Zone | 05 | |
| Packages | 1 | |
| Rated Weight | 2.0 lbs 0.9 kgs | |
| Delivered | Feb 24 2007 09:50 | |
| Svc Area | A1 | |
| Signed By | J.DALTON | |
| FedEx Use | 005407502/0001552/_ | |

**Sender**
KAYLA
BRADFORD NEAL MARTIN & ASSOCIA
75 BEATTIE PL STE 910
GREENVILLE SC 29601-2169 US

**Recipient**
CHUCK TAMULEVIZ ESQ
TAMULEVIZ HULTQUIST & BLANCHI
144 WESTMINSTER ST
PROVIDENCE RI 02903 US

| | | |
|---|---|---|
| Transportation Charge | | 33.80 |
| Saturday Delivery | | 12.50 |
| Fuel Surcharge | | 4.86 |
| **Total Charge** | **USD** | **$51.16** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$484.60** |
| **Total FedEx Express** | **USD** | **$484.60** |

6

FedEx Kinko's
Office and Print Center

550 WOODS LAKE RD
GREENVILLE, SC 29607

| | |
|---|---|
| Location: | GSPK |
| Device ID: | GSPK-POS2 |
| Employee: | 547782 |
| Transaction: | 910100358377 |

**Retail Box- 23x17x12**

| | | | |
|---|---|---|---|
| 790363305095 | 4 | (T) | $25 00 |

| | |
|---|---|
| Merchandise taxable subtotal: | $25 00 |
| Tax(SC) 5 000% | $1 25 |
| **Total Due:** | **$26.25** |
| (V) CreditCard: | $26 25 ÷ 2 = $13.12 |
| ***********54239 | Kufner |

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges See FedEx Service Guide at fedex com for details All merchandise sales final FedEx disclaims all warranties express or implied, including, without limitation the implied warranties of merchantability and fitness for a particular purpose. This packaging is sold 'as is' 'with all faults ' By paying for and accepting this packaging you agree to release and hold FedEx harmless for any claims, suits disputes or causes of action relating to this packaging as well as any related incidental or consequential damages incurred by you or any other party

Visit us at: fedex.com
Or call 1.800.GoFedEx
1 800 463 3339

*ERIKA B. MATT, J.D., LLM. Taxation*
ATA CERTIFIED GERMAN TRANSLATOR
214 W. HYPERICUM LANE
GREENVILLE, SC 29615
E-mail: drerikamatt@bellsouth net
Telephone (864) 297-9454
Fax (864) 281-9972

March 9, 2007

Bradford Neil Martin, Esq.
1 Liberty Plaza
75 Beatty Place
Greenville, S.C.

Subject: Translations and certifications Kufner vs. Kufner

---

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| Feb 19, 2007 | In-office translation of part of psychological evaluation 4 ½ hrs. @ $35.00/hr. | $ 157.50 |
| Feb 19 – March 1, 2007 | 19 translations from German into English Total 27,856 words @ $0.13/word | 3,622.00 |
| Feb. 21-March 8 | In-office certifications 4 1/2 hrs. @ $35 00/hr. | 157.50 |
| | | $3,937.00 |

✓

Thank you for the assignment.

Payable 30 days net

MSE Branded Foods
WINDOWS COUNTER

MON MARCH 5,2007
CHECK #537138-1
TABLE #3

| | |
|---|---|
| 1 ORANGE JUICE | $1.89 |
| 1 SUNRISE SAMPLER | $6.99 |
| SUB-TOTAL : | $8.88 |
| FOOD TAX | $0.44 |
| TOTAL | $9.32 |

Time: 06:46 1 CUSTOMER

Tip 1.68

WELCOME TO
WINDOWS COUNTER

11.00

YOU HAVE BEEN SERVED
BY : DEBBIE # 8

# AIRPORT TAXI, INC.

T.F. GREEN AIRPORT • WARWICK, RI 02886
(401) 737-2868 • WWW.AIRPORTTAXIRI.COM

NAME

DATE 3/5/07 FARE $38

DESTINATION Westin

SIGNATURE

DRIVER

3/6/07
$8
Westin – Fed Court

# TAXI RECEIPT

Date: 3/7/07

Transportation Provided By:

From: Westin

To: Fed Ct

Amount $ 8.00

Driver: D. G. 86 Car # 341

the westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest

Mr. Bradford Martin

205 Collins Creek Rd
Greenville, SC 29607
United States Passport

travel agent/charge to

| | | |
|---|---|---|
| room | 1618 | |
| rate | 219.00 | |
| no pers | 1 | |
| folio | 149035 | EX-A |
| page | 1 | |
| arrive | 05-MAR-07 | 12:19 |
| depart | 08-MAR-07 | |
| payment | VI | |

| date | reference | description | charges/credits |
|---|---|---|---|
| 05-MAR-07 | RT1618 | Room Charge | 219.00 |
| 05-MAR-07 | RT1618 | State Tax | 15.33 |
| 05-MAR-07 | RT1618 | Occupancy Tax | 13.14 |
| 05-MAR-07 | RT1618 | Room Charge | 35.00 |
| 05-MAR-07 | RT1618 | State Tax | 2.45 |
| 05-MAR-07 | RT1618 | Occupancy Tax | 2.10 |
| 05-MAR-07 | 2577 | 491-797-0050 0002 13:16 | 39.36 |
| 05-MAR-07 | 33020* | Internet Service In Room | 9.95 |
| 05-MAR-07 | 1179 | Agora – DKa BNM Lunch | 71.02– |
| 06-MAR-07 | RT1618 | Room Charge | 219.00 |
| 06-MAR-07 | RT1618 | State Tax | 15.33 |
| 06-MAR-07 | RT1618 | Occupancy Tax | 13.14 |
| 06-MAR-07 | RT1618 | Room Charge | 35.00 |
| 06-MAR-07 | RT1618 | State Tax | 2.45 |
| 06-MAR-07 | RT1618 | Occupancy Tax | 2.10 |
| 06-MAR-07 | 1313 | Agora – BKST BM | 28.34– |
| 06-MAR-07 | 33196* | Internet Service In Room | 9.95 |
| 07-MAR-07 | RT1618 | Room Charge | 219.00 |
| 07-MAR-07 | RI1618 | State Tax | 15.33 |
| 07-MAR-07 | RT1618 | Occupancy Tax | 13.14 |
| 07-MAR-07 | RT1618 | Room Charge | 35.00 |
| 07-MAR-07 | RT1618 | State Tax | 2.45 |
| 07-MAR-07 | RT1618 | Occupancy Tax | 2.10 |
| 07-MAR-07 | 1864 | In Room Dining BKST. | 21.11– |
| 07-MAR-07 | VI | Visa | 753.77- |

***For Authorization Purposes Only***
xxxx77722

| Auth Date | Code | Authorized |
|---|---|---|
| 05-MAR-07 | 035089 | 613.20 |
| 05-MAR-07 | 1234 | 50.00 |
| 05-MAR-07 | 035288 | 151.50 |

| | | | |
|---|---|---|---|
| 07-MAR-07 | 5 items | Laundry/Valet | 12.95 |

** continued on the next page **

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ____________________

Mr Bradford Martin
FOLIO 149035 05-MAR-07

WESTIN HOTELS & RESORTS

the westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest — travel agent/charge to

Mr. Bradford Martin

205 Collins Creek Rd
Greenville, SC 29607
United States Passport

room 1618
rate 219.00
no pers 1
folio 149035 EX-A
page 2
arrive 05-MAR-07 12:19
depart 08-MAR-07
payment VI

| date | reference | description | charges/credits | |
|---|---|---|---|---|
| 07-MAR-07 | 33270* | Internet Service In Room | | 9.95 |
| 08-MAR-07 | VI | Visa | 309.92- | |
| | | Total Charges | 1063.69 | |
| | | Total Credits | 1063.69- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 05-MAR-07 | 287.02 | 71.02 | 0.00 | 49.31 | 0.00 | 407.35 | 0.00 |
| 06-MAR-07 | 287.02 | 28.34 | 0.00 | 9.95 | 0.00 | 325.31 | 0.00 |
| 07-MAR-07 | 287.02 | 21.11 | 0.00 | 22.90 | 0.00 | 331.03 | 753.77- |
| Total | 861.06 | 120.47 | 0.00 | 82.16 | 0.00 | 1063.69 | 753.77- |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ____________________

As a Starwood Preferred Guest you have earned at least 1875 Starpoints for this visit A80128735813.

Mr. Bradford Martin
FOLIO 149035 05-MAR-07

WESTIN HOTELS & RESORTS

0032
Server: KAREN R Rec: [illegible]
03/07/07 21:12. Swiped Terminal: [illegible]

TYLER POINT GRILLE
32 BARTON AVE
BARRINGTON, RI 02806
(401)247-0017
MERCHANT #: 161206512998

| CARD TYPE | ACCOUNT NUMBER |
|---|---|
| VISA | XXXXXXXXXXXX7722 |

Name: BRADFORD MARTIN
00 TRANSACTION APPROVED
AUTHORIZATION #: 025129
Reference: 0307010000032
TRANS TYPE: Credit Card SALE

CHECK: 112.75

TIP: 22.00

TOTAL: 134.75

2
67.35

x [signature]

PHONE: ( ) -
CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
SIGN&TOTAL ONE/2ND IS YOUR RECEIPT

# TAXI RECEIPT

Date: 3/7/07

Transportation Provided By: ________

From: Fed Ct

To: Westin

Amount $ $8.00

Driver: 8 Car #: ________

---

941-1122
941-9456

**CHARGE VOUCHER**

Yellow Cab, Inc.
1044 Narragansett Blvd.
Cranston, R.I. 02905

CHARGE TO: DATE 3/8/07
ADDRESS
FROM Westin
TO Fed Ct
CAB NO.
DRIVER
REMARKS

TOTAL $8.00 SIGNED

---

**RECEIPT** Date: 3/8/07

From: Fed Ct

To: Airport

Driver: ________ Amount $ 35

FedEx

| Invoice Number | Invoice Date |
|---|---|
| 8-740-80019 | Mar 13, 2007 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Mar 02, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10 50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages. weight and service Any changes made are reflected in the invoice amount

| USAB | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 858708718899 | KARLA | BRART MALTIN ESQ |
| Service Type | FedEx First Overnight | BRADFORD NEAL MARTIN & ASSOCIA | THE WETIN AT PROVIDENCE |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | 1 W EXCHANGE ST |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | 14 0 lbs, 6.4 kgs | | |
| Delivered | Mar 05. 2007 06:52 | | |
| Svc Area | A1 | | |
| Signed by | .COOKE | | |
| FedEx Use | 006108372/0000012/_ | | |

| | | |
|---|---|---|
| Transportation Charge | | 98.90 |
| Fuel Surcharge | | 10.38 |
| **Total Charge** | **USD** | **$109 28** |

**Picked up:** Mar 02, 2007 **Cust. Ref.:** KUFNER 05-905 **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10 50% to this shipment
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages weight and service Any changes made are reflected in the invoice amount

| USAB | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 858708718903 | KAIZLA | BRAD MARTIN ESQ |
| Service Type | FedEx First Overnight | BRADFORD NEAL MARTIN & ASSOCIA | THE WESTIN AT PROVIDENCE |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | 1 W EXCHA NGE ST |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | 22 0 lbs, 10.0 kgs | | |
| Delivered | Mar 05. 2007 06:52 | | |
| Svc Area | A1 | | |
| Signed by | .COOKE | | |
| FedEx Use | 006108372/0000012/_ | | |

| | | |
|---|---|---|
| Transportation Charge | | 116 60 |
| Fuel Surcharge | | 12.24 |
| **Total Charge** | **USD** | **$128.84** |

**Picked up:** Mar 05, 2007 **Cust. Ref.:** LAPTOP PAVERCORD **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service Any changes made are reflected in the invoice amount.

| USAB | | Sender | Recipient |
|---|---|---|---|
| Tracking ID | 858708719185 | KAYLA | BRAD MARTIN ESQ |
| Service Type | FedEx Priority Overnight | BRADFORD NEAL MARTIN & ASSOCIA | THE WESTIN AT PRORIDENCE |
| Package Type | Customer Packaging | 75 BEATTIE PL STE 910 | 1 W EXCHANGE ST RM 1618 |
| Zone | 05 | GREENVILLE SC 29601-2169 US | PROVIDENCE RI 02903 US |
| Packages | 1 | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | |
| Delivered | Mar 06, 2007 08:58 | | |
| Svc Area | A1 | | |
| Signed by | C.RICHARDSON | | |
| FedEx Use | 006414177/0001552/_ | | |

| | | |
|---|---|---|
| Transportation Charge | | 33.80 |
| Fuel Surcharge | | 2.87 |
| **Total Charge** | **USD** | **$36.67** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$274.79** |
| **Total FedEx Express** | **USD** | **$274.79** |

Cibo Bistro and Wine Bar
LaGuardia Airport
USAir Terminal

2045 Cindy

51/1 4327 GST 1
FEB27'07 12:59PM

| | |
|---|---|
| 1 PANNA | 2 99 |
| 1 NC SOUP | 0 00 |
| 1 VEAL PICCATA | 25 00 |
| Food | 25.00 |
| Beverage | 2.99 |
| TAX | 2.34 |
| TOTAL DUE | $30.33 |

Thank You! ☺

Cibo Bistro and Wine Bar
LaGaurdia Airport
USAir Terminal

| | |
|---|---|
| CHECK: | 4327 |
| TABLE: | 51/1 |
| SERVER: | 2045 Cindy |
| DATE: | FEB27'07 1:30PM |
| CARD TYPE: | Visa |
| ACCT #: | XXXXXXXXXXXX7722 |
| EXP DATE: | XX/XX |
| AUTH CODE: | 035016 |
| RESEARCH: | 705818750249 |

BRADFORD MARTIN

TOTAL: 30.33

Tip 6.00

Total ____

X ____
SIGNATURE
THANK YOU
SIGNED COPY - MERCHANT
SECOND COPY - CUSTOMER

# AIRPORT TAXI, INC.

T.F. GREEN AIRPORT • WARWICK, RI 02886
(401) 737-2868 • WWW.AIRPORTTAXIRI.COM

NAME ____________ 3/15/07

DATE ____________ FARE $33

DESTINATION ____________

SIGNATURE (print) ____________

DRIVER R [illegible] #50

WESTIN
HOTELS & RESORTS

Westin Providence Hotel
One West Exchange Street
Providence, RI 02903
401-598-8000

Martin, Bradford
PO Box 10410
Greenville, SC 29603-0410

| | | | |
|---|---|---|---|
| Page Number: | 1 | Invoice Nbr: | 1000000185 |
| Guest Number: | 152029 | Arrive Date: | 03-15-2007 |
| Folio: | A | Depart Date: | 03-16-2007 |

No. Of Guests: 1
Room Number: 1218
Club Account: SPG - A80128735813

Tax Invoice

| DATE | REFERENCE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 03-15-2007 | RT1218 | Room Charge | $334.00 | |
| 03-15-2007 | RT1218 | State Tax | $23.38 | |
| 03-15-2007 | RT1218 | Occupancy Tax | $20.04 | |
| 03-15-2007 | 33690* | Internet Service In Room | $9.95 | |
| 03-15-2007 | 8007 | -421-0700 0007 19:08 | $1.50 | |
| 03-15-2007 | 444 | Agora | $118.82 | |
| 03-15-2007 | S783 | In Room Movie | $14.99 | |
| 03-16-2007 | 465 | Agora | $38.40 | |
| 03-16-2007 | 3/16/07 | Adj Room Chrg Retail | | $-115.00 |
| 03-16-2007 | 3/16/07 | -ADJ State Tax | | $-8.05 |
| 03-16-2007 | 3/16/07 | -ADJ Occupancy Tax | | $-6.90 |
| 03-16-2007 | VI | Visa | | $-431.13 |
| **Total | | | $561.08 | $-561.08 |
| ***Balance Due | | | $-0.00 | |

Continued on next page

561.08
-157.22 (food)
$403.86

WESTIN
HOTELS & RESORTS

Westin Providence Hotel
One West Exchange Street
Providence, RI 02903
401-598-8000

| | | | |
|---|---|---|---|
| Martin, Bradford | Page Number: 2 | Invoice Nbr: | 1000000185 |
| PO Box 10410 | Guest Number: 152029 | Arrive Date: | 03-15-2007 |
| Greenville, SC 29603-0410 | Folio: A | Depart Date: | 03-16-2007 |

No. Of Guests: 1
Room Number: 1218
Club Account: SPG - A80128735813

Tax Invoice

***For Authorization Purposes Only***

MARTIN, BRADFORD

| Auth Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 03-15-2007 | XXXXX77722 | 035271 | 467.60 |
| 03-15-2007 | XXXXX77722 | 045284 | 75.00 |

GST Summary

| | |
|---|---|
| GST Room | 0.00 |
| GST Food and Beverage | 0.00 |
| GST Telephone | 0.00 |
| GST Other | 0.00 |
| GST Total Revenue | 0.00 |

G.S.T # RT 20-2121979

As a Starwood Preferred Guest you have earned at least 806 Starpoints for this visit @.Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

Signature____________________________________

WESTIN
HOTELS & RESORTS

Westin Providence Hotel
One West Exchange Street
Providence, RI 02903
401-598-8000

Martin, Bradford
PO Box 10410
Greenville, SC 29603-0410

| | | | |
|---|---|---|---|
| Page Number: | 3 | Invoice Nbr: | 1000000185 |
| Guest Number: | 152029 | Arrive Date: | 03-15-2007 |
| Folio: | A | Depart Date: | 03-16-2007 |
| No. Of Guests: | 1 | | |
| Room Number: | 1218 | | |
| Club Account: | SPG - A80128735813 | | |

Tax Invoice

Expense Report Summary

Currency: USD

| Date | Room & Tax | Parking | Misc | Food & Bev | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 03-15-2007 | $377.42 | $0.00 | $26.44 | $118.82 | $0.00 | $522.68 | $0.00 |
| 03-16-2007 | $0.00 | $0.00 | $0.00 | $38.40 | $0.00 | $38.40 | $-561.08 |
| Total | $377.42 | $0.00 | $26.44 | $157.22 | $0.00 | $561 08 | $-561.08 |

1243

# Providence Biltmore

*A Rhode Island Tradition Since 1922*

KENNEDY PLAZA
PROVIDENCE, RI 02903
Tele - (401) 421-0700 Fax - (401) 455-3050

MARTIN, BRADFORD N

205 COLLINS CREEK RD
GREENVILLE, SC 29607 US

**Room Number:** 1243
**Daily Rate:** 199.00
**Room Type:** JSCK
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 3/16/2007 | 3/17/2007 | XXXXXXXXXXXX7722 | BAR3 | CORP | 30690349301 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 3/16/2007 | 1243 | LOCAL PHONE | 1243/18:21/2/5988000 | $0.75 |
| 3/16/2007 | 1243 | MCCORMICK & SCHMICK | 1243/3346/22:28/MCCORMICK & SCHMICK | $88.20 — |
| 3/16/2007 | 1243 | PARKING CHARGE | OVERNIGHT PARKING - 1 CAR | $22.00 |
| 3/16/2007 | 1243 | ROOM CHARGE | #1243 MARTIN, BRADFORD N | $199.00 |
| 3/16/2007 | 1243 | OCCUPANCY TAX (6%) | OCCUPANCY TAX (6%) | $11.94 |
| 3/16/2007 | 1243 | STATE TAX (7%) | STATE TAX (7%) | $13.93 |

335.82
− 88.20 (food)
247.62 (hotel)

**TOTAL DUE:** $335.82

To assist you in your check-out today, enclosed is an EXPRESS CHECK-OUT billing for your review. If everything on your bill is correct, it is not necessary to stop by the Front Desk. Simply dial 7575 when you are vacating the room and we will process the bill using the credit card given at check-in.
Should you have additional charges and require an updated bill, please stop by the Front Desk or telephone us and we will be happy to fax or mail you a final copy.

PROVIDENCE-T F. AP

RR 373772696 #01
BRADFORD
MARTIN

VEHICLE: 01998/3293487
07TA5X LIC: NJ USG22H

CDP: 00007 -AAA ALLIED GROUP INC
FF: US3394640
RES: 00000000099
COMPLETED BY: 8585/RIPRO11

RENTED: PROVIDENCE AIRPORT
RENTAL: 03/16/07 16:33
RETURN: 03/17/07 14:26

PLAN IN: WDUL RATE CLASS: C
**PLAN OUT: WDUL**

MILES IN: 24593 TR-X MILES
MILES OUT: 24568 MILES ALLOWED
MILES DRIVEN: 25 MILES CHARGED

| | | | |
|---|---|---|---|
| DAYS | 1@ $ 49.99 / DAY | $ | 49 99 |
| **SUBTOTAL 1** | | **$** | **49.99** |
| DISCOUNT - | R 10% | $ | 5.00 |
| **SUBTOTAL 2** | | **T$** | **44.99** |
| CONCESSION FEE RECOVERY | | T$ | 6.08 |
| ADDITIONAL CHARGES* | | T$ | 7 47 |
| FF SURCHARGE | | T$ | 50 |
| LDW | DECLINED | | |
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| FUEL & SVC $ .331/MI | $ 6.62/GL | T$ | 8 28 |
| CUST FAC CHG | | T$ | 3 75 |
| TAX 1 6.000% ON $ | 71.07 | T$ | 4.26 |
| TAX 2 7.000% ON $ | 75.33 | $ | 5 28 |
| **NET DUE** | | **$** | **80.61** |
| PAID BY | VISA XXXXXXXXXXXX7722 | | |

* ADDITIONAL CHARGES
NEVERLOST* $ 7.47 DY/37.32 WK
*NEVERLOST RATES REFLECT A 25% AAA DISCOUNT

FF: US3394640 - 50 MILES AWARDED

**HOW WAS YOUR EXPERIENCE?**
**WE'D LIKE YOUR FEEDBACK.**

1) Call 1-800-278-1595, or
Visit WWW.HERTZSURVEY.COM

2) Enter Access Code: 01710

3) Take Brief 4 Question Survey

THANK YOU FOR RENTING FROM
HERTZ

# TAXI RECEIPT

Date: 3/18/07

Transportation Provided By:

From:

To:

Amount $ 33

Car #

Driver:

Metr -North Railroad
Sta on # 252 NEW HVN

| Sold Tickets | Amount |
|---|---|
| OW O f Peak | $14.00 |
| Tota Amount | $14.00 |
| Pay nt: Credit 7722 | $14.00 |
| Amo t Credit: | $14.00 |

Thank You for Riding
Metro North !

TSM ID # 273
Tran ction # 407795
Date Time 03/17/07 18:10

Signature

+20 1.50
8.00

****************************************
DATE 3/17/07 TIME 9:52AM
MID 306726040725 424249057888

McCormick & Schmick
in The Biltmore Hotel
Providence, Rhode Island
02903
401-351-4500
PLEASE SIGN AND LEAVE THE MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO TAKE

VISA XXXXXXXXXXXXXXX7722 S
AUTH 055197 TBL 306 CHECK 173485
PRE-AUTH DINING S-JOSEPH

AMOUNT 15.15
TAX 1.21

SUBTOTAL $ 16.36
TIP $ 3.00
TOTAL $ 19.36

CUSTOMER COPY
****************************************

0089
Server: SARA A (#853) Rec: 42
03/17/07 23:50, Swiped T: 10 Term: i

TRIOMPHE RESTAURANT
49 WEST 44TH STREET
NYC, NY 10036
(212)453-4233
MERCHANT #:

CARD TYPE ACCOUNT NUMBER
VISA XXXXXXXXXXXX7722
Name: BRADFORD MARTIN
00 TRANSACTION APPROVED
AUTHORIZATION #: 055074
Reference: 0317010000089
TRANS TYPE: Credit Card SALE

CHECK: 185.35
TIP: 40.00
TOTAL: 225.35

X

PHONE: ( ) -
***Duplicate Copy***

ARDHOLDER WILL PAY CARD ISSUER ABOVE
IOUNT PURSUANT TO CARDHOLDER AGREEMENT
D copy -> customer

MED # 9V51
03/18/07 TR 8609
START END MILES
17:01 17:14 2.8
RATE USED: #1
FARE : $ 9 70
EXTRA: $ 0 00
TOTAL: $ 9.70
TO CONTACT 2.00
DIAL 3-1-1
11.70

TAXI RECEIPT

New Family
695 amsterdam ave. NYC 10025
(212) 749-7777

Date 3/18/07

From: 97th St.

To: Westin 43rd

718-749-1692

Tolls:

Car#

Fare $ 15.00

Driver's Signature

Thank You

TIP 1.60
10.50

========================================

** Customer Copy **
Marseille
Tab: 43
VICTORIA 3/18/2007 1:24:04 PM

Transaction # 384743
Visa

Amount $39.83

TIP : 8.00

TOTAL : 47.83

M A R S E I L L E
44TH & 9TH
New York, NY 10036
www.marseillenyc.com
Table #43
Trans#: 384743 Serv: VICTORIA
3/18/2007 1:19:37 PM # Cust:1

| Quan | Descript | Cost |
|---|---|---|
| 1 | GL- BIANCHETA | $12.00 |
| 1 | ESPRESSO | $2.75 |
| 1 | SM STILL | $4.00 |
| 1 | EGGS BENEDICT | $11.50 |
| 1 | L- SOUP DU JOUR | $6.50 |

Net Total: $36.75
Tax $3.08

TOTAL : $39.83

Food: $18.00
Beverage: $6.75
Liquor: $12.00

Please Join us for
Brunch
Saturday and Sunday
11AM-3PM

Jean Georges
1 Central Park West NYC
212-299-3900

CHECK: 395
TABLE: 16/1
GST CHKID: TBL 16
SERVER: 165 Sandy
DATE: MAR19'07 1:48PM
CARD TYPE: Visa
ACCT #: XXXXXXXXXXXX7722
EXP DATE: XX/XX
AUTH CODE: 045733
RESEARCH: 000000000000
BRADFORD MARTIN

SUBTOTAL: 84.53

TIP $ 16.00

TOTAL $ 100.53

X ____________
Signature

Signed Copy-Restaurant
Second Copy-Customer

I ♡ NEW YORK
MED # 9H72
DATE: 03/19/2007
START TIME 18:28
END TIME 18:45
TRIP # 5663
RATE No. 1
MILES 3.19
FARE $ 11.70
EXTRAS $ 1.00
TOTAL $ 12.70
2.30
15.00
Contact TLC Dial
3-1-1

I ♡ NEW YORK
MED # 5P38
DATE: 03/19/2007
START TIME 13:58
END TIME 14:05
TRIP # 4195
RATE No. 1
MILES 1.85
FARE $ 6.90
1.00
7.90
Contact TLC Dial
3-1-1

B.B.King Club Restaurant & Bar
243 W.42nd St.
N.Y. N.Y. 10036

***Gospel Brunch Every Sunday***
CHECK: 3732
TABLE: 18/2
SERVER: 1052 JENSEN
DATE: MAR19'07 9:15PM
CARD TYPE: Visa
ACCT #: XXXXXXXXXXXX7722
EXP DATE: XX/XX
AUTH CODE: 015369
RESEARCH: 707901252153
BRADFORD MARTIN

SUBTOTAL: 33.30
FIRST COPY MERCHANT
SECOND COPY CUSTOMER

Tip 0.00

TOTAL 33.30

X ____________
Signature

Please tell us what you thought of your service today:

PAX WHOLESOME FOOD
225 W 42 ST.
(212)869-3535
WWW.PAXFOOD.COM

| | | | |
|---|---|---|---|
| DATE | 03/19/2007 | | MON |
| 1 | MD WATER | T1 | $2.25 |
| | TAX1 AMT | | $0.19 |
| | TOTAL | | $2.44 |
| | CASH | | $5.00 |
| | CHANGE | | $2.56 |

* ORDER# 0173 *
NO.000773 REG 01 EMPLOYEE1 TIME 21:34

the westin new york at times square
270 west 43rd street new york, new york 10036
phone 212 201 2700 fax 212 201 2701
westinny.com

guest

travel agent/charge to

Mr. Bradford Martin

205 Collins Creek Rd
Greenville, SC 29607

| | | |
|---|---|---|
| room | 3439 | |
| rate | 369.00 | |
| no pers | 1 | |
| folio | 902283 | EX-A |
| page | 2 | |
| arrive | 17-MAR-07 | 20:57 |
| depart | 20-MAR-07 | |
| payment | VI | |

| date | reference | description | charges/credits |
|---|---|---|---|
| 20-MAR-07 | VI | Visa | 1472.47- |
| | | Total Charges | 1472.47 |
| | | Total Credits | 1472.47- |
| | | Balance Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Rm & Tax | Fd & Bev | Telephone | Misc. | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 17-MAR-07 | 421.85 | 0.00 | 0.00 | 27.08 | 0.00 | 448.93 | 0.00 |
| 18-MAR-07 | 421.85 | 0.00 | 16.70 | 52.80 | 0.00 | 491.35 | 0.00 |
| 19-MAR-07 | 421.85 | 0.00 | 110.34 | 0.00 | 0.00 | 532.19 | 0.00 |
| Total | 1265.55 | 0.00 | 127.04 | 79.88 | 0.00 | 1472.47 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ______

As a Starwood Preferred Guest you have earned at least 2626 Starpoints for this visit A80128735813.

| Mr Bradford Martin | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO 902283 | 17-MAR-07 | 3439 | | |

WESTIN
HOTELS & RESORTS

the westin new york at times square
270 west 43rd street new york, new york 10036
phone 212 201 2700 fax 212 201 2701
westinny.com

guest

travel agent/charge to

Mr. Bradford Martin

205 Collins Creek Rd
Greenville, SC 29607

| | |
|---|---|
| room | 3439 |
| rate | 369.00 |
| no pers | 1 |
| folio | 902283 EX-A |
| page | 1 |
| arrive | 17-MAR-07 20:57 |
| depart | 20-MAR-07 |
| payment | VI |

| date | reference | description | charges/credits |
|---|---|---|---|
| 17-MAR-07 | S670 | In Room Movie | 27.08 |
| 17-MAR-07 | RT3439 | Room Chrg Comm Retail | 369.00 |
| 17-MAR-07 | RT3439 | Room Tax - 8.375% Sales & Use | 30.90 |
| 17-MAR-07 | RT3439 | City Tax - 5% | 18.45 |
| 17-MAR-07 | RT3439 | Occupancy Tax - $2.00 | 2.00 |
| 17-MAR-07 | RT3439 | NYS Javits Ctr Tax | 1.50 |
| 18-MAR-07 | RT3439 | Room Chrg Comm Retail | 369.00 |
| 18-MAR-07 | RT3439 | Room Tax - 8.375% Sales & Use | 30.90 |
| 18-MAR-07 | RT3439 | City Tax - 5% | 18.45 |
| 18-MAR-07 | RT3439 | Occupancy Tax - $2.00 | 2.00 |
| 18-MAR-07 | RT3439 | NYS Javits Ctr Tax | 1.50 |
| 18-MAR-07 | 1 | Internet Service In Room | 14.95 |
| 18-MAR-07 | 16:44:55 | 12122776300 0:03 | 1.54 |
| 18-MAR-07 | 16:44:55 | Telephone Tax State - 8.375% | 0.13 |
| 18-MAR-07 | 16:44:55 | Phone Utility Tax - 5.45% | 0.08 |
| 18-MAR-07 | 3439 | Laundry/Valet | 52.80 |
| 19-MAR-07 | RT3439 | Room Chrg Comm Retail | 369.00 |
| 19-MAR-07 | RT3439 | Room Tax - 8.375% Sales & Use | 30.90 |
| 19-MAR-07 | RT3439 | City Tax - 5% | 18.45 |
| 19-MAR-07 | RT3439 | Occupancy Tax - $2.00 | 2.00 |
| 19-MAR-07 | RT3439 | NYS Javits Ctr Tax | 1.50 |
| 19-MAR-07 | 1 | Internet Service In Room | 14.95 |
| 19-MAR-07 | 10:02:07 | 12122776300 0:01 | 1.54 |
| 19-MAR-07 | 10:02:07 | Telephone Tax State - 8.375% | 0.13 |
| 19-MAR-07 | 10:02:07 | Phone Utility Tax - 5.45% | 0.08 |
| 19-MAR-07 | 10:15:02 | 12122682590 0:02 | 1.54 |
| 19-MAR-07 | 10:15:02 | Telephone Tax State - 8.375% | 0.13 |
| 19-MAR-07 | 10:15:02 | Phone Utility Tax - 5.45% | 0.08 |
| 19-MAR-07 | 11:00:25 | 16173309090 0:40 | 87.14 |
| 19-MAR-07 | 11:00:25 | Phone Utility Tax - 5.45% | 4.75 |

** continued on the next page **

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature

| Mr. Bradford Martin | ROOM | DEPART | AGENT |
|---|---|---|---|
| FOLIO 902283 17-MAR-07 | 3439 | | |

WESTIN HOTELS & RESORTS

MED # 6C87
THANK YOU
Date 03/20/07
12:25 TO 12:49
TRIP # 34941
DIST 11.28 mi
FARE $ 27.30
TOTAL $ 27.30
CONTACT TLC
DIAL 3-1-1

Toll 4.00

TOTAL $ 31.30

Cibo Bistro and Wine Bar
LaGaurdia Airport
USAir Terminal
CHECK: 4954
TABLE: 61/1
SERVER: 2048 Sukhvind
DATE: MAR20'07 1:29PM
CARD TYPE: Visa
ACCT #: XXXXXXXXXXXX7722
EXP DATE: XX/XX
AUTH CODE: 025917
RESEARCH: 707917505649
BRADFORD MARTIN

TOTAL: 33.59

Tip 5.00

Total 38.59

X [signature]
SIGNATURE
THANK YOU
SIGNED COPY - MERCHANT
SECOND COPY - CUSTOMER

MED # 3713
03/19 07 TR 0436
START END MILES
12:13 12:17 0.8
FARE : $ 4.50
EXTRA: $ 0.00
TOTAL: $ 4.50
THANKS
TO CONTACT TLC
DIAL 3-1-1

**TAXI RECEIPT**

**New Family**
695 amsterdam ave. NYC 10025
(212) 749-7777

Date 3/18/07

From:

To:

Tolls:

Car# 22V

Fare $ 15—

*Thank You*

Driver's Signature

FedEx

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 8-754-52277 | Mar 20, 2007 | [redacted] |



## FedEx Express Shipment Detail By Payor Type (Original)

**Picked up:** Mar 14, 2007 **Cust. Ref.:** NO REFERENCE INFORMATION **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 8 50% to this shipment
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages weight and service Any changes made are reflected in the invoice amount

USAB

| | |
|---|---|
| Tracking ID | 858708718925 |
| Service Type | FedEx Standard Overnight |
| Package Type | Customer Packaging |
| Zone | 05 |
| Packages | 1 |
| Rated Weight | 34.0 lbs, 15.5 kgs |
| Delivered | Mar 15, 2007 08:53 |
| Svc Area | A1 |
| Signed by | C.FRANCISCO |
| FedEx Use | 007310142/0001349/_ |

**Sender**
SARAH
BRADFORD NEAL MARTIN & ASSOCIA
75 BEATTIE PL STE 910
GREENVILLE SC 29601-2169 US

**Recipient**
ATTN BRAD MARTIN
THE WESTIN PROVIDENCE
ONE WEST EXCHANGE ST
PROVIDENCE RI 02903 US

| | | |
|---|---|---|
| Transportation Charge | | 108.60 |
| Fuel Surcharge | | 9.23 |
| **Total Charge** | USD | $117.83 |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$117.83** |
| **Total FedEx Express** | **USD** | **$117.83** |

*ERIKA B. MATT, J.D., LLM. Taxation*
ATA CERTIFIED GERMAN TRANSLATOR
214 W. HYPERICUM LANE
GREENVILLE, SC 29615
E-mail: drerikamatt@bellsouth.net
Telephone (864) 297-9454
Fax (864) 281-9972

March 24, 2007

Bradford Neil Martin, Esq.
1 Liberty Plaza
75 Beatty Place
Greenville, S.C.

Subject: Translations Kufner vs. Kufner

---

FOR PROFESSIONAL SERVICES RENDERED

| | | |
|---|---|---|
| March 12 and<br>March 13, 2007 | Translation of three documents<br>908 words @$0.13/word | $ 118.04<br>======= |

Thank you for the assignment.

Payable 30 days net

*SELENT LANGUAGE SERVICES*
*119 Woodstock Lane, Greer, SC 29650 Tel. (864) 244-7418 e-mail: iselent@charter.net*
Translation Interpreting Tutoring

INVOICE NO. 032607-1

Attn: Mr. Bill Fugel
BRADFORD NEIL MARTINE & ASSOCIATES, PA
P O. BOX 10410
GREENVILLE, SC 29603

REF: KUFNER DOCUMENTS

SERVICES PROVIDED: TRANSLATION FROM GERMAN INTO ENGLISH OF LEGAL DOCUMENTS
FEBRUARY 15-22, 2007

DELIVERY: MS WORD, on-site and per e-mail

CHARGES:

| | |
|---|---|
| 40 5 hours @ $40 00 per hour | = $1620.00 |
| INVOICE TOTAL | = $1620 00<br>======= |

Invoice payable upon receipt. THANK YOU. Irene Selent

3/26/2007

priceline.com

## Your Flight Details

**Flight Information - Monday, March 5, 2007**

| | | | | |
|---|---|---|---|---|
| US Airways **(operated by US Express/Piedmont Airlines)** Flight 4334 0h 45m, 79 mi | Greenville Spartanburg (GSP) Greer, SC Departs: 9:15 AM | To | Charlotte - Douglas Intl (CLT) Charlotte, NC Arrives: 10:00 AM | Aircraft De Havilland Canada DHC-8 Dash 8-300 **Economy/Coach Class** |
| US Airways Flight 1702 1h 20m, 336 mi | Charlotte - Douglas Intl (CLT) Charlotte, NC Departs: 11:30 AM | To | Washington - Reagan National (DCA) Washington, DC Arrives: 12:50 PM | Aircraft Boeing 737-400 **Economy/Coach Class** |
| US Airways **(operated by US Express/Air Wisconsin)** Flight 3916 1h 19m 356 mi | Washington - Reagan National (DCA) Washington, DC Departs: 1:30 PM | To | Providence - T F Green (PVD) Providence, RI Arrives: 2:49 PM | Aircraft Canadair Regional Jet **Economy/Coach Class** |

**Passenger and Ticket Information**

| | |
|---|---|
| **Itinerary Number:** | **415-687-311-68** |
| Booking ID: | 3F2P9E |
| Confirmation Number: | JQXXNL - US Airways |
| Ticket Type: | Electronic Ticket |
| Passenger 1: | Bradford N. Martin<br>Seat Preference:<br>Flight 4334: 9C<br>Flight 1702: 22D<br>Flight 3916: 7C<br>Ticket Number 0377664465755<br>No Meal Preference |
| Travel Insurance ID: | BRADFORD MARTIN - 10436507805 |

## Summary Of Charges

| | |
|---|---|
| Airline Ticket Cost: | $317 00 |
| Airline Ticket Taxes & Fees: | $27 70 |
| Airline Ticket Travel Insurance: | $15 00 (Per ticket) |
| Number of Tickets: | 1 |
| Airline Ticket Shipping & Handling: | $0 00 (Electronic Ticket) |
| **Airfare Subtotal:** | **$359.70** |
| **Total Trip Cost:** | **$359.70** |
| Last 4 Digits of Credit Card: | |
| Priceline Customer Service Number: | 1-800-340-0575 |

Please verify your flight check-in location with your ticketed carrier

Due to uncertainty in airline flight schedules, you will need to contact your airline and confirm your flight information prior to each departure We recommend that you arrive at the airport a minimum of 90 minutes in advance of departure for domestic flights and at least 2 hours in advance of departure for international flights If you fail to arrive at your gate on time, the airline has the right to cancel your reservation and make you ineligible for denied boarding compensation If you choose not to take any of the flights for which you are ticketed, the airlines will automatically cancel the remainder of your reservation

Due to increased security, all adults, 18 and over, are required to show valid photo identification (examples include a driver's license passport or state identification card) and a paper copy of this page at airport check-in

You are permitted the same baggage allowance as other economy class passengers Since carry-on and checked baggage guidelines vary by airline, we recommend that you check your airline's Web site for answers to specific baggage questions Airlines will not always guarantee seat assignments prior to airport check-in If there is not a seat assignment printed on your ticket and/or itinerary, you will always get a seat assignment at the airport on the day of departure

For requirements due to disability, requests for special meals, or questions about traveling with pets, skis, etc , call your airline in advance so they are prepared to meet your needs. Please note - Priceline cannot guarantee that special needs requests will be met. Special meals are not available on all airlines and meal service is not guaranteed on all flights

If your flight is delayed or canceled or you are denied boarding at the airport due to over booking, immediately check with your airline gate agent for information and instructions

If your journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and for loss of or damage to baggage Also see the notices entitled Advice to International Passengers on Limitation of Liability, and Notice of Baggage Liability Limitations, Notice of Incorporated Terms, Notice - Overbooking of Flights

Air transportation to be provided between points in the U S (including its overseas territories and possessions) is subject to the individual contract terms (including rules, regulations, tariffs, and conditions) of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage Also see the notices entitled Conditions of Contract, Notice of Incorporated Terms, Notice of Baggage Liability Limitations, and Notice of Overbooking

**Kayla Baldwin**

**From:** tickets@usairways com
**Sent:** Friday, March 02, 2007 10:46 AM
**To:** Kayla Baldwin
**Subject:** Reissue Ticket Confirmation

**U·S AIRWAYS**




This email was sent to you by **US Airways** To ensure delivery directly to your inbox please add **tickets@usairways.com** to your address book today

## Your Confirmed US Airways Itinerary

**Confirmation Code: JQXXNL**

| Itinerary | Date | Flight | Compartment | Seats |
|---|---|---|---|---|
| **7:45A Depart Greenville/Spartanburg, SC (GSP)**<br>**8:30A Arrive Charlotte, NC (CLT)** | Mar 5 | US Airways Express **2208** operated by PSA AIRLINES | Coach | |
| **9:50A Depart Charlotte, NC (CLT)**<br>**11:54A Arrive Providence/Newport, RI (PVD)** | Mar 5 | US Airways **2664** operated by MESA DBA AMERICA WEST EXPRESS | Coach | |

**Ticket Information**

| Traveler | Frequent Flyer | Ticket Number | Base Fare | Taxes & Fees | |
|---|---|---|---|---|---|
| MARTIN, BRADFORD | | 0372165647031 | 294 88 | 36 92 | **$331.80** |
| | | | | New Itinerary | $331.80 |
| | | | | Change Fee(s) | $100.00 |
| | | | | **Total** | **$431.80** |
| | | | | Original Ticket Credit | ($339.70) |
| | | | | **Amount Due** | **$92.10** |

**Payment Information**

USD$92 10 has been billed to: Bank of America xxxxxxxxxxxx7722 - Exp. 07/08

**Ticket Restrictions**

STNDBY/CHG FEE/NO RFND/CXL BY FLT DT

**Travel Services**

Add a Car Click Here | Add a Hertz Car Click Here | Add a Hotel Click Here | Click here to claim your Special Reward to thank you for your reservation today! Continue

**Important Travel Information**

- Boarding passes and government issued photo identification are required at airport security checkpoints
- Print your boarding pass and check-in online at usairways com starting 24 hours before your flight
- View recommended check-in times for your departure

**Changes in Travel Plans**

Case 1:07-cv-00046-S-LDA Document 93-9 Filed 04/11/2007 Page 44 of 53

- Ticket changes are permitted online To learn more about our travel policies, click here
- Tickets are not transferable and are valid for one year from date of original ticket issuance
- To retain the value of a non-refundable ticket, flights must be canceled on or before the ticketed travel date
- For additional information, please view US Airways Terms of Transportation

**Documentation For International Travel**

- For international travel, a valid passport or visa may be required depending on nationality, travel destination and country or countries in which connections take place. Passengers are responsible for compliance with all government travel requirements. View specific documentation requirements for American citizens on the U.S. Department of State Website: www.travel..state.gov.

**Your reservation is complete.**
**Click here to claim your $10.00 Cash Back**
**Reward on your next reservation!**

Continue

By clicking above, you can claim your reward from
the reward provider, Reservation Rewards

**Discount Emails:** Subscribe to E-Savers, which offers dramatic discounts for last-minute travel each week and other low fare promotions being offered by US Airways E-Mail Specials

**Please do not reply to this e-mail, as it cannot be answered from this address.**

**priceline.com**

## Your Flight Details

**Flight Information - Thursday, March 8, 2007**

| | | | | |
|---|---|---|---|---|
| US Airways<br>Flight 877<br>2h 10m, 686 mi | Providence - T F Green (PVD)<br>Providence, RI<br>Departs: 8:00 AM | To | Charlotte - Douglas Intl (CLT)<br>Charlotte, NC<br>Arrives: 10:10 AM | Aircraft<br>Boeing 757 all models<br>**Economy/Coach Class** |
| US Airways<br>**(operated by US Express/PSA Airlines)**<br>Flight 2403<br>0h 42m, 79 mi | Charlotte - Douglas Intl (CLT)<br>Charlotte, NC<br>Departs: 11:25 AM | To | Greenville Spartanburg (GSP)<br>Greer, SC<br>Arrives: 12:07 PM | Aircraft<br>Canadair Regional Jet<br>**Economy/Coach Class** |

**Passenger and Ticket Information**

| | |
|---|---|
| **Itinerary Number:** | **418-207-651-68** |
| Booking ID: | 7VCR83 |
| Confirmation Number: | FSCVHM - US Airways |
| Ticket Type: | Electronic Ticket |
| Passenger 1: | Bradford N Martin<br>Seat Preference:<br>Flight 877: Aisle Seat Requested<br>Flight 2403: Aisle Seat Requested<br>Frequent Flyer #3394640 - US Airways<br>Ticket Number 0377665413289<br>No Meal Preference |
| Travel Insurance ID: | BRADFORD MARTIN - 10442581805 |

## Summary Of Charges

| | |
|---|---|
| Airline Ticket Cost: | $317 00 |
| Airline Ticket Taxes & Fees: | $24 30 |
| Airline Ticket Travel Insurance: | $15 00 (Per ticket) |
| Number of Tickets: | 1 |
| Airline Ticket Shipping & Handling: | $0 00 (Electronic Ticket) |
| **Airfare Subtotal:** | **$356.30** |
| **Total Trip Cost:** | **$356.30** + 100.00 = $456.30 (US Air change fee) |
| Last 4 Digits of Credit Card: | |
| Priceline Customer Service Number: | 1-800-340-0575 |

Please verify your flight check-in location with your ticketed carrier

Due to uncertainty in airline flight schedules, you will need to contact your airline and confirm your flight information prior to each departure. We recommend that you arrive at the airport a minimum of 90 minutes in advance of departure for domestic flights and at least 2 hours in advance of departure for international flights If you fail to arrive at your gate on time, the airline has the right to cancel your reservation and make you ineligible for denied boarding compensation If you choose not to take any of the flights for which you are ticketed, the airlines will automatically cancel the remainder of your reservation

Due to increased security, all adults, 18 and over, are required to show valid photo identification (examples include a driver's license, passport or state identification card) and a paper copy of this page at airport check-in

You are permitted the same baggage allowance as other economy class passengers Since carry-on and checked

baggage guidelines vary by airline, we recommend that you check your airline's Web site for answers to specific baggage questions Airlines will not always guarantee seat assignments prior to airport check-in If there is not a seat assignment printed on your ticket and/or itinerary you will always get a seat assignment at the airport on the day of departure

For requirements due to disability, requests for special meals, or questions about traveling with pets, skis, etc , call your airline in advance so they are prepared to meet your needs Please note - Priceline cannot guarantee that special needs requests will be met Special meals are not available on all airlines and meal service is not guaranteed on all flights

If your flight is delayed or canceled or you are denied boarding at the airport due to over booking, immediately check with your airline gate agent for information and instructions

If your journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and for loss of or damage to baggage Also see the notices entitled Advice to International Passengers on Limitation of Liability, and Notice of Baggage Liability Limitations, Notice of Incorporated Terms Notice - Overbooking of Flights

Air transportation to be provided between points in the U S (including its overseas territories and possessions) is subject to the individual contract terms (including rules, regulations, tariffs, and conditions) of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage Also see the notices entitled Conditions of Contract, Notice of Incorporated Terms, Notice of Baggage Liability Limitations and Notice of Overbooking

priceline.com

## Your Flight Details

**Departing Flight Information** - Wednesday, March 14, 2007

| | | | | |
|---|---|---|---|---|
| US Airways (operated by US Express/PSA Airlines) Flight 2403 0h 42m, 79 mi | Greenville Spartanburg (GSP) Greer SC Departs: 12:25 PM | To | Charlotte - Douglas Intl (CLT) Charlotte, NC Arrives: 1:07 PM | Aircraft Canadair Regional Jet **Economy/Coach Class** |
| US Airways Flight 1618 1h 52m, 686 mi | Charlotte - Douglas Intl (CLT) Charlotte, NC Departs: 3:45 PM | To | Providence - T F Green (PVD) Providence, RI Arrives: 5:37 PM | Aircraft Airbus A319 **Economy/Coach Class** |

**Returning Flight Information** - Friday, March 16 2007

| | | | | |
|---|---|---|---|---|
| US Airways Flight 1871 2h 3m, 686 mi | Providence - T F Green (PVD) Providence, RI Departs: 6:15 PM | To | Charlotte - Douglas Intl (CLT) Charlotte, NC Arrives: 8:18 PM | Aircraft Airbus A319 **Economy/Coach Class** |
| US Airways (operated by US Express/PSA Airlines) Flight 2311 0h 42m 79 mi | Charlotte - Douglas Intl (CLT) Charlotte, NC Departs: 10:05 PM | To | Greenville Spartanburg (GSP) Greer, SC Arrives: 10:47 PM | Aircraft Canadair Regional Jet **Economy/Coach Class** |

**Passenger and Ticket Information**

| | |
|---|---|
| **Itinerary Number:** | **425-211-001-12** |
| Booking ID: | NDXR94 |
| Confirmation Number: | BEGS32 - US Airways |
| Ticket Type: | Electronic Ticket |
| Passenger 1: | Bradford N Martin<br>Seat Preference:<br>Flight 2403: Aisle Seat Requested<br>Flight 1618: Aisle Seat Requested<br>Flight 1871: Aisle Seat Requested<br>Flight 2311: Aisle Seat Requested<br>Frequent Flyer #3394640 - US Airways<br>Ticket Number 0377666104812<br>No Meal Preference |
| Travel Insurance ID: | BRADFORD MARTIN - 10447096605 |

## Summary Of Charges

| | |
|---|---|
| Airline Ticket Cost: | $781.00 |
| Airline Ticket Taxes & Fees: | $39 10 |
| Airline Ticket Travel Insurance: | $15 00 (Per ticket) |
| Number of Tickets: | 1 |
| Airline Ticket Shipping & Handling: | $0 00 (Electronic Ticket) |
| **Airfare Subtotal:** | **$835.10** |
| **Total Trip Cost:** | **$835.10** + 101.50 change fee + 25.00 change fee = $961.60 |
| Last 4 Digits of Credit Card: | |
| Priceline Customer Service Number: | 1-800-340-0575 |

Please verify your flight check-in location with your ticketed carrier.

Due to uncertainty in airline flight schedules, you will need to contact your airline and confirm your flight information prior to each departure We recommend that you arrive at the airport a minimum of 90 minutes in advance of departure for domestic flights and at least 2 hours in advance of departure for international flights If you fail to arrive at your gate on time, the airline has the right to cancel your reservation and make you ineligible for denied boarding compensation If you choose not to take any of the flights for which you are ticketed, the airlines will automatically cancel the remainder of your reservation

Due to increased security, all adults, 18 and over, are required to show valid photo identification (examples include a driver's license, passport or state identification card) and a paper copy of this page at airport check-in

You are permitted the same baggage allowance as other economy class passengers Since carry-on and checked baggage guidelines vary by airline, we recommend that you check your airline's Web site for answers to specific baggage questions Airlines will not always guarantee seat assignments prior to airport check-in If there is not a seat assignment printed on your ticket and/or itinerary, you will always get a seat assignment at the airport on the day of departure

For requirements due to disability, requests for special meals, or questions about traveling with pets, skis, etc , call your airline in advance so they are prepared to meet your needs Please note - Priceline cannot guarantee that special needs requests will be met Special meals are not available on all airlines and meal service is not guaranteed on all flights

If your flight is delayed or canceled or you are denied boarding at the airport due to over booking, immediately check with your airline gate agent for information and instructions

If your journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and for loss of or damage to baggage Also see the notices entitled Advice to International Passengers on Limitation of Liability, and Notice of Baggage Liability Limitations Notice of Incorporated Terms, Notice - Overbooking of Flights

Air transportation to be provided between points in the U S (including its overseas territories and possessions) is subject to the individual contract terms (including rules, regulations, tariffs, and conditions) of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage Also see the notices entitled Conditions of Contract, Notice of Incorporated Terms, Notice of Baggage Liability Limitations, and Notice of Overbooking

priceline.com

## Your Flight Details

**Departing Flight Information** - Tuesday, March 27, 2007

| | | | | |
|---|---|---|---|---|
| US Airways (operated by US Express/PSA Airlines) Flight 2391 0h 42m, 79 mi | Greenville Spartanburg (GSP) Greer, SC Departs: 5:58 PM | To | Charlotte - Douglas Intl (CLT) Charlotte, NC Arrives: 6:40 PM | Aircraft Canadair Regional Jet (Jet) **Economy/Coach Class** |
| US Airways Flight 1118 1h 54m 686 mi | Charlotte - Douglas Intl (CLT) Charlotte, NC Departs: 7:30 PM | To | Providence - T F Green (PVD) Providence RI Arrives: 9:24 PM | Aircraft Boeing 757 all models (Jet) **Economy/Coach Class** |

**Returning Flight Information** - Wednesday March 28, 2007

| | | | | |
|---|---|---|---|---|
| US Airways Flight 1037 1h 15m 237 mi | Providence - T F Green (PVD) Providence, RI Departs: 3:30 PM | To | Philadelphia Intl (PHL) Philadelphia, PA Arrives: 4:45 PM | Aircraft Airbus A320-100/200 (Jet) **Economy/Coach Class** |
| US Airways (operated by US Express/Air Wisconsin) Flight 3893 1h 56m 513 mi | Philadelphia Intl (PHL) Philadelphia, PA Departs: 6:45 PM | To | Greenville Spartanburg (GSP) Greer, SC Arrives: 8:41 PM | Aircraft Canadair Regional Jet (Jet) **Economy/Coach Class** |

**Passenger and Ticket Information**

| | |
|---|---|
| Itinerary Number: | **520-354-561-02** |
| Booking ID: | 3XR2S5 |
| Passenger 1: | Bradford N Martin<br>Seat Preference:<br>Flight 2391: Aisle Seat Requested<br>Flight 1118: Aisle Seat Requested<br>Flight 1037: Aisle Seat Requested<br>Flight 3893: Aisle Seat Requested<br>Frequent Flyer #3394640 - US Airways<br>Ticket Number Pending<br>No Meal Preference |
| Travel Insurance ID: | Travel Insurance ID Pending |

## Summary Of Charges

| | |
|---|---|
| Airline Ticket Cost: | $633 99 |
| Airline Ticket Taxes & Fees: | $40 60 |
| Airline Ticket Travel Insurance: | $15 00 (Per ticket) |
| Number of Tickets: | 1 |
| Airline Ticket Shipping & Handling: | $0 00 (Electronic Ticket) |
| **Airfare Subtotal:** | **$689.59** |
| **Total Trip Cost:** | **$689.59** |
| Last 4 Digits of Credit Card: | |
| Priceline Customer Service Number: | 1-800-340-0575 |

Please verify your flight check-in location with your ticketed carrier

Due to uncertainty in airline flight schedules, you will need to contact your airline and confirm your flight information prior to each departure. We recommend that you arrive at the airport a minimum of 90 minutes in advance of departure for domestic flights and at least 2 hours in advance of departure for international flights If you fail to arrive at your gate

on time, the airline has the right to cancel your reservation and make you ineligible for denied boarding compensation If you choose not to take any of the flights for which you are ticketed the airlines will automatically cancel the remainder of your reservation

Due to increased security, all adults, 18 and over, are required to show valid photo identification (examples include a driver's license, passport or state identification card) and a paper copy of this page at airport check-in

You are permitted the same baggage allowance as other economy class passengers Since carry-on and checked baggage guidelines vary by airline, we recommend that you check your airline's Web site for answers to specific baggage questions Airlines will not always guarantee seat assignments prior to airport check-in If there is not a seat assignment printed on your ticket and/or itinerary, you will always get a seat assignment at the airport on the day of departure

For requirements due to disability, requests for special meals, or questions about traveling with pets, skis etc , call your airline in advance so they are prepared to meet your needs Please note - Priceline cannot guarantee that special needs requests will be met Special meals are not available on all airlines and meal service is not guaranteed on all flights

If your flight is delayed or canceled or you are denied boarding at the airport due to over booking, immediately check with your airline gate agent for information and instructions

If your journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention may be applicable and the Convention governs and in most cases limits the liability of carriers for death or personal injury and for loss of or damage to baggage Also see the notices entitled Advice to International Passengers on Limitation of Liability, and Notice of Baggage Liability Limitations, Notice of Incorporated Terms Notice - Overbooking of Flights

Air transportation to be provided between points in the U S (including its overseas territories and possessions) is subject to the individual contract terms (including rules, regulations, tariffs, and conditions) of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage Also see the notices entitled Conditions of Contract, Notice of Incorporated Terms, Notice of Baggage Liability Limitations, and Notice of Overbooking

****************************************
DATE 3/28/07 TIME 9:05AM
MID 306726040725 424249057888

McCormick & Schmick
in The Biltmore Hotel
Providence, Rhode Island
02903
401-351-4500
PLEASE SIGN AND LEAVE THE MERCHANT COPY
THE CUSTOMER COPY IS YOURS TO TAKE

VISA XXXXXXXXXXXXXXX7722 S
AUTH 005423 TBL 302 CHECK 176954
PRE-AUTH DINING S-PAMELA

| | |
|---|---|
| AMOUNT | 15.15 |
| TAX | 1.21 |
| SUBTOTAL $ | 16.36 |
| TIP $ | 3.00 |
| TOTAL $ | 19.36 |

CUSTOMER COPY
****************************************

B'fast

**AIRPORT TAXI, INC.**
T.F. GREEN AIRPORT • WARWICK, RI 02886
(401) 737-2868 • WWW.AIRPORTTAXIRI.COM

NAME
DATE 3/27/07 FARE $35.00
DESTINATION Westin
SIGNATURE (print)
DRIVER

lunch

AGORA AT THE WESTIN HOTEL
ONE WEST EXCHANGE STREET
PROVIDENCE, RI 02903
CHECK: 659
TABLE: 41/1
SERVER: 1107 JOANNE
DATE: MAR28'07 12:36PM
CARD TYPE: VISA
ACCT #: XXXXXXXXXXXX7722
EXP DATE: XX/XX
AUTH CODE: 025834
RESEARCH: 61537388
BRADFORD MARTIN

SUBTOTAL: 117.99

GRATUITY 22.00

TOTAL 139.99

SIGNATURE

PLEASE TOTAL, SIGN BOTH COPIES &
RETAIN ONE COPY FOR YOUR RECORDS

THE WESTIN
PROVIDENCE

ONE WEST EXCHANGE STREET, PROVIDENCE, RI 02903
TEL (401) 598-8000 FAX: (401) 598-8200

GUEST
Mr Bradford Martin
205 Collins Creek Rd
Greenville, SC 29607
United States Passport

ROOM 604
RATE 239.00
NO PERS 1
FOLIO 156577 EX-A
PAGE 1
ARRIVE 27-MAR-07 21:39
DEPART 28-MAR-07
PAYMENT

TRAVEL AGENT

CHARGE TO

| DATE | REFERENCE | DESCRIPTION | CHARGES • CREDITS | |
|---|---|---|---|---|
| 27-MAR-07 | RT604 | Room Charge | | 239.00 |
| 27-MAR-07 | RT604 | State Tax | | 16.73 |
| 27-MAR-07 | RT604 | Occupancy Tax | | 14.34 |
| 28-MAR-07 | VI | Visa | 270.07- | |
| | | Total Charges | 270.07 | |
| | | Total Credits | 270.07- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 27-MAR-07 | 270.07 | 0.00 | 0.00 | 0.00 | 0.00 | 270 07 | 0.00 |
| Total | 270.07 | 0.00 | 0.00 | 0.00 | 0.00 | 270.07 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to part or all of these charges

SIGNATURE

As a Starwood Preferred Guest you have earned at least 478 Starpoints for this visit A80128735813

THE WESTIN
PROVIDENCE

Mr. Bradford Martin
FOLIO 156577 27-MAR-07

# TAXI RECEIPT

Date: 3/28/07

Transportation Provided By: ____________

From: Wez fn

To: Airpr

Amount $ 35

Driver: ____________ Car # ____________

ANTON AIRFOOD OF RI
BLOCK ISLAND BAR & CAFE
PROVIDENCE INT'L AIRPORT

265 Sorangel

CHK 1372 MAR28'07 3:02PM

EAT IN

| | |
|---|---|
| 1 WATER VASA 25oz | 2.49 |
| SUBTOTAL | 2.49 |
| TAX | 0.20 |
| AMOUNT | 2.69 |
| CASH | 3.00 |
| CHANGE | 0 31 |

Your order number is: 1372

Water