04/04/2007 BNM

Bradford Neal Martin & Associates, PA
Post Office Box 10410
Greenville, South Carolina 29603
(864) 552-9990
FIN: 20-4009277

Dominik Kufner
Kufner Textiles, Inc.
ATTN: Helene Cardinal
80 Lindsay Avenue
Dorval, Quebec H9P2T8

Client #: G-KUFTEX
File #: 05-G905
As of Date: 12/31/2006
Invoice #: 906279

RE: Dominik Kufner
Personal & Confidential

**REGULAR ACCOUNT ACTIVITY**

**SERVICES RENDERED**

| DATE | TKPR | DESCRIPTION OF SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 12/06/2006 | BNM | C- Conference with Dominik regarding status and need for a position letter. | 0.500 | |
| 12/13/2006 | LEC | Research regarding sanctions that can be imposed against the losing party in child custody case brought under ICARA. | 1 500 | |
| 12/13/2006 | BNM | RR- Review of Federal and State cases, of Hague Convention for consequenses on kidnapping the children. | 2.250 | |
| 12/14/2006 | BNM | D- Preparation of opinion letter to Dominik Kufner regarding consequenses | 1.000 | |
| | | **TOTAL SERVICES RENDERED:** | 5.250 | $1,350.00 |

**TIMEKEEPER SUMMARY:**

| | | | | |
|---|---|---|---|---|
| BNM | - Bradford N. Martin, PI | 3.750 HRS @ $ 300.00/HR = | | 1,125.00 |
| LEC | - Lora E Collins, Attorney | 1.500 HRS @ $ 150.00/HR = | | 225.00 |
| | **Totals** | 5.250 | | $1,350.00 ✓ |

**COSTS ADVANCED**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/24/2006 | Regions Bank - Wire Transfer Fee - 11/24/06 | 15.00 ✓ |
| 12/29/2006 | Copies - December 2006 - (71 copies @ .20 each) | 14.20 ✓ |

Kufner Iextiles, Inc.
File #: 05-G905

Page#: 2
Invoice #: 906279

| | | |
|---|---|---|
| 12/29/2006 | Westlaw online research - December 2006 | 8.50 |
| | **TOTAL COSTS ADVANCED:** | $37.70 |
| | **PREVIOUS BALANCE:** | 0.00 |
| | **CURRENT CHARGES:** | 1,387.70 |
| | **LESS PAYMENTS:** | 0.00 |
| | **TOTAL AMOUNT DUE:** | $1,387.70 |

C-Conf CA-Ct Appear D-Draft ID-Invest/Discov IOC-Ofc Conf LT-Ltr to R-Research RR-Receive/Review T-Trial O-Other TC-Tele Conf TP-Trial Prep BNM-Bradford N. Martin LWHT-Laura W.H. Teer LEC-Lora E. Collins PAR-Paralegal LC-Law Clk