| | Dominik Kufner's Legal Fees Paid to Tamuleviz Law Offices | | |
|---|---|---|---|
| Date of Invoice | Description | Amount | Invoice / Check Number |
| 1/31/2007 | Retainer Fee | $ 10,000.00 | Kufner ck. #13080 |
| 2/14/2007 | CEH and CAT Fees | $ 62,000.00 | Kufner ck. #13123 |
| 3/1/2007 | CEH and CAT Fees | $ 58,800.00 | Kufner ck. #13160 |
| 3/19/2007 | CEF and CAT Fees | $ 43,700.00 | Kufner ck. #13218 |
| | **TOTAL LEGAL FEES:** | **$ 174,500.00** | |