**Dominik Kufner's Costs Paid by Tamuleviz Law Offices (Receipts Attached to Statements)**

| Date of Invoice | Invoice From | Service Rendered | Amount |
|---|---|---|---|
| 2/7/2007 | Probe Investigative Services | Round the clock surveillance of TK and the children | $ 43,416.50 |
| 2/12/2007 | Bay Translations | Interpreting; Translations English > German RUSH JOB | $ 1,390.00 |
| 2/12/2007 | Vivian S. Dafoulas - Steno | Depositions of L.Lucas, T.Hanninen, C. Lucci, Tanja K., A. Walther | $ 2,392.00 |
| 2/14/2007 | Court Filing Fees | $350 Civil Filing and $50 to Fed. Board of Bar Examiners | $ 400.00 |
| 2/26/2007 | David M. Tassoni | Supervised visits between Dominik and the children | $ 520.00 |
| 2/16/2007 | Spectra Temps - Shana Klinger | Secretarial work | $ 242.25 |
| 2/22/2007 | New England Research Asso. | Investigative Services | $ 4,170.85 |
| 2/16/2007 | Ritz Camera | Photographs, Card Reader | $ 113.86 |
| 2/9/2007 | Lucie Lucas | Travel Expenses for Witness | $ 366.00 |
| 2/21/2007 | FedEx Kinkos / Minuteman Press | Copying Costs | $ 654.41 |
| 2/20/2007 | Arrow Messengaer Services | Messenger from RI to Sullivan & Worcester | $ 80.75 |
| 01/21/07 thru 2/20/07 | Cingular and One Communications | Telephone charges | $ 197.92 |
| 3/5/2004 | David M. Tassoni | Supervised visits between Dominik and the children | $ 780.00 |
| 3/16/2007 | David M. Tassoni | Supervised visits between Dominik and the children | $ 1,020.00 |
| 2/28/2007 | Anne M. Clayton, RPR | Transcript of Cross of Tina Kufner on 2/23/07 and 2/26/07 | $ 470.80 |
| 2/28/2007 | Lexis Nexis | Legal Research | $ 265.00 |
| 3/16/2007 | UPS | Documents from Chuck to Bradford Martin, Saturday Delivery | $ 186.08 |
| 3/15/2007 | Biltmore Hotel | CEH Room from 3/15/2007 thru 3/19/2007 | $ 1,660.32 |
| 3/15/2007 | Biltmore Hotel | CEH Parking Charge | $ 44.00 |
| | | **TOTAL COSTS:** | **$ 58,370.74** |