✓

THB
TAMULEVIZ, HULTQUIST & BIANCHI, L.L.P.
Counsellors at Law

Charles A. Tamuleviz*
Christopher E. Hultquist*
Gil A. Bianchi, Jr

* Admitted in RI & MA

February 14, 2007

Mr. Victor D'Altilia
Kufner Textiles Inc. Quebec
80 Lindsay Avenue
Dorval, Quebec, Canada H9P 2T8

Re: Mr. Dominik Kufner
Kufner v. Kufner
C.A. No.: 07-046S (USDC RI)

BILLING STATEMENT

For: Professional services rendered, including conferences with the client and co-counsel; telephone conferences with the client and co-counsel; telephone conferences with defense counsel; preparation for and attendance at hearings before U.S. District Court and Rhode Island Family Court; legal research regarding Hague Convention, and "ICARA" ; preparation of pleadings; deposition preparation and attendance at depositions; and telephone conference with retired FBI agent re: review of photographs.

Billing statement from 1/29/07 - 2/13/07

| | | |
|---|---|---|
| CEH | 80 hrs @ $300.00 per hour | $24,000.00 |
| CAT | 95 hrs @ $400.00 per hour | $38,000.00 |
| Total Attorney Fees: | | $62,000.00 |

Expenses:

| | |
|---|---|
| Probe Investigative Services | $43,416.50 ✓ |
| Bay Translations | $ 1,390.00 ✓ |
| Vivian S. Dafoulas (steno) | $ 2,392.00 ✓ |
| Court Filing fees: | $ 400.00 - |

Total Expenses as of 2/13/07 $47,598.50

TAMULEVIZ, HULTQUIST & BIANCHI, L.L.P.

Counsellors at Law

Mr. Victor D'Altilia
Page 2
February 14, 2007

| | |
|---|---|
| Fees and Expenses as of 2/13/07 | $109,598 50 |
| Retainer of $10,000.00 | ($10,000.00) |
| **Total Due as of 2/14/07** | **$ 99,598.50** |

**Please make check payable to** **Tamuleviz, Hultquist & Bianchi, LLP**
**144 Westminster Street, Suite 302**
**Providence, Rhode Island 02903**

**Tax Identification No.: 20-1218541**

13080

**KUFNER TEXTILE CORP.**
AP CHECKING
307A STANDING SPRINGS CT.
SIMPSONVILLE, SC 29681

RBC Centura
RBC CENTURA BANK
66-85/531

CHEQUE NO.

PAY Ten Thousand and 00/100******

DATE 01/31/2007

AMOUNT ***10,000.00

Details on back

TO THE ORDER OF
CHARLES A. TAMULEVIZ
TAMULEVIZ, HULTQUIT, & BIANCHI
144 WESTMINSTER STREET
PROVINCE, R.I. 02903
USA

KUFNER TEXTILES CORP.

PER

PER

⑈013080⑈ ⑆053100850⑆4090003106⑈

**KUFNER TEXTILES CORP.**

| | | | | |
|---|---|---|---|---|
| TAMULEVIZ | | CHARLES A. TAMULEVIZ | CHEQUE NO. 01/31/2007 | 13080 |
| RETAINER FEE | 01/31/2007 | 10,000.00 | 0.00 | 10,000.00 |
| | | 10,000.00 | 0.00 | 10,000.00 |

**KUFNER TEXTILES CORP.** 13080

TAMULEVIZ CHARLES A. TAMULEVIZ

CHEQUE NO. 01/31/2007

| | | | | |
|---|---|---|---|---|
| RETAINER FEE | 01/31/2007 | 10,000.00 | 0.00 | 10,000.00 |
| | | 10,000.00 | 0.00 | 10,000.00 |

MLT500-1R 02007302203001 McBEE 1 800 662-2331 994603039753

13080

**KUFNER TEXTILE CORP.**
AP CHECKING
307A STANDING SPRINGS CT.
SIMPSONVILLE, SC 29681

RBC Centura
RBC CENTURA BANK
66-85/531

CHEQUE NO.

PAY Ten Thousand and 00/100******

DATE 01/31/2007

AMOUNT ***10,000.00

TO THE ORDER OF CHARLES A. TAMULEVIZ
TAMULEVIZ, HULTQUIT, & BIANCHI
144 WESTMINSTER STREET
PROVINCE, R.I. 02903
USA

KUFNER TEXTILES CORP.

PER

PER

Details on back

⑈013080⑈ ⑆053100850⑆4090003106⑈

# Probe Investigative Services

*Serving Massachusetts and Rhode Island*

P.O. Box 131
Sheldonville, MA 02070-0131
(508) 400-6737

P.O. Box 9265
Warwick, RI 02889-0265
(401) 265-4960

Tamuleviz, Hultquist & Bianchi, LLP
Attn: Charles Tamuleviz
144 Westminster Street
Providence, RI 02903

RE: Dominik Kufner



| | |
|---|---|
| Billing Date | 2/7/07 |
| Account ID | THB |
| Case | Kufner |

CHARGES AND PAYMENTS

| DATE | ITEM | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 1/29/07 | Investigation | Case Initiation; begin assembling Investigative teams; Meet with Attorney Briefing, obtain documents and pictures Copy records and pictures; review Records, brief associate and case planning Internet research on potential surveillance Area, residence and residents | |
| | | 3.75 hrs @ $100/hr | $375.00 |
| | | Database reports 4 @ $25 ea | $100.00 |
| | Mileage | 5 miles @ $.5/mi | 2.50 |
| 1/30/07 | Investigation | Begin surveillance, locate children Begin round the clock surveillance Assemble and schedule teams; coordinate With local Police | |
| | | 45.25 Investigator hrs @ $100/hr | $4525.00 |
| | Mileage | 444 miles @ $.5/mi | 222.00 |
| 1/31/07 | Investigation | Continuous surveillance (3 teams) Coordinate with local Police; obtain copies Of complaint and protection order; Fax to Attorney and obtain Fed Court Order; Hand deliver copy of order, memo | |
| | | 64.25 Investigator hrs @ $100/hr | $6425.00 |
| | Mileage | 594 miles @ $.5/mi | 297.00 |
| 2/1/07 | Investigation | Continuous surveillance (3 teams) | |
| | | 55 Investigator hrs @ $100/hr | $5500.00 |
| | Mileage | 428 miles @ $.5/mi | 214.00 |

| | | | |
|---|---|---|---|
| 2/2/07 | Investigation | Continuous surveillance (3 teams) | |
| | | 55 25 Investigator hrs @ $100/hr | $5525.00 |
| | Mileage | 434 miles @ $ 5/mi | 217.00 |
| 2/3/07 | Investigation | Continuous surveillance (3 teams) | |
| | | 55.75 Investigator hrs @ $100/hr | $5575.00 |
| | Mileage | 464 miles @ $ 5/mi | 232.00 |
| 2/4/07 | Investigation | Continuous surveillance (3 teams) | |
| | | 56.25 Investigator hrs @ $100/hr | $5625.00 |
| | Mileage | 490 miles @ $ 5/mi | 245.00 |
| 2/5/07 | Investigation | Continuous surveillance (3 teams) | |
| | | 56.75 Investigator hrs @ $100/hr | $5675.00 |
| | Mileage | 432 miles @ $.5/mi | 216.00 |
| 2/6/07 | Investigation | Continuous surveillance (3 teams) | |
| | | 23.75 Investigator hrs @ $100/hr | $2375.00 |
| | Mileage | 142 miles @ $.5/mi | 71.00 |
| | | TOTAL THIS INVOICE | **$43,416.50** |

**Please send payment to Probe, Inc., P.O. Box 131, Sheldonville, MA, 02070-0131**

**EIN: 04-3448847**

Thank You For Calling Probe Investigative Services

TAMULEVIZ, HULTQUIST & BIANCHI
OPERATING ACCOUNT
144 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903

57-1/115 2338

DATE 2-26-07

PAY TO THE ORDER OF Probe Investigative Services $ 43,416.50

Forty three thousand four hundred sixteen and 50/100 DOLLARS

Security Features Included. Details on back

Bank of America

FOR Kufner - Investigative Services

AUTHORIZED SIGNATURE

⑈002338⑈ ⑆011500010⑆ 009487809389⑈

# BAY TRANSLATIONS

# INVOICE

35 Michael Drive
Bristol, RI 02809 USA
Phone (401) 396-9766 Fax (401) 253-4446

INVOICE #020507
DATE: FEBRUARY 12, 2007

**TO:**
Chistopher Hultquist
Tamulevlz, Hultquist & Bianchi, L.L.P.
144 Westminster Street
Providence, RI 02903

**FOR:**

Interpreting; translation: English<>German

| DESCRIPTION | | | AMOUNT |
|---|---|---|---|
| Interpreting: | | | |
| Feb. 8, 2007: session cancelled; minimum fee | | | $ 175.00 |
| Feb. 9, 2007: full day interpreting | | | 600.00 |
| Translation: | | | |
| German > English documentation (RUSH JOB) | | | 615 00 |
| | | TOTAL | $ 1390.00 |

Make all checks payable to BAY TRANSLATIONS
Total due upon receipt.

**Thank you for your business!**

TAMULEVIZ, HULTQUIST & BIANCHI
OPERATING ACCOUNT
144 WESTMINSTER STREET
PROVIDENCE RHODE ISLAND 02903

57-1/115 2339

DATE 2-26-07

PAY TO THE ORDER OF Bay Translations $ 1390.00

One thousand three hundred ninety and ~ 00/00 DOLLARS

Security Features Included. Details on back

Bank of America.

FOR Kufner

AUTHORIZED SIGNATURE

⑈002339⑈ ⑆011500010⑆ 0094878093389⑈

# BAY TRANSLATIONS *FAX*

**To:** CHRIS HULTQUIST **Fax:** 490-2940

**From:** Peter Weldy **Date:** 2-12-07

**Re:** Interpreting / translation assignment **Pages (incl. cover):** 2

**cc:**

Chris -

Here is the invoice for the work we did for your firm last week. Please let us know if you have other projects that require our services.

Thanks for the opportunity to work with you.

Sincerely,

Peter Weldy.

**BAY TRANSLATIONS**
**Phone: (401) 396-9766 Fax: (401) 253-4446**
**e-mail: info@baytranslations.com**
**www.baytranslations.com**

**Vivian S. Dafoulas**
50 Fieldstone Drive
East Greenwich, RI 02818-2064
TEL (401) 885-0992
FAX (401) 885-1355

# INVOICE

BILL TO

Tamuleviz, Hultquist & Bianchi, L.L.P
144 Westminster Street
Providence, RI 02903

E.I.N. 05-0518991

| DATE | TERMS |
|---|---|
| 02/12/2007 | Net 30 |

| DESCRIPTION | AMOUNT |
|---|---|
| DOMINIK KUFNER VS. TINA KUFNER | |
| DEPOSITIONS OF: LUCIE LUCAS AND TAPANI HANNINEN TAKEN ON FEBRUARY 8, 2007 | |
| Appearance Fee | 75.00 |
| DEPOSITIONS OF: CHARLES LUCCI, TANJA KUFNER AND ANDREA WALTHER TAKEN ON FEBRUARY 9, 2007 9:30 - 8:05 P.M. | |
| Appearance Fee | 350.00 |
| Transcripts: Originals, copies, e-mail - Expedited | 1,943.50 |
| Photocopying Exhibits | 15.50 |
| Shipping and handling | 8.00 |
| It's been a pleasure working with you! **Total** | $2,392.00 |

PAST DUE ACCOUNTS:
1.5% PER MONTH SERVICE CHARGE

TAMULEVIZ, HULTQUIST & BIANCHI
OPERATING ACCOUNT
144 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903

57-1/115 2337

DATE 2-26-07

PAY TO THE ORDER OF Vivian S. DaFoulas $ 2,392.00

Two thousand three hundred ninety two and 00/100 DOLLARS

Security Features Included. Details on back.

Bank of America.

FOR Kufner - Depo Transcript

AUTHORIZED SIGNATURE

⑈002337⑈ ⑆011500010⑆ 009487809389⑈

13123

**KUFNER TEXTILE CORP.**
AP CHECKING
307A STANDING SPRINGS CT.
SIMPSONVILLE, SC 29681

RBC Centura
RBC CENTURA BANK
66-85/531

CHEQUE NO.

PAY Ninety-Nine Thousand Five Hundred Ninety-Eight and 50/100******

DATE 02/14/2007

AMOUNT ***99,598.50

TO THE ORDER OF
CHARLES A. TAMULEVIZ
TAMULEVIZ, HULTQUIT, & BIANCHI
144 WESTMINSTER STREET
PROVINCE, R.I. 02903
USA

KUFNER TEXTILES CORP.

PER

PER

Details on back

⑈013123⑈ ⑆053100850⑆4090003106⑈

**KUFNER TEXTILES CORP.**

CHEQUE NO. 13123

| | | | | | |
|---|---|---|---|---|---|
| TAMULEVIZ | | CHARLES A. TAMULEVIZ | | 02/14/2007 | |
| FEES/EXP- 2-13-07 | 02/14/2007 | 99,598.50 | 0.00 | | 99,598.50 |
| | | 99,598.50 | 0.00 | | 99,598.50 |

United States Treasury Symbol 4670

Wed Jan 31 16:25:07 2007

UNITED STATES DISTRICT COURT

PROVIDENCE , RI

Receipt No. 100 C5270
Cashier jtheall

Check Number:

DO Code Div No
4670 1

| Sub Acct | Type | Tender | Amount |
|---|---|---|---|
| 1:086900 | N | 2 | 60.00 |
| 2:510000 | N | 2 | 190.00 |
| 3:086400 | N | 2 | 100.00 |

Total Amount $ 350.00

CIVIL FILING CA07-46S KUFNER V. KUFNER

TARDLIVIZ 144 WESTMINISTER ST PROVIDENCE, RI

cn

KUFNER

**TAMULEVIZ, HULTQUIST & BIANCHI**
OPERATING ACCOUNT
144 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903

57-1/115 2304

DATE 2/6/07

PAY TO THE ORDER OF Federal Board of Bar Examiners $ 50.00

Fifty and 00/100 DOLLARS

Security Features Included. Details on back.

Bank of America.

FOR Kufner

AUTHORIZED SIGNATURE

SAFEGUARD SECURE

⑈002304⑈ ⑆011500010⑆ 009487809389⑈

THE FACE OF THIS DOCUMENT CONTAINS HEAT-SENSITIVE INK. TOUCH OR RUB RED IMAGE - IT WILL DISAPPEAR WITH HEAT.

# RECEIPT

DATE 2/6/07 No. 260263

RECEIVED FROM Tamulevitz, Hulquist, Biase! $ 50.-

DOLLARS

○ FOR RENT
○ FOR PHV Brad Martin CA 07-46S

| | | |
|---|---|---|
| ACCOUNT | | |
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
✓ CHECK
○ MONEY ORDER

FROM ______ TO ______

BY RD

Adams 1182