March 19, 2007

Mr. Victor D'Altilia
Kufner Textiles Inc. Quebec
80 Lindsay Avenue
Dorval, Quebec, Canada H9P 2T8

Re: Mr. Dominik Kufner
Kufner v. Kufner
C.A. No.: 07-046S (USDC RI)

BILLING STATEMENT

For: Professional services rendered, including conferences with the client and co-counsel; telephone conferences with the client and co-counsel; telephone conferences with defense counsel; preparation for and attendance at hearings before U.S. District Court; preparation of pleadings

Billing statement from 3/01/07 - 3/16/07

| | | |
|---|---|---|
| CEH | 55 hrs @ $300.00 per hour | $16,500.00 |
| CAT | 68 hrs @ $400.00 per hour | $27,200.00 |
| Total Attorney Fees: | | $43,700.00 |

Expenses:

| | | |
|---|---|---|
| David Tassoni | $ | 1,800.00 ✓ |
| Anne M. Clayton, RPR | $ | 470.80 ✓ |
| Lexis Legal Research | $ | 265.00 ✓ |
| UPS/Shipping | $ | 186.08 ✓ |
| Total Expenses as of 3/16/07 | $ | 2,721.88 |
| Fees and Expenses as of 3/16/07 | $ | 46,421.88 |

| | |
|---|---|
| **Total Due as of 3/16/07** | **$46,421.88** |
| **Please make check payable to** | **Tamuleviz, Hultquist & Bianchi, LLP**<br>**144 Westminster Street, Suite 302**<br>**Providence, Rhode Island 02903** |

**Tax Identification No.: 20-1218541**

13218

**KUFNER TEXTILE CORP.**
AP CHECKING
307A STANDING SPRINGS CT.
SIMPSONVILLE SC 29681

RBC Centura
RBC CENTURA BANK
66-85/531

CHEQUE NO.

PAY Forty-Six Thousand Four Hundred Twenty-One and 88/100******

DATE 03/22/2007

AMOUNT ***46 421 88

TO THE ORDER OF TAMULEVIZ, HULTQUIST & BIANCHI, LLP
TAMULEVIZ, HULTQUIT, & BIANCHI
144 WESTMINSTER STREET
PROVINCE, R I 02903
USA

KUFNER TEXTILES CORP.

PER

PER

Details on back.

⑈013218⑈ ⑆053100850⑆4090003106⑈

KUFNER TEXTILES CORP.

| | | | | CHEQUE NO. 13218 |
|---|---|---|---|---|
| TAMULEVIZ | | TAMULEVIZ, HULTQUIST & BIANCHI, LLP | | 03/22/2007 |
| 03-16-2007* | 03/16/2007 | 46 421 88 | 0.00 | 46 421 88 |
| | | 46 421 88 | 0.00 | 46 421 88 |

Helene Cardinal
Controller

ORIGINAL

March 5, 2007

Mr. Christopher Hultquist
144 Westminster Street
Providence, R.I. 02903

Re: Kuffner

Dear Chris:

The following is a breakdown of the supervised visitation to date:

| | |
|---|---|
| March 2, 2007 | 4 hours |
| March 4, 2007 | 9 hours |
| Hourly rate | $60 00 per hr |
| Amount owed | $780.00 |

Paid 3/7/07

Thank you for your attention in this matter.

David M. Tassoni
25 Breezy Knoll Rd.
Greenville, R.I. 02828
(401) 633-2039

490-2940

Bank of America

Online Banking

Search · Locations · Alerts · Mail · Help · Sign Off

Accounts | Bill Pay & e-Bills | Transfer Funds | Business Tools | Investments | Customer Service

Accounts Overview | Account Details | Account Summary | Find Transaction | Alerts

## Check Image – Front

**Posting Date:** 03/07/2007 **Check #:** 2391 **Amount:** $780.00

**Reference:** 81470724648 **Account:** DDA-9389 **Nickname:**



TAMULEVIZ, HULTQUIST & BIANCHI
OPERATING ACCOUNT
144 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903

57-1/118 2391

DATE 3/7/07

PAY TO THE ORDER OF David Tassoni $ 780.00

Seven hundred eighty and 00/100 DOLLARS

Bank of America

FOR Kutner Supervised visitation 3/1/07 3/4/07

AUTHORIZED SIGNATURE

⑈002391⑈ ⑆011500010⑆ 009487809389⑈ ⑈0000078000⑈

To print this page for reference purposes please use the print button on your browser or click "File" and "Print" More information about images and image availability

View Front and Back | Return to Account Activity

Lower your risk of identity theft
Because you can control the information you choose to release, you are the single best person to protect your information. Online Banking offers free features that can reduce your risk of identity theft

Secure Area

Accounts · Bill Pay & e-Bills · Transfer Funds · Business Tools · Investments · Customer Service
Privacy & Security · Search · Locations · Alerts · Mail · Help · Site Map · Sign Off

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2007 Bank of America Corporation. All rights reserved.

March 16, 2007

Mr Christopher Hultquist, Esq.
144 Westminster Street
Providence, R.I. 02903

Re: *Kufner*

Dear Chris:

The remaining balance owed in the above entitled matter is as follows:

| | |
|---|---|
| 1. March 8, 2007 | 3 hours |
| 2. March 10, 2007 | 8 hours |
| 3. March 12, 2007 | 3 hours |
| 4. March 14, 2007 | 3 hours |
| Total | 17 hours<br>$60.00 hr |
| Balance | $1020 00 |

Very truly yours,

David M. Tassoni
25 Breezy Knoll Rd.
Greenville, R.I. 02828
633-2039

**TAMULEVIZ, HULTQUIST & BIANCHI**
OPERATING ACCOUNT
144 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903

57-1/115 2400

DATE 3/16/07

PAY TO THE ORDER OF David M. Sassoni $ 1,020.00

One Thousand Twenty DOLLARS

Security Features Included. Details on Back

Bank of America.

FOR Kufner

Gil C. Bianchi Jr.
AUTHORIZED SIGNATURE

⑈002400⑈ ⑆011500010⑆ 009487809389⑈

Bank of America Online Banking

Search · Locations · Alerts · Mail · Help · Sign Off

Accounts | Bill Pay & e-Bills | Transfer Funds | Business Tools | Investments | Customer Service

Accounts Overview | Account Details | Account Summary | Find Transaction | Alerts

## Check Image – Front

**Posting Date:** 03/13/2007 **Check #:** 2389 **Amount:** $470.80

**Reference:** 81270837458 **Account:** DDA-9389 **Nickname:**



TAMULEVIZ, HULTQUIST & BIANCHI
OPERATING ACCOUNT
144 WESTMINSTER STREET
PROVIDENCE, RHODE ISLAND 02903

57-1/115 2389

DATE 3/6/07

PAY TO THE ORDER OF Anne M. Clayton, RPR $ 470.80

Four hundred seventy and 80/100 DOLLARS

Bank of America

FOR Kufner Transcript 2/23/07 2/26/07

AUTHORIZED SIGNATURE

⑈002389⑈ ⑆011500010⑆ 009487809389⑈ ⑉0000047080⑉

To print this page for reference purposes please use the print button on your browser or click "File" and "Print" More information about images and image availability

View Front and Back | Return to Account Activity

Lower your risk of identity theft
Because you can control the information you choose to release, you are the single best person to protect your information. Online Banking offers free features that can reduce your risk of identity theft

Secure Area

Accounts · Bill Pay & e-Bills · Transfer Funds · Business Tools · Investments · Customer Service
Privacy & Security · Search · Locations · Alerts · Mail · Help · Site Map · Sign Off

Bank of America, N A Member FDIC. Equal Housing Lender
© 2007 Bank of America Corporation All rights reserved

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

INVOICE NO: 20070032

Charles Tamuleviz, Esq
Tamuleviz, Hultquist & Bianchi, LLP
144 Westminster Street
Suite 302
Providence, RI 02903
Phone: (401) 490-2939

**MAKE CHECKS PAYABLE TO:**

Anne M. Clayton, RPR
United States Court Reporter
One Exchange Terrace
Providence, RI 02903

Phone: (401) 255-2310

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 02-28-2007

DATE DELIVERED: 03-05-2007

**Case Style:** 07-46, Dominik Kufner v Tina Kufner
Copy of Cross-Examination of Tina Kufner on 2/23/07 and 2/26/07 before Judge William E. Smith.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 107 | 4 40 | 470 80 | | | | | | | 470 80 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc Desc — MISC CHARGES: | |
| TOTAL: | 470 80 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $470 80 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States

SIGNATURE Anne M. Clayton

DATE 03-05-2007

*(All previous editions of this form are cancelled and should be destroyed)*

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 0702244635 | 28-FEB-07 |

BILLING PERIOD 01-FEB-07 - 28-FEB-07

| ACCOUNT NUMBER |
|---|
| 124PQ1 |

*INVOICE TO:*
TAMULEVIZ HULTQUIST & BIANCHI, LLP
PROVIDENCE RI 02903-2216

V08 15512

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| :LIENT<br>KUFNER | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | $7,996.50 | ($7,731.50) | $265.00 | - | | $265.00 | - | $265.00 |
| ACCOUNT TOTAL: | $7,996.50 | ($7,731.50) | $265.00 | $0.00 | $0.00 | $265.00 | $0.00 | $265.00 |

4

## Shipment Receipt

(Keep this for your records )

March 19 Invoice

**Transaction Date** 16 Mar 2007

**Address Information**

| Ship To: | Shipper: | Ship From: |
|---|---|---|
| Bradford N Martin, Esq. | Tamuleviz, Hultquist & Bianchi, LLP | Tamuleviz, Hultquist & Bianchi, LLP |
| 8645529990 | 401-490-2939 | 401-490-2939 |
| 205 Collins Creek Road | 144 Westminster Street | 144 Westminster Street |
| GREENVILLE SC 29607-3730 | Third Floor | Third Floor |
| Residential | PROVIDENCE RI 02903 | PROVIDENCE RI 02903 |

**Shipment Information**

| | | |
|---|---|---|
| **Service:** | UPS Next Day Air | |
| *Guaranteed By: | 12:00 PM, Sat. 17 Mar. 2007 | |
| **Saturday Delivery:** | | **27 12 |
| **Shipping:** | | **156.46 |

**Package Information**

| | | |
|---|---|---|
| **Package 1 of 2** | | |
| Tracking Number: | 1ZR579384794075361 | |
| Package Type: | Your Packaging | |
| Dimensions: | 15 x 12 x 10 in | |
| Actual Weight: | 15 0 lbs | |
| Billable Weight: | 15.0 lbs | |
| **Delivery Confirmation:** | Delivery Confirmation | 1 25 |
| **Package 2 of 2** | | |
| Tracking Number: | 1ZR579384794927977 | |
| Package Type: | Your Packaging | |
| Dimensions: | 15 x 12 x 10 in. | |
| Actual Weight: | 15.0 lbs | |
| Billable Weight: | 15.0 lbs | |
| **Delivery Confirmation:** | Delivery Confirmation | 1.25 |

**Billing Information**

| | | |
|---|---|---|
| **Bill Shipping Charges to:** | Shipper's Account R57938 | |
| **Total:** | **All Shipping Charges in USD** | ****186 08** |

**Note:** Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services

** Rate includes a fuel surcharge.

**Responsibility for Loss or Damage**
Unless a greater value is recorded in the declared value field as appropriate for the UPS shipping system used, the shipper agrees that the released value of each package covered by this receipt is no greater than $100, which is a reasonable value under the circumstances surrounding the transportation If additional protection is desired, a shipper may increase UPS's limit of liability by declaring a higher value and paying an additional charge. UPS does not accept for transportation and shipper's requesting service through the Internet are prohibited from shipping packages with a value of more than $50,000 The maximum liability per package assumed by UPS shall not exceed $50,000, regardless

of value in excess of the maximum. Claims not made within nine months after delivery of the package (sixty days for international shipments), or in the case of failure to make delivery, nine months after a reasonable time for delivery has elapsed (sixty days for international shipments), shall be deemed waived. The entry of a C.O.D. amount is not a declaration of value for carriage purposes. All checks or other negotiable instruments tendered in payment of C.O.D will be accepted by UPS at shipper's risk UPS shall not be liable for any special, incidental, or consequential damages All shipments are subject to the terms and conditions contained in the UPS Tariff and the UPS Terms and Conditions of Service, which can be found at www ups com

HULTQUIST, CHRISTOPHER

144 WESTMINISTER STREET
PROVIDENCE, RI 02903

Room Number: 608
Daily Rate: 219 00
Room Type: JSKK
No. of Guests: 2 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 3/15/2007 | 3/19/2007 | XXXXXXXXXXXX1000 | BAR4 | CORP | 30690349029 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 3/15/2007 | 608 | ROOM SERVICE | 608/2842/16:47/ROOM SERVICE | $119.47 |
| 3/15/2007 | 608 | ROOM SERVICE | 608/2997/21:42/ROOM SERVICE | $19 98 |
| 3/15/2007 | 608 | PARKING CHARGE | OVERNIGHT PARKING - 1 CAR | $22 00 |
| 3/15/2007 | 608 | ROOM CHARGE | #608 HULTQUIST, CHRISTOPHER | $219 00 |
| 3/15/2007 | 608 | OCCUPANCY TAX (6%) | OCCUPANCY TAX (6%) | $13 14 |
| 3/15/2007 | 608 | STATE TAX (7%) | STATE TAX (7%) | $15 33 |
| 3/16/2007 | 608 | ROOM SERVICE | 608/3064/08:57/ROOM SERVICE | $26 94 |
| 3/16/2007 | 608 | ROOM SERVICE | 608/3080/10:54/ROOM SERVICE | $62 45 |
| 3/16/2007 | 608 | ROOM SERVICE | 608/3305/19:35/ROOM SERVICE | $61 70 |
| 3/16/2007 | 608 | ROOM SERVICE | 608/3351/21:32/ROOM SERVICE | $35 54 |
| 3/16/2007 | 608 | LONG DISTANCE PHONE | 608/22:03/5/411 | $0 75 |
| 3/16/2007 | 608 | ROOM SERVICE | 608/3375/22:56/ROOM SERVICE | $65 07 |
| 3/16/2007 | 608 | PARKING CHARGE | OVERNIGHT PARKING - 1 CAR | $22 00 |
| 3/16/2007 | 608 | ROOM CHARGE | #608 HULTQUIST, CHRISTOPHER | $219.00 |
| 3/16/2007 | 608 | OCCUPANCY TAX (6%) | OCCUPANCY TAX (6%) | $13.14 |
| 3/16/2007 | 608 | STATE TAX (7%) | STATE TAX (7%) | $15.33 |
| 3/17/2007 | 608 | ROOM SERVICE | 608/3500/11:01/ROOM SERVICE | $73 27 |
| 3/17/2007 | 608 | ROOM SERVICE | 608/3624/21:01/ROOM SERVICE | $26 03 |
| 3/17/2007 | 608 | ROOM CHARGE | #608 HULTQUIST, CHRISTOPHER | $219.00 |
| 3/17/2007 | 608 | OCCUPANCY TAX (6%) | OCCUPANCY TAX (6%) | $13.14 |
| 3/17/2007 | 608 | STATE TAX (7%) | STATE TAX (7%) | $15.33 |
| 3/18/2007 | 608 | ROOM SERVICE | 608/3989/09:52/ROOM SERVICE | $75.93 |
| 3/18/2007 | 608 | ROOM SERVICE | 608/4169/21:13/ROOM SERVICE | $59 31 |
| 3/18/2007 | 608 | ROOM CHARGE | #608 HULTQUIST, CHRISTOPHER | $219.00 |
| 3/18/2007 | 608 | OCCUPANCY TAX (6%) | OCCUPANCY TAX (6%) | $13.14 |
| 3/18/2007 | 608 | STATE TAX (7%) | STATE TAX (7%) | $15.33 |
| 3/19/2007 | 608 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($1 660.32) |
| 3/19/2007 | 608 | PARKING CHARGE | PARKING CHARGE | $44.00 |
| 3/19/2007 | 608 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($44.00) |

**TOTAL DUE:** $0 00

TERMS: DUE AND PAYABLE UPON PRESENTATION. I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.