| | Dominik Kufner's Legal Fees Paid to Nissenbaum Law Offices | | |
|---|---|---|---|
| **Date of Invoice** | **Description** | **Amount** | NLO Invoice # |
| 2/27/2007 | NLO fees 2/12/3007 thru 2/27/07 | $ 115,966.00 | 5829 |
| 3/13/2007 | NLO fees 2/27/07 thru 3/13/07 | $ 93,232.00 | 5832 |
| 3/20/2007 | NLO fees 3/9/07 thru 3/20/07 | $ 28,031.00 | 5870 |
| | NLO fees as of 4/10/07 | $ 20,599.00 | |
| | **TOTAL LEGAL FEES:** | **$ 257,828.00** | |