| | Dominik Kufner's Costs Paid by Nissenbaum Law Offices (Receipts attached to Statements) | | | |
|---|---|---|---|---|
| Date of Invoice | Invoice From | Service Rendered | | Amount |
| 2/13/2007 | Fed. Board of Bar | Pro Hoc Vice | $ | 50.00 |
| 2/16/2007 | Stone Photo | Copies of Photographes | $ | 540.23 |
| 2/22/2007 | Napa Valley Grille | GLN - Dinner | $ | 465.01 |
| 2/25/2007 | FedExKinkos | Copy Exhibits | $ | 329.90 |
| 2/21/07 thru 2/26/07 | Westin Hotel | GLN's Hotel Expenses | $ | 854.38 |
| 2/27/2007 | Al Forno Restaurant | Bar Bill | $ | 196.05 |
| 3/5/2007 | William Lea | First copies of Exhibit Books | $ | 401.57 |
| 3/13/2007 | Fedex | Delivery of documents | $ | 112.28 |
| 3/8/2007 | Marriott Hotel | MM's Hotel Expenses | $ | 554.57 |
| 3/05/07 thru 3/08/07 | Westin Hotel | GLN's Hotel Expenses | $ | 1,318.76 |
| 3/13/2007 | Restaruant | GLN & DK Dinner | $ | 340.00 |
| 3/13/2007 | Restaruant | GLN & BNM Breakfast | $ | 31.05 |
| 3/01/2007 thru 3/06/07 | Thomas Grady | Surveillance | $ | 21,933.09 |
| 3/15/2007 | Westin Hotel | WOH's Hotel Expenses | $ | 335.89 |
| 3/15/2007 | GLN | MV expense & photocoping (cash) | $ | 100.00 |
| 3/06/07 thru 3/14/07 | Thomas Grady | Surveillance | $ | 20,748.05 |
| 3/27/2007 | Jones Reporting | Late steno fee for Dr. Keamy's deposition | $ | 90.00 |
| 3/27/2007 | Stokes & Levin | Dr. Keamy - Subpoena at home | $ | 160.00 |
| 3/27/2007 | Stokes & Levin | Dr. Keamy - Subpoena at work | $ | 322.50 |
| 3/27/2007 | Stokes & Levin | Tufts NEMC - Subpoena | $ | 90.00 |
| 4/2/2007 | FedEx | Documents sent to BNM | $ | 59.26 |
| 4/3/2007 | Medical Records | NEMC subpoened records | $ | 20.16 |
| 4/9/2007 | William Lea | Copies for First Circuit filings | $ | 77.05 |
| 3/20/2007 | Bank of America | Wire Transfer fee | $ | 20.00 |
| | | **TOTAL COSTS:** | **$** | **49,149.80** |

| | **Dominik Kufner's Expert Fees Paid by Nissenbaum Law Offices** | | |
|---|---|---|---|
| **Date of Invoice** | **Invoice From** | **Service Rendered** | **Amount** |
| 2/23/2007 | Sharon O'Keefe | GAL | $ 4,680.00 |
| 3/12/2007 | Sharon O'Keefe | GAL | $ 4,660.00 |
| 3/12/2007 | Dr. Jenny | Expert | $ 2000,00* |
| 2/16/2007 | Dr. Ed Gross | review German doctor docs | $ 6,300.00 |
| 2/20/2007 | NLO | Delivery of materials to Dr. Boyer in Ithica NY | $ 980.00 |
| 2/20/2007 | Dominic Boyer | review photographs | $ 300.00 |
| | | | |
| | | | |
| | | | *$1,750.00 used to pay |
| | | | DK's half of Dr. Jenny's Bill; |
| | | | and $250.00 paid toward GAL's bill. |
| | | | |
| | | **TOTAL EXPERT FEES:** | **$ 16,920.00** |