GERALD L. NISSENBAUM
MADELINE M. CELLETTI
ALSO ADMITTED IN NEW YORK

# NISSENBAUM LAW OFFICES

THE LANDMARK
160 FEDERAL STREET 24TH FLOOR
BOSTON, MA 02110
TELEPHONE (617) 330-9090
FAX (617) 330-6909
e-mail: jerry@nissenbaumlaw.com
web: nissenbaumlaw.com

(BY APPOINTMENT ONLY)
26 WASHINGTON STREET
W. BOXFORD, MA 01885
TELEPHONE (978) 352-8530

Page: 1
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5830

DOMINIK KUFNER

8409

## Professional Services

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/12/2007 | | | | | |
| | GLN | Call from Brad N Martin (BNM), S Carolina counsel. | 700 00 | 0 70 | 490 00 |
| | GLN | Memo to file. | 700 00 | 0 40 | 280 00 |
| | GLN | Second telephone conversation with BNM. | | 0.20 | N/C |
| | GLN | Long and detailed telephone conference with Dominik Kufner (DK). | 700 00 | 2.30 | 1,610.00 |
| | GLN | Draft e-mail to Atty Robert Arenstein (RA) and Bill Hilton; and to Atty. Deborah Tate. | 700 00 | 0.40 | 280.00 |
| | GLN | Receipt of e-mail from RA; and reply. | 700.00 | 0 10 | 70 00 |
| | GLN | Begin to review documents provided by DK | 700 00 | 1 00 | 700.00 |
| | GLN | Draft long summary e-mail to BNM, et al. | 700.00 | 0 70 | 490 00 |
| | WJO | Receipt and review of e-mails, draft Motion for Admission Pro Hac Vice, telephone conversation with Charles Tamuleviz, obtain form for PHV and redo motion using form. | 250 00 | 1 20 | 300.00 |
| 02/13/2007 | | | | | |
| | GLN | Two telephone conversations with DK | 700 00 | 0.40 | 280 00 |
| | GLN | Review e-mail from RA, quick review of fax material, pull case on affidavits being o k under Federal Rules of Evidence. | 700.00 | 0 90 | 630.00 |
| | GLN | Travel to and from Providence, R. I. | 700 00 | 2.00 | 1,400 00 |
| | GLN | Long and detailed conference with CT and DK followed by long lobby conference at USDC (RI) (Smith, J.) with CT, GLN, Attorney Barry Pollack (BP), BNM via teleconference and other counsel, plus Atty. Sharon O'Keefe who was | | | |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER

8409

Page: 2
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

| Date | Timekeeper | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | appointed GAL, brief post-conference conversation with BP, long and detailed post-hearing conference at CT's office with CT, DK, Atty Christopher Hutlquist (CH), BM via speaker phone to 7:30 p m , including call to expert forensic pediatrician (Edward S Gross, M D,). | 700 00 | 6.50 | 4,550.00 |
| | GLN | Review various e-mails from BM. | 700 00 | 0 50 | 350 00 |
| | PA1 | Telephone call to CT regarding Pro Hac Vice Motion for GLN. | 140 00 | 0 20 | 28 00 |
| | PA2 | Telephone conversations with various members of the Social Anthropology department at Harvard University re: potential expert; draft long and detailed e-mail to Prof Uni Linke at Rochester Institute of Technology. | 140 00 | 1.00 | 140.00 |
| | PA2 | Download and prepare pleadings in USDC | 140 00 | 2 00 | 280 00 |
| 02/14/2007 | GLN | Day-long involvement on case, including telephone conversations with DK, Attorney Wolfgang Vomberg (WV), CT, long and detailed conference with Dr. E S Gross, drafting various documents, review c v. of Linke, receipt of e-mail from and draft long reply to Linke, various conversations with paralegals re: various tasks | 700.00 | 10.50 | 7,350 00 |
| | GLN | Review Dr Gross's affidavit, e-mail to Kufner group. | 700.00 | 0.30 | 210 00 |
| | PA2 | Preparation of TK deposition files | 140 00 | 1 00 | 140.00 |
| | PA2 | Telephone conversation with CT's office re: TK's deposition. | 140.00 | 0.20 | 28.00 |
| 02/15/2007 | PA1 | Instructions from GLN; e-mail to Harvard Professor Hertzfeld and BU Professor Maclin, regarding an expert in Social Anthropology. | 140.00 | 0 20 | 28.00 |
| | GLN | Car and office telephone conference call with DK and BNM | 700.00 | 0 50 | 350.00 |
| | GLN | Receipt of e-mail form Linke; and reply e-mail. | 700 00 | 0 20 | 140 00 |
| | GLN | Telephone call to CT. | 700.00 | 0 20 | 140.00 |

**NISSENBAUM LAW OFFICES**

DOMINIK KUFNER

8409

Page: 3
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

| Date | | | Rate | Hours | |
|---|---|---|---|---|---|
| | GLN | Review documents, receipt and revise Gross Affidavit per changes made by Dr Gross, long office conference with DK, various telephone calls, e-mails, call with Robert Arenstein, further calls to LB, plus call to BP to seek agreement on Tina's deposition date and time, plus on-going preparation for trial. | 700.00 | 7.00 | 4,900.00 |
| | GLN | Receipt and review of e-mails | | 0.20 | N/C |
| 02/16/2007 | PA1 | Instructions from GLN; bring photographs to be copied, wait for coping; telephone conversation with DK. | 140.00 | 2.00 | 280.00 |
| | PA1 | E-mail Dr Gross's invoice to the Kufner group | | 0.20 | N/C |
| | GLN | Preparation for deposition of Alexandra Kain; travel to Sullivan & Worcester per agreement that we'd be in same room when depo taken - no one can locate LB or BP; return to NLO, attempt to join conference call - without success; continue to work on preparation of Kain's depo questions; two telephone calls to LB, who advised witness has yet to appear - they are tracking her down; two telephone conversations with BP to agree on accommodating each other by calling witnesses out of order unable to agree on going forward with TK depo - he's filing motion to quash notice of TK depo; two telephone conversations with WV re: his work, his testimony and travel plans; conversations with DK, continue work on reviewing documents coming in by e-mail; continue work preparing documents for TK deposition or trial, conversations with two paralegals re: needed work on file; e-mails with potential expert witnesses; receipt of and approve Ed Gross's invoice for payment + e-mail to Gross (thank for prompt assistance); prepare and send opposition to proposed TK motion to quash to CT for e-filing in court; long and detailed conference call with DK, CT, BM | 700.00 | 8.80 | 6,160.00 |

**NISSENBAUM**
**LAW**
**OFFICES**

DOMINIK KUFNER

Page: 4
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

8409

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | PA2 | Preparation of German Pleading Bible | 140 00 | 1 00 | 140 00 |
| | PA2 | Draft Notice of Taking Deposition and prepare for filing by scanning and e-mail to CT's office | 140.00 | 0 20 | 28 00 |
| | PA2 | Preparation of Dr Ed Gross' Affidavit for filing by e-mail to CT's office | 140 00 | 0 20 | 28.00 |
| | PA2 | Telephone conversation with Victor at DK's office re: wiring instructions; preparation of fax to Victor | | 0.20 | N/C |
| | PA2 | Preparation of TK deposition files | 140 00 | 1 00 | 140 00 |
| | PA2 | Telephone conversation with CT's office re: TK's deposition | 140 00 | 0.20 | 28.00 |
| 02/17/2007 | GLN | Receipt of e-mail from DK, draft reply to DK, draft reply to Boyer, draft numerous other e-mails; make reservation at Westin hotel, continue and complete long reply e-mail to Boyer; review "Germany" cases on HiltonHouse web site, draft e-mail to Arenstein, telephone conversation with DK, reply from Boyer, telephone conversation with paralegal, reply e-mail to Boyer, review e-mail from DK re: error in translation, dig out Pollack amicus brief on Danipour, ICARA Convention | 700 00 | 8 10 | 5,670.00 |
| 02/18/2007 | GLN | Review e-mails received overnight, respond as needed | 700 00 | 1.40 | 980 00 |
| | GLN | Telephone call from paralegal re: status of her trip to Ithica, NY to deliver material to Dr Boyer | 700 00 | 0.20 | 140.00 |
| | GLN | Review and respond to further e-mail, begin preparation of list of items needed to prove DK's prima facie case, and list of items for TK to prove her 13b defenses; and list of items DK must prove to rebut TK's defense, review BP's motion to quash deposition and DK's opposition, review 'report' of Ms Strawn, draft detailed voir dire or cross examination of Strawn, second telephone call from paralegal in Ithica re: | | | |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER

8409

Page: 5
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | her contact with Boyer | 700 00 | 8 60 | 6,020 00 |
| 02/19/2007 | GLN | Receipt of e-mail from Prof Boyer; and e-mail to Kufner Group. | 700 00 | 0 20 | 140 00 |
| | GLN | Review Tina's witness list, 'report' of Strawn, continue to work on voir dire questions for Strawn, read depositions of pediatrician and long-time Nanny. | 700 00 | 2 00 | 1,400 00 |
| | GLN | Read and respond to e-mails received overnight, several e-mails with Prof Boyer, several e-mails from DK, detailed review of translation of TK's reply in Germany to DK's motion for temporary order of sole legal custody and order that TK wrong fully removed children, begin to draft and revise motion for orders and sanctions against TK, review and comment on DK's memo to SO'K, various telephone calls with DK, conference call with BNM and DK, conversation with paralegal, read report of German psychologist, review other e-mail, e-mail out sanctions motion and other voir dire questions, review attachments of e-mail from BNM. | 700 00 | 11 80 | 8,260.00 |
| 02/20/2007 | GLN | Telephone conversations with CT and DK, working with CT on draft #2 of motion, review and revise draft #2 into draft #3, receipt of final affidavits of Boyer and Vomberg, reviewing some of the e-mails received overnight containing further translated documents | 700 00 | 3 60 | 2,520 00 |
| | GLN | Begin to organize file for trial | 700 00 | 0 50 | 350 00 |
| | GLN | Start work on revising Arenstein's memo on children's preference to not return, review pleading, conversation with CT re: reason for judge's telephone conference, agree to withdraw motion to compel Tina to testify, continue working on memo re: children's preference, telephone conference | | | |

**NISSENBAUM
LAW
OFFICES**

DOMINIK KUFNER

Page: 6
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

8409

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | call with Judge, BP, CT, BNM, GLN, O'Keefe and court staff, post-call conference with BNM, CT, further e-mail, finish working on memo and e-mail to group | 700.00 | 4.70 | 3,290.00 |
| | GLN | Draft e-mail summary of status of events and to do lists | 700.00 | 0 80 | 560.00 |
| | GLN | Trial preparation by carefully reading and making notes about all pleading received as being filed in court in Germany, plus carefully reading and making notes about all exhibits in "tab" book. | 700 00 | 4 50 | 3,150 00 |
| | GLN | Review and make revisions to BNM's draft direct of DK. | 700 00 | 0 90 | 630.00 |
| | PA2 | Preparation of Vomberg & Boyer's affidavits for filing by e-mail to CT's office | 140 00 | 0 20 | 28 00 |
| 02/21/2007 | PA1 | Instructions from GLN; read Affidavits of Tina's friends to look for claimed evidence re: 13(b) defenses. | 140 00 | 1 00 | 140 00 |
| | PA1 | Draft letter to Attorney Pollack enclosing copy of GLN Trial Exhibit Books. | 140 00 | 0 20 | 28.00 |
| | PA1 | Two telephone conversations with Victor | 140 00 | 0 30 | 42 00 |
| | PA1 | Organize deposition bible | 140 00 | 3.00 | 420.00 |
| | PA1 | Work with paralegal 2 to pull together three Trial Exhibit Books | 140 00 | 1 00 | 140.00 |
| | GLN | Travel to Logan, pick up Vomberg, conference with Vomberg on drive to Providence, RI, check into hotel, meet DK, et al,at lounge, prepare Vomberg for direct examination, working dinner with WV, BNM, DK & Dorote Lucci, review exhibit list, various telephone calls with CT, review e-mail. | 700.00 | 7 70 | 5,390 00 |
| | GLN | Revise & finalize current drafts of Memo on Article 13b and memo re: children's preference, numerous telephone calls with CT, DK, BNM, numerous instructions to paralegal staff on items needed for Exhibit Books. | 700 00 | 6 00 | 4,200.00 |
| | GLN | Telephone calls from CT, DK and BNM. | 700 00 | 0 60 | 420.00 |
| | PA2 | Instructions from GLN re: trial preparation; preparation of 3 | | | |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER

8409

Page: 7
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | sets of exhibits for court; e-mail exhibit list to group | 140.00 | 3 00 | 420 00 |
| 02/22/2007 | GLN | Day I of Trial at USDC (Smith, J ), discussion of preliminary matters, commence trial, direct of Vomberg by GLN, cross of Vomberg by BP, direct of DK by BNM; DK cross by BP, post-trial conversations, including working dinner with WV, BNM, DL & DK; post-dinner work on file in preparation for Day II of Trial | 700 00 | 16 30 | 11,410 00 |
| 02/23/2007 | GLN | Preparation of counsel for Day II of Trial at CT's office; travel to USDC, Day II Trial including DK on cross by BP, D Lucci on direct by BNM, DL on cross by BP, TK on direct by BP, begin cross of TK by GLN, conference with Magistrate, pick up & collect documents from court; return to Boston from Providence. | 700 00 | 12 00 | 8,400 00 |
| 02/24/2007 | GLN | Work on review of Exhibits, conference at W Boxford with DK & BNM to discuss status & strategies, begin work on TK's cross-examination | 700 00 | 5.70 | 3,990 00 |
| 02/25/2007 | GLN | Work w/ BNM on revising current draft of questions for TK, review documents. | 700.00 | 6 50 | 4,550 00 |
| | GLN | Pack car, travel to Providence, deliver documents to Kinkos, check in at Westin. | 700.00 | 3 00 | 2,100 00 |
| | GLN | Working dinner with DK, continue to review documents and files to prepare further for TK's cross in preparation of Day III of Trial. | 700.00 | 3 50 | 2,450 00 |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER

8409

Page: 8
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/26/2007 | GLN | Travel from Westin to Kinkos to pick up exhibit books, travel to USDC, offload documents, work in Atty conference room to review notes for TK's cross-examination, move into court room, continue with cross examination of Tina to 11:30am, miscellaneous matters with Judge (Smith, J ) including visitation for DK w/ children, denial of BP's oral motion that children be put into therapy | 700 00 | 5 30 | 3,710 00 |
| | GLN | Bring documents back to hotel, working lunch with BM, travel to USDC with BM & CT, followed by conference at CT's office, pack car & travel from Providence to Boston - including telephone conference with DK | 700.00 | 3 50 | 2,450 00 |
| 02/27/2007 | WJO | Research and begin to prepare memorandum of law regarding UCCJEA in effort to get RI court to enforce Germany's order of custody to Dominik, conversations with GLN and GLN with Bob Arenstein | 250 00 | 2.40 | 600.00 |
| | | For Current Services Rendered | | 182.30 | 115,966.00 |
| | | Total Non-billable Hours | | 0.80 | |

## Expenses

| Date | Description | Amount |
|---|---|---|
| 02/13/2007 | FEDERAL BOARD OF BAR EXAMINERS | 50 00 |
| 02/20/2007 | Stone Photo Inc. | 540 23 |
| 02/20/2007 | Delivery Charges - of material to Dr Boyer. | 980 97 |
| 02/20/2007 | DR. DOMINIC C BOYER. | 300.00 |
| 02/20/2007 | Dr. Edward Gross. | 6,300.00 |
| 02/22/2007 | Napa Valley Grille. | 465.01 |
| 02/25/2007 | FedExKinko's - copying exhibits. | 329.90 |
| 02/27/2007 | The Westin Providence. | 854 38 |
| 02/27/2007 | Bar bill at, Al Forno | 196 05 |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER

8409

Page: 9
February 27, 2007
**Client No:** 364-00A
**Invoice No:** 5829

| | |
|---|---|
| **Total Expenses** | 10,016 54 |
| Total Current Work | 125,982.54 |

**Payments**

| | |
|---|---|
| Total Payments for 02/27/2007 | -114,970 00 |
| Balance Due | $11,012.54 |

**Client Funds**

| | | |
|---|---|---|
| 02/14/2007 | Deposit to client funds. (wire transfer) | 14,985 00 |
| 02/21/2007 | Deposit to client funds (WIRE TRANSFER) | 99,985 00 |
| 02/27/2007 | Withdrawal from client funds. | -114,970.00 |
| | Ending Client Funds Balance | $0 00 |
| | Please Remit | $11,012.54 |

RECEIPT

DATE 2/13/07 (Re: Kufner) No. 260268

RECEIVED FROM Nissenbaum Law Offices $50.00

CA07-046 S DOLLARS

○ FOR RENT Gerald Nissenbaum PHL
○ FOR

| ACCOUNT | | |
|---|---|---|
| PAYMENT | | |
| BAL. DUE | | |

○ CASH
○ CHECK
○ MONEY ORDER

FROM TO

BY B J Gif

1182

NISSENBAUM LAW OFFICES
GENERAL ACCOUNT

FEDERAL BOARD OF BAR EXAMINERS
5000 REIMBURSABLE EXP KUFNER Dominick 2/13/2007 6141
50 00

#8409

PAID

2-13-07

50

NISSENBAUM LAW OFF RE: KUFNER 50 00

Draft State

Statement ...d:

**STONE PHOTO, INC.**
160 Federal St.
BOSTON, MA 02110-1700
(617) 439-3111
Fax (617) 439-4406

Kuttner

| CUSTOMER'S ORDER NO | PHONE 330-9090 | DATE 2/16/07 |
|---|---|---|
| NAME Nissenbaum Law | | |
| ADDRESS offices | | PIF |

| CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PAID OUT |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 42 | laser copies | 1.25 per | 52 | 50 |
| 132 | Print for Print copies 3.50 per (while you wait serv.) | | 462 | 00 |
| | | | 514 | 50 |
| | | TAX | 25 | 73 |
| SOLD BY Roy | RECEIVED BY | TOTAL | 540 | 23 |

C-PRODUCT 609 All claims and returned goods MUST be accompanied by this bill.

43577 NEBS To Reorder: 800-225-6380 or nebs.com *Thank You*

PAID 2/20/07 Kuttner 540.23

the estin providence
west exchange street providence, rhode island 02903
ione 401 598 8000 fax 401 598 8200
vestin com/providence

Kafner

file w/master card
file w/client's folder ✓

guest — travel agent/charge to

Mr Gerald Nissenbaum
160 Fed St
Boston, MA 02110-3407
United States Passport

| | |
|---|---|
| room | 804 |
| rate | 239.00 |
| no pers | 2 |
| folio | 146541 EX-A |
| page | 1 |
| arrive | 21-FEB-07 17:17 |
| depart | 23-FEB-07 |
| payment | MC |

| date | reference | description | | charges/credits |
|---|---|---|---|---|
| 21-FEB-07 | RT804 | Room Charge | | 239.00 |
| 21-FEB-07 | RT804 | State Tax | | 16.73 |
| 21-FEB-07 | RT804 | Occupancy Tax | | 14.34 |
| 21-FEB-07 | RT804 | Parking Valet - Overnight | | 22.00 |
| 21-FEB-07 | 32425* | Internet Service In Room | | 9.95 |
| 22-FEB-07 | RT804 | Room Charge | | 239.00 |
| 22-FEB-07 | RT804 | State Tax | | 16.73 |
| 22-FEB-07 | RT804 | Occupancy Tax | | 14.34 |
| 22-FEB-07 | RT804 | Parking Valet - Overnight | | 22.00 |
| 22-FEB-07 | 1216 | In Room Dining | | 26.07 |
| 22-FEB-07 | 32500* | Internet Service In Room | | 9.95 |
| 23-FEB-07 | MC | Mastercard | 630.11- | |
| | | Total Charges | 630.11 | |
| | | Total Credits | 630.11- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

** continued on the next page **

630.11
224.27
854.38

PAID 2/27/07 - Kafner = 854.38

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ______________________

Mr Gerald Nissenbaum
FOLIO 146541 21-FEB-07

WESTIN HOTELS & RESORTS

estin providence
west exchange street providence, rhode island 02903
none 401 598 8000 fax 401 598 8200
westin com/providence

travel agent/charge to

guest

Mr Gerald Nissenbaum

160 Fed St
Boston, MA 02110-3407
United States Passport

room 804
rate 239.00
no pers 2
folio 146541 EX-A
page 2
arrive 21-FEB-07 17:17
depart 23-FEB-07
payment MC

| date | reference | description | charges/credits |
| --- | --- | --- | --- |

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 21-FEB-07 | 270.07 | 0.00 | 22.00 | 9.95 | 0.00 | 302.02 | 0.00 |
| 22-FEB-07 | 270.07 | 26.07 | 22.00 | 9.95 | 0.00 | 328.09 | 0.00 |
| Total | 540.14 | 26.07 | 44.00 | 19.90 | 0.00 | 630.11 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ______________________

As a Starwood Preferred Guest you have earned at least 1120 Starpoints for this visit A2217536.

Mr Gerald Nissenbaum
FOLIO 146541 21-FEB-07

WESTIN
HOTELS & RESORT

HOTELS & RESORTS

the westin providence
one west exchange street providence, rhode island 02903
phone 401.598 8000 fax 401.598 8200
westin.com/providence

Kafner

guest

Mr Gerald Nissenbaum

, RI
United States

travel agent/charge to

| | |
|---|---|
| room | 1104 |
| rate | 179.00 |
| no pers. | 1 |
| folio | 148409 EX-A |
| page | 1 |
| arrive | 25-FEB-07 19:03 |
| depart | 26-FEB-07 |
| payment | MC |

| date | reference | description | | charges/credits |
|---|---|---|---|---|
| 25-FEB-07 | RT1104 | Room Charge | | 179.00 |
| 25-FEB-07 | RT1104 | State Tax | | 12.53 |
| 25-FEB-07 | RT1104 | Occupancy Tax | | 10.74 |
| 25-FEB-07 | RT1104 | Parking Valet - Overnight | | 22.00 |
| 26-FEB-07 | MC | Mastercard | 224.27- | |
| | | Total Charges | 224.27 | |
| | | Total Credits | 224.27- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 25-FEB-07 | 202.27 | 0.00 | 22.00 | 0.00 | 0.00 | 224.27 | 0.00 |
| Total | 202.27 | 0.00 | 22.00 | 0.00 | 0.00 | 224.27 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ____________________

As a Starwood Preferred Guest, you could have earned 402 Starpoints for this visit. Please provide your member number or enroll today.
Mr Gerald Nissenbaum
FOLIO 148409 25-FEB-07

WESTIN®
HOTELS & RESORTS

We thank you for your willingness, under
timeline, to offer your expert opinion

Jerry
----- Original Message -----
From: "Dominic C. Boyer" <dcb25@corne
To: "nissenbaum" <nissenbaum@comcast.
Sent: Saturday, February 17, 2007 5:07 PM
Subject: Re: Kufner case

> Hello,
>
> Thanks for this additional information. I
> the context of the case. Ithaca is unfortu
> (about 5 hours by car from Boston). But
> have the photos sent or messengered to m
>
> That is:
>
> 707 N. Cayuga St.
> Ithaca, NY 14850
>
> tel. 607-272-2931
>
> Either my wife or I will be home most of
> is 607-262-6062.

You can give that to the driver to coordinat
> drop-off. Will you arrange for the return
> could, for example, send a FedEx envelop
>
> With best wishes,
>
> Dominic Boyer

NISSENBAUM LAW OFFICES
GENERAL ACCOUNT
DR. DOMINIC C. BOYER
5000 · REIMBURSABLE EXP
KUFNEER
2/20/2007
300.00
6160

NISSENBAUM LAW OFF RE: KUFNER
300.00

PAID 2/20/07

EDWARD S. GROSS MD • 9 WIGWAM ROAD • FALMOUTH MASSACHUSETTS 02540
FEBRUARY 16 2007

Gerald L Nissenbaum, Attorney

Nissenbaum Law Offices
160 Federal Street 24th Floor
Boston Massachusetts 02110
VIA FACSIMILE (617) 330-6909

Statement of Services

For: Kufner

Service dates February 13-15

| | |
|---|---|
| Research on formal definitions, criteria, professional standards | 3 hours |
| Travel to Nissenbaum Offices (round trip) | 3 hours |
| Feb. 14 Conferences with Mr. Nissenbaum, affidavit | 5 hours |
| Feb. 15 visit to Nissenbaum Law offices: review and sign revised affidavit | 0.5 hour |
| Review deposition of Dr. Volkl | 1 hour |
| Total 12.5 hours @ $500 | $6250 |
| Out-of-pocket expenses: | |
| travel | $50 |
| TOTAL NOW DUE | $6300.00 |

Thank you for allowing me to assist you in this matter.

Edward S. Gross MD, FAAP

TELEHONE (508) 457-9040 • FAX (508) 457-9460 • MOBILE (508) 423-3858 • edwgross@adelphia.net