GERALD L. NISSENBAUM*
MADELINE M. CELLETTI

WENDY J. OVERBAUGH

# NISSENBAUM LAW OFFICES

THE LANDMARK
160 FEDERAL STREET – 24TH FLOOR
BOSTON, MA 02110
TELEPHONE (617) 330-9090
FAX (617) 330-6909
e-mail: jerry@nissenbaumlaw.com
web: nissenbaumlaw.com

(BY APPOINTMENT ONLY)
26 WASHINGTON STREET
W. BOXFORD, MA 01885
TELEPHONE (978) 352-8530

DOMINIK KUFNER

Page: 1
March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

8409

## Professional Services

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 02/27/2007 | | | | | |
| | PA1 | Instructions from GLN; begin to index the five then German Court Copy File | 140 00 | 3 00 | 420 00 |
| | GLN | Office conference with associate followed by conference call with R. Arenstein re: needed memo in support of DK getting primary custody of the children under UCCJEA enforcement through ICARA | 700 00 | 0 50 | 350 00 |
| | GLN | Telephone conversation with DK | 700 00 | 0 20 | 140 00 |
| | GLN | Telephone conversation with DK | 700 00 | 0 20 | 140 00 |
| | GLN | Review list of proposed Article 15 questions to be sent to German central authority | 700 00 | 0 10 | 70 00 |
| | GLN | Review e-mail from SO'K and draft and revise long reply for comment by Kufner Group | 700.00 | 3 40 | 2,380 00 |
| | WOH | Office conference with GLN & phone conference with R. Arenstein | | 0 50 | N/C |
| 02/28/2007 | | | | | |
| | PA1 | Continue to work on index for the German Court Copy File | 140.00 | 5.00 | 700 00 |
| | PA1 | Draft letter to GAL. | 140 00 | 0 20 | 28.00 |
| | GLN | Telephone call from DK | 700 00 | 0 20 | 140 00 |
| | GLN | Conference with two paralegal assistants to review status of their respective work | 700 00 | 0 30 | 210.00 |
| | GLN | Review DK's revisions to Draft #1 to SO'K and revise into new draft, two calls from DK and conversation with paralegal re: exhibit books (with stickers on back of exhibits) in from CT's office; and books out to BNM | 700 00 | 1.50 | 1,050 00 |

# NISSENBAUM LAW OFFICES



DOMINIK KUFNER

March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

8409

| | | Rate | Hours | |
|---|---|---|---|---|
| GLN | Update GLN questions on cross on Tina, e-mail to Kufner group; draft proposed Article 15 questions, e-mail to Kufner group | 700 00 | 1 60 | 1,120 00 |
| GLN | Work on other documents, long and detailed telephone conference call with DK and BNM, e-mails to CH, review e-mails received from DK and others over the past several days | 700 00 | 2 60 | 1,820.00 |
| GLN | Call from Chuck and Chris | 700 00 | 0 30 | 210 00 |
| GLN | Two calls from BNM | 700.00 | 0 20 | 140 00 |
| GLN | Further review and revise reply to GAL, e-mail reply and Article 15 documents to GAL, Kufner Group and Pollack, review and reply to e-mail from GAL, CT and BNM | 700 00 | 1 70 | 1,190 00 |
| 03/01/2007 | | | | |
| PA1 | Continue to work on index for the German Court Copy File | 140 00 | 6 00 | 840 00 |
| GLN | Travel to and from Providence, R I. for conferences at CT's office with CT, CH and DK, plus telephone call with BNM to review status, strategy and documents in preparation for 12:30 USDC hearing; attend court, wait for Pollack, represent DK in hearing; conference with Magistrate Judge, review with DK | 700 00 | 9 90 | 6,930 00 |
| 03/02/2007 | | | | |
| PA1 | Continue to work on index for the German Court Copy File | 140 00 | 6 00 | 840 00 |
| GLN | Review e-mail and respond as needed; review current status of work being done by paralegal staff, further instructions, various telephone conversations with DK and BNM | 700 00 | 1 70 | 1,190.00 |
| GLN | Telephone conversation with CT | 700.00 | 0 20 | 140.00 |
| MMC | Par 3 (MMC) working with Par 4 on exhibit books and index | 140 00 | 4.20 | 588 00 |
| GLN | Par 4 (GLN) working with Par 3 on exhibit books and index | 140 00 | 4 20 | 588 00 |

**NISSENBAUM**
**LAW**
**OFFICES**

DOMINIK KUFNER

Page: 3
March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

8409

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/03/2007 | | | | | |
| | PA1 | Continue to work on index for the German Court Copy File | 140 00 | 6 00 | 840 00 |
| | GLN | Review and edit Exhibit List, review additional documents in file to determine use at trial, several telephone conversations with DK, review various items with paralegals | 700.00 | 4 10 | 2,870 00 |
| | GLN | Draft and revise motion to Add Material to be furnished to Dr Jenny | 700 00 | 1 20 | 840 00 |
| | GLN | Review and respond to e-mail from DK | 700 00 | 0 70 | 490 00 |
| | PA2 | Instructions from GLN, carefully review each exhibit against the exhibit list with PB; organize extra copies of documents to bring to court; complete various tasks to prepare for trial | 140 00 | 7 00 | 980 00 |
| 03/04/2007 | | | | | |
| | PA1 | Continue to work on index for the German Court Copy File | 140 00 | 5 00 | 700.00 |
| | GLN | Day long work on file to get ready for continued trial on next Tuesday by reviewing chronological bible for those items that we want to offer into evidence, to cross check documents with exhibits, to review and revise DK's proposed affidavit to Dr Jenny and 3-page statement to Dr Jenny, calls with DK re: start and end of visitation, review file for other to do items | 700 00 | 13 10 | 9,170 00 |
| | GLN | Revise current draft of Robert Arenstein's draft motion for DK to get physical custody of the children | 700 00 | 1 60 | 1,120.00 |
| | PA2 | Create chronological exhibit list for GLN review | 140 00 | 1 00 | 140.00 |
| 03/05/2007 | | | | | |
| | WOH | Receipt and review of instructions from GLN; review of current draft of motion / memo regarding transfer of custody to Dominik, review case law and correct citations; e-mail to Chuck | 250 00 | 1.60 | 400 00 |
| | PA1 | Continue to work on index for the German Court Copy File, until GLN left for RI | 140 00 | 6.00 | 840.00 |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER


March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

8409

| | | Rate | Hours | |
|---|---|---|---|---|
| GLN | Telephone conversation with CT re motion to expand documents going to Dr Jenny and motion re: quashing Kain affidavit; revise current draft of motion to get DK temporary custody of children; revise current draft of motion to expand documents going to Dr. Jenny; telephone conversation with DK; review and revise DK revised 3-page statement and affidavit to Dr. Jenny; e-mail from CT, DK and reply to all re: demand by TK for money; review indexes of German pleading bible | 700 00 | 4 10 | 2,870 00 |
| GLN | Travel to Providence R I , check into hotel, conference at CT's office with BNM and DK | 700 00 | 3 40 | 2,380.00 |
| GLN | Prepare for trial on March 4, 2007 | 700 00 | 3 00 | 2,100.00 |
| GLN | Detailed review and taking notes on transcript of GLN cross of TK | 700 00 | 2 30 | 1,610 00 |
| PA2 | Gather & make copies of documents for Dr Jenny; prepare and update files for use at trial; travel to Providence | 140 00 | 3 00 | 420 00 |
| 03/06/2007 | | | | |
| GLN | Day long trial USDC (R I ), cross examination of TK by GLN, various conversations during the day, long and detailed post-trial lobby conference (on the record) with court (Smith, J.), BP, LB, CT, GLN, SO'K, long post-court conference with DK, BNM, MM, CT, followed by dinner conference with DK, BNM and MM | 700 00 | 12 70 | 8,890 00 |
| PA2 | Bring files to courthouse; set up for trial; take notes during direct and cross examination of TK, marking exhibits taken into evidence; working lunch with team to discuss settlement; post-trial meeting at CT's office; working dinner to discuss strategy for DK direct examination | 140 00 | 10 00 | 1,400 00 |
| 03/07/2007 | | | | |
| WOH | Conversation with GLN, draft medical release, e-mail and fax to Chuck | 250 00 | 0 40 | 100 00 |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER

Page: 5
March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

8409

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | WOH | Draft e-mail to Bob Arenstein. | 250 00 | 0 10 | 25.00 |
| | PA1 | Telephone conversation with Stephen Kane, Children's Hospital | 140 00 | 0 20 | 28 00 |
| | GLN | Leave for and then office conference at CT's office with CT, BNM, DK, MM, followed by short conference with CT, BP, GLN, MM, followed by GLN attempt to talk with PB (who took telephone conference call at 8:30 am), travel to USDC, day long trial with Scott Mello, + 2 witnesses called by BP, plus Iwona called by BNM, plus DK direct by BNM, post trial conversation with CT and SO'K, followed by travel to hotel, followed by telephone conversation with Robert Arenstein, followed by e-mail to RA. | 700 00 | 11 70 | 8,190.00 |
| | GLN | Review exhibits in preparation for March 8th court hearing | 700 00 | 1 20 | 840 00 |
| | PA2 | Attend settlement meeting at CT's office with counsel; set up for trial, taking notes during witness' telephonic testimony, during DK's direct testimony, and during Judge Smith's orders at end of the day | 140 00 | 8 00 | 1,120 00 |
| 03/08/2007 | | | | | |
| | GLN | Breakfast conference with BNM and DK to review status, discuss strategy for balance of DK's testimony, comment on BNM's further direct of DK, travel to USDC, at court for trial 12-4 pm, including completion of examination of DK, discuss various items with the court, arrange for further visitation, post trial conference with GAL re: further documents going to Dr Jenny and details for visitation, post-court conference with CT; travel from Providence to Boston | 700 00 | 10.00 | 7,000 00 |
| | GLN | Work on Article 15 Questions | 700 00 | 0 70 | 490.00 |
| | PA2 | Set up for trial; taking notes during DK's direct, cross, re-direct and re-cross examinations; run to CT's office to get voice mail recording and set up cd recording to be played during DK's re-cross; taking notes during judge's | | | |

# NISSENBAUM
# LAW
# OFFICES

DOMINIK KUFNER


March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

8409

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | orders at the end of the day; post-trial meeting with GAL | 140 00 | 4 00 | 560 00 |
| 03/09/2007 | | | | | |
| | GLN | Review work needed with MM, continue work on Article 15 Questions, telephone conversations with Dominik, draft e-mail to SO'K, review documents for inclusion in motion, e-mail to Lindsay Barna (LB) | 700 00 | 3 90 | 2,730 00 |
| | GLN | Telephone call from LB, review revisions proposed by LB, second telephone call from LB all to work on an agreed submission to Judge Smith | 700 00 | 1 20 | 840 00 |
| | GLN | Two e-mails from BP, e-mail from LB, telephone call to CT and CH to discuss revision of current drafts, receipt of CT's 'joint' submission | 700 00 | 0 70 | 490 00 |
| | PA2 | Preparation of e-mail to GAL attaching requested documents to be given to Dr. Jenny; two telephone conversations with Bill at BNM's office; e-mail to CH; make revisions to joint article 15 statement to be filed by 4pm; update exhibit list; unpack files from court | 140 00 | 3 00 | 420 00 |
| 03/10/2007 | | | | | |
| | GLN | Thinking about status of Article 15 material before Judge Smith, review what was sent on Friday afternoon, telephone call from Dominik re: TK not arriving on time at visitation, call to CT - left word, call from CT to discuss status and consider options, joined by DK in conference call, various other calls, call from DK advising TK arrived at 11:40am with kids to start visitation, consider need for resumption of surveilance, telephone calls to CT from BNM, call to TG, calls to numerous motels in area asking to be connected to room occupied by TK (or T Melo) and two young boys, numerous e-mails to Kufner group, tow e-mails to SO'K, revising existing draft of Article 15 format to ask questions, drafting motion to court to adopt Article 15 | | | |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER


**Client No:** 364-00A
**Invoice No:** 5832

8409

| | | Rate | Hours | |
|---|---|---|---|---|
| | format, calls from DK, drafting motion for an order to show cause; and further motion to change custody | 700.00 | 9 00 | 6,300 00 |
| 03/11/2007 | | | | |
| GLN | Telephone conversation with TG re: status of surveilance of TK, review e-mail to SO'K, draft proposed reply e-mail and send to group for comments, begin to review DK's e-mail and to SO'K, telephone call from DK, send e-mail to SO'K re: Tanja's availability, review balance of e-mails, e-mail to RI lawyer with inquiry, revise GLN e-mail to SO'K, review DK's final e-mail to SO'K | 700 00 | 2 70 | 1,890 00 |
| GLN | Telephone calls from DK, review and reply to e-mail from GAL, review DK's e-mail to GAL, revise Motion for Issuance of an Immediate Order of Notice and revise Motion for DK to get immediate custody, e-mail to Kufner group. | 700.00 | 1.80 | 1,260.00 |
| GLN | Two telephone calls from DK, reply e-mail from RI lawyer. | 700 00 | 0 30 | 210 00 |
| 03/12/2007 | | | | |
| WOH | Receipt and review of e-mails, detailed review of GAL report and letter to Frau Hofler, prepare detailed list of questions, e-mail to Sharon and Dominik's team | 250.00 | 1.30 | 325.00 |
| PA2 | Receipt and review of various e-mails; instructions from GLN re: motion for format of Article 15 Questions; e-mail to BNM. | 140 00 | 1 00 | 140 00 |
| GLN | Miscellaneous telephone calls from DK, BNM, TG, MM & WOH. | 700 00 | 0 70 | 490.00 |
| GLN | Telephone call from DK | 700 00 | 0 10 | 70 00 |
| GLN | Review e-mail and draft e-mail to SO'K | 700.00 | 0.40 | 280 00 |
| 03/13/2007 | | | | |
| WOH | Receipt and review of e-mail from Sharon, conversation with GLN, revise questions into two sets, e-mail to Dominik, | | | |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER


March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

8409

| | Rate | Hours | |
|---|---|---|---|
| e-mail from Dominik and e-mail to Sharon (crossed), telephone conversation with Dominik, further e-mail to Sharon | 250 00 | 0.60 | 150.00 |
| For Current Services Rendered | | 202 00 | 93,232 00 |
| Total Non-billable Hours | | 0 50 | |

## Expenses

| | | |
|---|---|---|
| 02/28/2007 | Sharon O'Keefe | 4,680 00 |
| 03/06/2007 | Williams Lea Inc | 401 57 |
| 03/13/2007 | Federal Express | 112 28 |
| 03/13/2007 | Westin Hotel ($1318 76 + Marriott Hotel $554 57) | 1,873 33 |
| 03/13/2007 | SHARON O'KEEFE. (Expert Witness) | 6,660 00 |
| 03/13/2007 | Dinner with BNM & DK | 340 00 |
| 03/13/2007 | Breakfast with BNM | 31 05 |
| 03/13/2007 | Thomas Grady | 21,933.00 |
| | **Total Expenses** | 36,031 23 |
| | Total Current Work | 129,263.23 |
| | **Previous Balance** | $11,012 54 |

## Payments

| | |
|---|---|
| Total Payments for 03/13/2007 | -100,000 00 |
| Balance Due | $40,275.77 |

# NISSENBAUM
# LAW
# OFFICES

Page: 9
March 13, 2007
**Client No:** 364-00A
**Invoice No:** 5832

DOMINIK KUFNER

8409

**Client Funds**

| | | |
|---|---|---|
| 02/28/2007 | Deposit to client funds | 100,000 00 |
| 03/13/2007 | Withdrawal from client funds | -100,000.00 |
| | Ending Client Funds Balance | $0 00 |
| | Please Remit | $40,275.77 |

**SHARON O'KEEFE** *Attorney at Law*
P.O. Box 214 • Barrington, RI 02806 • Phone 401-247-1740 • Fax 401-247-1316

PAID
POSTED
CK 3049
3/13/07 - Kufner

March 12, 2007

Dominik Kufner
c/o Charles Tamulevitz, Esq.
144 Westminster Street
Providence, R.I.

Kufner vs. Kufner

| Date | Services | Amount |
|---|---|---|
| 2/23/07 | Invoice | $ 4680.00 |
| 3/01/07 | Received on Account | $ 4680.00 |
| 3/12/07 | Invoice | $ 4660.00 |
| 3/12/07 | Expert Witness Fee* | $ 2000.00 |
| 3/12/07 | Total Amount Due | $ 6660.00 |

* Make check payable to Carole Jenny, M.D.

**Williams Lea Inc.**

**INVOICE**

| | |
|---|---|
| Invoice: | I-07030653 |
| Invoice Date: | 03/05/2007 |
| Page: | 1/1 |

Remit Payment to:
Williams Lea Inc
75 Remittance Drive Suite 6418
Chicago IL 60675-6418

| | |
|---|---|
| Customer No: | UNI-13721 |
| Payment Terms: | NET00 |
| Due Date: | 03/05/2007 |
| Sales Rep: | Floyd Doug |

**For Billing questions, please call 617-371-2339(DGB)**

**Bill To:**

Nissenbaum Law Office
Patti Bruning
160 Federal St
Boston MA 02110

**Ship To:**

Nissenbaum Law Office
Patti Bruning
160 Federal St
Boston MA 02110

**Reference:**

REF# KUFNER
WL# 223403

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier III - WL<br>BINDERS CX2 INSERT TABS PROVIDED BY CLIENT | 2,190 | CLK | 0 155 | 339 45 |
| Color Copies - WL Equipt | 16 | CLK | 1 25 | 20 00 |
| Binders 1" | 4 | EA | 5 75 | 23 00 |
| | | | Subtotal: | 382 45 |
| | | | MA 5 000 % | 19 12 |
| | | | **AMOUNT DUE:** | **$ 401.57** |

CK. REC'D
POSTED
PAID 3/6/07 - Kufner

We Now Accept - VISA MC and AMEX

If payment is not received by the due date stated on this invoice we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction **All prices and charges are measured in US dollars**

Bank of America Higher Standards Online Banking

Account Name : Bank of America Gold MasterCard - 4629

## Balance Summary 03/13/2007

| | | | |
|---|---|---|---|
| **$510.76** Current Balance | **$32,389.24** Available Credit | **$32,900.00** Credit Limit | **$0.00** Amount Over the Limit |

* Available Credit includes purchases that have been authorized but have not yet posted to your account.

## Payment Summary

| | | | | | | |
|---|---|---|---|---|---|---|
| **$0.00** Minimum Payment Due* | **03/12/2007** Payment Due Date | **$260.00** Last Payment Amount | **12/21/2006** Date of Last Payment | **$0.00** Past Due Amount | **-$43.81** Previous Balance | **03/23/2007** Closing Date |

* As of your last statement

View: All Transactions

**Statement:**03/13/2007

Posted Transactions

| Posted | Transaction Date | Transaction | Amount | Balance |
|---|---|---|---|---|
| 03/09/2007 | 03/08/2007 | MARRIOTT HOTELS-PROVID | $554.57 | $510.76 |
| | | Beginning Balance as of 02/21/2007 | | -$43.81 |

CK. REC'D Kufner
POSTED 3/13/07 - 1873.33 - Hotels
PAID

1318.76
554.57
1873.33

CK. REC'D Kufner
POSTED 3/13/07 - ~~[illegible]~~ 5709
PAID

CK. REC'D
POSTED
PAID

ıe westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest

travel agent/charge to

Mr Gerald Nissenbaum

160 Fed St
Boston, MA 02110-3407
United States Passport

| | | |
|---|---|---|
| room | 1704 | |
| rate | 179.00 | |
| no pers | 1 | |
| folio | 148851 | EX-A |
| page | 1 | |
| arrive | 05-MAR-07 | 17:08 |
| depart | 08-MAR-07 | |
| payment | MC | |

| date | reference | description | | charges/credits |
|---|---|---|---|---|
| 05-MAR-07 | RT1704 | Room Charge | | 179.00 |
| 05-MAR-07 | RT1704 | State Tax | | 12.53 |
| 05-MAR-07 | RT1704 | Occupancy Tax | | 10.74 |
| 05-MAR-07 | RT1704 | Parking Valet - Overnight | | 22.00 |
| 06-MAR-07 | RT1704 | Room Charge | | 179.00 |
| 06-MAR-07 | RT1704 | State Tax | | 12.53 |
| 06-MAR-07 | RT1704 | Occupancy Tax | | 10.74 |
| 06-MAR-07 | RT1704 | Parking Valet - Overnight | | 22.00 |
| 06-MAR-07 | 1425 | Agora | | 522.00 |
| 07-MAR-07 | RT1704 | Room Charge | | 179.00 |
| 07-MAR-07 | RT1704 | State Tax | | 12.53 |
| 07-MAR-07 | RT1704 | Occupancy Tax | | 10.74 |
| 07-MAR-07 | RT1704 | Parking Valet - Overnight | | 22.00 |
| 07-MAR-07 | 1564 | Agora | | 114.00 |
| 07-MAR-07 | 33246* | Internet Service In Room | | 9.95 |
| 07-MAR-07 | 3869 | 617-330-9090 0001 22:18 | | 9.45 |
| 07-MAR-07 | 3920 | 239-261-5560 0028 21:53 | | 80.43 |
| 08-MAR-07 | MC | Mastercard | 1408.64- | |

| | |
|---|---|
| Total Charges | 1408.64 |
| Total Credits | 1408.64- |
| Balance Due | 0.00 |

1408.64
80.43
945
1318.76

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

** continued on the next page **

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ______________________

1408.64
− 80.43
− 9.45
1318.76

Mr Gerald Nissenbaum
FOLIO 148851 05-MAR-07

WESTIN HOTELS & RESORTS

the westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest

travel agent/charge to

Mr Gerald Nissenbaum

160 Fed St
Boston, MA 02110-3407
United States Passport

| | | |
|---|---|---|
| room | 1704 | |
| rate | 179.00 | |
| no pers | 1 | |
| folio | 148851 | EX-A |
| page | 2 | |
| arrive | 05-MAR-07 | 17:08 |
| depart | 08-MAR-07 | |
| payment | MC | |

date reference description charges/credits

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 05-MAR-07 | 202.27 | 0.00 | 22.00 | 0.00 | 0.00 | 224.27 | 0.00 |
| 06-MAR-07 | 202.27 | 522.00 | 22.00 | 0.00 | 0.00 | 746.27 | 0.00 |
| 07-MAR-07 | 202.27 | 114.00 | 22.00 | 99.83 | 0.00 | 438.10 | 0.00 |
| Total | 606.81 | 636.00 | 66.00 | 99.83 | 0.00 | 1408.64 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ______________________

As a Starwood Preferred Guest you have earned at least 1950 Starpoints for this visit A2217536.

Mr Gerald Nissenbaum
FOLIO 148851 05-MAR-07

WESTIN HOTELS & RESORTS

**Dropped off:** Feb 20, 2007 **Cust. Ref.:** KUFNER **Ref. #2:**
**Payor:** Recipient **Ref. #3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 118.80
- Distance Based Pricing, Zone 3
- Package sent from: 14850 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| | | | |
|---|---|---|---|
| USAB | | **Sender** | **Recipient** |
| Tracking ID | 855838258406 | DOMINIC BAYER | GERALD NISSENBAUN |
| Service Type | FedEx Priority Overnight | NISSENBAUM LAW OFFICES | NISSENBAUM LAW OFFICES |
| Package Type | FedEx Pak | 160 FEDERAL ST FL 24 | 160 FEDERAL ST 24TH FL |
| Zone | 03 | BOSTON MA 02110-1793 US | BOSTON MA 02110 US |
| Packages | 1 | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | |

| | | | | |
|---|---|---|---|---|
| Delivered | Feb 21, 2007 09:33 | Transportation Charge | | 22.60 |
| Svc Area | A1 | Fuel Surcharge | | 2.25 |
| Signed by | P.BRUNING | Earned Discount | | -1.13 |
| FedEx Use | 005103165/0001508/_ | **Total Charge** | **USD** | **$23.72** |

| | | |
|---|---|---|
| **Recipient Subtotal** | **USD** | **~~$46.97~~** |
| **Total FedEx Express** | **USD** | **~~$170.83~~** |

23943 3/3

Total Kufner.

$ 112.28

DST V261-3K (12/06)

6

FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-722-18275 | Mar 05, 2007 | 1082-1886-0 | 5 of 5 |

Dropped off: Feb 28, 2007 Cust. Ref.: KULNER Ref. #2:
Payor: Shipper Ref. #3:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 118 80
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment
- Distance Based Pricing, Zone 5
- FedEx has audited this shipment for correct packages, weight, and service Any changes made are reflected in the invoice amount

USAB

| | |
|---|---|
| Tracking ID | 855838258391 |
| Service Type | FedEx Priority Overnight |
| Package Type | Customer Packaging |
| Zone | 05 |
| Packages | 1 |
| Rated Weight | 12 0 lbs, 5.5 kgs |
| Delivered | Mar 01, 2007 09:13 |
| Svc Area | A2 |
| Signed by | K.SEABORNE |
| FedEx Use | 005917717/0001552/_ |

**Sender**
GERALD L NISSEMBAUM
NISSENBAUM LAW OFFICES
160 FEDERAL ST FL 24
BOSTON MA 02110-1793 US

**Recipient**
BRADFORD N MARTIN ESQ
BRADFORD NEAL MARTIN & ASSOCIA
75 BEATTIE PL STE 910
GREENVILLE SC 29601 US

| | | |
|---|---|---|
| Transportation Charge | | 67 55 |
| Earned Discount | | -3 38 |
| Fuel Surcharge | | 6.74 |
| **Total Charge** | USD | **$70 91** |

**Dropped off:** Feb 28, 2007 **Cust. Ref.:** KUFNEY **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 118.80
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| USAB | | **Sender** | **Recipient** | |
| Tracking ID | 855838258380 | PATRICIA BRUNING | SHARON O'KEEFEE | |
| Service Type | FedEx Priority Overnight | NISSENBAUM LAW OFFICES | - | |
| Package Type | FedEx Envelope | 160 FEDERAL ST FL 24 | 3 FOURTH ST | |
| Zone | 02 | BOSTON MA 02110-1793 US | BARRINGTON RI 02806 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 14.50 |
| Delivered | Mar 01, 2007 10:03 | Earned Discount | | -0.73 |
| Svc Area | AA | Residential Delivery | | 2.20 |
| Signed by | 9999999999999 | Fuel Surcharge | | 1.68 |
| FedEx Use | 005917717/0000186/02 | **Total Charge** | USD | **$17.65** |

DST V261-3K (12/06)

| Page | Account Number | Invoice Date | Invoice Number |
|---|---|---|---|
| 3 of 5 | 1082-1886-0 | Mar 05, 2007 | 8-722-18275 |

FedEx®

# SERVICE INVOICE

*Thomas F. Grady*
*15 Canterbury Lane*
*East Falmouth, MA 02536*

RECEIVED
MAR 7 2007
REC. BY FAX
NISSENBAUM LAW OFFICE

**SERVICE FOR:**
[Investigative Services and Surveillance]

Dominik Kufner VS Tina Kufner

**BILL TO:**
Nissenbaum Law Offices
160 Federal St. 24 Floor
Boston, MA 02110

| DATE | SERVICE DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/1/07 | Surveillance 5hrs. (7:00pm to 12:00am) | 5 | 200 00 | 1000 00 |
| 3/2/07 | Surveillance 20hrs. (12:00am to 4:00pm & 8:00pm to 12:00am) | 20 | 200.00 | 4000 00 |
| 3/2/07 | Vehicle Mileage (4 vehicles) | 919 | 0 43 | 395.17 |
| 3/3/07 | Surveillance 24hrs. | 24 | 200 00 | 4800 00 |
| 3/3/07 | Vehicle Millage | 907 | 0.43 | 390.01 |
| 3/4/07 | Surveillance 17 5 hrs (12:00am to 11:30am & 6:00pm to 12:00am) | 17.5 | 200 00 | 3500.00 |
| 3/4/07 | Vehicle Mileage | 1027 | 0.43 | 441 61 |
| 3/5/07 | Surveillance 24hrs | 24 | 200.00 | 4800.00 |
| 3/5/07 | Vehicle Mileage | 947 | 0 43 | 407.21 |
| 3/6/07 | Surveillance (12:00am to 10:00am) | 10 | 200.00 | 2000.00 |
| 3/6/07 | Vehicle Mileage (2 Vehicles) | 463 | 0 43 | 199.09 |

CK. REC'D
POSTED
PAID
3/12/07 Kufner 21,933.09
gave Kufner ck on 3/14/07

**$21,933.09**
**TOTAL DUE**

**MAKE CHECKS PAYABLE TO:**
[Thomas F. Grady]

Investigative services, First Investigator $125 per hr. Second Investigator $75 per hr.