GERALD L. NISSENBAUM''
MADELINE M. CELLETTI

WENDY J. OVERBAUGH

# NISSENBAUM LAW OFFICES

THE LANDMARK
160 FEDERAL STREET – 24TH FLOOR
BOSTON, MA 02110
TELEPHONE (617) 330-9090
FAX (617) 330-6909
e-mail: jerry@nissenbaumlaw.com
web: nissenbaumlaw.com

(BY APPOINTMENT ONLY)
26 WASHINGTON STREET
W. BOXFORD, MA 01885
TELEPHONE (978) 352-8530

DOMINIK KUFNER

Page: 1
March 20, 2007
**Client No:** 364-00A
**Invoice No:** 5870

8409

**Professional Services**

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/09/2007 | | | | | |
| | GLN | Review work needed with MM, continue work on Article 15 questions, telephone conversations with Dominik, draft e-mail to SO'K, review documents for inclusion in motion, e-mail to Lindsay Barna (LB) | 700.00 | 3.90 | 2,730.00 |
| | GLN | Telephone call form LB, review revisions proposed by LB, second telephone call from LB - all to work on an agreed submission to Judge Smith | 700.00 | 1.20 | 840.00 |
| | GLN | Two e-mails from Pollack, one e-mail from Barna, telephone call to CT and CH to discuss revision of current drafts, receipt of CT's 'joint' submission | 700.00 | 0.70 | 490.00 |
| 03/10/2007 | | | | | |
| | GLN | Thinking about status of Article 15 material before Judge Smith, review what was sent on Friday afternoon, telephone call from Dominik re: TK not arriving on time at visitation, call to leave word with CT, call from CT to discuss status and consider options, joined by DK in conference call, various other calls, call from DK advising TK to arrive at 11:40 A.M with kids to start visitation, consider need for resumption of surveillance, telephone calls to CT, telephone calls from BNM, call to TG, calls to numerous motels in area asking to be connected to room occupied by TK (or T Mello) and two young boys, numerous e-mails to Kufner group, two e-mails to SO'K, revising existing draft of Article 15 format to ask questions, | | | |

# NISSENBAUM LAW OFFICES

DOMINIK KUFNER


March 20, 2007
**Client No:** 364-00A
**Invoice No:** 5870

8409

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | | drafting motion to court to adopt Article 15 format, calls from DK, drafting motion for an order to show cause; and further motion to change custody. | 700.00 | 9.00 | 6,300.00 |
| 03/11/2007 | | | | | |
| | GLN | Telephone conversation with TG re: status of surveillance of TK, review e-mail from SO'K, draft proposed reply e-mail and send to group for comments, begin to review DK's e-mail to SO'K, telephone call from DK, send e-mail to SO'K re: Tanja's availability, review balance of e-mails, e-mail to R.I. lawyer with inquiry, revise GLN e-mail to SO'K, review DK's final e-mail to SO'K | 700.00 | 2.70 | 1,890.00 |
| | GLN | Telephone calls from DK, review and reply to e-mail from GAL, review DK's e-mail to GAL, revise Motion for issuance of and Immediate Order of Notice and revise Motion for DK to get immediate custody, e-mail to Kufner group | 700.00 | 1.80 | 1,260.00 |
| | GLN | Two telephone calls from DK, review and reply to e-mail from DK, reply e-mail from R.I. lawyer | 700.00 | 0.30 | 210.00 |
| 03/12/2007 | | | | | |
| | GLN | Miscellaneous telephone calls from DK, BN, TG, MM, WOH | 700.00 | 0.70 | 490.00 |
| | GLN | Telephone call from DK | 700.00 | 0.10 | 70.00 |
| | GLN | Review e-mail and draft e-mail to SO'K | 700.00 | 0.40 | 280.00 |
| 03/14/2007 | | | | | |
| | WOH | Begin review of file in preparation for acting as second chair at Friday's continuation of trial per BNM's request. | 250.00 | 2.50 | 625.00 |
| | WOH | Office conference with GLN. | 250.00 | 0.80 | 200.00 |
| | GLN | Review e-mail on case | 700.00 | 0.30 | 210.00 |
| | GLN | Call from BNM, followed conference in WOH, review with WOH exhibit books, pleading books, other sources of exhibits | 700.00 | 1.30 | 910.00 |

**NISSENBAUM
LAW
OFFICES**


March 20, 2007
**Client No:** 364-00A
**Invoice No:** 5870

DOMINIK KUFNER

8409

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| | GLN | Prepare and revise e-mail to SO'K, draft e-mail to group about payment by Tina to SO'K | 700.00 | 0.40 | 280.00 |
| 03/15/2007 | | | | | |
| | PA1 | Instructions from GLN; call to CT regarding filing contempt charges against Tina for non payment of GAL fees. | 140.00 | 0.20 | 28.00 |
| | PA1 | Telephone call from CT advising the court has called an emergency hearing @1:00 P.M.; call to GLN; call to DK and CT to advise that GLN wants to speak with them before going into court. | 140.00 | 1.00 | 140.00 |
| | WOH | Continue detailed review of file and other preparation of counsel in preparation for acting as second chair during Friday's trial session per Brad's reqeust, including travel to RI. | 250.00 | 14.40 | 3,600.00 |
| | GLN | Telephone call from paralegal advising of emergency court hearing at 1:00 P.M., followed by telephone calls with CT, thinking about possibilities, further telephone conversation with CT, telephone conversation with DK; telephone conference call with USDC, CT and NB in person and by telephone, GLN, BP BNM with court ordering boys immediate physical custody to DK as of 1:30 P.M. after advising counsel of the results of Dr. Jenny's report and expressing concerns about TK being a flight risk based upon her conduct in court and recent conduct out of court, as reported to the court in DK's motions and by the GAL, telephone calls to paralegal - to advise WOH of status. | 700.00 | 1.10 | 770.00 |
| | PA1 | Telephone conversation with WOH advising the status. | 140.00 | 0.20 | 28.00 |
| 03/16/2007 | | | | | |
| | WOH | Breakfast meeting with BNM, travel to Federal Court, set up for and act as second chair during trial including Dr. Jenny's testimony, custody hearing and closing matters, taking notes and organizing and providing documents as | | | |

**NISSENBAUM**
**LAW**
**OFFICES**



DOMINIK KUFNER

March 20, 2007
**Client No:** 364-00A
**Invoice No:** 5870

8409

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | needed; travel back to Boston from RI. | 250.00 | 6.30 | 1,575.00 |
| | GLN | Two follow-up telephone calls with CT to express concerns about need for DK to take kids to a residence other than where he has been - with notice to GAL, plus concerns about where children would be on Friday during hearing which is to start at 9:00 A.M. | 700.00 | 0.30 | 210.00 |
| | GLN | E-mail group regarding appointment with Dr. Keamy on Monday. | 700.00 | 0.20 | 140.00 |
| | GLN | Careful review of Dr. Jenny's report. | 700.00 | 0.40 | 280.00 |
| | GLN | Telephone conversation with WOH. | 700.00 | 0.20 | 140.00 |
| | GLN | Telephone conversation with CT, with BNM. | 700.00 | 0.40 | 280.00 |
| | GLN | Draft long e-mail to group regarding taking Weintrob's deposition. | 700.00 | 0.40 | 280.00 |
| 03/17/2007 | GLN | Review DK's e-mail regarding Weintrob; drafting detailed response. | 700.00 | 0.60 | 420.00 |
| 03/18/2007 | GLN | Telephone call from DK regarding status of court order. | 700.00 | 0.20 | 140.00 |
| 03/19/2007 | WOH | Office conference with GLN; then conference call with GLN, Brad, Chuck and Dominik. | 250.00 | 0.50 | 125.00 |
| | WOH | Review Federal Court on line docket for any additional filings. | 250.00 | 0.20 | 50.00 |
| | GLN | Long telephone conference call with DK, BNM, CT and WOH, followed by detailed review of e-mails and court orders received over the past several days. | 700.00 | 2.80 | 1,960.00 |
| | GLN | E-mail from CH, telephone call to BNM, e-mail to SO'K, request to WOH to draft motions for review on Tuesday. | 700.00 | 0.40 | 280.00 |

# NISSENBAUM LAW OFFICES



DOMINIK KUFNER

March 20, 2007
**Client No:** 364-00A
**Invoice No:** 5870

8409

| | | | Rate | Hours | |
|---|---|---|---|---|---|
| 03/20/2007 | | | | | |
| | WOH | Draft Motions to Withhold School Payments from Defendant's Alimony, Withhold GAL and Dr. Jenny Fees from Alimony, and for 45 days to submit costs all for GLN's review. | 250.00 | 0.90 | 225.00 |
| | WOH | Office conference with GLN and paralegal, substantially revise 2 motions to withhold alimony into one motion to redirect payments for GLN's further review.. | 250.00 | 0.80 | 200.00 |
| | WOH | Further revise drafts of current motions. | 250.00 | 0.50 | 125.00 |
| | WOH | Office conference with GLN, draft releases for Day One and Hasbro for both children, draft Motion to Require Keamy, NEMC and MEE to release records to DK and GAL for GLN's review. | 250.00 | 1.00 | 250.00 |
| | | For Current Services Rendered | | 59.10 | 28,031.00 |

## Expenses

| | | |
|---|---|---|
| 03/15/2007 | WESTIN HOTEL. (WOH) | 330.89 |
| 03/20/2007 | Thomas Grady. ( Balance from 1st invoice is $1933.09 + amount of 2nd invoice = 18814.96 = total of $20748.05) | 20,748.05 |
| | **Total Expenses** | 21,078.94 |
| | Total Current Work | 49,109.94 |
| | **Previous Balance** | $18,342.68 |

## Payments

| | |
|---|---|
| Total Payments for 03/20/2007 | -67,452.62 |
| Balance Due | $0.00 |

NISSENBAUM
LAW
OFFICES


March 20, 2007
**Client No:** 364-00A
**Invoice No:** 5870

DOMINIK KUFNER

8409

**Client Funds**

| | | | |
|---|---|---|---|
| 03/19/2007 | Deposit to client funds. (WIRE TRANSFER) | | 68,342.68 |
| 03/20/2007 | Withdrawal from client funds. | Tom Grady = | -20,748.05 |
| 03/20/2007 | Withdrawal from client funds. | NLO = | -18,342.68 |
| 03/20/2007 | Withdrawal from client funds. | NLO = | -28,361.89 |
| | Ending Client Funds Balance | | $890.06 |
| | Please Remit to Replenish Client Funds With | | $49,109.94 |
| | Please Remit | | $49,109.94 |

the westin providence
one west exchange street providence, rhode island 02903
phone 401 598 8000 fax 401 598 8200
westin com/providence

guest

travel agent/charge to

Ms. Wendy Hickey

32 Cotuit Street
West Roxbury, MA 02132
United States Passport

| | | |
|---|---|---|
| room | 2004 | |
| rate | 259.00 | |
| no pers | 1 | |
| folio | 153253 | EX-A |
| page | 1 | |
| arrive | 15-MAR-07 | 16:19 |
| depart | 16-MAR-07 | |
| payment | MC | |

| date | reference | description | | charges/credits |
|---|---|---|---|---|
| 15-MAR-07 | RT2004 | Room Charge | | 259.00 |
| 15-MAR-07 | RT2004 | State Tax | | 18.13 |
| 15-MAR-07 | RT2004 | Occupancy Tax | | 15.54 |
| 15-MAR-07 | 90314 | Honor Bar | | 3.78 |
| 15-MAR-07 | 252 | In Room Dining | | 34.44 |
| 16-MAR-07 | MC | Mastercard | 330.89- | |
| | | Total Charges | 330.89 | |
| | | Total Credits | 330.89- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel. While this folio reflects a $0 balance, your credit card may not be charged until after your departure. You are ultimately responsible for paying all of your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Parking | Misc | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 15-MAR-07 | 292.67 | 38.22 | 0.00 | 0.00 | 0.00 | 330.89 | 0.00 |
| Total | 292.67 | 38.22 | 0.00 | 0.00 | 0.00 | 330.89 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

I agree to remain personally liable for the payment of this account if the corporation or other third party billed fails to pay part or all of these charges

signature ______________________

As a Starwood Preferred Guest you have earned at least 575 Starpoints for this visit A722779450.

Ms. Wendy Hickey
FOLIO 153253 15-MAR-07

WESTIN
HOTELS & RESORTS

NISSENBAUM LAW OFFICES
GENERAL ACCOUNT

6206

WENDY HICKEY 3/20/2007

| | | |
|---|---|---|
| 6443 · MV EXPENSE | | 5.00 |
| 6850 · HOTELS | | 330.89 |

NISSENBAUM LAW OFF REIMB. FOR OFFICE EXPENSE 335.89

362 SF5001-1SC TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 731-599-5500 G8SCWD0010000 L98SF004994
SAFEGUARD LITHO USA SFSL1 CK7S081110

3/16/07
Westin to Ct
# 12 —

451-7278

**TONY MISCOLINO**

# SPEEDY TAXI DELIVERY

R.I. – MASS. – CT.

3/16 2007

RECEIVED FROM Wendy Hickey

FOR TRANSPORTATION

FROM Fed Ct

TO Westin Hotel

№ 2022

AMOUNT $ 12. —

JOB #

---

THANK YOU FOR YOUR VISIT

CASH
KIND OF PAYMENT

$ 16.00
AMOUNT

PARK-DUR.: 1 HR...

03/16/07 15:24
EXIT TIME

03/15/07 15:25
ENTRY TIME

RECEIPT HG

RHODE ISLAND CONVENTION CENTER

---

5 X — .01 #

WESTIN PROVIDENCE
ONE WEST EXCHANGE STREET
PROVIDENCE, RI 02903

701 VENESSA
CHK 2521 2004,HICKEY
MAR15'07 6:15PM

| | |
|---|---|
| DELIVER TIME | 0.00 |
| MARR CHOWDER | 7.00 |
| D CHOP SALAD | 14.00 |
| GINGER ALE | 3.75 |
| DELIVERY CHARGE | 3.50 |
| FOOD TOTAL | 24.75 |
| TOTAL DELIVERY | 3.50 |
| 15% RM SRV CHARG | 3.71 |
| TAX | 2.48 |
| TOTAL DUE | $34.44 |

GRATUITY + 10 — tip cash

TOTAL 2004

ROOM Wendy Hickey

NAME

SIGNATURE

INCLUDES A 15% SERVICE/CHARGE
AND A $3.25 HOTEL DELIVERY CHRG

NISSENBAUM LAW OFFICES
GENERAL ACCOUNT

GERALD L. NISSENBAUM

3/20/2007 ✓

6207

| | | |
|---|---|---|
| 6443 · MV EXPENSE | RE: KUFNER | 85.00 |
| 6580 · PHOTOCOPY | RE: KUFNER | 15.00 |

NISSENBAUM LAW OFF RE: KUFNER: MV=85.;PHOTOCOPY 15. 100.00

# SERVICE INVOICE

*Thomas F. Grady*
*15 Canterbury Lane*
*East Falmouth, MA 02536*

**SERVICE FOR:**
[Investigative Services and Surveillance]

Dominik Kufner VS. Tina Kufner

**BILL TO:**
Nissenbaum Law Offices
160 Federal St. 24 Floor
Boston, MA 02110

| DATE | SERVICE DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| 3/6/07 | Surveillance (3:00 pm to 12:00am) 2 Investigators | 11 | 200.00 | 2200.00 |
| 3/6/07 | Vehicle mileage 2 Vehicles | 468 | 0.43 | 201.24 |
| 3/7/07 | Surveillance (12:00am to 7:00pm) 2 Investigators | 19 | 200.00 | 3800.00 |
| 3/7/07 | Vehicle mileage , 2 Vehicles | 437 | 0.43 | 187.91 |
| 3/10/07 | Surveillance (5:00 pm to 12:00 am) 3 Investigators | 7 | 275.00 | 1925.00 |
| 3/10/07 | Vehicle mileage , 3 Vehicles | 748 | 0.43 | 321.64 |
| 3/11/07 | Surveillance 3 Investigators (6:00 am to 6:00pm) | 12 | 275.00 | 3300.00 |
| 3/11/07 | Surveillance reduced to 2 Investigators (6:00pm to 1200am) | 6 | 200.00 | 1200.00 |
| 3/11/07 | Vehicle mileage 3 Vehicles | 719 | 0.43 | 309.17 |
| 3/12/07 | Surveillance 2 Investigators (12:00am to 6:00am) | 6 | 200.00 | 1200.00 |
| 3/12/07 | Surveillance 3 Investigators (6:00am to 10:00am) | 4 | 275.00 | 1100.00 |
| 3/12/07 | Vehicle mileage 3 Vehicles | 421 | 0.43 | 181.03 |
| 3/12/07 | Surveillance 2 Investigators 7:00pm to 10:00pm (4 hour minimum ) | 4 | 200.00 | 800.00 |
| 3/13/07 | Surveillance 1 Investigator 6:30am to 10:00am (4 hour minimum ) | 4 | 125.00 | 500.00 |
| 3/13/07 | Vehicle mileage 1 Vehicle | 127 | 0.43 | 54.61 |
| 3/11&12/07 | Holiday Inn Express | 209.26 | 1.00 | 209.26 |
| 3/13&14/07 | Surveillance 1 Investigator 7:00pm to 12:30am | 5.5 | 125.00 | 687.50 |
| 3/13&14/07 | Vehicle mileage 1 Vehicle | 158 | 0.43 | 67.94 |
| 3/14/07 | Surveillance 1 Investigator (4 hour minimum) | 4 | 125.00 | 500.00 |
| 3/14/07 | Vehicle mileage 1 Vehicle | 162 | 0.43 | 69.66 |
| | | | | **$18,814.96** |
| | | | | **TOTAL** |

**MAKE CHECKS PAYABLE TO:**
[Thomas F. Grady]

Investigative services, First Investigator $125 per hr. each additional Investigator $75 per hr.
$20,000.00 Deposit received by wire First Invoice total $21,933.09 leaving a Balance of $1,933.09 plus $18,814.96

**Total amount due** **$20,748.05**

CK. RECD ______ ______
POSTED 20,748.05 3/20/07
PAID ______ ______

Kufner

**Jones Reporting Company, Inc.** **Invoice**

Please visit our website at www.jonesreporters.com

Two Oliver Street, Suite 804

Boston, MA 02109

Phone: (617) 451-8900 Fax: (617) 451-3535

| Invoice Date | Invoice # |
|---|---|
| Tuesday, March 27, 2007 | 11566FR |

Gerald Nissenbaum
Nissenbaum Law Offices
160 Federal Street
Boston, MA 02110

Phone: (617) 330-9090 Fax: (617) 330-6909

**Witness:**

**Case:**

**Venue:**

**Case #:**

**Date:** 3/27/2007

**Start Time:** 1:00 PM

**End Time:** : 0

**Reporter:** *Lauren Mitchell

**Claim #:**

**File #:** *10945FR*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| CANC | Late Cancellation | $90.00 | 1 | $90.00 |
| | **Sub Total** | | | **$90.00** |
| | **Payments** | | | **$0.00** |
| | **Balance Due** | | | **$90.00** |

POSTED 3/27/07 -90- Kufner
PAID

**Fed. I.D. # 86-1100261**

***Please return an invoice copy with your payment.***

Stokes & Levin

27 Glen Street
Suite 9B
Stoughton, MA 02072

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/2007 | 03-10016 |

| Bill To |
|---|
| LAW OFFICES OF GERALD L. NISSENBAUM<br>160 FEDERAL STREET, 24TH FL.<br>BOSTON, MA 02110<br>P: 617 330-9090<br>F: 617 330-6909 |

MAR 2 8 2007

| Terms | P.O. No. | Project |
|---|---|---|
| **PAYMENT DUE UPON RECEIPT** | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Service of Process: DONALD G. KEAMY, 118 HIGH STREET, ANDOVER, MA 01810 | 150.00 | 150.00 |
| | Attested Copies | 10.00 | 10.00 |
| | SAME DAY RUSH SERVICE REQUEST | | |
| | RE: KUFNER v. KUFNER | | |
| | ATTN: PATRICIA BRUNING | | |

CK. REC'D
POSTED 3/29/07 -Kufner
PAID

**TAX ID / 04-3500947**

**Total** $160.00

**Please specify all invoice numbers being paid.**

Stokes & Levin

27 Glen Street
Suite 9B
Stoughton, MA 02072

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/2007 | 03-10017 |

| Bill To |
|---|
| LAW OFFICES OF GERALD L. NISSENBAUM<br>160 FEDERAL STREET, 24TH FL.<br>BOSTON, MA 02110<br>P: 617 330-9090<br>F: 617 330-6909 |

| Terms | P.O. No. | Project |
|---|---|---|
| **PAYMENT DUE UPON RECEIPT** | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Service of Process: DONALD G. KEAMY, M.D., MASS EY AND EAR INFIRMARY, 243 CHARLES STREET, BOSTON, MA 02114 | 150.00 | 150.00 |
| 2.3 | CONSTABLE WAITING TIME TO SERVE IN HAND DR. DONALD G. KEAMY | 75.00 | 172.50 |
| | SAME DAY RUSH SERVICE REQUEST | | |
| | ATTN: PATRICIA BRUNING | | |

OK TO PAY
POSTED
PAID
3/29/07 Kufner

**TAX ID / 04-3500947**

**Total** $322.50

**Please specify all invoice numbers being paid.**

Stokes & Levin

27 Glen Street
Suite 9B
Stoughton, MA 02072

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/2007 | 03-10018 |

| Bill To |
|---|
| LAW OFFICES OF GERALD L. NISSENBAUM<br>160 FEDERAL STREET, 24TH FL<br>BOSTON, MA 02110<br>P: 617 330-9090<br>F: 617 330-6909 |

| Terms | P.O. No. | Project |
|---|---|---|
| **PAYMENT DUE UPON RECEIPT** | | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Service of Process: TUFTS NEW ENGLAND MEDICAL CENTER, 750 WASHINGTON STREET, BOSTON, MA 02111 | 75.00 | 75.00 |
| | State of Massachusetts Witness Fee | 10.00 | 10.00 |
| | Attested Copies | 5.00 | 5.00 |
| | RE: KUFNER v. KUFNER | | |
| | ATTN: PATRICIA BRUNING | | |

CK. REC'D
POSTED 4/3/07 - Kufner 90
PAID

**TAX ID / 04-3500947**

**Total** $90.00

**Please specify all invoice numbers being paid.**

**Recipient**
DAVID GOLDMAN ESQ
...LAW OFFICES

Invoice Date | Account Number | Page 3 of 6

FedEx®

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-775-45630 | Apr 02, 2007 | 1082-1886-0 | 5 of 6 |

**Dropped off:** Mar 14, 2007 **Cust. Ref.:** KUFNER **Ref. #2:**
**Payor:** Shipper **Ref. #3:**

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 133.93
- Fuel Surcharge - FedEx has applied a fuel surcharge of 8.50% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | |
|---|---|
| USAB | |
| Tracking ID | 855838258325 |
| Service Type | FedEx Priority Overnight |
| Package Type | Customer Packaging |
| Zone | 02 |
| Packages | 1 |
| Rated Weight | 40.0 lbs, 18.2 kgs |
| Delivered | Mar 15, 2007 08:53 |
| Svc Area | A1 |
| Signed by | C.FRANCISCO |
| FedEx Use | 007313251/0001486/_ |

**Sender**
JERRY NISSENBAUM
NISSENBAUM LAW OFFICES
160 FEDERAL ST FL 24
BOSTON MA 02110-1793 US

**Recipient**
MR BRAD N MARTIN
WESTIN HOTEL-ARRIVING GUEST
1 EXCHANGE ST
PROVIDENCE RI 02903 US

| | | |
|---|---|---|
| Transportation Charge | | 57.50 |
| Earned Discount | | -2.88 |
| Fuel Surcharge | | 4.64 |
| **Total Charge** | USD | **$59.26** |

Case 1:07-cv-00046-S-LDA Document 93-20 Filed 04/11/2007 Page 17 of 18

**MEDICAL RECORD ASSOCIATES, INC.**
**P.O. BOX 869102**
**MILTON, MASSACHUSETTS 02186-9102**
**(617) 698-4411**
TAX I.D. NO 04-2935153

# INVOICE NO. P741720

**TERMS: PREPAYMENT REQUIRED**

Medical Record Associates is a Release of Information Service retained by the Medical Facility. This is our invoice for retrieving, abstracting, and copying the medical record.

**Please return a copy of this INVOICE and check payable to:**

MEDICAL RECORD ASSOCIATES, INC.
P.O. BOX 869102
MILTON, MASSACHUSETTS 02186-9102
TAX I.D. NO. 04-2935153

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

PLEASE PRINT CLEARLY BEAR DOWN

Requested by:
Account Name: Charles Tamulevicz Esq.
Address: 144 Westminister St. Ste 302
City: Prov. State: RI. Zip: 02903

**Please direct all inquires regarding this notice to Medical Record Associates (617) 698-4411**

PLEASE PRINT CLEARLY

| INVOICE DATE | NAME LAST | FIRST | REP | HOSPITAL |
|---|---|---|---|---|
| 4/1/7 | Kufner | Matthias | [illegible] | NEMC |

| HOSPITAL NO. | COMMENTS |
|---|---|
| 2281567 | Certified Copies, Complete |

**PAYABLE UPON RECEIPT**

FOR INS. REQUESTS

| POLICY NO. | CLAIM NO. | S.S.N. |
|---|---|---|
| | | |

The attached request for medical record copies needs your action.
**PLEASE CHECK ONE OF THE FOLLOWING:**

☐ Enclosed please find our check for the balance due.

☐ **IF THE BALANCE DUE ON THIS INVOICE IS GREATER THAN $50.00 AND YOU WOULD RATHER HAVE AN ABSTRACT** (Consists of discharge summary, history, operative report, pathology report, X-rays, EKG's). **PLEASE ENCLOSE A CHECK FOR $35.00 AS PARTIAL PAYMENT.** You will be invoiced for any remaining balance.

| | |
|---|---|
| Base Charge | $ 16.39 |
| 5 Pages @ | $ 2.75 |
| ___ Pages @ | $ |
| Postage | $ 1.02 |
| Less Payment | $ |
| **BALANCE DUE** | $ 20.16 |

TAX I.D. NO. 04-2935153

**INVOICE NO. P**

FOR OFFICIAL USE ONLY: NEEDS RETRIEVAL ☐

FINAL NOTICE - RETURN WITH PAYMENT

fut check

Re: Kufner

CK. REC'D

POSTED Kufner 4/3/07 - 20.16

PAID

TOTAL P.002

✓

# Williams Lea Inc.

## INVOICE

Invoice: I-07041161
Invoice Date: 04/09/2007
Page: 1/1

Remit Payment to:
Williams Lea Inc
75 Remittance Drive Suite 6418
Chicago IL 60675-6418

Customer No: UNI-13721
Payment Terms: NET00
Due Date: 04/09/2007
Sales Rep: Floyd Doug

**For Billing questions, please call 617-371-2339 (ED PASCO)**

**Bill To:**

Nissenbaum Law Office
Mindy Markvan
160 Federal St.
Boston MA 02110

**Ship To:**

Nissenbaum Law Office
Mindy Markvan
160 Federal St.
Boston MA 02110

**Reference:**

CM Ref: Kufner
WL Job Ticket# 224286

| Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|
| BW Copies Tier III - WL<br>One copy from originals | 385 | CLK | 0 155 | 59 68 |
| Tabs | 39 | EA | 0 30 | 11 70 |
| Bind Velo - WL Equipt<br>Re-Bind the original velo doc | 1 | EA | 2 00 | 2 00 |
| | | | Subtotal: | 73 38 |
| | | | MA 5 000 % | 3 67 |
| | | | **AMOUNT DUE:** | **$ 77.05** |

We Now Accept - VISA MC and AMEX

If payment is not received by the due date stated on this invoice, we will have the right to charge you interest at the lesser of (i) eighteen percent(18%) per year (ii) the interest rate stated in our contract with you or the maximum interest permitted in your jurisdiction **All prices and charges are measured in US dollars**