UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Civil Action No. 07-046S

DOMINIK KUFNER,
Petitioner

v.

TINA KUFNER,
Respondent.

AFFIDAVIT OF DOMINIC C. BOYER, Ph.D.

I, Dominic Boyer, am a resident of the City of Ithaca, County of Tompkins, State of New York, and do hereby swear or affirm, and declare that I am competent to give the following declaration based upon my specialized knowledge, unless otherwise stated, and that the following opinion is impartial and accurate to the best of my knowledge:

1. I am an Associate Professor in the Department of Anthropology at Cornell University, Ithaca, NY, and have been in this position since 2001. My doctorate in Anthropology is from the University of Chicago. A copy of my resume is attached as Exhibit 1.

2. I have studied the culture and society of Germany in a professional capacity as an anthropologist for 12 years, with a special focus on the relationship between media and culture. I am fluent in the German language.

3. I have won several major research awards funded by the governments of the United States and Germany, and by private foundations, to support my research.

4. I have published dozens of scholarly articles and one scholarly monograph in this field since 2000.

5. I am a United States citizen and have resided in Germany for a total of 16 months since 1993.

6. I have been asked by attorney Gerald L. Nissenbaum of Boston, MA to review the following material which was hand delivered to me on 19 February 2007:

A. Set of 39 photographs of two young boys whom I am told are the two children of the above parties, specifically Joseph Kufner (born 10 September 1998) and Matthias Kufner (born 10 December 1999). I am also told these pictures were taken on or about September 2005 when the boys were approximately ages 6 and 7.

B. Set of 6 photographs of the same two boys who appear to be eating food from plates which are set on the floor, perhaps eating as a dog or cat would eat without using their hands.

C. Set of 73 photographs in what I am told is an array of Kufner family photographs, as a sample of more than 3,000 which Mr. Kufner has taken over the years.

D. February 15, 2007 affidavit of Edward S. Gross, M.D.

7. I expect to be paid for the time I spend on this case at my usual hourly rates. Payment is not dependent on the outcome of the case.

8. I have also been asked to offer my professional opinion on the culture of Europe and, in particular, Germany with regard to nudity and, as well, the cultural character and context of the 39 photographs.

9. Nudity, including public nudity or "social nudism," is far more common and tolerated in European cultures than it is in the United States. Across Europe, it is not uncommon, for example, to witness nude sun-bathing in public parks, including parks in the center of major cities, or to witness nude children playing at the beach. In Europe and especially in Germany, nude sun-bathing, walking around nude while in the park and similar activities are not overtly sexualized. By way of over-simplification: in Europe in general and, in particular, in Germany there is simply a different level of cultural comfort with the naked human body.

10. Cultural tolerance for nudity is especially high in Germany. Germany, historically, has been the epicenter of the international movement supporting social nudism. This movement is known in Germany as "Freikörperkultur" or

"FKK" (literally, "free body culture") and its practitioners believe that nudity is a natural, asexual expression of the beauty of the human body. Even the repressive dictatorship of the German Democratic Republic (East Germany) tolerated FKK as an acceptable cultural form of social expression. Today, it is not uncommon in Germany to witness social nudism, especially in areas of public recreation.

11. It is not the case, of course, that all Germans engage in social nudism nor adhere strictly to the tenets of FKK. But the relative, mainstream popularity of social nudism demonstrates that in Germany -- unlike in the United States -- being without clothes is not socially stigmatized or sexualized.

12. Based upon my professional and personal knowledge of typical German family life, a more relaxed cultural attitude toward nudity extends to the private life of the German family as well.

13. It appears to me that the 39 photographs in question were taken in a private, familial setting.

14. In my opinion and judgment, the 39 photographs in question fall well within the boundaries of normal German attitudes toward, and practices of, nudity.

15. In my opinion, there is nothing in the content of the photographs that suggests a sexual, pornographic or otherwise deviant social orientation.

Signed, this 19th day of February under the pains and penalties of perjury.

______________________________

Dominic Boyer, Ph.D.

# Dominic Boyer

---

Home: 707 N. Cayuga St.
Ithaca, NY 14850
Tel. (607) 272-2931
Cell (607) 262-6062

Office: McGraw Hall 229
Cornell University
Ithaca, NY 14853
Tel. (607) 255-4040
FAX (607) 255-3747

E-mail: dcb25@cornell.edu

---

CURRENT: Associate Professor, Department of Anthropology
Cornell University, Ithaca NY
July, 2006 --

---

PREVIOUS: Assistant Professor, Department of Anthropology
Cornell University, Ithaca NY
July, 2001 -- June, 2006

William Rainey Harper Fellow in the Society of Fellows and
Collegiate Assistant Professor in the Social Sciences Collegiate Division,
University of Chicago, Chicago IL
July, 2000 - June, 2001

---

EDUCATION:

2000 Ph.D. (with distinction), University of Chicago, Chicago IL
1994 M.A., University of Chicago, Chicago IL
1992 B.A. (Magna Cum Laude, Phi Beta Kappa), Brown University, Providence RI

---

VISITING APPOINTMENTS:

2003 *Professeur invité*, EHESS (Paris)

---

RESEARCH AND TEACHING INTERESTS:

Case 1:07-cv-00046-S-LDA Document 35-1 Filed 02/21/2007 Page 37 of 46

Media, mediation, and public culture; Intellectuals and the social formation of knowledge; Experts and expertise; Language, identity, and social belonging; Social and phenomenological analysis of professions and professionalism; Journalism; Universities; Anthropology and sociology of Europe; East/West European relations and integration problems; Social history of the German middle-classes; Communication and technology; Historical anthropology; Social theory; Dialectical philosophy.

---

FIELD RESEARCH:

Fourteen months (1996-1997, 2002, 2004) in Berlin and eastern Germany focused on the professional transition of former East German journalists to life and work in the unified (West) German media.

---

CURRENT RESEARCH PROJECT:

*The Practice of News Journalism in the Era of Digital Information.* This project analyzes the political, economic, technical, and phenomenological dimensions of news journalism as digital technologies and industrial concentration have led to significant transformations in the character of news journalism as professional practice. I am pursuing field research within press agencies and news departments in Germany (and, soon, I hope, in the United States as well) guided by the question: what kinds of agency do journalists have within news production and circulation? At the moment, I am working on the problem of how different scales and rhythms of newswork affect journalistic attentions and intentions as well as how journalists understand the relationship between "news" and "publics."

---

PUBLICATIONS:

Books, volumes, pamphlets:

*Spirit and System: Media, Intellectuals, and the Dialectic in Modern German Culture.* Chicago: University of Chicago Press, 2005 (323p.)

*Understanding Media: A popular philosophy.* Chicago: Prickly Paradigm Press, forthcoming 2007.

*The Future of Social Theory.* In preparation.

Journal articles (peer-reviewed, single and co-authored):

"Conspiracy, History, and Therapy at a Berlin *Stammtisch*." *American Ethnologist*, 33(3):327-39, 2006.

"*Ostalgie* and the Politics of the Future in Eastern Germany." *Public Culture*, 18(2):361-381, 2006.

"Turner's Anthropology of Media and Its Legacies." *Critique of Anthropology*, 26(1):47-60, 2006.

"Gender and the Solvency of Professionalism: Eastern German Journalism before and after 1989." *East European Politics and Society*, 20(1):152-179, 2006.

(with Ulf Hannerz) "Introduction: Worlds of Journalism." *Ethnography*, 7(1):5-17, 2006.

(with Steve Sangren) "Introduction to Turner Special Issue." *Critique of Anthropology*, 26(1):5-13, 2006.

"Visiting Knowledge in Anthropology: An Introduction." *Ethnos* 70(2):141-148, 2005.

"The Corporeality of Expertise." *Ethnos* 70(2):243-266, 2005.

(with Claudio Lomnitz) "Intellectuals and Nationalism: Anthropological Engagements." *Annual Review of Anthropology* 34:105-120, 2005.

"Censorship as a Vocation: The Institutions, Practices, and Cultural Logic of Media Control in the German Democratic Republic." *Comparative Studies in Society and History* 45(3):511-545, 2003.

"Foucault in the Bush. The Social Life of Post-Structuralist Theory in East Berlin's Prenzlauer Berg." *Ethnos* 66(2):207-236, 2001.

"Media Markets, Mediating Labors, and the Branding of East German Culture at 'Super Illu." *Social Text* 68(Fall):9-33, 2001.

"Yellow sand of Berlin." *Ethnography* 2(3):421-439, 2001.

"On the Sedimentation and Accreditation of Social Knowledges of Difference: Mass Media, Journalism, and the Reproduction of East/West Alterities in Unified Germany." *Cultural Anthropology* 15(4):459-491, 2000.

"L'anthropologie des intellectuels et la question de la réflexivité." Forthcoming, *L'Homme*.

(with Miklós Sükösd) "European Media and the Culture of Europeanness." In preparation for *Media, Culture and Society*.

Journal issues edited or co-edited (peer-reviewed):

Special issue of *Ethnography* (7:1) "Worlds of Journalism" (with Ulf Hannerz), 2006.

Special issue of *Critique of Anthropology* (26:1) "For a Critique of Pure Culture: Essays in Honour of Terence Turner" (with Steve Sangren), 2006.

Special issue of *Ethnos* (70:2) "Revisiting the Anthropology of Knowledge," 2005.

Journal articles (non-peer-reviewed) and book chapters:

"Ostalgie - oder die Politik der Zukunft in Ostdeutschland," transl. O Hall. *Deutschland Archiv* 39(4):690-703, 2006.

"The Medium of Foucault in Anthropology." *The Minnesota Review* 58-60:265-272, 2003.

"The African Crisis in Context: Comparative Encounters with Educational Rationalization." *African Studies Review* 45(2):205-218, 2002.

"The Impact and Embodiment of Western Expertise in the Restructuring of the Eastern German Media after 1990." *Anthropology of East Europe Review* 19(1):77-84, 2001.

"Of Dialectical Germans and Dialectical Ethnographers: notes from an engagement with philosophy." In press, *Ways of Knowing*, M Harris (ed.), Berghahn, 2007.

"Beyond Algos and Mania: The Politics of the Future in Postsocialist Eastern Europe." Under review.

Commentaries and reviews:

"There are Still Thinkers in Germany" in *My Idea of the Land of Ideas: How the World Sees Germany*, ed T Sommer, pp.44-50. Munich: Droemer Verlag, 2006.

"Do the Humanities Have to be Useful?" in *Do the Humanities Have To Be Useful?*, eds. GP Lepage, C Martin, and M Mostafavi, pp.1-6. Ithaca: Cornell University Office of Publications, 2006.

"Welcome to the New Europe." *American Ethnologist* 32(4):521-523, 2005.

"Vitaler Stau." *Zeitschrift für KulturAustausch* 55(3+4):89-91, 2005.

Review of *Divided in Unity: Identity, Germany, and the Berlin Police* by Andreas Glaeser. Chicago: U Chicago Press, 2000. *Ethnography* 4(4):556-560, 2003.

Review of *Integral Europe: Fast-Capitalism, Multiculturalism, Neofascism* by Douglas R. Holmes. *American Ethnologist* 29(4):1034-5, 2002.

Review of *Liquid Modernity* by Zygmunt Bauman. Malden, MA: Polity, 2000. *Modernism/Modernity* 9(2):354-6, 2002.

---

AWARDS AND HONORS:

2006 Humboldt Research Fellowship, 2007-2010
2005 Faculty Research Grant, Society for the Humanities, Cornell University
2003 Institute for European Studies, Faculty Research Grant, Cornell University
2002-3 Faculty Fellowship, Society for the Humanities, Cornell University.
2002-3 International Research Collaboration Grants, Society for the Humanities, Cornell University.
2002 Alexander von Humboldt Foundation Research Extension Fellowship.
2000-1 William Rainey Harper Post-Doctoral Fellowship, University of Chicago.
1998 Starr Lectureship, University of Chicago, Department of Anthropology.
1996 Alexander von Humboldt Foundation Bundeskanzler Fellowship 1996/97.
1996 Social Science Research Council (SSRC) Berlin Program Fellowship. (Declined)
1996 Fulbright-IIE Full Maintenance Grant. (Declined)
1995 Wenner-Gren Foundation for Anthropological Research Small Grant.
1993 Deutsche Akademische Austauschdienst (DAAD) Summer Language Grant for German Study.
1992-6 University of Chicago Century Fellowship.
1992 Brown University Bennett Prize for Outstanding Achievement in Anthropology.

---

TEACHING:

Faculty Instructor, Cornell University, (8/01 - ):
ANTH 153, "Classics in Social Theory;" ANTH 232, "Media, Culture, and Society;" ANTH 385, "The Anthropology of Intellectuals;" ANTH 433, "Censorship and the Production of Knowledge;" ANTH 434, "The University as a Locus of National Culture;" ANTH 440, "Ethnographic Approaches to Studying Institutions and Professionals;" ANTH 450/750, "European Socialism and Post-Socialism;" ANTH 600,

"Proseminar in Sociocultural Anthropology - I;" ANTH 601, "Proseminar in Sociocultural Anthropology - II"

Faculty Instructor, University of Chicago, (1/00 - 7/01): SS 121, "Self, Culture and Society - I;" SS 122, "Self, Culture and Society - II;" SS 123, "Self, Culture and Society - III

Lecturer, University of Chicago, (10/98 - 9/99, 8/02, 8/03, 8/04, 8/05, 8/06): ANTH210, "Media, Culture and Society;" ANTH 210, "Anthropology and Mass Media;" ANTH 212:01, "Mass Media, Culture, and Reunification in Germany at the Millennium"

---

LECTURES AND PAPERS:

2006 Annual Meeting of the American Anthropological Association, San Jose CA. *Satire as State-Project and Practice of* Kritik *in the German Democratic Republic*. November.

2006 Invited Speaker, Department of Anthropology, University of Michigan, Ann Arbor MI. *Making News in the Era of Digital Information*. September.

2006 Invited Speaker, Social Anthropology Department, University of St. Andrews, St. Andrews, Scotland. Author meets critics of *Spirit and System*. May.

2006 Invited Speaker, Postcommunist Nostalgia Conference, University of Illinois, Urbana-Champaign IL: *Ostalgie, Westalgie, and the Politics of the Future*. April.

2006 Invited Speaker, Anthropology Colloquium Series, University of Illinois, Urbana-Champaign IL: *Notes on Critical Intellectual Agency, Past and Present*. April.

2006 Fifteenth Annual Conference of Europeanists, Chicago IL: *News Journalism and the Future of Political Communication in Europe*. April.

2006 Fifteenth Annual Conference of Europeanists, Chicago IL: *Beyond Zizek's Atheism: Sacreds of Liberalism and Socialism in Contemporary Europe*. April.

2005 Annual Meeting of the American Anthropological Association, Washington DC. *The Phenomenology of Crisis in the Audited Academy*. December.

2005 Invited Speaker, Anthropology of Intellectuals Conference, Rice University, Houston TX. *What is Reflexivity?* October.

2005 Post-Communist State and Society: Transnational and National Politics Conference, Maxwell School, Syracuse University, Syracuse NY. *Postcommunist Nostalgia in Eastern Germany: An Alternate Analysis*. October.

2005 The Limits of Europe, Cornell University, Ithaca NY. *Nostomania, Westalgie and the Politics of the Future in Eastern Germany*. September.

2005 Cornell Mellon-Sawyer Capstone Conference, Central European University, Budapest, Hungary. *Notes on European Media and the Culture of Europeanness*. June.
2005 Invited Speaker, Anthropology Department, New School University, New York NY. *Conspiracy, History and Therapy at a Berlin* Stammtisch. May.
2005 Invited Speaker, Telluride House, Cornell University, Ithaca NY. *Ostalgie, or, the Politics of the Future in Eastern Germany*. April.
2005 American Ethnological Society Meetings, San Diego CA. *Stasi-men, Conspiracy Theory and a Real Monster Story*. April.
2005 Invited Speaker, Anthropology of Europe Workshop, University of Chicago, Chicago IL. *Conspiracy, History and Therapy at a Berlin* Stammtisch. April.
2005 Invited Speaker, Science, Technology and the State Workshop, University of Chicago, Chicago IL. *Understanding Media*. April.
2005 Symposium on Hannah Arendt's *Origins of Totalitarianism*, Institute of German Cultural Studies, Cornell University, Ithaca NY. *Loneliness, the Masses, and other Dialectical Apparitions in Arendt*. February.
2005 Invited Speaker, Ways of Knowing Conference, St. Andrews University, Scotland. *Of Dialectical Germans and Dialectical Ethnographers: Notes on the Anthropology of Philosophy*. January.
2004 Invited Speaker, NYU Department of Anthropology, New York NY. *Understanding Media (with and without McLuhan)*. September.
2004 Invited Speaker, Constru(ct)ing the Current: Theorizing Media in a New Millennium Conference, University of Chicago, Chicago IL. *Notes on the Phenomenology of News Journalism*. May.
2004 Keynote Speaker, "Vorwärts! (mit Blick zurück...):" Utopia and Nostalgia in German literature and culture" Conference, McGill University, Montreal, Canada. *Ostalgie and the Politics of the Future in Eastern Germany*. April.
2004 For a Critique of Pure Culture: A Conference Honoring Terence Turner, Cornell University, Ithaca NY. *Understanding Media from McLuhan to Turner*. April.
2003 Annual Meeting of the American Anthropological Association, New Orleans LA. *Introduction: Anthropology and Journalism*. November.
2003 Annual Meeting of the American Anthropological Association, New Orleans LA. *The Dilemma of the Anthropology of Experts*. November.
2003 Invited Speaker, Yale University Department of Anthropology, New Haven CT. *Understanding Media (in the Medium of McLuhan)*. October.
2003 DAAD-Conference, "Flower Power? The German Green Party Turns Twenty," Ithaca NY. *Challenges for the Greens in Eastern Germany*. September.

Case 1:07-cv-00046-S-LDA Document 35-1 Filed 02/21/2007 Page 43 of 46

2003 Invited Speaker, Stockholm University Department of Anthropology, Stockholm Sweden. *On the Occasional Reinvention of Reflexive Anthropology*. May. (Paper also presented at EHESS-Paris).

2003 Invited Speaker, EHESS-Marseilles, Marseilles France. *The Anthropology of Intellectuals as a Moment in Reflexive Social Science*. May.

2003 Ethnography in the Realm of the Pragmatic Conference, Law School, Cornell University, Ithaca NY. *Pragmatism as Therapy*. March.

2003 The History of Sexuality: A Symposium. Cornell University, Ithaca NY. *The Erotics of Biopower in Anthropology*. March.

2003 Kafka: A Symposium. Institute of German Cultural Studies, Cornell University, Ithaca NY. *A Reading of the Biopolitical Imagination of The Metamorphosis*. February.

2002 Annual Meeting of the American Anthropological Association, New Orleans LA: *The Anthropology of Intellectuals as a Moment in Reflexive Social Science*. November.

2002 Invited Speaker, Johns Hopkins University Department of Anthropology, Baltimore MD. *Censorship as a Vocation: Media Control and the Production of Public Culture in the GDR*. November.

2002 Thirteenth Annual Conference of Europeanists, Chicago IL: *Thinking through the Mediation of Publics in Contemporary Europe*. March.

2001 German Studies Colloquium Series, Cornell University, Ithaca NY: *Zensur als Beruf (Censorship as a Vocation)*. November.

2001 Institute of European Studies, "Re-orienting Europe" Seminar Series, Cornell University, Ithaca NY: *Relations of Expertise in Postsocialist Transitions: Notes from the German Media*. November.

2001 Agency: An Inter-disciplinary Conference, University of Chicago, Chicago IL: *The Social Context of Critical Intellectual Agency: The Shifting 'Class Consciousness' of the German Educated Bourgeoisie and the Criticism of Modern Society*. October.

2001 Invited Speaker. Cornell University, Ithaca NY: *Media Markets, Mediating Labors and the Branding of East German Culture at 'Super Illu'*. March. (Paper also presented in February to the Semiotics of Culture Workshop at the University of Chicago)

2000 Annual Meeting of the American Anthropological Association, San Francisco CA: *The Corporeality of Expertise: Bodily Vocabularies of Self and Knowledges of Alterity in the Professional Restructuring of the Eastern German Media*. November.

2000 Anthropology of Europe Workshop, University of Chicago, Chicago IL: *Censorship as a Vocation: Media Control in the German Democratic Republic*. October.

2000 Twelfth Annual Conference of Europeanists, Chicago IL: *The Poetics and Politics of Western Expertise in the Restructuring of the Eastern German Media after 1990*. March.
2000 "Socializing Knowledge: Transformation and Continuity in Post-Socialist Cultural Forms," University of Chicago, Chicago IL: *The Impact Of Western Experts and Western Expertise in the Restructuring of the Eastern German Media after 1990*. March.
2000 Invited Speaker. Reed College, Portland OR: *The Everyday Life Of National History: Negotiating Collective Accountability and the Burden of German Identity at a Berlin Stammtisch*. February.
1999 Annual Meeting of the American Anthropological Association, Chicago IL: *The Intuition of the Dialectic in Modern German Intellectual Culture*. November.
1999 Anthropology of Europe Workshop, University of Chicago, Chicago IL: *The Semiotics, Phenomenology and Historicity of East/West Difference in Unified Germany*. June.
1999 Society for Cultural Anthropology Conference, "States of Power," San Francisco CA: *Longitudinal Schismogenesis and the fact of Eastern-ness in the eastern German media*. May.
1998 Annual Meeting of the American Anthropological Association, Philadelphia PA: *In the Belly of a Journalist: the relationship of the body to intellectual habitus in contemporary Germany*. December.
1998 Invited Speaker. ZFP-Wiesbaden Fortbildungsseminar: Rundfunkgeschichte(n) Ost/West, Potsdam, Germany: *Abgefragt: 130 JournalistInnen aus dem Osten und Westen*. June.

---

ADMINISTRATIVE EXPERIENCE:

2004 Acting Director, Institute for German Cultural Studies, Cornell University.

---

CONFERENCE, SEMINAR AND PANEL ORGANIZATION:

2008 Program Chair, Sixteenth Annual Conference of Europeanists (CES Meetings). Chicago, IL. March.
2006 Annual Meeting of the American Anthropological Association, San Jose CA: Panel co-organizer, *Why has Socialism Failed?*
2006 Organizational committee, Fifteenth Annual Conference of Europeanists (CES Meetings), "The Old and New Europe," Chicago, IL. March/April.
2005 Annual Meeting of the American Anthropological Association, Washington DC: Panel co-organizer, *The Ethnography of Academic Life* (Invited panel).
2005 Conference co-organizer, "The Limits of Europe," Cornell University, Ithaca NY. September 9-10.

Case 1:07-cv-00046-S-LDA Document 35-1 Filed 02/21/2007 Page 45 of 46

2004 Conference co-organizer and co-chair: "A German-American Dialogue on the Future of the University," Cornell University, Ithaca NY. November 13.

2004 Conference co-organizer and co-chair: "For a Critique of Pure Culture: A Conference Honoring Terence Turner," Cornell University, Ithaca NY. April 16-17.

2004 Conference organizer and chair: "Marxian Horizons: Critical Social Theory for the 21st Century," Cornell University, Ithaca NY. March 13.

2003 Annual Meeting of the American Anthropological Association, Chicago IL: Panel co-organizer, *Knowledge and Practice*.

2003 Annual Meeting of the American Anthropological Association, Chicago IL: Panel co-organizer, *Anthropology and Journalism*.

2002-4 Mellon-Sawyer Seminar co-coordinator. "Toward a Transnational and Transcultural Europe." Institute of European Studies, Cornell University, Ithaca NY.

2002 Annual Meeting of the American Anthropological Association, New Orleans LA: Panel co-organizer and chair, *The Anthropology of Professions and Professionalism in Anthropology* (Invited panel; Centennial session).

2002 Thirteenth Annual Conference of Europeanists, Chicago IL: Panel organizer and chair, *Media and Publics in Contemporary Europe*. March 16.

2000 Conference co-organizer: "The Ethnography of Global Processes: Methodologies for Studying Local, National, And Trans-National Linkages, " University of Chicago, Chicago IL. May 12.

2000 Conference co-organizer and co-chair: "Socializing Knowledge: Transformation and Continuity in Post-Socialist Cultural Forms," University of Chicago, Chicago IL. March 10.

1999 Annual Meeting of the American Anthropological Association, Chicago IL: Panel organizer and chair, *Anthropology and Intellectuals*.

1995 Annual Meeting of the American Anthropological Association, Washington D.C.: Panel organizer, *Articulating the State: Writers in the Politics of Profession and Nationhood*.

---

OTHER PROFESSIONAL AND COMMUNITY SERVICE:

Series co-editor, *Knowledge and Practice*, for Cornell University Press, 2006-.

International Advisory Board for the journal, *Ethnos*, 2006-2010.

International Advisory Board for the journal, *Critical Discourse Studies*, 2003-.

International Editorial Board for the *Journal of Higher Education in Africa*, 2003-.

Humanities Council, Cornell University, 2004-7. Council Chair, 2006-7.

Social Sciences Internal Advisory Council, Cornell University, 2006-9.

Co-organizer, Mellon Humanities Seminar, Cornell Unversity, 2005-6.

Steering Committee, Institute for German Cultural Studies, Cornell University, 2001-5.

Hull Fund Committee, Cornell University, 2003-7. Committee Chair, 2004-6.

Chair, Website Development Committee (2001-), Chair, Curriculum Committee (2005-07), Member, Colloquium and Search Committees, (2001-2, 2003-4), Member, Graduate Affairs Committee (2004-5), Department of Anthropology, Cornell University.

Manuscript Reader, *American Anthropologist*, *American Ethnologist*, *Anthropological Theory*, *Comparative Studies in Society and History*, *Cultural Anthropology*, *Ethnography*, *Ethnos*, *Journal of the Royal Anthropological Institute*, *Social Anthropology*, *Theory and Psychology*, CODESRIA Press, MIT Press, Stanford University Press, University of Chicago Press, University of Indiana Press.

Applications Reviews, German Marshall Fund (2002-2003), NSF (2007), SSRC (2004-2007).

Reader, Undergraduate Admissions Committee, Cornell Universiy, 2002.

Anthropology of Europe Workshop (Chicago) Co-chair, 1998-2000.

Resident Head in the University of Chicago College Housing System, 1999-2001.

Board Member and Treasurer of *Creative Flowering through the Performing Arts*, a Chicago community-based not-for-profit organization committed to providing grants for children from low-income households to study dance, music, and voice, 1999-2001.

---

REFEREES:

Available upon request