DIRECTOR ADVANCE - DOMINIK KUFNER

| DATE | NAME | CHECK NUMBER | AMOUNT | BALANCE |
|---|---|---|---|---|
| 1/31/2007 | Tamuleviz, Hultquist & Bianchi, LLP | 13080 | $ 10,000.00 | $ 10,000.00 |
| 2/14/2007 | Nissenbaum Law Offices | Wire transfer | $ 15,000.00 | $ 25,000.00 |
| 2/14/2007 | Tamuleviz, Hultquist & Bianchi, LLP | 13123 | $ 99,598.50 | $ 124,598.50 |
| 2/16/2007 | David Tassoni | 13122 | $ 500.00 | $ 125,098.50 |
| 2/21/2007 | Bradford Neal Martin & Associates , PA | 13135 | $ 10,714.38 | $ 135,812.88 |
| 2/21/2007 | Nissenbaum Law Offices | Wire transfer | $ 100,000.00 | $ 235,812.88 |
| 2/22/2007 | Law Offices of Robert D. Arsenstein | Wire transfer | $ 15,000.00 | $ 250,812.88 |
| 2/22/2007 | Alex Weintrob, M.D. | Wire transfer | $ 20,000.00 | $ 270,812.88 |
| 2/28/2007 | Nissenbaum Law Offices | 13132 | $ 100,000.00 | $ 370,812.88 |
| 3/1/2007 | Tamuleviz, Hultquist & Bianchi, LLP | 13160 | $ 65,146.04 | $ 435,958.92 |
| 3/12/2007 | Thomas Grady | Wire transfer | $ 20,000.00 | $ 455,958.92 |
| 3/14/2007 | Bradford Neal Martin & Associates , PA | 13199 | $ 150,856.01 | $ 606,814.93 |
| 3/16/2007 | Nissenbaum Law Offices | Wire transfer | $ 68,342.68 | $ 675,157.61 |
| 3/21/2007 | Tamuleviz, Hultquist & Bianchi, LLP | 13218 | $ 46,421.88 | $ 721,579.49 |