**Exhibit 25**

| **Bradford Neal Martin & Associates** | **Rate** | **Hours (12/06/06 - 3/31/07)** |
|---|---|---|
| BNM | $300 | 543.25 |
| GGM | $250 | 20.5 |
| JSF | $250 | 59.75 |
| LWHT | $250 | 66.75 |
| LEC | $150 | 1.5 |
| Paralegal | $125 | 154 |
| | **TOTAL:** | 845.75 |

| **Tamuleviz, Hulquist & Bianchi** | **Rate** | **Hours (1/29/07 - 3/19/07)** |
|---|---|---|
| CEH | $300 | 211 |
| CAT | $400 | 253 |
| Paralegal | N/A | N/A |
| | **TOTAL:** | 464 |

| **Nissenbaum Law Offices** | **Rate** | **Hours (2/12/07 - 3/20/07)** |
|---|---|---|
| GLN | $700 | 308 |
| WOH | $250 | 36 |
| Paralegal | $140 | 100.7 |
| | **TOTAL:** | 444.7 |

**Grand Total Lawyer Hours: 1,499.75**

**Grand Total Paralegal Hours: 254.7**