UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:
Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
v.
TINA KUFNER,
Respondent.

***PRO SE***
**Emergency Motion delaying and not grant**
**Petitioner's Motion for Order Of Fees and Costs**

I. **Relief Requested.**
II. **EXTENDED TIME TO RESPOND TO THE ABOVE MOTION ELECTRONICALLY FILED ON APRIL 11, 2007, mailed to the R.I District Court hard copies on April 12, 2007, which I only received by e.mail last night from Nissenbaum's office at 11:00pm.**

**111 Germany has been on a two week Easter vacation and all institution will be a back in their office on Monday April 16, 2007. It will also take up to two –three weeks before the Respondent Tina Kufner to receive exhibits and documents which will be in German and also need to be translated into her motion for the Petitioner to pay for all her debts and legal expenses which this case has cost her.**

1V Based on the false allegations made in the Petitioners Motion, the Respondent Tina Kufner PRO SE, requests permission from the court for these extension in order to present exhibits' which prove that the Petitioner Dominik Kufner filed within his motion are false and misleading. Mrs. Tina Kufner does not money of her own and does have any means to pay this bill; the Petitioner has mislead this Court throughout the trial.

Dominik Kufner has not paid for the last three months child support or alimony, and several months prior to the emergency Order, which the Respondent, Tina Kufner filed in Germany in June, 2006, due to her Husband not paying for months leaving her to sell a car and forced her to use money which Dominik Kufner himself told her to use back in **April, 18, 2005. Since this money was in an account which both parents names on it, by law were entitled to use, but was placed in their son's Joseph's name. Dominik Kufner had sold funds prior to this time and transferred this into other accounts without his wife knowledge. Dominik Kufner, a very wealthy man waited after 1**

**year, refused to give her any money, then forced her to use this money, then used his own children to sue their own mother. Dominik Kufner forced her to use this money by not supporting his wife and children during the entire separation. The husband has gone to levels of extreme measure to get rid of his wife and take her own children away from her, his claim was he could support the children better bacuse she had no money to do so, but Dominik Kufner made sure she did not have any access to money to support her own children.**

**Tina Kufner needs the documents from Germany to prove this not only in the US Court, but as well in the German Court. Dominik Kufner the owner of one of the three largest Textile companies in the world, can not claim he has no money or has had to borrow money from his father.**

**Dominik Kufner had all Bank Documents sent to his office and did not have them mailed to their home address, Tina Kufner must have these documents sent to her in the US and this will take time. Dominik Kufner has taken advantage of her lack of the German language and reading ability. Dominik Kufner hid this information from his wife and the mother of his children.**

**Relief 2**

Respondent, Tina Kufner wishes to address the court with proper documentation and asks to grant her motion until these documents can be presented and translated if necessary. Tina Kufner may find resistance from her husband in getting these documents to prove she has no money, and that the Petitioner not paid the last three months of alimony or child support as the court had ordered him to do.

The Mother after staying home for 8 years to take care of her children full-time asks the court to order the father to not block her access to proving her case any longe, if she finds that her husband is blocking her assess to documents which may prove him wrong then Tina Kufner has the right to ask for a fee to address her costs in which she has to continue to spend money ,which she does not have, ruin her credit in the US and loss all her own personal property such as albums, children photos, cloths, and her whole history.

**Relief 3**

**Respondent moves the court to redirect payments to the Petitioner Dominik Kufner for all postage, translations, legal fees, Dr Jenny and Sharon O Keefe's bill. She also asks the court that Dominik Kufner pays her parents back for all bills they have had to cover due to his neglect for continuing alimony payment as was order by the federal district court as well as the German Court. Dominik Kufner has gone against both court orders, in both countries.**

**Summary**

Please grant her time to produce this evidence and documentation for at least 2 to 3 weeks before granting any such ridiculous and outwardly destructive motion.

Tina Kufner motions the court for the Petitioner to pay all her bills and costs since she arrived in the States.

That Dominik Kufner pay the last 3 months of alimony and child support which this court and the German court ordered him to do. The evidence he submitted was false, Tina Kufner submitted the bank statement in her motion for government funding and this was not addressed. <u>Proving that Dominik Kufner did and has not pay after January 2007.</u>

Dr Jenny and Sharon O Keefe' bill be paid fully by the Petitioner.

Sincerely,

Mrs. Tina Kufner
April 13, 2007

Copies sent by mail to the all the Petitioner's endless attorneys who has without a doubt took advantage of this in their billing and dinner.

Mrs Tina Kufner
Respondent pro se
April 14, 2007

**Gerry Nissenbaum**
**160 Federal Street-24th Floor**
**Boston, MA 02110**

**Charles A Tamuleviz, Esq.**
**Tamuleviz, Hulquist & Bianchi, LLP**
**144 Westminster St.**
**Providence, RI. 02903**
**401 490 2939**

**Bardford Neal Martin, esq**
**Bardford Neal Martin & Assoc. PA**

**75 Beattie Place, Ste. 910**
**Greenville, SC 29601**