UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:

Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
**TINA KUFNER,**
Respondent.

# EXPIDITED

## MOTION FOR APPEAL OF TRANSCRIPTS AT GOVERNMENT COSTS And STRIKE PETITIONERS MOTION TO PAY FOR PETITIONERS LEGAL FEES.

1. Respondent, Tina Kufner, has entered her appearance ***as pro se***, in the Court of Appeals in the First Circuit of Boston. The mother is now 42, has 2 minor children ages 7 and 8, has not worked in the last 8 years to stay home and raise her children Matthias and Joseph Kufner. She has no property, alimony payments and child support have been denied, refused, blocked, and continually has the father lied to the German Local Family Court of upper Bavaria and to R.I District Court about his actual financial Status.

2. The Court has ordered the last three month of Alimony and child support to be given to the Petitioners Attorney, then the court can not expect the Respondent to have money. February, March and April 2007.

3. The Respondent has stayed home for the last 8 years and it is clear that she has no income of her own or has any means of paying.

**4.** The Respondent, mother Tina Kufner moves the court to grant this order so the respondent can file for a full transcript which costs 4, 000.00.



5. Anyone can just go on line and see that the Petitioner Dominik Kufner is clearly a wealthy man and can not see how he could fool the court of being a

poor man. The petitioner has just recently flooded the internet with the opinion and order granted by Judge Smith on March 28, 2007.
6. The Petitioner claims the Respondent has money and valuables, but this is not true. The petitioner's calculations on the euro exchange rate are also untrue. This amount should be times 1.30 and it is much lower than the amount written in the motion for me to pay 700.000.00 dollars of Dominik Kufner's legal fees.

7 The amount given from the Familiankasse to all families in Germany is 308.00 euros for both children, not per child. Tina Kufner has already submitted this into evidence.

8 The Respondent has in the last 3 months received nothing from her husband. Health Insurance alone is 511.13 euros a month. This will be canceled if Dominik Kufner does not pay alimony or child support and if the court will now even put a mother who has no means of income to be granting such an motion for her to pay 700.000.00 dollars in legal costs to Dominik Kufners attorneys. This in itself would be criminal when one can just go on line and see how wealthy this man is.

9. Dominik Kufner has hidden money which was entitled to his wife after 10 years of marriage even in Germany. With or without the invalid pre-nup agreement. He has stolen money from his wife, not the other way around.

10 Dominik Kufner had already paid for MIS in Germany and there are no school bills in which he continues to pay.

11 Sharon O Keefe letter submitted for Tina Kufner to pay for the Mercy Mount Bill should be given to the Father for forcing his wife and children to flee from Germany due to his own malaise. Dominik Kufner's plan was to get his hands on the children's American Passports. He has been trying to do this for two years now.

Summary

The Respondent Tina Kufner Strikes this motion for paying 700.00.00 Dollars and also grant her motion for Government Funding for transcripts.

Executed on April 16, 2007
Respectfully submitted, Tina Kufner
Pro se

Tina Kufner
59 Sun Valley Drive
Cumberland, R.I. 02864
Tel 1 401 333 5209
Fax 1 401 333-5209
Moty2007@googlemail.com

**Certification**

I hereby certify that a true copy of the within documents were sent by regular mail, postage paid by Tina Kufner, 59 Sun Valley Drive, Cumberland R.I, 02864, tel: 401 651 1044 to the below attorneys, on April 16, 2007.

**Tina Kufner**
**Respondent**

Gerald Nissenbaum, Esq.
Nissenbaum Law Offices
160 Federal St. 24th Flr.
Boston, MA 02110
617 330 9090

## Certification

I hereby certify that a true copy of the within documents were sent by regular mail, postage paid by Tina Kufner, 59 Sun Valley Drive, Cumberland R.I, 02864, tel: 401 651 1044 to the below attorneys, on April 16, 2007.

**Tina Kufner**
**Respondent**

Sharon O Keefe
PO Box 214
Barrington, RI 02806-0214
Tel 401 247 1740
Fax 401 247 1316

Charles A Tamuleviz, Esq.
Tamuleviz, Hulquist & Bianchi, LLP
144 Westminster St.
Providence, RI. 02903
401 490 2939

Bardford Neal Martin, Esq
Bardford Neal Martin & Assoc. PA
75 Beattie Place, Ste. 910
Greenville, SC 29601

*Mercymount Country Day School*
*Sponsored by the Sisters of Mercy of Providence*
*Wrentham Road • Cumberland, RI 02864*
Phone: 401-333-5919 • Fax: 401-333-5150

**April 3, 2007**

**Ms. Tina Kufner**
**59 Sun Valley Drive**
**Cumberland, RI 02864**

**Dear Ms. Kufner,**

**Please be advised that the tuition balance owed to Mercymount Country Day School for the 2006-2007 school year is $2618. This represents the tuition owed from February 5, 2007 thru April 6, 2007 for your children, Matthias and Joseph.**

**I appreciate your attention to this matter.**

**Sincerely,**

**Cynthia Pennoyer**
**Finance Director**

**cc: Sister Martha Mulligan, Principal**