CA07-46 Kufner v Kufner

ID only

| **Plaintiff's Exhibit's Entered ID** | **Defendants Exhibits Entered ID** |
|---|---|
| 63 | F |
| 73 | H |
| 75a & 75b | M |
| 79 | |
| 80 | |
| 82 | |