CA07-46 Kutner v Kutner

**Plaintiff's Exhibit's Entered Full**

1a & 1b
2a & 2b
3a & 3b
7a & 7b
9a & 9b
10 (placed under seal in vault)
13a & 13b
15a & 15b
17a & 17b
18a & 18b
19a & 19b
23a & 23b
24a & 24b
25
32a & 32b
34a & 34b
36
37a & 37b
44 (placed under seal in vault)
[redacted] ← did not send to USCA (will upon request) ★
48 & 48a
57
59
61
62a & 62b
63a & 63b
64a & 64b
65a & 65b
67, 67a & 67b
73a
74
76
77
78
81

**Defendants Exhibits Entered Full**

J
K1 -K41 (placed under seal in vault)
L
N
O
P