UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Domenik Kufner, Petitioner, | ) | |
| v. | ) | CA No. 07-046 S |
| Tina Kufner Respondent. | ) | |

**ORDER**

On March 28, 2007, this Court ordered the Petitioner to place an amount equal to three months of alimony payments due Respondent into an interest bearing client trust account of Attorney Charles Tamuleviz for the payment of fees and expenses associated with this case, specifically Dr. Carol Jenny and the Guardian ad litem, Sharon O'Keefe. After payment of fees to Dr. Jenny and to Ms. O'Keefe, approximately $4930 remains in escrow.

The Guardian ad litem now requests that the tuition due Mercymount Country Day School, where the children attended school from February 5, 2007 to April 6, 2007, be paid from these funds. Ms. O'Keefe further states that Mrs. Kufner enrolled the children there when she came to the United States and that the court ordered their continued attendance throughout the proceedings. She suggests that the tuition charges, in

the amount of $2618, be charged to Mrs. Kufner and deducted from the escrow balance held by Mr. Tamuleviz, reminding the court that Mr. Kufner continued paying the boys' tuition at Munich International School throughout the proceedings to ensure that, if the court granted his petition, the children would be able to return to their familiar and friendly school environment upon their return to Germany. The children are now back in Munich and are expected to return to the Munich International School on April 16, 2007.

Accordingly, Attorney Tamuleviz shall make payment, in the amount of $2,618, to Mercymount Country Day School where the children attended school from February 5, 2007 to April 6, 2007, on behalf of the Respondent.

Attorney Tamuleviz shall provide an accounting of said funds to the Court, the Petitioner, and the Respondent once this payment has been made.

By Order

Karen Baldwell

Deputy Clerk

ENTER:

WESmith

William E. Smith
United States District Judge
Date: 4/18/07