UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of: Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
V

TINA KUFNER,
Respondent.

# Emergency Motion for Petitioner to pay for Petitioners Legal fees for $ 700,00.00
# URGENT
# Emergency Motion for Petitioner to withhold the last three months of Alimony and child Support payments
**PRO SE**

URGENT **Relief**

a) Respondent, Tina Kufner (wife and mother) moves the court to **NOT** GRANT this unsupported, unjustified and impossible motion by the Petitioner.

b) Petitioner (Dominik Kufner) has held back in Germany the last three months of alimony and child support for February, March, and April 2007, which has lead to the result which the Petitioner was seeking to accomplish since May 2006. The Petitioner had already made an agreement with their landlord to let him off the lease agreement which the Petitioner had signed for the whole family in July **2005**.

c) The Petitioners main goal was to cut his costs and make a clean break resulting in making the Respondent left in a situation leaving her no means to pay for the rent, be in a position to pay for a move for herself or the children to a new location, closer to her friends and to a cheaper place.

d) The Respondent Tina Kufner, since beginning of March **2005**, wanted to relocate, but the Petitioner ignored all the quotes sent to him to approve, The Respondent Tina Kufner/mother of two minor children found herself cut off from financial support and knowing that the petitioner wanted to gain sole custody of her minor children and in doing so made sure she had no money to pay for a lwayer which would costs so much per hour in the mean time had to finally make an emergency court order in June 2006, forcing the Petitioner to pay alimony and child support, since this time Tina Kufner had to use this money to pay this the June Rent once Dominik refused to pay their high rent in their main residence Gut Raucherberg and hope she could no longer support herself or her children. Since the alimony has not been paid in the last 3 months, her landlord now has the means to get a court order forcing her to leave her home in the next two weeks.

e) Tina Kufner/mother has left herself in a debt in the US and in Germany resulting, only due to trying to protect her children and fight her husband's custody claim, which he opened up against her on February 21, 2006, claiming she was trying to kidnap her children to America back in Februray 21, **2006** and again in **December 2007**. I SUBMIT AS EVIDENCE 2 LETTER FROM LAWYERS ADDRESSING THE ISSUE OF COMING TO AN AGREEMENT DUE TO THE CHILDREN WANTING TO GO TO America for Christmas 2006/07. One letter from October 11, 2006, another from November 23, 2006, and yet another from the American Consulate December 4, 2006, which then I used to petition my own into the Court on December 20, 2006, because I could not afford or find a lawyer which I had the means of paying. Exhibits A1, A, 2, A3.

f) I also submit as evidence the letter from Dominik's Attorney from last year prior to giving up the first time I was forced to give up both my children's identity cards including the American Passports my husband has so despretly tried to get from me for over a year now. Frebruray 22, 2006. A, 4.

g) The Petitioners goal was miss-leading and resulted in her and her children to be separated for 10 days and gave the Petitioner Dominik Kufner the ability of writing an order which states that neither party could relocate with the children without the other parties consent. This lead to the March 1, 2006 hearing "Protokoll.

h) Dominik Kufner's forced Tina Kufner to give up both children's American passports and the German Identity cards prior to the March 1, 2006 court order.

i) Dominik Kufner, came back a year later in December **2006**, claiming again that Mrs Kufner was planning yet another attempt to kidnap her children to America and so received yet another order to handover her Children's American Passports but this time to the American Consulate of Munich. Tina Kufner only wished to bring the children to the US for Christmas so the children could see their American grandparents. In over 8 years the children had never once spent one Christmas with her family and the children with their American Grandparents. Holidays should have been alternating between both the German and American Grandparents.

j) The Petitioner Dominik Kufner , filed the same motion against Tina Kufner in less then a year later. The Respondent, Tina Kufner has no money, nor does she have anything of value to sell, until a court orders her husband to pay for all past alimony and the last three months.

k) The mother now has to move, but has no money to move, nor does she have money to even rent another place to live, she must now leave her furniture which is not old but is off no value. The furniture is too big for any apartment or small house, the kitchen which has no value due to it size will not fit in any normal home. The Landlord has already stated that he is selling the house and has no need for the kitchen. Since the Petitioner Tina Kufner left to America with her children, her husband and sister-in-law entered her home without authorization and took everything of value, personal items including baby photos, children's clothes, keys, all their wedding gifts from friends and from both sides of the family, including all baptism presents, even private documents.

l) Tina has filed a police report of this unauthorized entry by her husband and her sister-in-law Tanya Kufner. They claim all these items including one antique writing desk and antique mirror belonged to the Kufner family.

m) The Petitioner had entered her home prior to filing with the court and did not advise the court of his actions nor did he advise the court of the with holding the last three months of alimony and child support.

n) The Petitioner had already agreed prior that these items in her home were for her to keep in his letter from **MAY 10, 2006**.

o) The petitioner claimed that Tina has so much money, has a Cartier watch which is only worth 5, 000.00 dollars brand new and since it now 10 years old and was given to her from the Kufner family as a wedding gift. A pawn shop would if any give her $500.00 for this watch.

p) The petitioner claims she has a silver candle stick holder, which is what he and his sister left behind after they stole all the other more expensive silver and crystal items, this silver candle stick holder was also a wedding gift given to them by Uncle George Kufner. This is not worth anything. The Petitioner, Dominik Kufner left exactly what was written in this May 10, 2006 letter behind except for numbers 2 his Piguet watch which is worth the amount of what the Petitioner claimed her Cartier was worth? So if anything the father now has the means to pay for his own bills since he works and makes an income of over 500.00.00 dollars a year after taxes. Tina/mother without work for the last 8 years stayed home to take care of her children full-time, has no means of even paying for a flight back to the States without the help from the American Consulate.

q) The petitioner also took numbers 7 and 8. The Petitioner has also taken much more of value to Tina Kufner than anything left in her home or money. Dominik Kufner has taken her two children and has since kept her from seeing them or talking to her children.

r) A father who not only strips her from any support and use a court in helping him do so, shows no character or heart for neither minor children.

s) The Petitioner has since February 21, 2006 made false claims upon her and her two children and his main goal was to take sole-custody and the children's passports. All his lawyers are Kufner Company lawyers and are already being paid for by the Kufner Compnay to play with the court this way is just another one of Dominik Kufners games like his monopoly.

**SECOND MOTION**

1. **The Respondent, Tina Kufner motions the court to force Mr Kufner owner of Kufner Textles to pay the last three months of Alimony and Child support. He submitted a forged bank document claiming that in February and March that the amount of 4000.00 euros and 836, 00 ueors were directed into her account. This statement is a forgery and Mr. Kufner should be penalized by the court. Mr Kufner only paid himself this amount into a Bank which Tina Kufner has no such account. Mr. Kufner has played his cards a little too far this time and has made a fool of the RI District Court and where I grew up.** A 7A & A 7b

2. **This man a foreigner has played a game on us Americans as he has down with a small German Town Courthouse.**

3. **I submit back to the court this false document as well as Mr Kufners letter to me on May 10, 2006.** A [illegible]C [illegible]

4. **My Bank account is in the minus by 1000.00 my health Insurance is now canceled, I am being thrown out on the street while Mr Kufner still has his five star hotels, 1st class seats, BMW, huge houses an a ski apartment, spending endless amounts of money on expensive electronic toys but not on the welfare of his children but only to use against the mother of his children in means to rid himself of the mother and against the children's wishes. Mr Kufner is doing exactly what his father did to his own mother in 1974.**

**5. I pray that the court sees through this man and just look on the internet and see Mr Kufner"s face everywhere, just google Dominik Kufner, I myself refuse to see what I already know.**

**6. I pray that the court also grants her two motions as it is in just cause to help a RI girl who has two boys with American citizenship and who do not want to lose their mother and have been raised in the American way, please do not forsake their needs to see through what this man has tried to show in a US Court.**

**7. Germany is now on a two day holiday, my landlord has tried to cut off my electricity, so I could not respond yesterday. The police forced him to turn it back on.**

**8. Respondents parents retired father and mother who has never worked as she also stayed home and took care of the respondents siblings and handicapped sister. They have paid all they can and still receiving bills which are being sent to their home, which can not be paid. The grandparents of the children have paid for many things for the children and these bills are legal and enormous, way beyoung their means of the amount they need to live on since only last year, the American grandfather has retired and they live on a very low income now.**

## REASONS TO GRANT RESPONDANTS MOTION

1. Dominik Kufner had planned years earlier to leave his wife Tina Kufner , hid all their joint money in other banks, with help from his own father lowing his salary on paper only, reduce his title to employee, set a trap by telling her to use money she herself had made during the marriage by putting into a fund for her son Joseph's name only then telling her to go and use it again on April 18, 2005, then waiting until he had cut her off from his duties as a father and a husband after 20 years together, force her to begin using it in May 2006 but began claiming she did something