UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re the Application of:

Case No. CA 07 046S

DOMINIK KUFNER,
Petitioner,
V

TINA KUFNER,
Respondent.

# Emergency Motion for expedited payment for Petitioner to pay Respondent for Legal fees, Alimony, Child support, and all other Bills which the Respondent is now in debt in America and in Germany and has no means of recovery for the amount of $ 700,000.00

**PRO SE**

URGENT **Relief # 1**

a) Respondent, Tina Kufner (wife and mother) moves the court to GRANT her this motion based on the following evidence.

Concerning the Protokoll (Hearing) AZ 3 0 4799/06 from January 10, 2007 when my husband used a (GAL) to represent my own children against their own mother. Which shows how manipulating the father is to use his minor Children Matthais and Joseph to further deplete her of any means of finincal support to take care of her two minor children, and the Petitioner has managed to have the mother have to pay 50.00 euros every month, and pay back a total of 20,604. 61 euros = to ~~$15,849.00~~. This account was only in the amount of 35,540.28 Euros = $ 27,338.67, when the Petitioner told her to use it, so how could it be that is was 40,00.00 when it was only 20, 604.61 in April 2005.

20,604.61 = $27,991.78
35,540.28 = $48,282.16
40,000.00 = $ 54,352.67

€750,00 = $ 1,018.88 USD
1.000.00 = $ 1,358.50 USD

If my business sold for 27.257.29 euros in 1998 , how is it possible, that Dominik gets to deduct this from my alimony and child support an amount of 750,00 euros = $576.92 beginning in June 2007 per month and then in October 1000.00 Euros = $769.00 until this total amount is paid back into an account for both children. When this is clearly impossible especially when he pays nothing now for three months and nothing before June 2006 and now wants me to pay back money which included on top of it children money paid by the government given to parents to help support children. So where did all this money go?

Exhibit A 8 g
**Exhibit A 8 c**
**Exhibit A 8 e**
**Exhibit A 8 F**

How could Dominik have taken me to court for 40,000.00 Euros and claim half of it was mine and the other half has to be paid back to the children? When only one name was on the account not two and what a shamless thing to do with your own children, sue the mother for her own money and then use the children to do it, because the courts did not allow you to represent them yourself, so the father found other means by using a (GAL) and then sue the mother for children money on top of it. Support money you were not even willing to give to the ,mother of your children of 10 years and a partner of 20 years. **January 25, 2007, Dominik sold in our joint account without my knowledge 2 stocks on July 5, 2005 right before we left for the States in the summer of 2005. The amount of 150, 342.16 Euros = to $ 115,647.81 and Dominik wants to sue the Respondent for 20,000.00 euros of my own hard earned money which was only used to support the children because the father refused to pay without a court order on June 2006.**

**Exhibit I**

150,342.16 Eur = 204,275.59 USD
20,000.00 EUR = 27,174.15 USD

2) I sold a business in 1998 to Julia Richter a girl I hired a few years earlier to help me, since my business had grown so much I needed help. Once I learned I was pregnant, my husband came to me and said that I should no longer work because he already made to much money, as much as his father and uncle now. Joseph was born and I was pregnant again a few months later with my second child Matthias and this began to make sense, so I sold Julia my business in 1998. I submit my Finanzamt Muncih 111 taxes return for December 31, 1998.

Julia Richter continued to pay installment payment beginning in 1998 and into 1999.

54,514.59 DM = 27,872.87 EUR.
27,872.87 EUR = 37,871.33 USD

**Exhibit A 8 d**

**3) I sold my business for 54.514, 59 DM which in euros 27,257.29 which equals to around $ 20,967.15. If this was sold in 1998 and put into a fund for my son Joseph plus all the money I had earned since 1994, this amount should be well above this, plus all the interests. Even if this is the only amount which it can't be, between 1998 to 2005.**

4) I was told by my husband that it would make his father proud if I put this money in my son's name. At the time I did not know what this meant. I was so busy with two babies, up all night and much to exhausted to really think about it. I just assumed that this money and everything else I had earned in the last 7 years of combining our money together and that of my business with Melo that my business account was never touched I expected to see it when I brought my account number in April 2005. When my husband told me to go and use the money, I had made of the sale of my company Melo in April 2005, I was a bit surprised that my business account number had changed, I told my husband about this later that day and he said nothing, as usual. I was so busy looking for houses to move closer to the school, plan the MIS Spring Festival where my children go to school; I volunteered to be the entertainment coordinator that year. I was also in the middle of packing and taking care of soccer practices, birthday parties for my children's friends, homework, meal plans, trying to get the new Kids Birthday Party service going, and as the first grade representative I still had to plan an event for over 60 1st graders. I was also planning our summer vacation to the States for the whole family, between California with the Lucci's, visiting Dominik's old friend Eric in California, my family in RI , stopping in Portugal to visit my family there with the kids as usual, and after California with Dominik, leave the kids with my parents and be with Dominik in Florida for his tooth operation. Where the Kufner's didn't even want Dominik and I to stay at their house in the Breakers West on Okeshobi Blvd. after his operation. We had to stay in the Holiday Inn in West Palm Beach.

5) So after we found Gut Raucherberg on 9, June 2005, Dominik signed our new contract as usual even though our lease was not yet over in Taufkirchen, it ended 1 year later on April 2006. Rent in Taufkirchen for the year 2005 was 5500,00 DM plus 200,00 for parking for a 400 square meter home and this did not include any utility costs. Gut Raucherberg was only 20 minutes away from the children's school which was much closer than our old rental house which

5500.00 + 200.00
5700.00 DEM = $ 3,960.21

was 40 to 50 minutes away from the school. I could no longer handle the drive from Taufkirchen to school every day, back and forth for the last two years and Gut Raucherberg was much closer for the boys. Morlbach was rented later in September 2005, for tax purposes because my husband made needed something to write off. I am sure if the court orders my husband to release his taxes for 2005 which he submitted this year without my signature, even though we were not separated or divorced yet. I believe he did not want me to see it because then the courts will know he is lying.

I registered all of us on 8.25.2005 right after we came back from the States. Gut Raucherberg was after hearing about Buch being sold, Dominik wanted something similar to it so Gut racherberg seemed to be the best choice for HIS OWN WISHES; THE MAP SHOWS THIS: Dominik finally registered himself on October 11, 2005 and I registered the kids finally on December 22, 2005. So when my husband told the court we were separated in June 2005, I was shocked and when he filled for a divorce in April 2006, which is not even a year after January 2006, I did not even know what hit me, Especially when I finally realized that Dominik actually filled for a sole custody case on February 21, 2006. Exhibit BB. It clear now he had preplanned this and leaving me no time to react. He started changing his story telling the children one thing and me another, and then talking crazy and saying we are now taking a one year break, telling us it was temporary, notifying the school it was temporary, and the we would get married again on our 10th year anniversary in Las Vegas.

Exhibit C
Exhibit D
Exhibit A 9a
Exhibit A 9b
Exhibit B
Exhibit J

6) Gut Raucherberg was small enough, but had room for me to start my new business. The Kufners sold the lake house Buch am Ammersee in July 2005, the boys loved this place it was like their second home and they cried when they heard "big Joe" sold it, and during our move came also the splitting up our furniture there and the grandmothers furniture, it sold for well into the millions this property. No one understood why they would sell this property. There was so much furniture that even Gut Raucherberg could not fit even all the furniture from Taufkirchen, Morlbach made even more sense now to rent. Our kitchen

was about 30 square meters to big and the only house after years of my searching was the only one that our kitchen actually fit into.

7) I began my party service idea but found that even though it was what everyone wanted from the mothers at the MIS, in order to make money and still take care of my kids it was too much and they were still too little. I hired Agnes G. to help me in my business idea since I already had a cleaning lady Iwona Kolletta, Agnes also would live in the house since it was far out of the city now and since my husband traveled so much it was a good idea in case I needed to rush to a Hospital someone would be in the house. I closed the company down a few months later, my husband in the meantime was spending money fixing up the Morlbach house buying new washing machine, dryer, tools, iron, spending money on the garden, hanging up lamps, empting out boxes and Alexandra Kain was cheaper than Iwona. Iwonna began complaining about the distance from her house in Ottobrunn, wanted more money per hour and did not want to travel so far to work anymore. We cut her hours down and she began working for my husbands parents in September 2005, and she found other jobs to fill in her gaps closer to her house. She began working for Gabriela Neues and an American Man who was in a divorce with his Canadian wife and he too was trying to keep his wife from moving back to Canada with their two adopted children and not even born in Germany. After her years of living on nothing the courts finally granted her to leave a week ago. I spent most of the time still empting out the boxes in Gut Raucherberg and taking care of the boys. I began getting strange messages from Dominik about money, making plans, wanting the children to sleep in Morlbach with him, he began picking up the children at school without any warning. The children began objecting to this and one teacher Frau Annette Goethe, Joseph's teacher called me to talk about the fact that Joseph did not want to do his family project. I was so used to doing things without my husband being around for years, I never noticed if he was in Munich or in the Morlbach house, or when he came to Gut Raucherberg.

8) Affidavit from Frau Annette Goetthe, Exhibit M-8

9) So, when my husband signed a lease for the new rental Morlbach in September 2005, it was one of the many houses I had looked at and I recommend this one as our second house, it was never a question of separation at least that was our joint understanding. We even celebrated twice or ninth anniversary in September 2005.

10) The mother Tina Kufner has nothing now and need the courts to decline any further petitions until Mrs. Tina Kufner can be with her children again and if the petitioner Dominik Kufner feels more connected to his business and his money then he should continue to do so and leave the children with who they were with prior to his pre-calculated means of hiding all of our money.

Exhibts M33 (X) Melo Family Affidavit from November 17, 2006

**Executed on May 1, 2007**
**Respectfully submitted, by Tina Kufner**

**Tina Kufner**
**59 Sun Valley Drive**
**Cumberland RI 02864**
**Tel 333 5209**
**Fax 333 5209**
**Moty2007@googlemail.com**

**The Following have been served by fax OR E:MAIL I certify on May 1, 2007**

**Tina Kufner**
**Pro Se**

**Gerald L. Nissenbaum, esq.**
**Nissenbaum Law Offices**
**160 Federal St. 24th Flr.**

**Boston, MA 02110**
**617 330 9090**

**Charles A Tamuleviz, Esq.**
**Tamuleviz, Hulquist & Bianchi, LLP**
**144 Westminster St.**
**Providence, RI. 02903**
**401 490 2939**

**Bardford Neal Martin, esq**
**Bardford Neal Martin & Assoc. PA**
**75 Beattie Place, Ste. 910**
**Greenville, SC 29601**