UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Case No. CA 07 046S

In re the Application of:

DOMINIK KUFNER,
Petitioner,
V

TINA KUFNER,
Respondent.

# Emergency Motion for expedited payment for Petitioner to pay Respondent for Legal fees, Alimony, Child support, and all other Bills which the Respondent is now in debt in America and in Germany no means of recovery Requesting for $ 700,000.00 for all damages, slander, domestic abuse, rent and relocation costs, credit cards, school and medical bills

**PRO SE**

URGENT **Relief # 4**

a) Respondent, Tina Kufner (wife and mother) moves the court to GRANT her emergency motion based on the following and still incomplete evidence, due to Dominik Kufner having well planned this and will take years to track back how well-planned her husband has been hiding joint money including her own children's money from the Respondent (mother/wife) and avoiding the being investigated, blocking her from getting information from banks and Earnest & Young for over 12 months, kidnapping the children and manipulating the legal system in both countries because he is German, Wealthy and well-connected "Man" international and the Respondent "Women and American" in Germany, considered as a foreigner, having of course the language problem in the legal system, where the local village

police station for the 10th time refuses to help Mother "American Women" call her landlord to turn on the hot water after three days. They were called by Petitioner Dominik a year ago, after his first claim of my so called kidnapping plans and I have been labeled since this time. Failure of not paying the rent in the last 3 months, gave the Petitioner's main goal of finally putting me out in the street. The landlord not turning on the hot water, heat (cold at night) shutting off the electricity, preventing me from filing by April 30, 2007. No water to flush the toilets, at the same time the Petitioner refuses to allow the children to speak to their mother for 1 month and today at 9:00 pm he continues to manipulate the children and the mother by refusing to let them speak until he can record the conversation.

b) Petitioner, Dominik has lied for so long to the Respondent, the children, and to all who have come in contact with him. The Petitioner has developed such a talent for this, the Respondent is now aware of her situation, and hopes she is not too late. The children should and above all come first. Petitioner was not interviewed or investigated in either country as he so cleverly claimed.

c) The Respondent must now go to the German social services to ask for help. He has used all his proxies well. The Petitioner used his new secretary Catherine K (since June 2005) to switch all contracts originally in the Petitioners name to mine, without my knowledge or legally correct. I submit at the moment 1 letter T-Mobile (mobile phone) which has eaten up much of the money from the sale of her car. This bill has been so high due to her location and outside the Munich city limits. It was only in January 2007 did Respondent finally with help from her brother discover this.

**T-MOBILE Exhibit A 8 I**

d) Respondent, Tina Kufner (mother/ partner to Dominik Kufner for 20 years) prays that the court grants her this motion. Respondent needs money to survive, pay for all the bills which the Petitioner has left her with, and can not continue to be alone in this quest to find justice for her children and their needs. Just read the DCYF report, the children even told Paul Ventura their daddy is a lair and they just want to live and stay with their mother. Daddy will not stop taking photos of them even when they tell him to stop. When your child tells you "mommy you are losing us", a mother knows she

can not give up trying to protect her children. **"Mommy, I will help daddy start telling the truth.** A good lawyer wants money and Herr Meyer who sat for 10 months allowing the Petitioner to continue to submit all these lies into the court, with not one response back is suing me now for 16, 000.00 euros. A good lawyer needs to be paid and poor Gabriela Westhaus (German Attorney) can no longer work for free. She also has two children to support. This attorney did not run away after reading the Petitioners files containing the most horrible, destructive, manipulating, believable nonsense, against the Respondent, she was not frightened off by Frau Walter (German Attorney for Petitioner) as others were. Why has the Respondent gone through so many lawyers, just read the files by the Petitioner, even the Respondent would have "headed for the hills", the crazy American women/mother was what the Petitioner's goal has been all along.

e) Respondent, Tina Kufner, needs the following urgently money to pay for all overdue medical bills , legal fee, rent, relocation, food, overdrawn bank account, and other unpaid bills electricity, water, etc.

f) Submitting Exhibit A 8g, Familiankasse Deggendorf, this is the same account number **470 5 304 660 00** which the petitioner signed over and claims in May 31, 2006, **"it is unknown to him"**. the same account which was originally in my son's Joseph name, the same account which should have had all the money I made from selling my old company Melo, the same account which the Petitioner said I stole a year later, the same account which the Petitioner had redirected Money given by the government for every family in Germany that has children an amount of 308,00 euros for 2 children (not per child) = $418.59 was raised over the last years from the amount on the Statement submitted as evidence. The running transfer from our joint account was still in the old amount. It was never corrected by the Petitioner, so the total amount of this 308, 00 was never adjusted until I finally was forced to transfer this account which was only being filled with Government Children money. Money which is meant to be used on the children. Money which the Petitioner used his own children to sue their mother Tina for money being spent to feed and cloth them. Money which is not enough for one person to live on per month.

g) LKH, the respondent's Health insurance, was in fact dropped due to two months of not being paid. Respondent had to search for another health Insurance company, the same as the Petitioners and the children DKV,

which costs 511.00 euros a month = $694.41. Due to failure of alimony from Petitioner, for the last three months, Respondent who has been a faithful wife, mother and friend for 20 years is about to loss her health Insurance again.

h) The Petitioner has now transferred this money to his own bank account leaving the Respondent without the Kindergeld, due to his emergency Temporary custody order. The Petitioner has also denied the Respondent to enter on the school grounds of the children. The Respondent is still the 1st Grade rep. for over 60 children and she needs to keep up with her volunteer service to the school and to her children. The Petitioner has only abused this order since the courts granted it in both countries. 1st graders must suffer including her son Matthias due to their father so called imaginary "fear" and long time anxiety attacks since childhood.

i) The Respondent Tina Kufner, wishes that the Petitioner' Dominik Kufner's maternal mother was still alive today, Karla Kufner dies in 2000. If only the Respondent would of known one day she would suffer the same fate as she had faced in 1974, loss her children and then be forced to flee to America because she was also left without means of survival and live the rest of her days without her two young children Tanya and Dominik Kufner.

**Submitting Exhibit A 8 g Familienkasse**
**Submitting Exhibit A 8 h LKH**
**Submitting Exhibit A 8 j Kufner news letter**

**Executed on May 2 2007**
**Respectfully submitted, by Tina Kufner**

**Tina Kufner**
**59 Sun Valley Drive**
**Cumberland RI 02864**
**Tel 333 5209**
**Fax 333 5209**
**Moty2007@googlemail.com**

**The Following have been served by fax OR E:MAIL I certify on May 2, 2007**

**Tina Kufner**
**Pro Se**

**Gerald L. Nissenbaum, esq.**
**Nissenbaum Law Offices**
**160 Federal St. 24th Flr.**
**Boston, MA 02110**
**617 330 9090**

**Charles A Tamuleviz, Esq.**
**Tamuleviz, Hulquist & Bianchi, LLP**
**144 Westminster St.**
**Providence, RI. 02903**
**401 490 2939**

**Bardford Neal Martin, esq**
**Bardford Neal Martin & Assoc. PA**
**75 Beattie Place, Ste. 910**
**Greenville, SC 29601**