UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DOMINIK KUFNER,<br>Petitioner | ) | |
| | ) | |
| vs. | ) | C.A. No.: 07-046S |
| | ) | |
| TINA KUFNER,<br>Respondent | ) | |

**ACCOUNTING OF ESCROWED FUNDS**

Pursuant to the Court's Order dated March 28, 2007, attached hereto is the final accounting of the Petitioner's funds, which were deposited into undersigned counsel's escrow account and disbursed according to the Court's Orders.

Respectfully submitted this 3rd day of May, 2007.

Dominik Kufner, Petitioner
By His Attorneys,

/s/ Charles A. Tamuleviz

Charles A. Tamuleviz Bar No. 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone 401.490.2939
Facsimile 401.490.2940
E-Mail cat@thbrilaw.com

CERTIFICATION OF SERVICE

On this 3rd day of May 2007, I caused the instant Accounting of Escrowed Funds to be filed electronically and it is available for viewing and downloading from the ECF system. Further, a copy of the foregoing was mailed by first class mail to the following:

Ms. Tina Kufner
59 Sun Valley Drive
Cumberland, Rhode Island 02864

/s/ Charles A. Tamuleviz
Charles A. Tamuleviz Bar No. 6115
Tamuleviz, Hultquist, & Bianchi, LLP
144 Westminster Street, Suite 302
Providence, Rhode Island 02903
Telephone 401.490.2939
Facsimile 401.490.2940
E-Mail cat@thbrilaw.com

DOMINIK KUFNER

ESCROW TRANSACTIONS

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04-11-07 | Initial Deposit | $15,534.00 | $15,534.00 |
| 04-12-07 | Sharon O'Keefe, GAL Fees<br>Check No. 432 | $8,820.00 | $6,714.00 |
| 04-12-07 | Carole Jenny, M.D., Expert Fees<br>Check No. 433 | $1,750.00 | $4,964.00 |
| 04-19-07 | Mercymount Country Day School<br>Check No. 445 | $2,618.00 | $2,346.00 |
| 05-03-07 | Dominik Kufner<br>(To be transferred) | $2,346.00 | $0.00 |