UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DOMINIK KUFNER,<br><br>Petitioner,<br><br>v.<br><br>TINA KUFNER,<br><br>Respondent. | Civil Action<br>No. 07-046S |

**STIPULATION AND CONSENT ORDER**

WHEREAS, this matter has been brought before the Court on a Petition by Dominik Kufner ("Dominik"), pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, and

WHEREAS, Respondent Tina Kufner ("Tina") has appeared and raised certain defenses, and

WHEREAS, Dominik and Tina (collectively the "Parents") have agreed to resolve their disputes in this action in the best interests of their two children (the "Children"),

It is hereby agreed and stipulated by Dominik and Tina as follows:

1. This Court shall retain jurisdiction to enforce the Parents' obligations under this Stipulation and Consent Order (the "Order").

2. The Parents shall reasonably cooperate to submit this Stipulation and Consent Order to the pertinent family court in Germany with jurisdiction over the determination of parental rights held by them over the Children. The terms of this Order shall replace the present

terms of parental rights held by the Parents. The adoption of these terms by the family court in Germany is a condition of the obligations under this Order.

3. The habitual residence of the Children shall remain in Germany unless agreed otherwise by the Parents.

4. The Parents shall have joint custody of the Children. Each of the Parents shall have the right and obligation to care for the Children and to participate in important medical, educational and social decisions, including their place of residence.

5. The Parents shall withdraw and shall not pursue any and all criminal charges against each other for actions and/or omissions that occurred in the past.

6. Within one week of receiving written notice of the adoption of the terms of this Order by the family court in Germany having jurisdiction over the parental rights held by the Parents and the withdrawal of any pending criminal charges against either of the Parents, Tina shall return with the Children to Germany. Dominik shall pay the cost of the airfare for Tina and the Children.

7. The Children shall be provided with weekly therapy sessions by a qualified, mutually acceptable and English-speaking psychologist or psychiatrist. If the Children's therapists recommends that either or both of the Parents should attend individual therapy sessions, such Parent(s) shall do so. The Children shall be seen by a mutually acceptable pediatrician monthly unless and until agreed upon by the Parents.

8. The Parents shall not take nude photographs of the Children and shall not take photographs of the Children over their objection.

9. The Children shall remain in Germany during the ordinary school year. Tina shall have the right to bring the Children to the United States for the summer break, winter break and

spring break from school. During stays in the United States during the summer break, Dominik shall be entitled to three one-week visits with them in the United States.

10. The Children shall reside primarily with Tina in Germany. Dominik shall be entitled to have the Children reside with him every other weekend for three days and an additional two consecutive weeknights every two weeks.

11. Until the youngest of the Children turns 18, Dominik shall pay child alimony to Tina in the amount of 4000 Euros per month. Dominik shall not be entitled to a credit against or reduction of this obligation based on any income earned by Tina. Dominik shall not be entitled to a credit against or reductions of this obligation based on Tina entering into a new relationship.

12. Dominik shall be responsible and pay for health insurance for Tina and the Children including any expenses related to the Children's therapy.

13. Dominik shall be responsible and pay for all educational expenses of the Children.

14. Prior to Tina's return to Germany with the Children, Dominik shall pay up to 9000 Euros to her creditors to clear past debts.

15. Tina shall be entitled to 3 million Euros from Dominik at the time of Dominik's inheritance from his father's estate. The Parents will cooperate to structure the transfer of such funds in a manner that minimizes tax consequences.

16. Dominik shall reasonably assist Tina in a relocation to a residence acceptable to her.

17. Through the end of 2010, Dominik shall post a $100,000 (US dollars) bond in the District of Rhode Island, over which the United States District Court for the District of Rhode Island shall retain jurisdiction.

18. Upon each of the Children turning 12, the Parents shall take into consideration, and continue to take into consideration, the child's view about where and with which of the Parents to reside.

19. Except in the case of extraordinary developments, the Parents will not seek to modify this Order for a period of at least two years.

20. Each of the Parents shall pay their own attorneys fees and expenses, including any expenses related to the current action.

Dated: February 26, 2007

____________________________
Respondent Tina Kufner

____________________________
Petitioner Dominik Kufner

So Ordered:

________________________
Hon. William Smith
United States District Judge