ALEX WEINTROB, M.D.

12 WEST 96TH STREET
NEW YORK, NY 10025

TELEPHONE (212) 662-9513
FACSIMILE (212) 662-9625

BOARD-CERTIFIED IN GENERAL, CHILD & ADOLESCENT AND FORENSIC PSYCHIATRY

March 27, 2007

To: Dominik Kufner
Attn. Helene Cardinal, Controller

Re: Kufner v. Kufner

<u>For Professional Services:</u>

February 16 - 25, 2007:
Conversations with attorney, review of multiple documents,
preparation of 22-page report......................19 ¼ hours at $500 per hour = $9625

February 23, 2007 - Cancellation of testimony at 7 PM on Feb. 22nd. As I had advised previously, last minute cancellation would be billed in full ($6000) as it was necessary to cancel my schedule for that day. I am, however, billing $4000 rather than $6000 = $4000.

Testimony re-scheduled for February 26th, cancelled on Feb. 23rd - Although I had already cancelled my schedule for that day, I am not billing for that time.

March 16th - 19th:
Further conversations with attorney, additional document review, and preparation for deposition.............................................11 ¾ hours @ $500 hourly = $5875

March 19th deposition - billed for half-day............................................... = $3000

Total due = $22,500
Credit ($20,000)
Balance due = $2500

cc. Brad Martin, Esq.