UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 07-46S

DOMINIK KUFNER

VS.

TINA KUFNER

**RESPONDENT'S NOTICE OF APPEAL OF MAY 23, 2007 MEMORANDUM AND ORDER OF MAGISTRATE JUDGE**

Now comes the Respondent, by her attorney, and gives notice of appeal of the Memorandum and Order of United States Magistrate Judge Lincoln D. Almond, dated May 23, 2007, which Memorandum and Order Granted in part the Petitioner's Motion for Order of Fees and Costs. As provided in L.R. Cv 72 (c) the bases for the appeal are that the Magistrate Judge's Memorandum and Order is against the law and the evidence. The bases for this appeal shall be set forth more fully in a legal memorandum. The Respondent has filed a motion to extend the time for filing said legal memorandum for a period of thirty (30) days.

RESPECTFULLY SUBMITTED

Respondent,
By Her Attorney:

/s/Thomas More Dickinson

Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: June 5, 2007

CERTIFICATION

I hereby certify that the within document was served upon all parties hereto by transmitting a copy to the address of record of their counsel of record via email through this Court's electronic filing system.

/s/Thomas More Dickinson________________________

Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: June 5, 2007