UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 07-46S

DOMINIK KUFNER

VS.

TINA KUFNER

**RESPONDENT'S MOTION TO EXTEND TIME FOR FILING MEMORANDUM IN SUPPORT OF APPEAL OF MAGISTRATE JUDGE'S DECISION**

Now comes the Respondent, by her Attorney, and moves for a thirty day extension of time, to and including July 5, 2007, for the filing of her Memorandum in Support of Appeal of Magistrate Judge's Decision as required by LR Cv 72 (c) (2). The notice of appeal has been timely filed on June 5, 2007. As a basis for this extension, the undersigned counsel hereby says:

1. Having previously entered my appearance on behalf of the Respondent in the United States Court of Appeals, I have today entered in this case for purposes of appealing the decision of the Magistrate Judge on the issue of attomeys fees and costs.

2. The Magistrate Judge's decision was apparently issued on May 23, 2007.

3. After the District Court in this case granted the Petition and the Petitioner was permitted to remove the couple's children from the United States to Germany, the Respondent returned to Germany in order to pursue custody and visitation issues in the courts there. Respondent left the United States on or about April 25, 2007 and has continuously been residing in Vielenbach, Germany since that time.

4. The Magistrate Judge's Memorandum and Order was apparently mailed to a Rhode Island address for the Respondent on or about May 23, 2007, but the Respondent

did not become aware of it until June 1, 2007. She attempted to contact the undersigned from Germany with regard to the matter on June 1, 2007 and she ultimately reached counsel by telephone on Saturday June 2, 2007. Counsel obtained a copy of the Memorandum and Order via the PACER system on June 2. On Monday June 4, 2007 Respondent engaged Counsel to pursue an appeal of the Memorandum and Order in the District Court.

5. In light of the need for the Respondent to remain in Germany to deal with custody and visitation issues there, in light of the resultant delay in the Respondent's receipt of the Memorandum and Order, in light of the need for the undersigned counsel to become familiar with the multiple filings by all sides in connection with the attorneys' fees and expense issue, and in light of counsel's engagement in other matters, counsel requires an extension of time of thirty days, to and including July 5, 2007, for the preparation of a legal memorandum in support of the appeal of the Memorandum and Order.

WHEREFORE, Respondent respectfully prays for an extension of time, to and including July 5, 2007 for the filing of a legal memorandum in support of the notice of appeal as required by LR 72 (c).

RESPECTFULLY SUBMITTED,
Respondent,
By her Attorney:

/s/Thomas More Dickinson
Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

CERTIFICATION

I hereby certify that the within document was served upon all parties hereto by transmitting a copy to the address of record of their counsel of record via email through this Court's electronic filing system.

/s/Thomas More Dickinson
Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: June 5, 2007