UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 07-46S

DOMINIK KUFNER

VS.

TINA KUFNER

**RESPONDENT'S SECOND MOTION TO EXTEND TIME FOR FILING MEMORANDUM IN SUPPORT OF APPEAL OF MAGISTRATE JUDGE'S DECISION**

Now comes the Respondent, by her Attorney, and moves for a further fifteen day extension of time, to and including July 20, 2007, for the filing of her Memorandum in Support of Appeal of Magistrate Judge's Decision as required by LR Cv 72 (c) (2). The notice of appeal was timely filed on June 5, 2007. On or about June 6, 2007, this Court entered an Order extending the time for filing of Respondent's memorandum to and including July 5, 2007. Counsel requires an additional extension for the following reason:

Undersigned counsel is beginning a jury trial in Providence Superior Court on July 2, 2007, which trial is expected to last approximately one week. In light of the extensive filings in this matter that counsel must review in preparation of the memorandum, and in light of counsel's engagement in this trial and other matters upon which counsel is presently engaged, a further extension of fifteen days, to and including July 20, 2007, is necessary for the preparation of a legal memorandum in support of the appeal of the Memorandum and Order.

WHEREFORE, Respondent respectfully prays for an additional extension of time, to and including July 20, 2007 for the filing of a legal memorandum in support of the notice of appeal as required by LR 72 (c).

RESPECTFULLY SUBMITTED,
Respondent,
By her Attorney:

/s/Thomas More Dickinson
Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

CERTIFICATION

I hereby certify that the within document was served upon all parties hereto by transmitting a copy to the address of record of their counsel of record via email through this Court's electronic filing system.

/s/Thomas More Dickinson
Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: July 2, 2007