UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 07-46S

DOMINIK KUFNER

VS.

TINA KUFNER

**RESPONDENT'S REQUEST FOR ORAL HEARING ON APPEAL OF MAY 23, 2007 MEMORANDUM AND ORDER OF MAGISTRATE JUDGE**

Respondent hereby requests an oral hearing on her appeal of the May 23 Memorandum and Order of the Magistrate Judge. As grounds for this request Respondent says that the Memorandum and Order effectively imposes a judgment against the Respondent in excess of $350,000, that she was denied any hearing before the Magistrate Judge, and that she has presented bona fide reasons for the reversal of the Memorandum and Order. Due process requires that the Respondent have an opportunity to be heard on her appeal.

In accordance with LR Cv 7(e), Respondent estimates that approximately thirty minutes will be required for said hearing.

Respectfully submitted,
Respondent,
By Her Attorney:

/s/Thomas More Dickinson
Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: July 20, 2007

CERTIFICATION

I hereby certify that the within document was served upon all parties hereto by transmitting a copy to the address of record of their counsel of record via email through this Court's electronic filing system.

/s/Thomas More Dickinson________________________

Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: July 20, 2007