UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 07-46S

DOMINIK KUFNER
*Petitioner*

VS.

TINA KUFNER
*Respondent*

**NOTICE OF APPEAL**

Notice is hereby given that the Respondent, Tina Kufner, appeals to the United States Court of Appeals for the First Circuit the August 10, 2007 Text Order (1) denying the Motion for Hearing (2) denying the Appeal and (3) adopting the Memorandum and Order.

RESPECTFULLY SUBMITTED

Respondent,
By Her Attorney:

/s/Thomas More Dickinson
Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 9, 2007

CERTIFICATION

I hereby certify that the within document was served upon all parties hereto by transmitting a copy to the address of record of their counsel of record via email through this Court's electronic filing system.

/s/Thomas More Dickinson

Thomas More Dickinson (No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: September 9, 2007