07-00046
USDC RI
Smith

# United States Court of Appeals
## For the First Circuit

---

No. 07-1523

DOMINIK KUFNER,

Petitioner, Appellee,

v.

TINA KUFNER,

Respondent, Appellant.

---

**JUDGMENT**

Entered: March 7, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 5/8/08

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Martin, Mr. Tamuleviz, Mr. Nissenbaum, Ms. O'Keefe, Ms. Hickey, Ms. Kufner, & Mr. Dickinson.]