UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINK KUFNER,
    Petitioner

v.                                                                                       C.A. No. 07-046 S

TINA KUFNER,
    Respondent

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on January 15, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1).  No objection having been filed to the Report & Recommendation, Respondent Tina Kufner is hereby ordered to reimburse the Petitioner for his attorneys' fees in the amount of $186,608.25 and expenses and costs in the amount of $79,429.55 pursuant to 42 U.S.C. §11607(b)(3).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 2/3/10