UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DOMINIK KUFNER,
    Petitioner,

v.                                          C.A. No. 07-46-S

TINA KUFNER,
    Respondent

**ORDER**

Respondent's Emergency Motion for Relief from Judgment, for Extension of Time to Appeal Judgment, to Reopen Case, and for Hearing [ECF No. 180], and Emergency Motion for Judicial Notice and to Refer to Special U.S. Attonry Specializing in Child Exploitation, for Recusal District Judge [sic] [ECF No. 189] are hereby <u>denied</u>. As indicated in this Court's 8/27/13 Memorandum and Order [ECF No. 164] and reiterated in this Court's 9/24/13 Text Order, this action remains closed.

It is clear that the Respondent does not accept the finality of the rulings by this Court. As a result, Respondent Tina Kufner is enjoined from filing any further pleadings in this action.

Respondent is further warned that any violation of this prohibition may result in the imposition of sanctions. The Clerk is hereby directed <u>not</u> to accept any further filings from Respondent Tina Kufner in the above captioned case.

ENTER:

_____
United States District Judge
William E. Smith

date: 10/9/13